Case No. 1:08-cv-01236-CBS-BNB   Document 1-2   filed 06/10/08   USDC Colorado   pg 1 of 10

# The COMBINE PLUS



 ACE USA

FZ-8L06 (1/92) Ptd. in USA

**ACE AMERICAN INSURANCE COMPANY**                           **ACE USA**

PROD. NAME: MCDONALD CROP INSURANCE          COMM. AMOUNT: 15.0000
PROD. ADDR.: PO Box 6                                         MKT. CTR.: DSM
             TWIN FALLS, ID 83301                             PROD. CODE: 1852–07

| POLICY NO.  FPC FO–139293 | DECLARATIONS |
|---|---|
| **POLICY PERIOD** <br> FROM 08/01/2002  TO  08/01/2003 <br> 12:01 A.M. STANDARD TIME AT THE ADDRESS SHOWN BELOW | PREMIUM PAYMENT  [X] Direct Bill  [ ] Producer Bill <br> The premium for your policy payable at inception is $ 125,708.00 <br> [X] Annual Premium  [ ] Quarterly Premium  [ ] 10 Pay <br> [ ] Semi-Annual Premium  [ ] Monthly Premium <br> TOTAL POLICY PREMIUM: $125,708.00 <br> The balance of the Prem. is payable in ___ payments of $ ___ |
| RENEWAL OF   NEW <br> YOUR NAME (NAMED INSURED) <br>   AURORA DAIRY CORPORATION <br><br>   AURORA DAIRY – FLORIDA, UNIT #1 <br>   AURORA DAIRY – FLORIDA UNIT #2 <br>   AURORA DAIRY – FLORIDA UNIT #3 | MAILING ADDRESS (NO., STREET, CITY, STATE, ZIP) <br><br> 1401 WALNUT STREET <br> BOULDER, CO 80302 |

NAMED INSURED IS: [ ] INDIVIDUAL  [ ] PARTNERSHIP  [ ] TENANT  [X] CORPORATION  [X] OWNER OCCUPANT  [ ] ABSENTEE OWNER

THE INSURED LOCATIONS ARE DESCRIBED BELOW AND IN THE SUPPLEMENTAL PAGES:  [ ] FZ-5T12   [X] FZ-5T11

[ ] POLICY IS SUBJECT TO AUDIT    [X] POLICY IS NOT SUBJECT TO AUDIT

Coverages: Insurance applies only to those coverages for which a limit of insurance is shown below. The following limits of insurance are the total amounts of insurance for all location.

| | | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|---|
| **SECTION I PROPERTY** | A. | DWELLINGS | $ 799,800 | $ 2,500 |
| | B. | OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS | $ | $ 2,500 |
| | C. | HOUSEHOLD PERSONAL PROPERTY | $ 125,000 | $ 2,500 |
| | D. | LOSS OF USE | $ 149,960 | NO DEDUCTIBLE APPLIES |
| | E. | SCHEDULED FARM PERSONAL PROPERTY | $ 4,063,994 | $ 2,500 |
| | F. | UNSCHEDULED FARM PERSONAL PROPERTY | $ NOT COVERED | $ |
| | G. | OTHER FARM STRUCTURES | $ 3,850,500 | $ 2,500 |
| | | FARM EXTRA EXPENSE | $ 1,000 | NO DEDUCTIBLE APPLIES |
| **SECTION II LIABILITY** | [ ] | FARM LIABILITY COVERAGE | SEE FORM # FZ-2D08a | EARTHQUAKE DEDUCTIBLE AMOUNT <br><br> % |
| | [X] | COMMERCIAL GENERAL LIABILITY | SEE FORM # FZ-1P99a | |
| | [ ] | PERSONAL LIABILITY | SEE FORM # FZ-1P99a | |
| **SECTION III AUTOMOBILE** |  | AS PROVIDED IN THE BUSINESS AUTO POLICY ATTACHED TO THIS POLICY. NOTE: NONE OF THE TERMS, CONDITIONS, DECLARATIONS, FORMS OR ENDORSEMENTS FORMING A PART OF THE COMBINE PLUS APPLY TO SECTION III - AUTOMOBILE | | |

FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:
    SEE ATTACHED FORMS AND ENDORSEMENTS LISTING # FZ-9T54

| DATE OF ISSUE | COUNTERSIGNED BY: |
|---|---|
| 09/04/2002 | |

FZ-2D14b (11/92) PTD. IN U.S.A.

                            COMPANY COPY

**POLICY NUMBER:** FO-139293          **FARM**

## DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0001-0001A | ☒ MASONRY | ☒ TENANT — A. DWELLING $90,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $18,000 | | |
| 0001-0004A | ☒ FRAME | ☒ TENANT — A. DWELLING $50,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $10,000 | | |
| 0001-0007A | ☒ FRAME | ☒ TENANT — A. DWELLING $29,800* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $5,960 | | |
| 0001-0010A | ☒ FRAME | ☒ TENANT — A. DWELLING $250,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $125,000 | 3 | RC |
| | | D. LOSS OF USE $50,000 | | |
| 0002-0012A | ☒ MASONRY | ☒ TENANT — A. DWELLING $85,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $19,000 | | |

COVERED CAUSE OF LOSS: [1] = BASIC    [2] = BROAD    [3] = SPECIAL

BASIS OF VALUATION:   **(RC)** = REPLACEMENT COST     **(ACV)** = ACTUAL CASH VALUE
                        **(SLS)** = SPECIAL LOSS SETTLEMENT     **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.
#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING

FZ-2D63c (12/97) Ptd. in U.S.A.       COMPANY COPY

**POLICY NUMBER:** FO-139293

**FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0002-0015A | ☒ MOBILE HOME, MODEL YR: 1988 | ☒ TENANT; A. DWELLING $60,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $6,000 | | |
| 0003-0017A | ☒ FRAME | ☒ TENANT; A. DWELLING $175,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $35,000 | | |
| 0003-0020A | ☒ MOBILE HOME, MODEL YR: 1996 | ☒ TENANT; A. DWELLING $60,000* | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $6,000 | | |

COVERED CAUSE OF LOSS: [1] = BASIC    [2] = BROAD    [3] = SPECIAL

BASIS OF VALUATION:    **(RC)** = REPLACEMENT COST         **(ACV)** = ACTUAL CASH VALUE
                       **(SLS)** = SPECIAL LOSS SETTLEMENT  **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.
#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING

FZ-2D63c (12/97) Ptd. in U.S.A.             COMPANY COPY

**POLICY NUMBER:** FO-139293    **FARM**

**DECLARATIONS**

## COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
## FARM MACHINERY, VEHICLES AND EQUIPMENT

| COVERAGE E–SCHEDULED FARM PERSONAL PROPERTY DESCRIPTION | LIMIT OF INS. | COVERED CAUSE OF LOSS |
|---|---|---|
| 0001–0031 1992 JD 2955 TRACTOR #L02955U764473 | $ 15,000 | 3 |
| 0001–0032 1994 JD MDL 450 GRAIN DRILL | $ 5,354 | 3 |
| 0001–0033 1993 JD MDL 5300 TRACTOR #LV5300C121019 | $ 3,000 | 3 |
| 0001–0035 NEW HOLLAND 7610 TRACTOR #256383M | $ 28,401 | 3 |
| 0001–0036 CAT D5 BULL DOZER #5ES00842 | $ 123,600 | 3 |
| 0001–0041 1998 SUZUKI 4-WHEELER #JSAAM41A5W2111593 | $ 6,500 | 3 |
| 0001–0043 STORAGE TRAILER | $ 2,500 | 3 |
| 0001–0044 CAT LOADER 916 #2XB01485 | $ 20,000 | 3 |
| 0001–0045 CAT LOADER 916 #2XB01521 | $ 12,000 | 3 |
| 0001–0046 JD544B WHEEL LOADER #L48668T | $ 15,000 | 3 |
| 0001–0047 JD 401D TRACTOR/LOADER #T0401DE718708 | $ 8,000 | 3 |
| 0001–0048 CAT LOADER 916 #2XB01541 | $ 12,000 | 3 |
| 0001–0049 2001 CAT 924 LOADER #0924GJ9A5W0169499 | $ 99,000 | 3 |
| 0001–0050 CAT 236 SKID STEER #K4YZ04708 | $ 23,015 | 3 |
| 0001–0051 JD TRACTOR 9920 #RW9220H001914 | $ 141,591 | 3 |
| 0002–0059 1992 TRACTOR 3255 TRACTOR #L03255U743696 | $ 14,425 | 2 |
| 0002–0060 EQUIPMENT TRAILER | $ 2,500 | 3 |
| 0002–0068 1979 PETERBILT MANURE SPREADER #121320 | $ 11,560 | 3 |
| 0002–0069 2001 CAT 924 LOADER #0924GT95W01688 | $ 99,209 | 3 |
| 0002–0070 CAT 924G LOADER #P95W01689 | $ 99,209 | 3 |
| 0002–0071 CAT 236 SKID STEER #K4YZ04709 | $ 23,015 | 3 |
| 0002–0072 2002 CAT 924G LOADER #0924GA9SW02137 | $ 99,000 | 3 |
| 0003–0078 1997 JD 7210 TRACTOR #RW7210H022369 | $ 40,000 | 3 |
| 0003–0079 1998 JD 2955 TRACTOR #XL02955G683168X | $ 15,000 | 3 |
| 0003–0080 JD 3155 TRACTOR #L03155U70754G | $ 15,000 | 3 |
| 0003–0081 JD 4040 TRACTOR #4040W002607R | $ 7,000 | 3 |
| 0003–0082 3155 TRACTOR #L03155U707546U | $ 19,000 | 3 |
| BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | 25,000 | 3 |
| MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | 131,500 | 3 |
| Farm Machinery, Vehicles and Equipment Limit | | |

**\*DENOTES THE FOLLOWING:**
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if ③ (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:**   ① = BASIC   ② = BROAD   ③ = SPECIAL   ④ = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT   ⑤ = COLLISION ONLY LIVESTOCK   ⑥ = FIRE AND LIGHTNING ONLY

FZ-6T14 (1/92) Ptd. in U.S.A.

COMPANY COPY

| POLICY NUMBER: FO-139293 | | FARM |
|---|---|---|
| **DECLARATIONS** | | |

## COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### FARM MACHINERY, VEHICLES AND EQUIPMENT

| COVERAGE E—SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0003-0083 JD TRACTOR W/300B LOADER #390187T | $ 8,000 | 3 |
| 0003-0084 JD 344E WHEELLOADER #CK344EEB000214 | $ 23,000 | 3 |
| 0003-0085 CAT 928F WHEELLOADER #2XL00571X | $ 85,000 | 3 |
| 0003-0086 JD 644-B WHEELLOADER | $ 12,000 | 3 |
| 0003-0087 JD 762A PADDLE SCRAPER | $ 15,000 | 3 |
| 0003-0088 JD 762 PADDLE SCRAPER | $ 15,000 | 3 |
| 0003-0089 H&H FEED WAGON W/METER | $ 10,000 | 3 |
| 0003-0090 LAIRD FEED WAGON | $ 5,000 | 3 |
| 0003-0091 LAIRD FEED WAGON W/SCALES | $ 8,000 | 3 |
| 0003-0092 JD 7300 PLANTER #H07300A661142 | $ 9,000 | 3 |
| 0003-0093 BLAZER 2-AGITATORS | $ 2,000 | 3 |
| 0003-0094 GEHL SLURRY WAGON | $ 3,500 | 3 |
| 0003-0095 BUSH HOG BOX SCRAPER | $ 800 | 3 |
| 0003-0096 FLAT BED TRAILER | $ 300 | 3 |
| 0003-0097 APACHE BALE FEED WAGON #091696 | $ 6,000 | 3 |
| 0003-0098 1993 MAZDA CALF TRK #4F4DR17X7RTM22849 | $ 2,500 | 3 |
| 0003-0099 JD 2155 TRACTOR | $ 1,500 | 3 |
| 0003-0100 APACHE BALE FEED WAGON #0910396 | $ 6,000 | 3 |
| 0003-0101 CAT 613 CPAN/SCRAPER #8LJ01804 | $ 66,000 | 3 |
| 0003-0102 1999 YAMAHA 4-WHEELER #JY4AJ02Y3XQA0004 | $ 6,500 | 3 |
| 0003-0103 1999 YAMAHA 4-WHEELER #JY4AJ02W2XA013726 | $ 6,500 | 3 |
| 0003-0104 CAT 236 SKID LOADER #4YZ00672 | $ 23,015 | 3 |
| 0003-0105 JD 7210 TRACTOR #RW7210H001043 | $ 40,000 | 3 |
| 0003-0106 JD 7410 TRACTOR #RW7410H021909 | $ 60,000 | 3 |
| | $ | |
| | $ | |
| | $ | |
| BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | | 3 |
| MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | | |
| **Farm Machinery, Vehicles and Equipment Limit** | | |

(Left margin label: FARM MACHINERY VEHICLES & EQUIPMENT)

**\*DENOTES THE FOLLOWING:**
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if 3 (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:**  1 = BASIC  2 = BROAD  3 = SPECIAL  4 = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT  5 = COLLISION ONLY LIVESTOCK  6 = FIRE AND LIGHTNING ONLY

FZ-6T14 (1/92) Ptd. in U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO–139293                                   **FARM**

## DECLARATIONS

### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### OTHER

| COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0001–0022  OFFICE CONTENTS | 15,000 | 3 |
| 0001–0023  COMPUTER – EDP | 5,000 | 3 |
| 0001–0024  MILK IN TANK | 20,000 | 3 |
| 0001–0026  MILKING EQUIPMENT | 510,000 | 3 |
| 0001–0028  HAY IN THE OPEN–LIM PER STACK      $0 | 5,000 | 4 |
| 0001–0029  8 TOWER VALLEY IRRIGATION EQUIP | 35,000 | 3 |
| 0001–0030  CAT GENERATOR | 15,000 | 3 |
| 0001–0034  TICO FERBO 125/350 ALL HYDRO GUN REEL #415517D | 5,000 | 3 |
| 0001–0037  TICO FERBO 125/350 ALL HYDRO GUN REEL #318017E | 5,000 | 3 |
| 0001–0038  70 FT TRUCK SCALES | 35,000 | 3 |
| 0001–0039  GORMAN–RUPP PUMP/75 HP MOTOR #U/910107197/98774 | 9,000 | 3 |
| 0001–0040  CORNELL PUMP W/125 HP MOTOR #4HM125–4/TB01314 | 10,000 | 3 |
| 0002–0052  OFFICE CONTENTS | 30,000 | 3 |
| 0002–0053  COMPUTER – EDP | 5,000 | 3 |
| 0002–0054  MILK IN TANK | 20,000 | 3 |
| 0002–0057  MIKLING EQUIPMENT | 690,000 | 3 |
| 0002–0058  HAY IN OPEN–LIM PER STACK      $0 | 5,000 | 4 |
| 0002–0061  TRUCK SCALES | 20,000 | 3 |
| 0002–0062  PIVOTS A #2053597 | 45,000 | 3 |
| 0002–0063  PIVOTS B #2015498 | 30,000 | 3 |
| 0002–0064  PIVOTS C #214099 | 25,000 | 3 |
| 0002–0065  PIVOTS D #2144499 | 25,000 | 3 |
| 0002–0066  GORMAN–RUFF PUMP/WEG MTR 100HP #1032038/405T039R | 9,000 | 3 |
| 0002–0067  GORMAN–RUFF PMP/MARITHN 150 HP #1120180/445TSTFNB | 10,000 | 3 |
| 0003–0073  COMPUTER – EDP | 5,000 | 3 |
| 0003–0074  MILK IN TANK | 20,000 | 3 |
| 0003–0077  HAY IN OPEN–LIM PER STACK      $0 | 5,000 | 4 |

**COVERED CAUSE OF LOSS:** [1] = BASIC   [2] = BROAD   [3] = SPECIAL   [4] = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT       [6] = FIRE AND LIGHTNING ONLY

FZ-8W18 (1/92)  Ptd. in U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO-139293      **FARM**

## DECLARATIONS

## COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
## OTHER

| COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY | | |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | COVERED CAUSE OF LOSS |
| 0003-0107 MILKING EQUIPMENT | 920,000 | 3 |

**COVERED CAUSE OF LOSS:** ☐1 = BASIC   ☐2 = BROAD   ☐3 = SPECIAL   ☐4 = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT    ☐6 = FIRE AND LIGHTNING ONLY

FZ-8W18 (1/92) Ptd. in U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO-139293

**FARM**

## DECLARATIONS

### COVERAGE G — OTHER FARM STRUCTURES

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

**PROPERTY COVERED**

| LOC. NO. | ITEM NO. | DESCRIPTION | CONST | COVERED CAUSE OF LOSS | VAL | LIMIT OF INS |
|---|---|---|---|---|---|---|
| 0001- | 0108 | MILK BARN | NON-COMB | 3 | RC | $414,000 |
| 0001- | 0110 | MEDAL SHADES | NON-COMB | 3 | RC | $535,000 |
| 0001- | 0111 | VET BARN | NON-COMB | 3 | RC | $15,000 |
| 0001- | 0112 | PREP BARN/PEN | NON-COMB | 3 | RC | $70,000 |
| 0001- | 0113 | COMMODITY BARN | NON-COMB | 3 | RC | $50,000 |
| 0001- | 0114 | SHOP | NON-COMB | 3 | RC | $40,000 |
| 0002- | 0115 | OFFICE BUILDING | MASONRY | 3 | RC | $60,000 |
| 0002- | 0116 | MILK BARN | MASONRY | 3 | RC | $520,000 |
| 0002- | 0118 | FEEDING SHEDS | NON-COMB | 3 | RC | $720,000 |
| 0002- | 0119 | SHOP | NON-COMB | 3 | RC | $25,000 |
| 0002- | 0120 | COMMODITY BARN | NON-COMB | 3 | RC | $50,000 |
| 0002- | 0121 | OFFICE BUILDING | FRAME | 3 | RC | $27,000 |
| 0003- | 0122 | MILK BARN | MASONRY | 3 | RC | $512,000 |
| 0003- | 0124 | COW BARN W/ EQUIPMENT | MASONRY | 3 | RC | $762,500 |
| 0003- | 0125 | COMMODITY BARN | FRAME | 3 | RC | $50,000 |

\* INDICATES BLANKETED BY LOCATION

COVERED CAUSE OF LOSS:  [1] = BASIC    [2] = BROAD    [3] = SPECIAL

VALUATION:   (RC) = REPLACEMENT COST    (ACV) = ACTUAL CASH VALUE

(AUV) = AGREED UTILITY VALUE

FZ-9L13a (1/92) Ptd. in U.S.A.          COMPANY COPY