**POLICY NUMBER:** FO–139293

**FARM**

## DECLARATIONS

---

### COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY
### COVERAGES AND LIMITS OF INSURANCE

In return for the payment of premium indicated above, we agree with you to provide the following coverage(s) at the limits shown, subject to all of the terms and conditions of this policy. Insurance does not apply under any coverage part unless a limit of Liability is shown.

**Coverage Form:**                                                                    **Limits of Insurance**

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| General Aggregate Limit (other than Products/ Completed Operations) | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 100,000 |
| Medical Expense Limit (any one person) | $ 5,000 |
| Coverage M - Chemical Drift Liability Aggregate Limit | $ 25,000 |
| Coverage N - Limited Crop Dusting Coverage Aggregate Limit | $ NOT COVERED |

PERSONAL LIABILITY

| | |
|---|---|
| Coverage A - Bodily Injury and Property Damage Liability | $ NOT COVERED |
| Coverage B - Personal Injury Liability | $ NOT COVERED |
| Coverage C - Medical Payments | $ NOT COVERED |
| Coverage D - Additional Coverage Damage To Property Of Others | $ NOT COVERED |

---

### SCHEDULE OF LOCATIONS

**LOCATION NUMBER AND ADDRESS**          **SEE ATTACHED SCHEDULE FZ-5T11**

*Unless coverage is extended as described below, the following are not covered as farming in this policy:* Retail activity (other than on-premises roadside stands selling products produced principally by the named insured); Mechanized Processing Operations.

"Farming" is extended to include:
Retail Activity (Describe): _____

_____

Mechanized Processing Operation: (Describe): _____

_____

FZ-1P99a (1/92) Ptd. in U.S.A.

SENT TO: INSURED, COMPANY, AGENT          COMPANY COPY

**FARM**

## STATE TAXES AND SURCHARGES

The following amounts are shown where applicable for state taxes and surcharges and have been added to the total policy premium.

### FLORIDA:

| | |
|---|---|
| Fire Marshall Assessment -   1% | $ __100.00_____ |
| Guaranty Fund Surcharge -   1.02% | $ ___0.00_____ |
| Property Surcharge -  $4.00 | $ ___4.00_____ |

### KENTUCKY:

| | |
|---|---|
| Municipal Tax and Collection Fee - | $ ___0.00_____ |
| Monthly Surcharge -   1.50% | $ ___0.00_____ |

### NEW JERSEY:

| | |
|---|---|
| Property/Liability Insurance Guaranty Association Surcharge   1/3 OF 1% | $ ___0.00_____ |

### NEW YORK:

| | |
|---|---|
| Fire Insurance Fee -   1.25% | $ ___0.00_____ |

### WEST VIRGINIA:

| | |
|---|---|
| Policy Surcharge on Collected Premiums -   1% | $ ___0.00_____ |

**POLICY NUMBER:** FO–139293                                              **FARM**

## DECLARATIONS

| COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY COVERAGES AND LIMITS OF INSURANCE |
|---|
| **SCHEDULE OF LOCATIONS** |

**(SCHEDULE FOR FZ-1P99a)**

|  | **LOCATION DESCRIPTION** | **ACRES** |
|---|---|---|
| 1– | SEC 1 TWP 5 RGE 14E, GILCHRIST CO, SEC 23, TWP 7, RGE 17 ALACHUA CO | 550 |
|  | HIGH SPRINGS          FL 32643–0000 |  |
| 2– | SEC 5,6,7 TWP 7S, RGE 15E, GILCHREST COUNTY | 460 |
|  | HIGH SPRINGS          FL 32643–0000 |  |
| 3– | SEC 12 TWP 14SRGE 17E – SEC 13 TWP 14S RGE 17E & SEC 7 TWP 14S RGE 18E LEVY COUNTY | 1,863 |
|  | MORRISTON          FL 32668–0000 |  |

**\* DENOTES LIABILITY ONLY**

FZ-5T11 (1/92) Ptd. in U.S.A.
COMPANY COPY

**POLICY NUMBER:**  FO–139293                                        **FARM**

**DECLARATIONS**

| SECTION II LIABILITY<br>SCHEDULE OF COVERAGES | | | | | | |
|---|---|---|---|---|---|---|
| **COVERAGE PART:** | | | | | | |
| Location<br>Number | Coverage | Class Code/<br>Classification Description | Premium<br>Basis | Exposure | Rate | Premium |
| 0001 | PO ONLY | 01207 | O* | 1 | $ $480.0000 | $ $480 |
| *INITIAL FARM | | Initial Farm premises, over 500 acres | | | | |
| 0001 | PRODUCT | 01901 | S | 20,000,000 | $ $.1122 | $ $2,244 |
| | | Farm Prod., NOC excl. farm stands, cream., proc. & aged foods, when sales exceed 10% of gross sales. | | | | |
| 0001 | PO/PROD | 63010 | X | 4 | $ $75.5000 | $ $302 |
| | | Dwellings: one–family [lessor's risk only] | | | | |
| 0002 | PO ONLY | 01418 | X | 1 | $ $20.0000 | $ $20 |
| | | Additional farm premises maintained by insured | | | | |
| 0002 | PO/PROD | 63010 | X | 2 | $ $75.5000 | $ $151 |
| | | Dwellings: one–family [lessor's risk only] | | | | |
| 0003 | PO ONLY | 01418 | X | 1 | $ $20.0000 | $ $20 |
| | | Additional farm premises maintained by insured | | | | |
| 0003 | PO/PROD | 63010 | X | 2 | $ $75.5000 | $ $151 |
| | | Dwellings: one–family [lessor's risk only] | | | | |
| | | | | | $ | $ |

**TOTAL PREMIUM FOR THIS COVERAGE PART**                                   $ INCLUDED

☐ **SUBJECT TO AUDIT**            ☒ **NOT SUBJECT TO AUDIT**

**AUDIT FREQUENCY:**        ☐ Quarterly        ☐ Semi-annually        ☐ Annually

**When used as a premium basis the following code definitions apply:**

A - Area - Per 1,000 square feet of area            O - Other
C - Total Cost - per $1,000 of total cost           P - Payroll - per $1,000 of payroll
D - If Any                                          S - Gross Sales - per $1,000 of Gross Sales
E - Admissions - per 1,000 admissions               U - Units
F - Flat Charge                                     X - Each
J - Total Operating Expenditures - per $1,000 of Expenditures

FZ-6N03a (1/92) Ptd. in U.S.A.

COMPANY COPY

**Policy Number:** FO–139293

## FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

| | | |
|---|---|---|
| FZ8L06 | 0000 | COMBINE PLUS POLICY JACKET |
| FZ2D14B | 1192 | DECLARATIONS–SUMMARY |
| FZ2D63C | 1297 | DECLARATIONS–COVERAGES A, B, C |
| FZ6T14 | 0192 | COV E–SCHEDULED FARM PERSONAL PROPERTY FARM MACHIN |
| FZ8W18 | 0192 | COV E–SCHED FARM PERSONAL PROP–OTHER |
| FZ9LI3A | 0192 | DECLARATIONS–COVERAGE G |
| FZ1P99A | 0192 | DECLARATIONS–COMMERCIAL GEN |
| FZ2X08 | 0102 | STATE TAXES AND SURCHARGES |
| FZ5T11 | 0192 | DECLARATIONS–CG LIAB/PER LIAB |
| FZ6N03A | 0192 | SECT II LIAB SCHED OF COV |
| FZ4T30 | 1196 | SUPP'L DECLARATION–HURRICANE DED FL |
| FP0306 | 0198 | FL HURRICANE PERCENTAGE DED [RESIDENT |
| FP0424 | 0690 | SPOILAGE COVERAGE |
| FZ4P91 | 0192 | LOSS OF FARMING INCOME END. |
| LD4883 | 0788 | PYRAMIDING OF LIMITS ENDORSEMENT |
| IL0003 | 0498 | CALCULATION OF PREMIUM |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0498 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| FZ5N21 | 0192 | ASBESTOS EXCLUSION |
| IL0255 | 0794 | FL CHANGES–CANC & NONRENEWAL |
| CG0220 | 0792 | FLORIDA CHANGES–CANCELLATION AND NONRENEWAL |
| IL0175 | 0993 | FLORIDA CHANGES–LEGAL ACTION AGAINST |
| FZ3Y74 | 0498 | DAIRYMEN'S ENDORSEMENT |
| FP1021 | 0498 | EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES |
| CG2146 | 0798 | ABUSE OR MOLESTATION EXCLUSION |
| CG0001 | 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE |
| FL0411 | 0690 | BASIC FARM PREMISES LIABILITY |
| CG2147 | 0798 | EMPLOYMENT–RELATED PRACTICES EXCLUSION |
| FP0010 | 0690 | FARM PROPERTY COVERAGE FORM |
| LD4S35 | 0692 | EXCLUSION–LEAD |
| FZ2S21A | 0198 | SPECIAL CONDITIONS COMBINE PLUS |
| FZ4Y58 | 0102 | REPLACEMENT COST–HOUSEHOLD PERSONAL P |
| FP0109 | 0690 | FLORIDA CHANGES |
| FP1009 | 1088 | WINDSTORM OR HAIL EXCLUSION |

**FZ-9T54 (1/92) Ptd. in U.S.A.**

COMPANY COPY                    SENT TO: INSURED, COMPANY, AGENT

| **Policy Number:** | FO–139293 |
|---|---|

## FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

FZ4U11A     0399                    SIGNATURE ENDORSEMENT

*Supplemental Declaration*
*Hurricane Deductible*
*Florida*

**ACE USA**



**This policy contains a separate deductible for hurricane losses, which may result in high out-of-pocket expenses to you.**

## Schedule

| Insured Location | Hurricane Deductible |
|---|---|
| 0001–0001A | 3% |
| 0001–0004A | 3% |
| 0001–0007A | 3% |
| 0001–0010A | 3% |
| 0002–0012A | 3% |
| 0002–0015A | 3% |
| 0003–0017A | 3% |
| 0003–0020A | 3% |

**This policy contains a co-pay provision that may result in high out-of-pocket expenses to you.**

POLICY NUMBER:  FO–139293

**FARM**
**FP 03 06 01 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# FLORIDA HURRICANE PERCENTAGE DEDUCTIBLE (RESIDENTIAL RISKS)

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM

### SCHEDULE*

| "Insured Location" No. | Bldg. No. | Hurricane Deductible Percentage – Enter 1%, 2%, 3% Or 10% (Subject To A $500 Minimum Deductible Per Occurrence) |
|---|---|---|
| 0001 | 0001A | 3% |
| 0001 | 0004A | 3% |
| 0001 | 0007A | 3% |
| 0001 | 0010A | 3% |
| 0002 | 0012A | 3% |
| 0002 | 0015A | 3% |
| 0003 | 0017A | 3% |
| 0003 | 0020A | 3% |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The Hurricane Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Hurricane, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Hurricane occurs, and that loss or damage would not have occurred but for the Hurricane, such loss or damage shall be considered to be caused by Hurricane and therefore part of the Hurricane occurrence.

The Hurricane Deductible applies whenever there is an occurrence of Hurricane. Under the terms of this endorsement, a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The Hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC, and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

With respect to Covered Property at a location identified in the Schedule, the Hurricane Deductible is the only Deductible that applies to loss or damage caused by Hurricane. If a windstorm is not declared to be a hurricane and there is loss or damage to Covered Property, the applicable deductible is the same deductible that applies to Fire.

**HURRICANE DEDUCTIBLE CLAUSE**

**A.** A Deductible is calculated separately for, and applies separately to:

  **1.** Each building, if two or more buildings sustain loss or damage;

  **2.** The building and to personal property in that building, if both sustain loss or damage;

  **3.** Personal property at each building, if personal property at two or more buildings sustains loss or damage;

  **4.** Personal property in the open.

In any one occurrence of Hurricane, the total deductible for all covered Hurricane losses will not be less than $500.

**B.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any coinsurance or property value condition.

**C. Calculation Of The Deductible**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 3% or 10% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

**EXAMPLES – APPLICATION OF DEDUCTIBLE**

**Example #1**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the coinsurance requirement is $80,000 (80% of $100,000).

The **actual** Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875
Step **(2):** $60,000 x .875 = $52,500
Step **(3):** $70,000 x 1% = $700
Step **(4):** $52,500 – $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**Example #2**

The amounts of loss to the damaged property are $60,000 (building) and $40,000 (personal property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The **actual** Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1):** $80,000 x 2% = $1,600
Step **(2):** $60,000 – $1,600 = $58,400

**Personal Property**

Step **(1):** $64,000 x 2% = $1,280
Step **(2):** $40,000 – $1,280 = $38,720

The most we will pay is $97,120. That portion of the total loss not covered due to application of the Deductible is $2,880.

     Copyright, Insurance Services Office, Inc., 1997     FP 03 06 01 98     □

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE -
# PERISHABLE FARM PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM

### SCHEDULE *

| "INSURED LOCATION" NO. | BLDG. NO. | DESCRIPTION OF PERISHABLE FARM PERSONAL PROPERTY | LIMIT OF INSURANCE |
|---|---|---|---|
| 0001 | 0000001 | Milk | 20,000 |
| 0002 | 0000003 | Milk | 20,000 |
| 0003 | 0000002 | Milk | 20,000 |

| | | CAUSES OF LOSS | | |
|---|---|---|---|---|
| REFRIGERATION MAINTENANCE AGREEMENT  (1) | REFRIGERATION BACK-UP SYSTEM WARRANTY  (2) | (3) BREAKDOWN OR CONTAMINATION | (4) PUBLIC POWER OUTAGE | SELLING PRICE  (5) |
| ☐ | ☐ | ☒ | ☐ | ☒ |

If coverage is indicated in the Declarations for COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, the Farm Property Coverage Form is extended to insure against direct physical loss of or damage to "perishable farm personal property" indicated in the Schedule, caused by the Covered Cause(s) of Loss, as provided by this endorsement.

The following provisions (A. through J. inclusive) apply to the coverage provided by this endorsement:

**A.** Paragraph 1. Covered Property under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

   **1.** Covered Property

     Covered property means "perishable farm personal property" shown in the Schedule at the "insured location" owned by you.

**B.** The following is added to Paragraph 2. Property Not Covered under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

   **f.** Property located:

     **(1)** On buildings;

     **(2)** In the open; or

     **(3)** In vehicles.

**C.** Paragraph 3. Special Limits of Insurance, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

**D.** Paragraph 4. Covered Causes of Loss under COVERAGE E. - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FARM

**4. Covered Causes of Loss**

Subject to the exclusions described in item G. of this endorsement, Covered Causes of Loss means the following as indicated in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the "insured location" shown in the Schedule; or

**(2)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the "insured location" shown in the Schedule.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

**b.** Public Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power generated from a public utility to refrigerating, cooling or humidity control apparatus or equipment at the "insured location" shown in the Schedule.

**E.** Paragraph 6. Coverage Extensions b. through f. Under Coverage E, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

**F.** Selling Price

If Selling Price is indicated in the Schedule, the following is added to the VALUATION Loss Condition in Paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

In the event of loss or damage, the value of "perishable farm personal property" held ready for sale will be determined at its selling price as if no loss or damage has occurred, less discounts and expenses you otherwise would have had.

**G.** Section C. EXCLUSIONS is replaced by the following:

**C.** EXCLUSIONS

**1.** Of the EXCLUSIONS contained in Section C. of the Farm Property Coverage Form, only the following apply to Spoilage Coverage for "perishable farm personal property:"

**2.** Earth Movement;

**3.** Governmental Action;

**4.** International Loss;

**5.** Nuclear Hazard;

**7.** War and Military Action; an

**8.** Water.

**2.** The following EXCLUSIONS are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The inability of a public utility to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**b.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**c.** The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

**d.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**e.** The complete or partial interruption of power from a private power source.

**H.** The Loss Conditions in paragraphs a. and b. of paragraph 7. Coverage E Conditions, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, do not apply.

**I.** The following is added to paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

**1.** ADDITIONAL CONDITION - REFRIGERATION MAINTENANCE AGREEMENTS

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable in the Schedule, the following condition applies:

     Copyright, Insurance Services Office, Inc., 1987, 1989     FP 04 24 06 90

2966

FARM

You must maintain a refrigeration maintenance or service agreement as described below. If you voluntarily terminate this agreement and do not notify us within 10 days, the insurance provided by this endorsement under the Breakdown or Contamination Covered Cause of Loss will be automatically suspended at the location involved.

A refrigeration maintenance agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the "insured location," and the servicing and repair of the equipment, including emergency response at the "insured location."

2. ADDITIONAL CONDITION - REFRIGERATION BACK-UP SYSTEM WARRANTY - APPLICABLE TO SPOILAGE COVERAGE FOR SEMEN

If:

a. Public Power Outage is designated as a Covered Cause of Loss; and

b. Semen is listed in the Schedule; and

c. Refrigeration Back-up System Warranty is shown as applicable in the Schedule;

the following condition applies:

You must meet all the specifications of either (1) or (2), as follows:

(1) A functioning power failure alarm system, functioning auxiliary generator and caretaker are always on the "insured location;" or

(2) A functioning power failure alarm system and functioning automatic starting auxiliary generator are always on the "insured location."

If you suspend operation of the measures described in (1) and (2) above, and you do not notify us within 10 days, the insurance provided by this endorsement for spoilage of semen caused by public power outage will be automatically suspended at the location involved.

J. The following is added to Section H. DEFINITIONS:

"Perishable farm personal property" means supplies and products of farming and ranching operations, including but not limited to meat, poultry and fish products, drugs, vitamins, plasma, blood, medicine, milk and produce, that are:

a. Maintained under controlled temperature or humidity conditions for preservation; and

b. Susceptible to loss or damage if the controlled temperature or humidity conditions change.

With respect to meat, poultry and fish products, "perishable farm personal property" excludes animals killed as a result of a Cause of Loss covered under this endorsement.

**FARM**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS OF FARMING INCOME ENDORSEMENT

This endorsement provides additional insurance under the following:

### FARM PROPERTY COVERAGE FORM

In return for an additional premium, we agree to pay you for loss of **"income"** directly resulting from interruption of your farming operation because of a covered cause of loss to other farm structures and farm machinery and equipment (other than mobile machinery, vehicles and equipment and livestock) while located at the designated location shown below:

| Location # | Item # | Description of Item | Limit of Insurance |
|---|---|---|---|
| 0001 | 0108 | MILK BARN | $ 2,600,000 |
| 0002 | 0116 | MILK BARN | $ 3,000,000 |
| 0003 | 0122 | MILK BARN | $ 3,500,000 |
| | | | $ |

The most we will pay shall not exceed the indicated limit of insurance.

### DEFINITIONS

**"Income":**
    a.  for the purpose of this coverage, **"income"** is defined as the sum of:

            1.  net profit;
            2.  payroll expenses and taxes and interest you have to pay;
            3.  rents (excluding rents from dwellings and other nonfarming properties); and
            4.  all other necessary operating expenses incurred by the farming operation.

**"Farming Premises":**

    a.  for the purpose of this coverage, **"farming premises"** means the farm location which you own, operate or rent shown on the Declarations.

### SPECIAL CONDITIONS YOU SHOULD KNOW ABOUT

Loss of **"income"** will be paid only for the time reasonably required to rebuild, repair or replace the damaged or destroyed property. The time will begin with the date of such damage or destruction and is not limited by the policy period.

You shall make every reasonable effort to resume complete or partial operation as soon as possible and, where practicable, use substitute facilities and property.

We will not pay more than the limit of insurance shown above. Loss of **"income"** shall not include charges and expenses which do not necessarily continue during the time of interruption. Coverage also applies to expenses you incur to reduce loss of **"income"**, but only to the extent that they actually reduce your loss of **"income"**.

Coverage is extended for the length of time, not to exceed two consecutive weeks, during which access to your farm premises is prohibited by civil authority. This prohibition must result directly from damage to or destruction of property adjacent to your **"farming premises"** caused by a covered cause of loss.

## EXCLUSIONS

This coverage shall not apply:

a.   to loss of **"income"** caused by the suspension, lapse or cancellation of any lease, contract or order;

b.   to loss of **"income"** caused directly or indirectly by enforcement of any local or state ordinance or law regulating the construction, repair, or demolition of buildings or structures;

c.   to any claim for loss of **"income"** due to interference by strikers or other persons with rebuilding, repairing or replacing property, or with the resumption or continuation of operation.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

# PYRAMIDING OF LIMITS ENDORSEMENT

| Named Insured | | | Endorsement Number |
|---|---|---|---|
| Policy Symbol | Policy Number | Policy Period | Effective Date of Endorsement |
| Issued By (Name of Insurance Company) | | | |

**Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**LIQUOR LIABILITY COVERAGE FORM**
**POLLUTION LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**
**FARM COVERAGE FORM**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM**
**RAILROAD PROTECTIVE LIABILITY COVERAGE FORM**
**SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY—NEW YORK**

### Two or More Coverage Forms or Policies Issued By Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence" the maximum applicable per Occurance and Aggregate Limits of Insurance available under all the Coverage Forms or policies shall not be the total of the per Occurrence or Aggregate Limits of Insurance for those Coverage Forms or policies but rather shall not exceed the highest applicable per Occurrence and Aggregate Limits of Insurance under any one Coverage Form or policy. The condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

_____
Authorized Agent

LD-4883 (7/88) Ptd. in U.S.A.        "Reprinted in part with permission of Insurance Services Office, Inc., 1985"

**INTERLINE**
**IL 00 03 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESSOWNERS POLICY
> COMMERCIAL AUTOMOBILE COVERAGE PART
> COMMERCIAL CRIME COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> PROFESSIONAL LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**IL 00 17 11 98**

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc.,  1997

**POLICY NUMBER:**                                                                                                    **FARM**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.


# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

   **FARM PROPERTY COVERAGE FORM**


The following is added to Section C. Exclusions:

   We will not pay for any loss, damage or debris removal or **"clean-up"** expense caused directly or indirectly by or resulting from asbestos or asbestos containing materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **"Clean-up"** includes testing, monitoring, removal, containment, treatment, detoxification or neutralization.

IL 02 55 07 94

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESSOWNERS POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART – FARM PROPERTY COVERAGE FORM
> FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY
>    AND EQUIPMENT COVERAGE FORM
> FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

**2. CANCELLATION FOR POLICIES IN EFFECT 90 DAYS OR LESS**

   **a.** If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

   **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

      **(a)** A material misstatement or misrepresentation; or

      **(b)** A failure to comply with underwriting requirements established by the insurer.

   **b.** We may not cancel:

   **(1)** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

   **(2)** On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this policy if:

      **(a)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

      **(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**B.** The following is added to the CANCELLATION Common Policy Condition:

**7. CANCELLATION FOR POLICIES IN EFFECT FOR MORE THAN 90 DAYS**

   **a.** If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

   **(1)** Nonpayment of premium;

   **(2)** The policy was obtained by a material misstatement;

   **(3)** There has been a failure to comply with underwriting requirements within 90 days of the effective date of coverage;

Copyright, Insurance Services Office, Inc.,  1993
Copyright, ISO Commercial Risk Services, Inc.,  1993

□

**(4)** There has been a substantial change in the risk covered by the policy;

**(5)** The cancellation is for all insureds under such policies for a given class of insureds;

**(6)** On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**(7)** On the basis of filing of claims for partial loss caused by sinkhole damage, or on the basis of the risk associated with the occurrence of such a claim, if:

**(a)** The total of such property insurance payments for this policy exceeds the current policy limits of coverage for property damage; or

**(b)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

**b.** If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if cancellation is for non-payment of premium; or

**(2)** 45 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy does not cover a residential structure or its contents; or

**(3)** 90 days before the effective date of cancellation if:

**(a)** Cancellation is for one or more of the reasons stated in **7.a.(2)** through **7.a.(7)** above; and

**(b)** This policy covers a residential structure or its contents.

**C.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

**a.** 90 days prior to the expiration of the policy if this policy covers a residential structure or its contents; or

**b.** 45 days prior to the expiration of the policy for all other policies.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us.   If notice is mailed, proof of mailing will be sufficient proof of notice.

**3.** We may not refuse to renew this policy:

**a.** On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

**b.** On the basis of filing of claims for partial loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may refuse to renew this policy if:

**(1)** The total of such property insurance claim payments for this policy exceeds the current policy limits of coverage for property damage; or

**(2)** You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

Copyright, Insurance Services Office, Inc.,  1993
Copyright, ISO Commercial Risk Services, Inc.,  1993

**IL 02 55 07 94**   □

COMMERCIAL GENERAL LIABILITY
CG 02 20 07 92

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the CANCELLATION Common Policy Condition is replaced by the following:

   **2.** CANCELLATION OF POLICIES IN EFFECT:

     **a.** FOR 90 DAYS OR LESS

      If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

        **(a)** A material misstatement or misrepresentation; or

        **(b)** A failure to comply with the underwriting requirements established by the insurer.

     **b.** FOR MORE THAN 90 DAYS

      If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

      **(1)** Nonpayment of premium;

      **(2)** The policy was obtained by a material misstatement;

      **(3)** Failure to comply with underwriting requirements within 90 days of the effective date of coverage;

      **(4)** A substantial change in the risk covered by the policy; or

      **(5)** The cancellation is for all insureds under such policies for a given class of insureds.

      If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

      **(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      **(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in paragraph **2.b.**

**B.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

   **1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

   **2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

 Copyright, Insurance Services Office, Inc., 1992 □

**BOILER AND MACHINERY**
**IL 01 75 09 93**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

LEGAL ACTION AGAINST US

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc.,  1993
Copyright, ISO Commercial Risk Services, Inc.,  1993

POLICY NUMBER:                                                                                                      FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DAIRYMEN'S ENDORSEMENT

This endorsement provides additional insurance:

- **TRANSPORT VEHICLES COVERAGE**

We will pay for loss of or damage to transport vehicles involved in delivering feed and supplies to your premises, for which you are legally liable, caused by the following causes of loss:

- Fire and lightning
- Theft
- Vandalism

This coverage only applies to those vehicles that:

- Are in your care, custody and control; and
- Are on your premises; and
- You do not own.

The most we will pay for one occurrence is $25,000 with a $50,000 aggregate limit per policy year. This coverage is excess over any other insurance available to the damaged or lost vehicle, or that would be available in the absence of this insurance. A special deductible of $1,000 per occurrence applies to this coverage.

- **DAIRY OPERATIONS CONTINUATION EXPENSE**

We will pay up to $10,000 for actual and necessary expenses you incur to resume normal dairy operations interrupted as the result of direct physical loss or damage to covered farm buildings and/or equipment by a covered Cause of Loss.

The expiration of this policy does not limit coverage. However, we will not pay expenses you incur after the period required for repair, rebuilding or replacement of covered property.

This coverage does not include loss caused by or resulting from the enforcement of any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, "pollutants".

No deductible applies to this coverage.

- **HAY COVERAGE**

Special Limits of Insurance Under Coverage E paragraph **a. FARM PROPERTY COVERAGE FORM** is amended to read:

**a.** If no specific limit is shown in the Declarations for hay, straw or fodder in the open, the Limit will be $40,000 on any one stack.

Coverage Extensions to Coverage F paragraph **b.** is amended to read:

**b.** Farm Products in the Open-Coverage Against Certain Causes of Loss

    **(1)** Grain in piles, shocks, stacks or swaths;

    **(2)** Hay, straw or fodder in stacks, windrows or bales; but the most we will pay for loss or damage is $25,000 for any one stack of hay, straw or fodder.

A stack means hay, straw or fodder in one area separated by a clear space of 50 feet or more from any other hay, straw, or fodder in the open.

If a covered loss exceeds the limit of insurance on hay, straw, or fodder, as shown on the Declarations Coverage E or F, we will automatically adjust that limit as follows:

- We will determine the replacement cost of the hay, straw or fodder; and
- We will multiply the applicable limit of insurance by 1.25.

We will pay the smaller of the amounts determined above, but only up to the amount actually and necessarily spent to replace the damaged or destroyed hay, straw or fodder.

- **MILK CONTAMINATION COVERAGE**

We cover loss to your milk caused by contamination up to $10,000 aggregate limit per year.

A special deductible of $1,000 per occurrence applies to this coverage.

Contaminated milk means raw milk that contains impurities making it unfit for human consumption. Spoilage is not included in this coverage.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

FZ-3Y74 (Ed. 4/98) Ptd. in U.S.A.

**FARM**
**FP 10 21 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART including any attached endorsement that may provide specialized coverage on computers, but not including the FARM LIABILITY COVERAGE FORM

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any "insured" or to others:

      **(1)** Computer hardware, including microprocessors, or other "electronic data processing equipment" as may be defined elsewhere in this policy;

      **(2)** Computer application software, including "electronic media and records" as may be defined elsewhere in this policy;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products or any services, data or functions that directly or indirectly use or rely upon, in any manner**,** any of the items listed in Paragraph **1.a.** above;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any "insured" to determine, rectify or test for, any potential or actual problems described in Paragraph **1.** above.

**B.** If an excluded cause of loss as described above in Paragraph **A.** results in:

  **1.** A "specified cause of loss" under the Special Causes of Loss; or

  **2.** A Covered Cause of Loss under the Basic or Broad Causes of Loss;

  we will pay only for the loss ("loss") or damage caused by such "specified cause of loss" or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** or **b.** above to correct any deficiencies or change any features.

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent;

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc.,  2000

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc.,  2000

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

   © ISO Properties, Inc.,  2000   **CG 00 01 10 01**   ☐

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000          **CG 00 01 10 01**          ☐

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

   This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

   This insurance is excess over:

   **(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

     **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

     **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

     **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

     **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

   **(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in **a.** above;

      (2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.