### d. Fire Department Service Charge

We will pay the liability you have assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect Covered Property from a Covered Cause of Loss. But we will not pay fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

The amount we pay under this Additional Coverage will be in addition to any Limit of Insurance that applies under this Coverage Form.

No deductible applies to this Additional Coverage.

## 2. Additional Coverages To Coverages A, B, C and D Only

### a. Removal of Fallen Trees

We will pay the reasonable expense you incur removing any fallen tree from the grounds appurtenant to your principal residence, provided that, in falling, the tree damaged property covered under Coverage A, B or C, and provided further:

(1) That the tree is not Covered Property, but the cause of its falling was a Covered Cause of Loss; or else

(2) That the tree is Covered Property, but the cause of its falling was a Covered Cause of Loss other than fire or lightning, explosion, riot or civil commotion, aircraft, vehicles owned and operated by nonresidents of the covered "dwelling," vandalism, or theft.

Regardless of the number of fallen trees, we will pay no more than a total of $500.

### b. Credit Cards and Fund Transfer Cards; Forgery; Counterfeit Currency

(1) We will pay up to $500, unless a higher limit is indicated in the Declarations, for:

(a) The legal obligation of any "insured" to pay because of the theft or unauthorized use of credit cards issued to any "insured" or registered in any "insured's" name.

But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions under which the credit card was issued.

(b) Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to any "insured" or registered in any "insured's" name.

But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions under which the fund transfer card was issued.

(c) Loss to any "insured" caused by forgery or alteration of any check or negotiable instrument; and

(d) Loss to any "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

But we will not pay for loss arising out of business pursuits or dishonesty of any "insured."

No deductible applies to this Additional Coverage.

(2) Defense

(a) We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any suit ends when the amount we pay for the loss equals the applicable Limit of Insurance.

(b) If a suit is brought against any "insured" for liability under the Credit Card or Fund Transfer Card Coverage, we will provide a defense at our expense by counsel of our choice.

(c) We have the option to defend at our expense any "insured" or any "insured's" bank against any suit for the enforcement of a payment under the Forgery Coverage.

Copyright, Insurance Services Office, Inc., 1985, 1989

**3. Additional Coverage To Coverage E Or F Only**

Cost of Restoring Farm Operations Records

For any one loss we will pay up to $2,000 to cover your cost to research, replace or restore the lost information on farm operations records damaged by a Covered Cause of Loss.

But if a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

No deductible applies to this Additional Coverage.

**4. Additional Coverage To Coverages E, F Or G**

Extra Expense

We will pay, up to the Limit of Insurance shown in the Declarations, the actual and necessary expenses you incur to resume normal farming operations interrupted as the result of direct physical loss of or damage to Covered Property by a Covered Cause of Loss.

Coverage for such extra expense is not limited by the expiration of this policy. But, we will not pay extra expense you incur after the period required for repair, rebuilding or replacement of Covered Property.

Extra Expense Coverage does not include loss caused by or resulting from the enforcement of any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, "pollutants."

No deductible applies to this Additional Coverage.

**5. Additional Coverage – COLLAPSE**

The following Additional Coverage applies when BROAD or SPECIAL Covered Causes of Loss is specified in the Declarations:

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

**a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

**b.** Hidden decay;

**c.** Hidden insect or vermin damage;

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Under item b., c., d., e. or f., we will not pay for loss of or damage to any of the following types of property, if otherwise covered in this Coverage Part, unless the loss or damage is a direct result of the collapse of a building:

Foundations or retaining walls; underground pipes, flues or drains; cesspools or septic tanks; walks, roadways, patios and other paved surfaces; awnings; fences; outdoor equipment including yard fixtures; swimming pools; bulkheads, docks, piers or wharves.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

**6. Additional Coverage – Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the "insured location" if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expense will be paid only if they are reported to us in writing within 180 days of the earlier of:

**a.** The date of direct physical loss or damage; or

**b.** The end of the policy period.

The most we will pay under this Additional Coverage, for each location listed in the Declarations as an "insured location," is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**E. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the lesser of the following:

**1.** The applicable Limit of Insurance shown in the Declarations; or

**2.** The applicable Special Limit of Insurance. Certain categories of property covered under the Farm Property Coverage Form are subject to Special Limits of Insurance. These Special Limits are listed in subparagraph 3. of each Coverage under which those categories of property are covered.

## F. DEDUCTIBLE

We will not pay for loss, damage or expense in any one occurrence until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss, damage or expense in excess of that Deductible, up to the Limit of Insurance.

In the event that you sustain, from the same occurrence, losses or expenses in excess of the applicable deductibles under two or more Coverages of this Coverage Form, only the highest applicable deductible amount will apply.

Special Limits of Insurance apply in excess of any applicable Deductibles.

## G. FARM PROPERTY CONDITIONS

The following conditions apply in addition to the Common Policy Conditions.

### LOSS CONDITIONS

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3. Duties in The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** Permit us to inspect the property and records proving the loss or damage.

Also permit us to take samples of damaged property for inspection, testing and analysis.

**(7)** Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any "insured" under oath, while not in the presence of any other "insured" and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an "insured's" books and records. In the event of an examination, an "insured's" answers must be signed.

**4. Insurance Under Two Or More Coverages**

If two or more of this policy's Coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**5. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form unless:

**a.** There has been full compliance with all of the terms of this Coverage Form; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**6. Loss Payment**

**a.** In the event of loss or damage insured against under this Coverage Form, at our option we will either:

   **(1)** Pay the value of lost or damaged property;

   **(2)** Pay the cost of repairing or replacing the lost or damaged property;

   **(3)** Take all or any part of the property at an agreed or appraised value; or

   **(4)** Repair, rebuild, or replace the property with other of like kind and quality.

**b.** We will not pay you more than your financial interest in the Covered Property.

**c.** We will give notice of our intentions within 30 days after we receive the statement of loss.

**d.** We will pay for any loss or damage within 30 days after we receive the sworn statement of loss, provided you have complied with all the terms of this Coverage Part, and

   **(1)** We reach agreement with you; or

   **(2)** An appraisal award has been made.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**7. Pair, Sets or Parts**

**a.** **Pair or Set.** In case of loss or damage to any part of a pair or set, we may:

   **(1)** Repair or replace any part to restore the pair or set to its value before the loss; or

   **(2)** Pay the difference between the value of the pair or set before and after the loss.

**b.** **Parts.** In case of loss of or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**8. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Form bears to the limits of insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in 8.a. above, we will pay only the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**9. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**10. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

Copyright, Insurance Services Office, Inc.,  1985, 1989     FP 00 10 06 90     ☐

**a.** Prior to loss.

**b.** After a loss, only if at the time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

(a) Owned or controlled by you; or

(b) That owns or controls you; or

(3) Your tenant.

This will not restrict your insurance.

**11. Unoccupancy and Vacancy**

**a.** If a building or structure is "vacant" or "unoccupied" beyond a period of 120 consecutive days, the Limits of Insurance applicable to the building or structure and its contents will be automatically reduced by 50%, unless we extend the period of "vacancy" or "unoccupancy" by endorsement made a part of this Coverage Form.

**b.** In addition to the penalty described in a. above, "unoccupancy" or "vacancy" results in certain exclusions or limitations applicable to certain causes of loss. See Section B. Covered Causes of Loss – BASIC, BROAD and SPECIAL.

**GENERAL CONDITIONS**

**1. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you as it relates to this Coverage Form at any time.  It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Form.

**2. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**3. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

**4. Mortgage Holders**

**a.** The term mortgage holder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Form at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Form will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

 Copyright, Insurance Services Office, Inc.,  1985, 1989 ☐

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**5. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**6. Policy Period**

We cover loss or damage commencing during the policy period shown in the Declarations.

## H. DEFINITIONS

The following words and phrases have a special meaning throughout this Coverage Form:

**1. "Business property"** means property pertaining to any trade, profession or occupation other than farming.

**2. "Dwelling"** means a building used principally for family residential purposes, and includes mobile homes and modular and prefabricated homes.

"Dwelling" does not mean a building used in such agricultural operations as storage of farm produce, "livestock" or "poultry."

**3. "Farm personal property"** means equipment, supplies and products of farming or ranching operations, including but not limited to feed, seed, fertilizer, "livestock," other animals, "poultry," grain, bees, fish, worms, produce and agricultural machinery, vehicles and equipment.

**4. "Insured"** means you and, if you are an individual, the following members of your household:

**a.** Your relatives;

**b.** Any other person under the age of 21 who is in the care of any person specified above.

**5. "Insured location"** means any location, including its private approaches, described in the Declarations pertaining to this Coverage Form.

**6. "Livestock"** means cattle, sheep, swine, goats, horses, mules and donkeys.

**7. "Money"** means currency, coins and bank notes in current use and having a face value; also travelers' checks, register checks and money orders held for sale to the public.

**8. "Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**9. "Poultry"** means fowl kept by you for use or sale.

**10. "Securities"** means negotiable and non-negotiable instruments or contracts presenting either "money" or other property and includes:

**a.** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**b.** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

But "securities" does not include "money."

**11. "Unoccupancy" or "unoccupied"** means the condition of:

    **(a)** A "dwelling" (except while being constructed) not being lived in; or

    **(b)** Any other building or structure (except while being constructed) not being used;

even if it contains furnishings or other property customary to its intended use or occupancy.

**12. "Vacancy" or "vacant"** means the condition of a building or structure (except while being constructed) not containing sufficient furnishings or other property customary to its intended use or occupancy.

**13. "Specified Causes of Loss"** means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; as described in B.1. and B.2. above.

## EXCLUSION - LEAD

| Named Insured | Endorsement Number |
|---|---|

| Policy Symbol | Policy Number | Policy Period                        to | Effective Date of Endorsement |
|---|---|---|---|

Issued By (Name of Insurance Company)

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY FORM
FARM COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK**

**THE COMBINE POLICY - SECTION II
COMMERCIAL FARM POLICY - SECTION II
FARMERS PACKAGE POLICY - SECTION II**

This insurance does not apply to, and we shall have no duty of any kind with respect to, any injury, damage, expense, cost, loss, liability or legal obligation arising out of or allegedly arising out of or in any way related to the toxic properties of lead or lead-containing products, materials or substances.

This exclusion applies to all forms of lead, including but not limited to solid, liquid, vapor and fumes.

This exclusion applies, but is not limited, to any injury, damage, expense, cost, loss, liability or legal obligation to test for, monitor, abate, remove, or take any other remedial action with respect to lead or lead-containing products, materials or substances.

The addition of this endorsement does not imply that other policy provisions, including but not limited to any pollution exclusion, do not also exclude coverage for lead-related injury, damage, expense, cost, loss, liability or legal obligation.

Authorized Agent

LD-4S35 (Ed. 6/92) Ptd. in U.S.A.

# SPECIAL CONDITIONS
## (COMBINE PLUS)

The following special conditions apply to this policy.

A. **COVERAGE**

**COVERAGE A - DWELLINGS**

3. **Special Limit of Insurance Under Coverage A**

Outdoor radio and TV antennas and satellite dishes attached to covered "dwellings" are subject to a Special Limit of Insurance of $500 in any one occurrence. This Special Limit is part of, not in addition to, the Coverage A Limit of Insurance.

This Special Limit of Insurance applies in excess of any applicable Deductible.

If a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

**COVERAGE C - HOUSEHOLD PERSONAL PROPERTY**

3. **Special Limits of Insurance Under Coverage C**

Certain categories of household personal property are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible. The Special Limit shown with any category listed below is the most we will pay for loss of or damage to all property in that category for any one occurrence:

**a.** $400 on gold other than goldware, "money," platinum and silver other than silverware;

**b.** $1500 on letters of credit, manuscripts, passports and "securities;"

**c.** $1000 on watercraft, including their equipment, furnishings, outboard motors and trailers;

**d.** $1000 on trailers not used with watercraft nor for farming operations;

**e.** $1000 on gravemarkers;

**f.** **(1)** $2500 on "business property" on the "insured location;"

**(2)** $250 on "business property" off the "insured location;" and

**g.** In the event of loss by theft:

**(1)** $1500 on furs, jewelry, precious and semi-precious stones, and watches;

**(2)** $2500 on goldware, goldplated ware, silverware, silverplated ware and pewterware; this property includes plateware, flatware, hollowware, tea sets, trays, trophies and the like; also other utilitarian items made of or containing silver, gold or pewter; and

**(3)** $2000 on firearms.

**COVERAGE EXTENSIONS TO COVERAGES A, B AND C**

**b.** **Extension of Coverage A and B or C**

Trees, Shrubs, Plants and Lawns

Trees, shrubs, plants and lawns located within 500 feet of a covered "dwelling" are Covered Property but only if loss or damage is caused by or results from any of the following Covered Causes of Loss: fire or lightning, explosion, riot, civil commotion, aircraft, vehicles not owned or operated by a resident of the covered "dwelling", vandalism, or theft.

For all damaged or destroyed trees, shrubs, plants or lawns located within 500 feet of a covered "dwelling," the most we will pay under this Extension is:

**(a)** 5% of the Coverage A Limit of Insurance shown in the Declarations for the "dwelling;" or

**(b)** 10% of the Coverage C Limit of Insurance shown in the Declarations if you are a tenant.

However, we will not pay more than $500 for any one damaged or destroyed tree, shrub, plant or lawn.

This Extension is additional insurance.

We will not pay for loss of or damage to trees, shrubs, plants or lawns grown for business or farming purposes.

**c. Extensions of Coverage C Applicable Whether You are Owner or Tenant**

Each of the following Extensions is part of, not in addition to, the applicable Limit of Insurance.

**(1)** Household Personal Property of "Insureds" Away from the "Insured Location"

Covered Property is extended to mean household personal property anywhere in the world, provided it is owned or used by you or members of your family who reside with you on the "insured location."

But "insured's" household personal property at any "insured's" residence away from the "insured location" shown in the Declarations is subject to a Special Limit of Insurance equal to:

**(a)** 10% of the Limit of Insurance shown in the Declarations for Household Personal Property; or

**(b)** $1,500;

whichever is greater. However, if a higher limit of insurance is shown in the Declarations, the higher limit applies. The only such property not permanently subject to the Special Limit is household personal property at a newly acquired principal residence. For a period of 30 days immediately after you begin moving it to the newly acquired principal residence, this property will be subject to the Limit of Insurance shown in the Declarations for Household Personal Property. That Limit will apply on a pro rata basis during the 30-day period to personal property at both locations.

**(2)** Refrigerated Products-Not "Farm Personal Property"

**(a)** We will pay up to $600 for loss of or damage to contents of a freezer or refrigerated unit, in the "dwelling" you occupy or a structure appurtenant to it, caused by a change in temperature due to:

**(i)** interruption of electrical service to refrigeration equipment, caused by damage to generating or transmission equipment; or

**(ii)** mechanical or electrical breakdown of a refrigeration system.

**(b)** Under this Coverage Extension we will not pay for loss or damage to:

**(i)** "Farm personal property;" or

**(ii)** Property not owned by you.

**(c)** This Coverage Extension will not apply unless you maintain the refrigeration equipment in proper working order.

**(d)** No deductible applies to this Refrigerated Products Extension of Coverage.

**The following is an additional Extension of Coverage C:**

**(e) Extension of Coverage C Applicable Only if You are the Owner and Occupant**

If the keys to your home are lost or stolen, we will pay the reasonable expense to replace the locks on all entrances for which your keys are lost or stolen.

This coverage is subject to the policy deductible.

**COVERGE E - SCHEDULED FARM PERSONAL PROPERTY**

**3. Special Limits Of Insurance Under Coverage E**

**a.** If no specific stack limit is shown in the Declarations for hay, straw or fodder in the open, the Limit will be $25,000 on any one stack.

**c.** The Limit of Insurance on any one item of miscellaneous equipment is $2500.

**6. Coverage Extensions Under Coverage E**

**c. Property in the Custody of a Common or Contract Carrier**

Coverage is extended to apply to "farm personal property," insured under Coverage E, while in the custody of a common or contract carrier, for up to a total of $2000. However, if a higher limit is specified in the Declarations for Coverage E Property in the Custody of a Common or Contract Carrier, the higher limit will apply instead of $2000.

**e. Additional Machinery, Vehicles and Equipment Newly Purchased**

**(2)** The most we will pay under this Coverage Extension is $75,000 for loss of or damage to all such Newly Purchased Additional Farm Equipment, Machinery

and Vehicles. This $75,000 Limit is part of, not in addition to, the applicable Limit of Insurance.

## COVERAGE F-UNSCHEDULED FARM PERSONAL PROPERTY

**3. Special Limits Of Insurance Under Coverage F**

Under Coverage F, individual "livestock" are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations, and apply in excess of any applicable Deductible.

The most we will pay for loss of or damage to any one head of "livestock" is:

**a.** $1000 on any horse, mule or head of cattle under one year of age as of time of loss; and

**b.** $5000 on any head of "livestock" not included under a. above.

**6. Coverage Extensions to Coverage F**

**b.** Farm Products in the Open-Coverage Against Certain Causes of Loss

(1) Grain in piles, shocks, stacks or swaths;

(2) Hay, straw or fodder in stacks, windrows or bales; but the most we will pay for loss or damage is $25,000 for any one stack of hay, straw or fodder.

## COVERAGE G - OTHER FARM STRUCTURES

**5. Coverage Extensions to Coverage G**

**c. New Construction**

(1) We will pay up to $60,000 for direct physical loss of or damage to new, permanent farm structures at the "insured location" including materials and supplies for use in their construction.

## D.   ADDITIONAL COVERAGES

**2. Additional Coverages To Coverages A, B, C and D Only**

**b. Credit Cards and Fund Transfer Cards; Forgery; Counterfeit Currency**

(1) We will pay up to $1000, unless a higher limit is indicated in the Declarations, for;

(a) The legal obligation of any "insured" to pay because of the theft or unauthorized use of credit cards issued to any "insured" or registered in any "insured's" name.

But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions under which the credit card was issued.

(b) Loss resulting from the theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds issued to any "insured" or registered in any "insured's" name.

But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions under which the fund transfer card was issued.

(c) Loss to any "insured" caused by a forger or alteration of any check or negotiable instrument; and

(d) Loss to any "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

But we will not pay for loss arising out of business pursuits or dishonesty of any "insured."

No deductible applies to this Additional Coverage.

(2) Defense

(a) We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any suit ends when the amount we pay for the loss equals the applicable Limit of Insurance.

(b) If a suit is brought against any "insured" for liability under the Credit Card or Fund Transfer Card Coverage, we will provide a defense at our expense by counsel of our choice.

(c) We will have the option to defend at our expense any "insured" or any "insured's" bank against any suit for the enforcement of a payment under the Forgery Coverage.

**The following are added Additional Coverages:**

7. **Additional Coverages To Coverage A, B, C and D**

    a. **Automatic Inflation Adjustment - Applicable Only If You are the Owner and Occupant**

    After adequate initial coverage amounts are selected, your policy provides you with an Automatic Inflation Adjustment. Changes in residential construction costs in your area will be monitored, using information given by a recognized appraisal agency. At your renewal date each year, adjustments will be made in your coverages to reflect changes in those construction costs.

    We will round to the nearest $1,000 any adjustments in coverage for qualifying Coverage A - Dwellings listed in the Declarations. Adjustments in your coverage for Coverage B - Other Private Structures Appurtenant to Dwellings, Coverage C - Household Personal Property and Coverage D - Loss of Use will be made in the same proportion as the adjustment we make under Coverage A - Dwellings.

    Your adjusted coverage will become effective at the beginning of the next policy period for this policy. The premium for your next policy period will be adjusted to reflect your new levels of coverage.

    If there is a significant change in residential construction costs, we will even reflect that change in your coverage if you have a loss during the policy period. We will not charge any additional premium for this added coverage until your next policy period.

8. **Additional Coverages To Coverages A or C**

    a. **Witness Expense Reimbursement**

    If you have to appear at a trial as a prosecution witness, we will pay your reasonable expenses and any wages you lose. However, your appearance must be with respect to any person charged with having committed any illegal act related to a property loss covered under this policy. We will not pay more than $100 per day for your expenses and wages combined. Also, we will not pay more than $600 total.

    This is in addition to your Limits of Coverage.

    b. **Accidental Death Coverage**

    We will pay $1000 in the event of your accidental death. Your death must have resulted from a cause of damage covered by this policy and be sustained while you were physically located at your premises. The death must also have occurred within 90 days of the cause of damage. We will not pay if your death resulted from:

    - injury sustained in the course of business pursuits;
    - intentional self-inflicted injury;
    - suicide while either sane or insane;
    - any intentional act by someone else to do bodily harm.

    Upon submission of proper proof, we will pay the death benefit to:

    - your surviving spouse if a resident of your household; or
    - your estate.

    This is in addition to your Limits of Coverage.

    No deductible applies.

POLICY NUMBER:                                                                          FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REPLACEMENT COST - HOUSEHOLD
# PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

**FARM PROPERTY COVERAGE FORM**

The Valuation Loss Condition under Section A, Coverage C, paragraph 7, is deleted and replaced by the following:

**Valuation**

In the event of loss or damage under Coverage C we will determine the value of Covered Property on the basis of replacement cost without deduction for depreciation, subject to the following:

a.  We will determine the value of the following kinds of property on the basis of actual cash value as of time of loss up to an amount no greater than the cost to repair or replace:

  (1) Antiques, fine arts, paintings, and similar irreplaceable rare or antique articles;

  (2) Memorabilia, souvenirs, collectors' items and similar articles whose age or history contribute to their value;

  (3) Articles not maintained in good or workable condition; and

  (4) Articles that are outdated or obsolete and are stored or not used.

b.  The most we will pay in any one occurrence is the least of:

  (1) The amount actually and necessarily spent to repair or replace the Covered Property;

  (2) The applicable Special Limit of Insurance shown under Section A, Coverage C, paragraph 3.

c.  If your loss qualifies for payment on a replacement cost basis, but the cost of repair or replacement is more than $500, the only basis on which we will settle pending completion of repairs or replacement is actual cash value as of time of loss.

  In case of such a loss you can make an initial claim for payment on the actual cash value basis, and later make a supplementary claim for replacement cost payment. If you elect to exercise this option, you must notify us of your intention in writing within 180 days of the occurrence of the loss.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

FZ-4Y58

POLICY NUMBER:                                                                          FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART

## SCHEDULE *

### MONROE COUNTY DEDUCTIBLES:

| Causes Of Loss Other Than Windstorm or Hail | Windstorm or Hail |
|---|---|
| $ _____ | $ _____ |

**A.** Under the FARM PROPERTY COVERAGE FORM and the LIVESTOCK COVERAGE FORM, the following statement is added in compliance with Florida law, and pertains to:

1. Item **7.a.(3)** under Coverage A - Loss Condition - Valuation, which applies to Coverages A and B of the Farm Property Coverage Form;

2. Item **7.b.,** Coinsurance, under the Coverage F Loss Conditions of the Farm Property Coverage Form;

3. Item **6.c.(1)(b)(3)** under Coverage G Loss Conditions - Valuation of the Farm Property Coverage Form; and

4. Item **1.** under General Condition **1.** of the Livestock Coverage Form.

Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

**B.** Monroe County Deductibles

1. With respect to loss of or damage to Covered Property located in Monroe County, the first paragraph of the DEDUCTIBLE section in the FARM PROPERTY COVERAGE FORM is replaced by the following:

We will not pay for loss, damage or expense in any one occurrence until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible, up to the applicable Limit of Insurance.

2. The Windstorm or Hail Deductible applies separately to:

   **a.** Each building, if two or more buildings are covered;

   **b.** The building and personal property, if the building and its personal property are both covered;

   **c.** Personal property at each building, if personal property of two or more buildings is covered;

   **d.** Personal property in the open; and

   **e.** All screening and supports except window and door screens.

**C.** The following is added to the Farm Property Coverage Form:

If loss of or damage to Covered Property is caused by or results from Windstorm or Hail, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intracoastal Waterway in the Counties of:

   **a.** Indian River; and

   **b.** St. Lucie.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FP 01 09 06 90            Copyright, Insurance Services Office, Inc., 1986, 1989            Page 1 of 2      ☐

FARM

Windstorm or Hail Exterior Paint and Waterproofing Exclusion

We will not pay for loss of or damage to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of buildings.

D. Under Covered Causes of Loss - BASIC, the Sinkhole Collapse cause of loss is replaced by the following in the:

FARM PROPERTY COVERAGE FORM
LIVESTOCK COVERAGE FORM

Sinkhole Collapse, means loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations. This cause of loss does not include the cost of filling sinkholes.

E. Item d. of the LOSS PAYMENT condition in the FARM PROPERTY COVERAGE FORM and item **f.** of the LOSS PAYMENT condition in the MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM are replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

(1) Within 20 days after we receive the sworn statement of loss and reach written agreement with you; or

(2) Within 30 days after we receive the sworn statement of loss and:

(a) There is an entry of a final judgment; or

(b) There is a filing of an appraisal award with us.

F. Item **f.** of the LOSS PAYMENT condition in the LIVESTOCK COVERAGE FORM is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered "loss:"

(1) Within 20 days after we receive the sworn statement of "loss" and reach written agreement with you; or

(2) Within 30 days after we receive the sworn statement of "loss" and:

(a) There is an entry of a final judgment; or

(b) There is a filing of an appraisal award with us.

Copyright, Insurance Services Office, Inc., 1986, 1989

FP 01 09 06 90   □

POLICY NUMBER:                                                                    FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM

**SCHEDULE\***

Windstorm or Hail Exclusion Applicable

| "Insured Location" No. | No. and Description of Building or Structure |
| --- | --- |
| | |

With respect to the premises designated in the Schedule:

**1.** Under Covered Causes of Loss – BASIC and Covered Causes of Loss – BROAD, the Windstorm or Hail cause of loss does not apply.

**2.** Under Covered Causes of Loss – SPECIAL, exclusion **3.a.(3)** is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from Windstorm or Hail, including:

**a.** Frost or cold weather;

**b.** Ice, snow or sleet, whether driven by wind or not.

But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**POLICY NUMBER:**                                                                                    **FARM**

## SIGNATURE ENDORSEMENT

THE ONLY SIGNATURES APPLICABLE TO THIS POLICY ARE THOSE REPRESENTING THE COMPANY NAMED ON THE FIRST PAGE OF THE DECLARATIONS.

By signing and delivering the policy to you, we state that it is a valid contract when countersigned by our authorized representative.

**CENTURY INDEMNITY COMPANY**
**Philadelphia, Pennsylvania**

GEORGE D. MULLIGAN, Secretary

JAMES D. ENGEL, President

**ACE AMERICAN INSURANCE COMPANY**
**Los Angeles, California**

GEORGE D. MULLIGAN, Secretary

SUSAN RIVERA, President

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | ENDORSEMENT NUMBER |
|---|---|---|---|
| FO-139293 | 08/01/2002 | IND | 01 |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| AURORA DAIRY CORPORATION | 1852-07 |

COVERAGE PARTS AFFECTED

DECLARATION

CHANGES

PAYMENT PLAN
PAY PLAN IS CORRECTED TO DIRECT BILL - PRODUCER

NO CHANGE IN PREMIUM

WILL 10/23/02

MCDONALD CROP INSURANCE
TWIN FALLS, ID 83301

_____
Authorized Representative Signature

FZ-3Y43

FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | ENDORSEMENT NUMBER |
|---|---|---|---|
| FO-139293 | 08/01/2002 | AIG | 01 |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| AURORA DAIRY CORPORATION | 1852-07 |

COVERAGE PARTS AFFECTED

SECTION I - PROPERTY

CHANGES

COVERAGE G - OTHER FARM STRUCTURES
ADDED ITEM #3-0139 - OFFICE BUILDING - CAUSE OF LOSS 3, LIMIT $60,000, RC VAL
CHANGE TO ITEM #3-0124 - COW BARN W/ EQUIPMENT - DESCRIPTION NOW READS FEEDING
SHED
ADDED ITEM #3-0140 - SHOP - CAUSE OF LOSS 3, LIMIT $25,000, RC VALUATION
ADDED ITEM #3-0141 - OFFICE BUILDING - CAUSE OF LOSS 3, LIMIT $27,000, RC VAL

ADDITIONAL PREMIUM $716
NIEB    4-24-2003

MCDONALD CROP INSURANCE
TWIN FALLS, ID   83301

_____
Authorized Representative Signature

FZ-3Y43

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | ENDORSEMENT NUMBER |
|---|---|---|---|
| FO-139293 | 11/20/2002 | AIG | 02 |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| AURORA DAIRY CORPORATION | 1852-07 |

**COVERAGE PARTS AFFECTED**

SECTION I - PROPERTY
SECTION II - LIABILITY

**CHANGES**

SCHEDULE OF LOCATIONS
ADDED LOCATION 4 - 1025-4A NORTH MAIN STREET, HIGH SPRINGS, FL 32643
COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY
ADDED ITEM #4-0142 - OFFICE CONTENTS - CAUSE OF LOSS 3, LIMIT $100,000
ADDED ITEM #1-0146 - OFFICE CONTENTS - CAUSE OF LOSS 3, LIMIT $5,000
COVERAGE G - OTHER FARM STRUCTURES
ADDED BUILDING #1-0145 - OFFICE BUILDING - CAUSE OF LOSS 3, LIMIT $25,000, RC
VALUATION
ADDED MORTGAGE TO ABOVE BUILDING #1-0145 - OFFICE BUILDING:
CHASE MANHATTAN MORTGAGE CORPORATION
P.O. BOX 93716
CLEVELAND, OH 44101-5716
COMMERCIAL GENERAL LIABILITY
ADDED CLASS CODE 05114 - ADDITIONAL NON-FARM PREMISES MAINTAINED BY INSURED - AT
LOCATION 4
ATTACHED FORM CG 20 11 01 96 - ADDITIONAL INSURED - MANAGERS OR LESSORS OF
PREMISES

ADDITIONAL PREMIUM $750  $1,078 Annual          MCDONALD CROP INSURANCE
NIEB  07/09/2003                                TWIN FALLS, ID  83301

Authorized Representative Signature

FZ-3Y43

POLICY NUMBER:   **FO-139293**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**1.** Designation of Premises (Part Leased to You):
**BUILDING OWNER AT LOCATION 4 - 1025-4A NORTH MAIN STREET, HIGH SPRINGS, FL 32643**

**2.** Name of Person or Organization (Additional Insured):
**PHORD LEASING**
**P.O. BOX 1740**
**HIGH SPRINGS, FL   32655**

**3.** Additional Premium:

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

**CG 2011 01 96**          Copyright, Insurance Services Office, Inc., 1994          **Page 1 of 1**

FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | ENDORSEMENT NUMBER |
|---|---|---|---|
| FO-139293 | 12/27/2002 | AIG | 03 |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| AURORA DAIRY CORPORATION | 1852-07 |

**COVERAGE PARTS AFFECTED**

SECTION I - PROPERTY

CHANGES

COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY
ADDED ITEM #1-0147 - CAT 236 SKID LOADER - CAUSE OF LOSS 3, LIMIT $25,060

ADDED LOSS PAYEE TO ABOVE ITEM #1-0147 - CAT 236 SKID LOADER - PER ATTACHED FORM
FP 12 11 06 90

ADDITIONAL PREMIUM $69  $116 Annual
NIEB  07/09/2003

MCDONALD CROP INSURANCE
TWIN FALLS, ID  83301

_____
Authorized Representative Signature

FZ-3Y43

POLICY NUMBER: **FO-139293**                                                          FARM

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

### SCHEDULE*

|  |  |  |  | Provisions Applicable (Indicate only one) | | |
| "Insured Location" No. | No. and Description of Building or Structure | Description of Property | Loss Payee (Name & Address) | Loss Payable | Lender's Loss Payable | Contract Of Sale |
|---|---|---|---|---|---|---|
| LOC 1 | ITEM #1-0147 | CAT 236 SKID LOADER # 4YZ05048 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE. NASHVILLE, TN 37203 | ☒ | ☐ | ☐ |

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Schedule:

**A. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

1. Adjust losses ("losses") with you; and

2. Pay any claim for loss ("loss") or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule is a creditor (including a mortgageholder or trustee) with whom you have entered a contract for the sale of Covered Property, whose interest in that Covered Property is established by such written contracts as:

a. Warehouse receipts;

b. A contract for deed;

c. Bills of lading; or

d. Financing statements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss ("loss") or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Form at our request if you have failed to do so; or

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FP 12 11 06 90          Copyright, Insurance Services Office, Inc., 1989          Page 1 of 2          ☐

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Form will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss ("loss") or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee prior to the effective date of cancellation. If we elect not to renew this policy, we will give written notice to the Loss Payee prior to the expiration date of the policy. In either case, we will give the same number of days' advance notice to the Loss Payee as we give to the first Named Insured.

## C. CONTRACT OF SALE

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses ("losses") with you; and

b. Pay any claim for loss ("loss") or damage jointly to you and the Loss Payee, as interests may appear.

The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

 Copyright, Insurance Services Office, Inc., 1989   FP 12 11 06 90   □

FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY | ENDORSEMENT NUMBER |
|---|---|---|---|
| FO-139293 | 06/06/2003 | AIG | 04 |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| AURORA DAIRY CORPORATION | 1852-07 |

COVERAGE PARTS AFFECTED

SECTION I - PROPERTY

CHANGES

COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY
DELETED ITEM 1-36 - CAT D5 BULL DOZER S#5ES00842
ADDED ITEM 1-148 - CAT D6 BULL DOZER S#CAT0006NVALH00196 - CAUSE OF LOSS 3 -
LIMIT $167,331
ADDED LOSS PAYEE TO ITEM 1-148 - PER ATTACHED FORM FP 12 11 06 90

ADDITIONAL PREMIUM $32 *WAIVED*
AKL 08/06/2003

MCDONALD CROP INSURANCE
TWIN FALLS, ID  83301

_____
Authorized Representative Signature

FZ-3Y43

POLICY NUMBER: **FO-139293** FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM
MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

### SCHEDULE*

| "Insured Location" No. | No. and Description of Building or Structure | Description of Property | Loss Payee (Name & Address) | Provisions Applicable (Indicate only one) | | |
|---|---|---|---|---|---|---|
| | | | | Loss Payable | Lender's Loss Payable | Contract Of Sale |
| 1 | 148 | CAT D6N BULL DOZER S#CAT0006NV ALH00196 | CATERPILLAR FINANCIAL SERVICES 2120 WEST END AVE NASHVILLE, TN. 37203 | ☒ | ☐ | ☐ |

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Schedule:

**A. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule have an insurable interest, we will:

**1.** Adjust losses ("losses") with you; and

**2.** Pay any claim for loss ("loss") or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

**1.** The Loss Payee shown in the Schedule is a creditor (including a mortgageholder or trustee) with whom you have entered a contract for the sale of Covered Property, whose interest in that Covered Property is established by such written contracts as:

**a.** Warehouse receipts;

**b.** A contract for deed;

**c.** Bills of lading; or

**d.** Financing statements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

**a.** We will pay for covered loss ("loss") or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Form, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

**(1)** Pays any premium due under this Coverage Form at our request if you have failed to do so; and

**(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

Copyright, Insurance Services Office, Inc., 1989

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Form will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss ("loss") or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Form:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee prior to the effective date of cancellation. If we elect not to renew this policy, we will give written notice to the Loss Payee prior to the expiration date of the policy. In either case, we will give the same number of days' advance notice to the Loss Payee as we give to the first Named Insured.

## C. CONTRACT OF SALE

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses ("losses") with you; and

b. Pay any claim for loss ("loss") or damage jointly to you and the Loss Payee, as interests may appear.

The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

Copyright, Insurance Services Office, Inc., 1989

FP 12 11 06 90   □