# The COMBINE PLUS



 ACE USA

INDEMNITY INS CO OF N AMERICA

**ACE USA**

**PROD. NAME:** MCDONALD CROP INSURANCE
**PROD. ADDR.:** PO Box 6
TWIN FALLS, ID 83301

**COMM. AMOUNT:** 15.0000
**MKT. CTR.:** DSM
**PROD. CODE:** 1852–07



| | |
|---|---|
| **POLICY NO.** FPC FO–139292 | **DECLARATIONS** |

| POLICY PERIOD | PREMIUM PAYMENT ☒ Direct Bill ☐ Producer Bill |
|---|---|
| **FROM** 08/01/2002 **TO** 08/01/2003 | The premium for your policy payable at inception is $ 105,495.00 |
| 12:01 A.M. STANDARD TIME AT THE ADDRESS SHOWN BELOW | ☒ Annual Premium ☐ Quarterly Premium ☐ 10 Pay |
| | ☐ Semi-Annual Premium ☐ Monthly Premium |
| **RENEWAL OF** NEW | TOTAL POLICY PREMIUM: $105,495.00 |
| | The balance of the Prem. is payable in   payments of $ |

**YOUR NAME (NAMED INSURED)**

AURORA DAIRY CORPORATION

AURORA DAIRY – COLORADO
AURORA DAIRY – GEORGIA

MAILING ADDRESS (NO., STREET, CITY, STATE, ZIP)

1401 WALNUT STREET
BOULDER, CO 80302

**NAMED INSURED IS:** ☐ INDIVIDUAL ☐ PARTNERSHIP ☐ TENANT ☒ CORPORATION ☒ OWNER OCCUPANT ☐ ABSENTEE OWNER

THE INSURED LOCATIONS ARE DESCRIBED BELOW AND IN THE SUPPLEMENTAL PAGES: ☐ FZ-5T12 ☒ FZ-5T11

☐ POLICY IS SUBJECT TO AUDIT ☒ POLICY IS NOT SUBJECT TO AUDIT

Coverages: Insurance applies only to those coverages for which a limit of insurance is shown below. The following limits of insurance are the total amounts of insurance for all location.

| | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| **SECTION I PROPERTY** | A. DWELLINGS | $ 619,032 | $ 2,500 |
| | B. OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS | $ | $ 2,500 |
| | C. HOUSEHOLD PERSONAL PROPERTY | $ 8,850 | $ 2,500 |
| | D. LOSS OF USE | $ 61,903 | NO DEDUCTIBLE APPLIES |
| | E. SCHEDULED FARM PERSONAL PROPERTY | $ 3,361,892 | $ 2,500 |
| | F. UNSCHEDULED FARM PERSONAL PROPERTY | $ NOT COVERED | $ |
| | G. OTHER FARM STRUCTURES | $ 6,610,900 | $ 2,500 |
| | FARM EXTRA EXPENSE | $ 1,000 | NO DEDUCTIBLE APPLIES |
| **SECTION II LIABILITY** | ☐ FARM LIABILITY COVERAGE | SEE FORM # FZ-2D08a | EARTHQUAKE DEDUCTIBLE AMOUNT |
| | ☒ COMMERCIAL GENERAL LIABILITY | SEE FORM # FZ-1P99a | |
| | ☐ PERSONAL LIABILITY | SEE FORM # FZ-1P99a | % |
| **SECTION III AUTOMOBILE** | AS PROVIDED IN THE BUSINESS AUTO POLICY ATTACHED TO THIS POLICY. NOTE: NONE OF THE TERMS, CONDITIONS, DECLARATIONS, FORMS OR ENDORSEMENTS FORMING A PART OF THE COMBINE PLUS APPLY TO SECTION III - AUTOMOBILE | | |

FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:
SEE ATTACHED FORMS AND ENDORSEMENTS LISTING # FZ-9T54

| DATE OF ISSUE | COUNTERSIGNED BY: |
|---|---|
| 09/17/2002 | |

FZ-2D14b (11/92) PTD. IN U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO–139292          **FARM**

## DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

### INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS / DESCRIPTION | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0002–0001A | DWELLING IS: ☒FRAME ☐MASONRY ☐MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:  MODEL YR:<br>L  W  MAKE  MODEL  SERIAL #<br>NAME & ADDRESS OF  ☐MORTGAGE  ☐LOSS PAYEE | ☐OWNER  ☒TENANT<br>A. DWELLING  $ 85,600<br>B. OTHER PRIVATE STRUCTURES  $<br>C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY  $  NOT COVERED<br>D. LOSS OF USE  $  8,560 | 3 | RC |
| 0002–0003A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:  MODEL YR: 1982<br>L  W  MAKE  MODEL  SERIAL #<br>NAME & ADDRESS OF  ☐MORTGAGE  ☐LOSS PAYEE | ☐OWNER  ☒TENANT<br>A. DWELLING  $ 22,500<br>B. OTHER PRIVATE STRUCTURES  $<br>C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY  $  NOT COVERED<br>D. LOSS OF USE  $  2,250 | 3 | ACV |
| 0002–0005A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:  MODEL YR: 1983<br>L  W  MAKE  MODEL  SERIAL #<br>NAME & ADDRESS OF  ☐MORTGAGE  ☐LOSS PAYEE | ☐OWNER  ☒TENANT<br>A. DWELLING  $ 22,500<br>B. OTHER PRIVATE STRUCTURES  $<br>C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY  $  NOT COVERED<br>D. LOSS OF USE  $  2,250 | 3 | ACV |
| 0002–0007A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:  MODEL YR: 1984<br>L  W  MAKE  MODEL  SERIAL #<br>NAME & ADDRESS OF  ☐MORTGAGE  ☐LOSS PAYEE | ☐OWNER  ☒TENANT<br>A. DWELLING  $ 2,460<br>B. OTHER PRIVATE STRUCTURES  $<br>C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY  $  NOT COVERED<br>D. LOSS OF USE  $  246 | 3 | ACV |
| 0002–0009A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:  MODEL YR: 1984<br>L  W  MAKE  MODEL  SERIAL #<br>NAME & ADDRESS OF  ☐MORTGAGE  ☐LOSS PAYEE | ☐OWNER  ☒TENANT<br>A. DWELLING  $ 27,800<br>B. OTHER PRIVATE STRUCTURES  $<br>C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY  $  NOT COVERED<br>D. LOSS OF USE  $  2,780 | 3 | ACV |

*COVERED CAUSE OF LOSS:* [1] = BASIC     [2] = BROAD     [3] = SPECIAL

*BASIS OF VALUATION:*    **(RC)** = REPLACEMENT COST       **(ACV)** = ACTUAL CASH VALUE
                **(SLS)** = SPECIAL LOSS SETTLEMENT     **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.
#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING

**POLICY NUMBER:** FO–139292

**FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. 0002–0011A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 27,800 | 3 | ACV |
| L        W        MAKE        MODEL        SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF        ☐MORTGAGE        ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 2,780 | | |
| LOCATION NO. 0002–0013A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 16,100 | 3 | ACV |
| L        W        MAKE        MODEL        SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF        ☐MORTGAGE        ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 1,610 | | |
| LOCATION NO. 0002–0015A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 16,100 | 3 | ACV |
| L        W        MAKE        MODEL        SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF        ☐MORTGAGE        ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 1,610 | | |
| LOCATION NO. 0002–0017A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | ☐OWNER ☒TENANT A. DWELLING $ 16,100 | 3 | ACV |
| L        W        MAKE        MODEL        SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF        ☐MORTGAGE        ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 1,610 | | |
| LOCATION NO. 0002–0019A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | ☐OWNER ☒TENANT A. DWELLING $ 16,100 | 3 | ACV |
| L        W        MAKE        MODEL        SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF        ☐MORTGAGE        ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 1,610 | | |

*COVERED CAUSE OF LOSS:* 1 = BASIC     2 = BROAD     3 = SPECIAL

*BASIS OF VALUATION:*     **(RC)** = REPLACEMENT COST          **(ACV)** = ACTUAL CASH VALUE
                         **(SLS)** = SPECIAL LOSS SETTLEMENT     **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.        COMPANY COPY

**POLICY NUMBER:** FO–139292            **FARM**

## DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0002–0021A | ☐FRAME ☐MASONRY ☒MOBILE HOME | ☐OWNER ☒TENANT | | |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | A. DWELLING $ 16,100 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 1,610 | | |
| 0002–0023A | ☐FRAME ☐MASONRY ☒MOBILE HOME | ☐OWNER ☒TENANT | | |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | A. DWELLING $ 16,100 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 1,610 | | |
| 0002–0025A | ☐FRAME ☐MASONRY ☒MOBILE HOME | ☐OWNER ☒TENANT | | |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | A. DWELLING $ 1,982 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 198 | | |
| 0002–0027A | ☐FRAME ☐MASONRY ☒MOBILE HOME | ☐OWNER ☒TENANT | | |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | A. DWELLING $ 16,100 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 1,610 | | |
| 0002–0029A | ☐FRAME ☐MASONRY ☒MOBILE HOME | ☐OWNER ☒TENANT | | |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | A. DWELLING $ 16,100 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 1,610 | | |

*COVERED CAUSE OF LOSS:* [1] = BASIC    [2] = BROAD    [3] = SPECIAL

*BASIS OF VALUATION:*    **(RC)** = REPLACEMENT COST      **(ACV)** = ACTUAL CASH VALUE
                     **(SLS)** = SPECIAL LOSS SETTLEMENT    **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.
#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING

FZ-2D63c (12/97) Ptd. in U.S.A.        COMPANY COPY

**POLICY NUMBER:** FO–139292         **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. 0002–0031A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: 1982 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16,100 | 3 | ACV |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 1,610 | | |
| LOCATION NO. 0002–0033A | DWELLING IS: ☒FRAME ☐MASONRY ☐MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 17,700 | 3 | ACV |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 8,850 | 2 | ACV |
| | | D. LOSS OF USE   $ 1,770 | | |
| LOCATION NO. 0002–0034A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: 1983 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 17,700 | 3 | ACV |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 1,770 | | |
| LOCATION NO. 0002–0036A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: 1984 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 17,700 | 3 | ACV |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 1,770 | | |
| LOCATION NO. 0002–0038A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: 1984 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 1,770 | 3 | ACV |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 177 | | |

*COVERED CAUSE OF LOSS:* 1 = *BASIC*   2 = *BROAD*   3 = *SPECIAL*

*BASIS OF VALUATION:*   **(RC)** = *REPLACEMENT COST*     **(ACV)** = *ACTUAL CASH VALUE*
                    **(SLS)** = *SPECIAL LOSS SETTLEMENT*     **(ERC)** = *EXTENDED REPLACEMENT*

*\*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.      COMPANY COPY

**POLICY NUMBER:** FO–139292          **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. 0002–0040A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: 1984 | ☐OWNER    ☒TENANT<br>A. DWELLING   $   1,770 | ☐ 3 | ACV |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF    ☐MORTGAGE    ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $   177 | | |

| LOCATION NO. 0002–0042A | DWELLING IS: ☒FRAME ☐MASONRY ☐MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: | ☐OWNER    ☒TENANT<br>A. DWELLING   $   69,600 | ☐ 3 | RC |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF    ☐MORTGAGE    ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $   6,960 | | |

| LOCATION NO. 0003–0044A | DWELLING IS: ☐FRAME ☒MASONRY ☐MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: | ☐OWNER    ☒TENANT<br>A. DWELLING   $ 80,000 | ☐ 3 | RC |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF    ☐MORTGAGE    ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $   8,000 | | |

| LOCATION NO. 0003–0046A | DWELLING IS: ☒FRAME ☐MASONRY ☐MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: | ☐OWNER    ☒TENANT<br>A. DWELLING   $   37,250 | ☐ 3 | RC |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF    ☐MORTGAGE    ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $   3,725 | | |

| LOCATION NO. 0003–0048A | DWELLING IS: ☒FRAME ☐MASONRY ☐MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME:    MODEL YR: | ☐OWNER    ☒TENANT<br>A. DWELLING   $ 40,000 | ☐ 3 | RC |
| L   W   MAKE   MODEL   SERIAL # | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF    ☐MORTGAGE    ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $   4,000 | | |

*COVERED CAUSE OF LOSS:* ☐1 = BASIC     ☐2 = BROAD     ☐3 = SPECIAL

*BASIS OF VALUATION:*    **(RC)** = REPLACEMENT COST      **(ACV)** = ACTUAL CASH VALUE
                  **(SLS)** = SPECIAL LOSS SETTLEMENT     **(ERC)** = EXTENDED REPLACEMENT

*\*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.       COMPANY COPY

**POLICY NUMBER:** FO-139292            **FARM**

## DECLARATIONS

### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### FARM MACHINERY, VEHICLES AND EQUIPMENT

| COVERAGE E–SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0002–0058 CAT 3208 GENERATOR, S/N # 6GA00699 | $ 24,000 | 3 |
| 0002–0059 CAT GENERATOR, B4, S/N #6GA010088 | $ 19,000 | 3 |
| 0002–0060 CAR GENREATOR, B1 & B2, S/N #6JA00548 | $ 23,000 | 3 |
| 0002–0061 FAIRBANKS MORSE SCALES | $ 20,000 | 3 |
| 0002–0062 BOBCAT LOADER, S/N #B4201880 | $ 8,000 | 3 |
| 0002–0063 JD 302 TRACTOR, S/N #9267 | $ 6,100 | 3 |
| 0002–0064 END DUMP, S/N #50003 | $ 8,500 | 3 |
| 0002–0065 1978 FORD WATER TRUCK, S/N#R80DYCA5108 | $ 25,000 | 3 |
| 0002–0066 HAYSIZOR MIXER ON 92 FORD FEED TRUCK,#20Z30HB9 | $ 78,900 | 3 |
| 0002–0067 KOMATSU WHEEL LOADER WA320–3MC, S/N #A31486 | $ 111,824 | 3 |
| 0002–0068 KOMATSU WHEEL LOADER WA250–3L, S/N #A70537 | $ 99,614 | 3 |
| 0002–0069 KOMASTSU WHEEL LOADER, WA180–3PT, S/N #A85237 | $ 76,357 | 3 |
| 0002–0070 JD TRACTOR 6410, S/N #L06410V312204 | $ 64,809 | 3 |
| 0002–0071 JD TRACTOR 6410, S/N#L06410V313393 | $ 64,509 | 3 |
| 0002–0072 JD TRACTOR 5320, S/N #L05320S132322 | $ 26,245 | 3 |
| 0003–0080 CAT LOADER MODEL 924G, S/N#101,100 | $ 80,000 | 3 |
| 0003–0081 1999 JD MODEL 240 SKID LOADER, S/N #KV0240A141265 | $ 21,250 | 3 |
| 0003–0082 CAT GENERATOR #3208T | $ 18,000 | 3 |
| 0003–0083 CAT GENERATOR SET | $ 18,000 | 3 |
| 0003–0085 MASSEY FERGUSON 383, S/N #P06024 | $ 5,000 | 3 |
| 0003–0086 JD 2755 TRACTOR, S/N#L02755G697424 | $ 3,500 | 3 |
| 0003–0087 NH TRACTOR 7610 S/N #256376M | $ 28,401 | 3 |
| 0003–0088 GEHL MS 131S MANURE SPREADER, S/N #7548 | $ 12,600 | 3 |
| 0003–0089 1999 SKID STEER LOADER, S/N #KV024A141694 | $ 21,250 | 3 |
| 0003–0090 MASSEY FERGUSON TRACTOR, S/N #J04080 | $ 32,000 | 3 |
| 0003–0091 GOLF CART | $ 2,000 | 3 |
| 0003–0092 BUSH HOG MOWER, S/N #1202598 | $ 7,000 | 3 |
| BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | 25,000 | 3 |
| MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | 50,000 | 3 |
| **Farm Machinery, Vehicles and Equipment Limit** | | |

*Vertical label along left side of the table: FARM MACHINERY, VEHICLES & EQUIPMENT*

**\*DENOTES THE FOLLOWING:**
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if ③ (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:** ① = BASIC  ② = BROAD  ③ = SPECIAL  ④ = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT  ⑤ = COLLISION ONLY LIVESTOCK  ⑥ = FIRE AND LIGHTNING ONLY

COMPANY COPY

**POLICY NUMBER:**  FO–139292                                                                                    **FARM**

**DECLARATIONS**

### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### FARM MACHINERY, VEHICLES AND EQUIPMENT

| COVERAGE E–SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | OF LOSS |
| 0003–0097  MANURE SEPARATOR US FARM SYSTEM, S/N #02034CSS | $ 100,000 | 3 |
| 0003–0098  CAT LOADER 924G, S/N #9SW02164 | $  97,800 | 3 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | | 3 |
| MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). | | |
| NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | | |
| **Farm Machinery, Vehicles and Equipment Limit** | | |

(left margin label reading vertically: FARM MACHINERY VEHICLES & EQUIPMENT)

**\*DENOTES THE FOLLOWING:**
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if ③ (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:**   ① = BASIC  ② = BROAD  ③ = SPECIAL  ④ = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT   ⑤ = COLLISION ONLY LIVESTOCK   ⑥ = FIRE AND LIGHTNING ONLY

FZ-6T14 (1/92) Ptd. in U.S.A.