# The COMBINE PLUS



 ACE USA

INDEMNITY INS CO OF N AMERICA

ACE USA



**PROD. NAME:** PREMIER INSURANCE
**PROD. ADDR.:** PO BOX 6
TWIN FALLS. ID 83301

**COMM. AMOUNT:** 15.0000
**MKT. CTR.:** DSM
**PROD. CODE:** 1852-07

| POLICY NO. | FO-146246 FPC-GA03 | | |
|---|---|---|---|

## DECLARATIONS

| POLICY PERIOD | | |
|---|---|---|
| FROM 08/01/2003 | TO 08/01/2004 | |
| 12:01 A.M. STANDARD TIME AT THE ADDRESS SHOWN BELOW | | |

RENEWAL OF     FO146246

YOUR NAME (NAMED INSURED)

AURORA DAIRY CORPORATION

PREMIUM PAYMENT   ☒ Direct Bill   ☐ Producer Bill

The premium for your policy payable at inception is $   40.273.00

☒ Annual Premium       ☐ Quarterly Premium     ☐ 10 Pay
☐ Semi-Annual Premium  ☐ Monthly Premium

TOTAL POLICY PREMIUM: $40.273.00
The balance of the Prem. is payable in      payments of $

MAILING ADDRESS (NO., STREET, CITY, STATE, ZIP)

1401 WALNUT STREET. SUITE 500
BOULDER. CO 80302

NAMED INSURED IS:   ☐ INDIVIDUAL   ☐ PARTNERSHIP   ☐ TENANT   ☒ CORPORATION   ☒ OWNER OCCUPANT   ☐ ABSENTEE OWNER

THE INSURED LOCATIONS ARE DESCRIBED BELOW AND IN THE SUPPLEMENTAL PAGES:   ☐ FZ-5T12      ☒ FZ-5T11

☐ POLICY IS SUBJECT TO AUDIT        ☒ POLICY IS NOT SUBJECT TO AUDIT

Coverages: Insurance applies only to those coverages for which a limit of insurance is shown below. The following limits of insurance are the total amounts of insurance for all location.

| | COVERAGE | | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|---|
| | A. | DWELLINGS | $ 161.968 | $ 2.500 |
| | B. | OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS | $ | $ 2.500 |
| | C. | HOUSEHOLD PERSONAL PROPERTY | $ NOT COVERED | $ |
| **SECTION I PROPERTY** | D. | LOSS OF USE | $ 16.197 | NO DEDUCTIBLE APPLIES |
| | E. | SCHEDULED FARM PERSONAL PROPERTY | $ 1.397.034 | $ 2.500 |
| | F. | UNSCHEDULED FARM PERSONAL PROPERTY | $ NOT COVERED | $ |
| | G. | OTHER FARM STRUCTURES | $ 1.443.030 | $ 2.500 |
| | | FARM EXTRA EXPENSE | $ 1.000 | NO DEDUCTIBLE APPLIES |
| **SECTION II LIABILITY** | ☐ FARM LIABILITY COVERAGE | | SEE FORM # FZ-2D08a | EARTHQUAKE DEDUCTIBLE AMOUNT |
| | ☒ COMMERCIAL GENERAL LIABILITY | | SEE FORM # FZ-1P99a | |
| | ☐ PERSONAL LIABILITY | | SEE FORM # FZ-1P99a | % |
| **SECTION III AUTOMOBILE** | AS PROVIDED IN THE BUSINESS AUTO POLICY ATTACHED TO THIS POLICY. NOTE: NONE OF THE TERMS, CONDITIONS, DECLARATIONS, FORMS OR ENDORSEMENTS FORMING A PART OF THE COMBINE PLUS APPLY TO SECTION III - AUTOMOBILE | | | |

FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:
SEE ATTACHED FORMS AND ENDORSEMENTS LISTING # FZ-9T54

| DATE OF ISSUE | COUNTERSIGNED BY: |
|---|---|
| 02/19/2004 | |

FZ-2D14b (11/92) PTD. IN U.S.A.

**POLICY NUMBER:** FO–146246        **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0003–0044A | ☐FRAME ☒MASONRY ☐MOBILE HOME | ☐OWNER ☒TENANT A. DWELLING $ 82,400 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 8,240 | | |
| LOCATION NO. 0003–0046A | ☒FRAME ☐MASONRY ☐MOBILE HOME | ☐OWNER ☒TENANT A. DWELLING $ 38,368 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 3,837 | | |
| LOCATION NO. 0003–0048A | ☒FRAME ☐MASONRY ☐MOBILE HOME | ☐OWNER ☒TENANT A. DWELLING $ 41,200 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE $ 4,120 | | |
| LOCATION NO. | ☐FRAME ☐MASONRY ☐MOBILE HOME | ☐OWNER ☐TENANT A. DWELLING $ | ☐ | |
| | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ | | |
| | | D. LOSS OF USE $ | | |
| LOCATION NO. | ☐FRAME ☐MASONRY ☐MOBILE HOME | ☐OWNER ☐TENANT A. DWELLING $ | ☐ | |
| | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ | | |
| | | D. LOSS OF USE $ | | |

*COVERED CAUSE OF LOSS:* ☐1 = BASIC    ☐2 = BROAD    ☐3 = SPECIAL

*BASIS OF VALUATION:* **(RC)** = REPLACEMENT COST    **(ACV)** = ACTUAL CASH VALUE
     **(SLS)** = SPECIAL LOSS SETTLEMENT    **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.      COMPANY COPY

**POLICY NUMBER:** FO–146246         **FARM**

## DECLARATIONS

### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### FARM MACHINERY, VEHICLES AND EQUIPMENT

| COVERAGE E–SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0003–0080 CAT LOADER MODEL 924G. S/N#9SW02163 | $ 80,000 | 3 |
| 0003–0081 1999 JD MODEL 240 SKID LOADER. S/N #KV0240A141265 | $ 21,250 | 3 |
| 0003–0082 CAT GENERATOR #3208T | $ 18,000 | 3 |
| 0003–0083 CAT GENERATOR SET | $ 18,000 | 3 |
| 0003–0085 MASSEY FERGUSON 383. S/N #P06024 | $ 5,000 | 3 |
| 0003–0086 JD 2755 TRACTOR. S/N#L02755G697424 | $ 3,500 | 3 |
| 0003–0087 NH TRACTOR 7610 S/N #256376M | $ 28,401 | 3 |
| 0003–0088 GEHL MS 131S MANURE SPREADER. S/N #7548 | $ 12,600 | 3 |
| 0003–0089 1999 SKID STEER LOADER. S/N #KV024A141694 | $ 21,250 | 3 |
| 0003–0090 MASSEY FERGUSON TRACTOR. S/N #J04080 | $ 32,000 | 3 |
| 0003–0091 GOLF CART | $ 2,000 | 3 |
| 0003–0092 BUSH HOG MOWER. S/N #1202598 | $ 7,000 | 3 |
| 0003–0097 MANURE SEPARATOR US FARM SYSTEM. S/N #02034CSS | $ 100,000 | 3 |
| 0003–0098 CAT LOADER 924G. S/N #9SW02164 | $ 97,800 | 3 |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | | 3 |
| MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | 25,000 | 3 |
| **Farm Machinery, Vehicles and Equipment Limit** | | |

(left vertical label: F A R M   M A C H I N E R Y   V E H I C L E S   &   E Q U I P M E N T)

*DENOTES THE FOLLOWING:
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if ③ (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:** ① = BASIC  ② = BROAD  ③ = SPECIAL  ④ = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT  ⑤ = COLLISION ONLY LIVESTOCK  ⑥ = FIRE AND LIGHTNING ONLY

FZ-6T14 (1/92) Ptd. in U.S.A.

**POLICY NUMBER:** FO–146246                            **FARM**

## DECLARATIONS

### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### OTHER

| COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0003–0073 COMPUTER | 5.000 | 3 |
| 0003–0074 MILK | 25.000 | 1 |
| 0003–0077 MILKING EQUIPMENT | 310.000 | 3 |
| 0003–0078 MILKING EQUIPMENT | 415.000 | 3 |
| 0003–0079 HAY IN OPEN–LIM PER STACK   $5.000 | 5.000 | 4 |
| 0003–0084 VOLVO IRRIGATION POWER UNIT W/PUMP.#1057081644 | 7.500 | 3 |
| 0003–0093 VALLEY 8000–10 TOWER IRRIGATION PIVOT #2 | 92.733 | 3 |
| 0003–0094 VALLEY 6000–9 TOWER IRRIGATION PIVOT #3 | 25.000 | 3 |
| 0003–0095 VALLEY 6000–7 TOWER [COLLINS] PIVOT #1 | 20.000 | 3 |
| 0003–0096 VALLEY 6000–7 TOWER PIVOT #4 | 20.000 | 3 |
| | | |

**COVERED CAUSE OF LOSS:** ☐1 = BASIC   ☐2 = BROAD   ☐3 = SPECIAL   ☐4 = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT   ☐6 = FIRE AND LIGHTNING ONLY

FZ-8W18 (1/92)  Ptd. in U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO–146246

**FARM**

## DECLARATIONS

**COVERAGE G — OTHER FARM STRUCTURES**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

### PROPERTY COVERED

| LOC. NO. | ITEM NO. | DESCRIPTION | CONST | COVERED CAUSE OF LOSS | VAL | LIMIT OF INS |
|---|---|---|---|---|---|---|
| 0003– | 0124 | MILK BARN #1 | MASONRY | 3 | RC | $422,300 |
| 0003– | 0126 | MILK BARN #2 | MASONRY | 3 | RC | $458,350 |
| 0003– | 0128 | PREP / HOSP BARN | NON–COMB | 3 | RC | $226,600 |
| 0003– | 0130 | METAL COMMODITY | NON–COMB | 3 | RC | $77,250 |
| 0003– | 0134 | HAY SHED [2] | NON–COMB | 3 | RC | $37,080 |
| 0003– | 0135 | SHOP | NON–COMB | 3 | RC | $46,350 |
| 0003– | 0136 | METAL CALF BARN | NON–COMB | 3 | RC | $92,700 |
| 0003– | 0137 | BEDDING STORAGE | NON–COMB | 3 | RC | $25,750 |
| 0003– | 0138 | OFFICE | NON–COMB | 3 | RC | $56,650 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* INDICATES BLANKETED BY LOCATION

COVERED CAUSE OF LOSS:    1 = BASIC    2 = BROAD    3 = SPECIAL

VALUATION:    **(RC)** = REPLACEMENT COST    **(ACV)** = ACTUAL CASH VALUE

**(AUV)** = AGREED UTILITY VALUE

**POLICY NUMBER:** FO-146246                                                      **FARM**

## DECLARATIONS

---

### COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY
### COVERAGES AND LIMITS OF INSURANCE

---

In return for the payment of premium indicated above, we agree with you to provide the following coverage(s) at the limits shown, subject to all of the terms and conditions of this policy. Insurance does not apply under any coverage part unless a limit of Liability is shown.

**Coverage Form:**                                                      **Limits of Insurance**

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| General Aggregate Limit (other than Products/ Completed Operations) | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 100,000 |
| Medical Expense Limit (any one person) | $ 5,000 |
| Coverage M - Chemical Drift Liability Aggregate Limit | $ 25,000 |
| Coverage N - Limited Crop Dusting Coverage Aggregate Limit | $ 100,000 |

PERSONAL LIABILITY

| | |
|---|---|
| Coverage A - Bodily Injury and Property Damage Liability | $ NOT COVERED |
| Coverage B - Personal Injury Liability | $ NOT COVERED |
| Coverage C - Medical Payments | $ NOT COVERED |
| Coverage D - Additional Coverage Damage To Property Of Others | $ NOT COVERED |

---

### SCHEDULE OF LOCATIONS

---

### LOCATION NUMBER AND ADDRESS          SEE ATTACHED SCHEDULE FZ-5T11

---

Unless coverage is extended as described below, the following are not covered as farming in this policy: Retail activity (other than on-premises roadside stands selling products produced principally by the named insured); Mechanized Processing Operations.

"Farming" is extended to include:
Retail Activity (Describe): _____

_____

Mechanized Processing Operation: (Describe): _____

_____

---

FZ-1P99a (1/92) Ptd. in U.S.A.

SENT TO: INSURED, COMPANY, AGENT          COMPANY COPY

**POLICY NUMBER:** FO–146246       ·    ·          **FARM**

**DECLARATIONS**

| COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY COVERAGES AND LIMITS OF INSURANCE |
|---|
| SCHEDULE OF LOCATIONS |

**(SCHEDULE FOR FZ-1P99a)**

| LOCATION DESCRIPTION | ACRES |
|---|---|
| 3– COLLINS & COOPER PROPERTIES PER DESCRIPTION ON FILE. | 958 |
| MITCHELL COUNTY | |
| | |
| BACONTON        GA 31716–0000 | |

* DENOTES LIABILITY ONLY

FZ-5T11 (1/92) Ptd. in U.S.A.          COMPANY COPY

**POLICY NUMBER:** FO–146246                                                                 **FARM**

**DECLARATIONS**

| SECTION II LIABILITY |
|---|
| SCHEDULE OF COVERAGES |

**COVERAGE PART:**

| Location Number | Coverage | Class Code/ Classification Description | Premium Basis | Exposure | Rate | Premium |
|---|---|---|---|---|---|---|
| 0003 | PO/PROD | 01360 | C | 10.000 | $ $65.1000 | $ $651 |
|  |  | Contingent Liability for Crop Dusting by Independent Aircraft |  |  |  |  |
| 0003 | PO ONLY | 01418 | X | 1 | $ $21.0000 | $ $21 |
|  |  | Additional farm premises maintained by insured |  |  |  |  |
| 0003 | PO/PROD | 63010 | X | 3 | $ $41.3333 | $ $124 |
|  |  | Dwellings: one–family [lessor's risk only] |  |  |  |  |
| 0003 | PO ONLY | 01207 | O* | 1 | $ $225.0000 | $ $225 |
|  |  | Initial Farm premises, over 500 acres |  |  |  |  |
| *INITIAL FARM |  |  |  |  |  |  |
| 0003 | PRODUCT | 01901 | S | 5.500.000 | $ $.1173 | $ $645 |
|  |  | Farm Prod., NOC excl. farm stands, cream., proc. & aged foods, when sales exceed 10% of gross sales. |  |  |  |  |
|  |  |  |  |  | $ | $ |
|  |  |  |  |  | $ | $ |
|  |  |  |  |  | $ | $ |

| TOTAL PREMIUM FOR THIS COVERAGE PART | | $ INCLUDED |
|---|---|---|
| ☐ SUBJECT TO AUDIT ☒ NOT SUBJECT TO AUDIT | | |
| AUDIT FREQUENCY: ☐ Quarterly ☐ Semi-annually ☐ Annually | | |

When used as a premium basis the following code definitions apply:

A - Area - Per 1,000 square feet of area
C - Total Cost - per $1,000 of total cost
D - If Any
E - Admissions - per 1,000 admissions
F - Flat Charge
J - Total Operating Expenditures - per $1,000 of Expenditures

O - Other
P - Payroll - per $1,000 of payroll
S - Gross Sales - per $1,000 of Gross Sales
U - Units
X - Each

FZ-6N03a (1/92) Ptd. in U.S.A.

COMPANY COPY