Policy Number: FO-146246

# FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

| Form | Date | Description |
|---|---|---|
| FZ8L06 | 0000 | COMBINE PLUS POLICY JACKET |
| FZ2D14B | 1192 | DECLARATIONS-SUMMARY |
| FZ2D63C | 1297 | DECLARATIONS-COVERAGES A, B, C |
| FZ6T14 | 0192 | COV E-SCHEDULED FARM PERSONAL PROPERTY FARM MACHINERY, VEH |
| FZ8W18 | 0192 | COV E-SCHED FARM PERSONAL PROP-OTHER |
| FZ9L13A | 0192 | DECLARATIONS-COVERAGE G |
| FZ1P99A | 0192 | DECLARATIONS-COMMERCIAL GEN |
| FZ5T11 | 0192 | DECLARATIONS-CG LIAB/PER LIAB |
| FZ6N03A | 0192 | SECT II LIAB SCHED OF COV |
| FZ1U31 | 0993 | COV FOR PHYS INJ TO CROPS & ANIMALS DUE TO CERT CROP DUSTING |
| FP0424 | 0690 | SPOILAGE COVERAGE |
| FZ4P91 | 0192 | LOSS OF FARMING INCOME END. |
| LD4883 | 0788 | PYRAMIDING OF LIMITS ENDORSEMENT |
| IL0003 | 0498 | CALCULATION OF PREMIUM |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0498 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| FZ5N21 | 0192 | ASBESTOS EXCLUSION |
| IL0262 | 0702 | GA CHANGES-CANC & NONRENEWAL |
| FZ3Y74 | 0498 | DAIRYMEN'S ENDORSEMENT |
| CG2146 | 0798 | ABUSE OR MOLESTATION EXCLUSION |
| CG0001 | 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE |
| CG0062 | 1202 | WAR LIABILITY EXCLUSION |
| LD13295 | 0302 | TERRORISM NOTICE |
| CG2170 | 1102 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| FL0411 | 0690 | BASIC FARM PREMISES LIABILITY |
| CG2147 | 0798 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| FP0010 | 0690 | FARM PROPERTY COVERAGE FORM |
| FP1021 | 0498 | EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES |
| IL0952 | 1102 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| LD4S35 | 0692 | EXCLUSION-LEAD |
| FZ2S21A | 0198 | SPECIAL CONDITIONS COMBINE PLUS |
| FZ5N61 | 0192 | SIGNATURE ENDORSEMENT [CPC, IND. |

FZ-9T54 (1/92) Ptd. in U.S.A.

COMPANY COPY          SENT TO: INSURED, COMPANY, AGENT

POLICY NUMBER:   FO-146246                                                              FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COVERAGE FOR PHYSICAL INJURY TO CROPS AND ANIMALS DUE TO CERTAIN CROP DUSTING OPERATIONS PERFORMED BY LICENSED INDEPENDENT CONTRACTOR BY AIRCRAFT
# LIMITED CROP DUSTING COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE ***

(A) COST    $10,000                 RATE PER $1,000 OF COST

(B) The earned premium for this coverage

☐ is
☒ is not

subject to the audit provisions of paragraph F.

**LIMITED CROP DUSTING COVERAGE** is added to the Commercial General Liability Coverage Form as **COVERAGE N**, as described and limited below.

**A. Insuring Agreement**

1. We will pay those sums that the insured becomes legally obligated to pay as damages for physical injury to crops or animals, if:

   a. The injury is caused by or results from a substance released from an aircraft while used in crop dusting, seeding, spraying or fertilizing operations performed for you by an independent contractor; **and**

   b. The operations are consistent with normal and usual agricultural practice.

   This coverage applies only to physical injury that occurs during the policy period. The physical injury must be caused by an "occurrence."

   The term physical injury does not include any indirect or consequential damages such as loss, at any time, of market for crops or animals, or of use of soil or animals.

2. We will have the right and duty to defend any "suit" seeking damages for covered physical injury. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

   a. The amount we will pay for damages is limited as described below in C., Aggregate Limit of Insurance; and

   b. Our right and duty to defend end when we have used up the applicable Aggregate Limit of Insurance in the payment of judgments or settlements under LIMITED CROP DUSTING COVERAGE.

   As used in this endorsement the term "suit" means a civil proceeding in which damages because of physical injury to which this insurance applies are allegsd. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FZ-1U31 (9/93)                                                                                                     Page 1 of 3

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B in the Commercial General Liability Coverage Form.

B. **Exclusions**

LIMITED CROP DUSTING COVERAGE does not apply to:

1. Physical injury to crops or animals arising out of operations which:
   a. Are performed by an unlicensed or improperly licensed contractor; or
   b. Are performed at a time or place prohibited by a federal, state or local authority; or
   c. Involve the use of a substance prohibited by a federal, state or local authority.

2. "Occurrences" in which the aircraft is:
   a. Operated by;
   b. Owned by; or
   c. Rented, leased or loaned to;

   you, any other insured or an employee of any insured.

3. Physical injury to crops or animals expected or intended from the standpoint of the insured.

4. Physical injury to crops or animals caused by crash of the aircraft or by fire or spillage or leakage of fuel following a crash.

5. Any loss, cost or expense:
   a. Arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or
   b. Arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

6. Physical injury to crops or animals for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
   a. Assumed in a contract or agreement that is an "insured contract," provided the physical injury occurs subsequent to the execution of the contract or agreement; or
   b. That the insured would have in the absence of the contract or agreement.

   With respect to LIMITED CROP DUSTING COVERAGE, paragraph e. of the "insured contract" definition in the COMMERCIAL GENERAL Liability Coverage Form is deleted and replaced by the following:

   e. That part of a contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay a third person or organization for physical injury to crops or animals. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

7. Physical injury to crops or animals you own, rent or borrow.

C. **AGGREGATE LIMIT OF INSURANCE for LIMITED CROP DUSTING COVERAGE: $25,000**

1. Our total liability for Coverage N - LIMITED CROP DUSTING COVERAGE is the Aggregate Limit of Insurance stated above, unless a different Aggregate Limit of Insurance is stated for Coverage N in the Declarations.

2. The stated Aggregate Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance.

3. Therefore, the stated Aggregate Limit of Insurance is the most we will pay for the applicable period of time as described in 2. above, regardless of the number of:

   a. "Occurrences;"

   b. "Insureds;"

   c. Claims made or "suits" brought; or

   d. Persons or organizations making claims or bringing "suits."

D. SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS of the COMMERCIAL GENERAL Liability Coverage Form applies to LIMITED CROP DUSTING COVERAGE.

E. Words and phrases that appear in quotation marks in this endorsement have meaning as defined in SECTION V - DEFINITIONS of the COMMERCIAL GENERAL Liability Coverage Form, unless otherwise defined in this endorsement.

F. AUDIT

1. The premium for this coverage is based on your cost. As used here, your cost means the charges you pay during the term of the policy for both the substances and the application of the substances, and includes all applicable taxes.

2. The advance premium for this coverage, as determined by the cost and rate indicated in the Schedule, is an estimated premium only. After each anniversary and upon termination of the policy, you must notify us of your cost during the policy period. We will compute the earned premium using our rules, rates, rating plans, premiums and minimum premiums that apply to this coverage. If the earned premium we compute is more than the advance premium, you must pay us the difference. If the earned or minimum premium is less than the advance premium, we will refund the difference.

FZ-1U31 (9/93)                                                                                                                    Page 3 of 3

FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE - PERISHABLE FARM PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM

SCHEDULE *

| "INSURED LOCATION" NO. | BLDG. NO. | DESCRIPTION OF PERISHABLE FARM PERSONAL PROPERTY | LIMIT OF INSURANCE |
|---|---|---|---|
| 0003 | 0000002 | Dairy Products – excluding Ice Cream | 25,000 |

| | | CAUSES OF LOSS | | |
|---|---|---|---|---|
| REFRIGERATION MAINTENANCE AGREEMENT (1) | REFRIGERATION BACK-UP SYSTEM WARRANTY (2) | (3) BREAKDOWN OR CONTAMINATION | (4) PUBLIC POWER OUTAGE | SELLING PRICE (5) |
| [x] | ☐ | [x] | [x] | ☐ |

If coverage is indicated in the Declarations for COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, the Farm Property Coverage Form is extended to insure against direct physical loss of or damage to "perishable farm personal property" indicated in the Schedule, caused by the Covered Cause(s) of Loss, as provided by this endorsement.

The following provisions (A. through J. inclusive) apply to the coverage provided by this endorsement:

A. Paragraph 1. Covered Property under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

   1. Covered Property

      Covered property means "perishable farm personal property" shown in the Schedule at the "insured location" owned by you.

B. The following is added to Paragraph 2. Property Not Covered under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

   f. Property located:
      (1) On buildings;
      (2) In the open; or
      (3) In vehicles.

C. Paragraph 3. Special Limits of Insurance, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

D. Paragraph 4. Covered Causes of Loss under COVERAGE E. - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FP 04 24 06 90            Copyright, Insurance Services Office, Inc., 1987, 1989            Page 1 of 3   ☐

2965

4. **Covered Causes of Loss**

   Subject to the exclusions described in item G. of this endorsement, Covered Causes of Loss means the following as indicated in the Schedule:

   a. Breakdown or Contamination, meaning:

      (1) Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the "insured location" shown in the Schedule; or

      (2) Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the "insured location" shown in the Schedule.

      Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

   b. Public Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power generated from a public utility to refrigerating, cooling or humidity control apparatus or equipment at the "insured location" shown in the Schedule.

E. Paragraph 6. Coverage Extensions b. through f. Under Coverage E, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

F. Selling Price

   If Selling Price is indicated in the Schedule, the following is added to the VALUATION Loss Condition in Paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

   In the event of loss or damage, the value of "perishable farm personal property" held ready for sale will be determined at its selling price as if no loss or damage has occurred, less discounts and expenses you otherwise would have had.

G. Section C. EXCLUSIONS is replaced by the following:

C. EXCLUSIONS

   1. Of the EXCLUSIONS contained in Section C. of the Farm Property Coverage Form, only the following apply to Spoilage Coverage for "perishable farm personal property:"

      2. Earth Movement;
      3. Governmental Action;
      4. International Loss;
      5. Nuclear Hazard;
      7. War and Military Action; an
      8. Water.

   2. The following EXCLUSIONS are added:

      We will not pay for loss or damage caused by or resulting from:

      a. The inability of a public utility to provide sufficient power due to:

         (1) Lack of fuel; or
         (2) Governmental order.

      b. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

      c. The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

      d. The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

      e. The complete or partial interruption of power from a private power source.

H. The Loss Conditions in paragraphs a. and b. of paragraph 7. Coverage E Conditions, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, do not apply.

I. The following is added to paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

   1. ADDITIONAL CONDITION - REFRIGERATION MAINTENANCE AGREEMENTS

      If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable in the Schedule, the following condition applies:

FARM

You must maintain a refrigeration maintenance or service agreement as described below. If you voluntarily terminate this agreement and do not notify us within 10 days, the insurance provided by this endorsement under the Breakdown or Contamination Covered Cause of Loss will be automatically suspended at the location involved.

A refrigeration maintenance agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the "insured location," and the servicing and repair of the equipment, including emergency response at the "insured location."

2. ADDITIONAL CONDITION - REFRIGERATION BACK-UP SYSTEM WARRANTY - APPLICABLE TO SPOILAGE COVERAGE FOR SEMEN

   If:

   a. Public Power Outage is designated as a Covered Cause of Loss; and
   b. Semen is listed in the Schedule; and
   c. Refrigeration Back-up System Warranty is shown as applicable in the Schedule;

   the following condition applies:

   You must meet all the specifications of either (1) or (2), as follows:

   (1) A functioning power failure alarm system, functioning auxiliary generator and caretaker are always on the "insured location;" or

   (2) A functioning power failure alarm system and functioning automatic starting auxiliary generator are always on the "insured location."

   If you suspend operation of the measures described in (1) and (2) above, and you do not notify us within 10 days, the insurance provided by this endorsement for spoilage of semen caused by public power outage will be automatically suspended at the location involved.

J. The following is added to Section H. DEFINITIONS:

"Perishable farm personal property" means supplies and products of farming and ranching operations, including but not limited to meat, poultry and fish products, drugs, vitamins, plasma, blood, medicine, milk and produce, that are:

   a. Maintained under controlled temperature or humidity conditions for preservation; and
   b. Susceptible to loss or damage if the controlled temperature or humidity conditions change.

With respect to meat, poultry and fish products, "perishable farm personal property" excludes animals killed as a result of a Cause of Loss covered under this endorsement.

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS OF FARMING INCOME ENDORSEMENT

This endorsement provides additional insurance under the following:

**FARM PROPERTY COVERAGE FORM**

In return for an additional premium, we agree to pay you for loss of "**income**" directly resulting from interruption of your farming operation because of a covered cause of loss to other farm structures and farm machinery and equipment (other than mobile machinery, vehicles and equipment and livestock) while located at the designated location shown below:

| Location # | Item # | Description of Item | Limit of Insurance |
|---|---|---|---|
| 0003 | 0124 | MILK BARN #1 | $ 2,000,000 |
| 0003 | 0126 | MILK BARN #2 | $ 2,000,000 |
| 0003 | 0128 | PREP / HOSP BARN | $ 730,000 |
|  |  |  | $ |

The most we will pay shall not exceed the indicated limit of insurance.

**DEFINITIONS**

"**Income**":
   a. for the purpose of this coverage, "**income**" is defined as the sum of:

      1. net profit;
      2. payroll expenses and taxes and interest you have to pay;
      3. rents (excluding rents from dwellings and other nonfarming properties); and
      4. all other necessary operating expenses incurred by the farming operation.

"**Farming Premises**":

   a. for the purpose of this coverage, "**farming premises**" means the farm location which you own, operate or rent shown on the Declarations.

**SPECIAL CONDITIONS YOU SHOULD KNOW ABOUT**

Loss of "**income**" will be paid only for the time reasonably required to rebuild, repair or replace the damaged or destroyed property. The time will begin with the date of such damage or destruction and is not limited by the policy period.

You shall make every reasonable effort to resume complete or partial operation as soon as possible and, where practicable, use substitute facilities and property.

FZ-4P91   (1/92)   Ptd. in U.S.A.                                                                                                Page 1 of 2

2997

We will not pay more than the limit of insurance shown above. Loss of **"income"** shall not include charges and expenses which do not necessarily continue during the time of interruption. Coverage also applies to expenses you incur to reduce loss of **"income"**, but only to the extent that they actually reduce your loss of **"income"**.

Coverage is extended for the length of time, not to exceed two consecutive weeks, during which access to your farm premises is prohibited by civil authority. This prohibition must result directly from damage to or destruction of property adjacent to your **"farming premises"** caused by a covered cause of loss.

**EXCLUSIONS**

This coverage shall not apply:

a. to loss of **"income"** caused by the suspension, lapse or cancellation of any lease, contract or order;

b. to loss of **"income"** caused directly or indirectly by enforcement of any local or state ordinance or law regulating the construction, repair, or demolition of buildings or structures;

c. to any claim for loss of **"income"** due to interference by strikers or other persons with rebuilding, repairing or replacing property, or with the resumption or continuation of operation.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

Policy Number: FO-146246
Named Insured: AURORA DAIRY CORPORATION

# Notice to Policyholders
# Terrorism Coverage
# And Disclosure of Premium

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

In accordance with the Terrorism Risk Insurance Act of 2002, we are required to offer you coverage for losses resulting from an act of terrorism **that is certified under the federal program** as an act of terrorism committed by an individual(s) acting on behalf of a foreign person or foreign interest. The policy's other provisions will still apply to such an act.

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

### DISCLOSURE OF PREMIUM
Coverage for terrorism as outlined above has been included in your policy. The premium for this terrorism coverage is $ __195__ and is included in your total policy premium.

### REJECTION
You may choose to reject this coverage by signing the statement below and returning it to us. Your policy will be endorsed to exclude the described terrorism coverage. (Several states still require coverage be provided for any ensuing fire damage related to terrorism. Therefore, we will retain a certain portion of the terrorism premium identified above for that exposure.)

### REJECTION STATEMENT
I hereby reject the terrorism coverage. I understand that an **exclusion** of certain terrorism losses will be made part of this policy.

_____
Named Insured                                    Date

AN 76 09 04 03