# The COMBINE PLUS



 ACE USA

FZ-8L06 (1/92) Ptd. in USA

INDEMNITY INS CO OF N AMERICA

**ACE USA**



**PROD. NAME:** PREMIER INSURANCE
**PROD. ADDR.:** PO BOX 6
TWIN FALLS, ID 83301

**COMM. AMOUNT:** 15.0000
**MKT. CTR.:** DSM
**PROD. CODE:** 1852-07

| POLICY NO.   FO-146297 FPC-CO03 | **DECLARATIONS** |
|---|---|

**POLICY PERIOD**

**FROM** 08/01/2003 **TO** 08/01/2004

**12:01 A.M. STANDARD TIME AT THE ADDRESS SHOWN BELOW**

**RENEWAL OF** NEW

**YOUR NAME (NAMED INSURED)**

AURORA DAIRY CORPORATION
DBA: AURORA ORGANIC DAIRY

**PREMIUM PAYMENT** ☒ Direct Bill ☐ Producer Bill
The premium for your policy payable at inception is $ 69,930.00
☒ Annual Premium ☐ Quarterly Premium ☐ 10 Pay
☐ Semi-Annual Premium ☐ Monthly Premium
TOTAL POLICY PREMIUM: $69,930.00
The balance of the Prem. is payable in   payments of $

MAILING ADDRESS (NO., STREET, CITY, STATE, ZIP)

1401 WALNUT STREET
BOULDER, CO 80302

**NAMED INSURED IS:** ☐ INDIVIDUAL ☐ PARTNERSHIP ☐ TENANT ☒ CORPORATION ☒ OWNER OCCUPANT ☐ ABSENTEE OWNER

**THE INSURED LOCATIONS ARE DESCRIBED BELOW AND IN THE SUPPLEMENTAL PAGES:** ☐ FZ-5T12 ☒ FZ-5T11

☐ **POLICY IS SUBJECT TO AUDIT** ☒ **POLICY IS NOT SUBJECT TO AUDIT**

Coverages: Insurance applies only to those coverages for which a limit of insurance is shown below. The following limits of insurance are the total amounts of insurance for all location.

| | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| | A. DWELLINGS | $ 644,156 | $ 2,500 |
| | B. OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS | $ | $ 2,500 |
| | C. HOUSEHOLD PERSONAL PROPERTY | $ 46,900 | $ 2,500 |
| **SECTION I PROPERTY** | D. LOSS OF USE | $ 110,503 | NO DEDUCTIBLE APPLIES |
| | E. SCHEDULED FARM PERSONAL PROPERTY | $ 2,145,642 | $ 2,500 |
| | F. UNSCHEDULED FARM PERSONAL PROPERTY | $ NOT COVERED | $ |
| | G. OTHER FARM STRUCTURES | $ 2,603,932 | $ 2,500 |
| | FARM EXTRA EXPENSE | $ 1,000 | NO DEDUCTIBLE APPLIES |
| **SECTION II LIABILITY** | ☐ FARM LIABILITY COVERAGE | SEE FORM # FZ-2D08a | EARTHQUAKE DEDUCTIBLE AMOUNT |
| | ☒ COMMERCIAL GENERAL LIABILITY | SEE FORM # FZ-1P99a | |
| | ☐ PERSONAL LIABILITY | SEE FORM # FZ-1P99a | % |
| **SECTION III AUTOMOBILE** | AS PROVIDED IN THE BUSINESS AUTO POLICY ATTACHED TO THIS POLICY. NOTE: NONE OF THE TERMS, CONDITIONS, DECLARATIONS, FORMS OR ENDORSEMENTS FORMING A PART OF THE COMBINE PLUS APPLY TO SECTION III - AUTOMOBILE | | |

FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:
SEE ATTACHED FORMS AND ENDORSEMENTS LISTING # FZ-9T54

| DATE OF ISSUE | COUNTERSIGNED BY: |
|---|---|
| 02/24/2004 | |

FZ-2D14b (11/92) PTD. IN U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO-146297                        **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS | DESCRIPTION / MODEL YR | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|---|
| 0002-0001A | ☒FRAME ☐MASONRY ☐MOBILE HOME | DESCRIPTION OF MOBILE HOME: / MODEL YR: | ☐OWNER ☒TENANT<br>A. DWELLING $ 88,168 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $  NOT COVERED | ☐ | |
| | | | D. LOSS OF USE $ 17,634 | | |
| LOCATION NO. 0002-0004A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | DESCRIPTION OF MOBILE HOME: / MODEL YR: 1982 | ☐OWNER ☒TENANT<br>A. DWELLING $ 22,500 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $  NOT COVERED | ☐ | |
| | | | D. LOSS OF USE $ 4,500 | | |
| LOCATION NO. 0002-0007A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | DESCRIPTION OF MOBILE HOME: / MODEL YR: 1983 | ☐OWNER ☒TENANT<br>A. DWELLING $ 22,500 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $  NOT COVERED | ☐ | |
| | | | D. LOSS OF USE $ 4,500 | | |
| LOCATION NO. 0002-0010A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | DESCRIPTION OF MOBILE HOME: / MODEL YR: 1984 | ☐OWNER ☒TENANT<br>A. DWELLING $ 24,600 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 12,300 | 3 | RC |
| | | | D. LOSS OF USE $ 4,920 | | |
| LOCATION NO. 0002-0012A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | DESCRIPTION OF MOBILE HOME: / MODEL YR: 1984 | ☐OWNER ☒TENANT<br>A. DWELLING $ 27,800 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | | B. OTHER PRIVATE STRUCTURES $ | ☐ | |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $  NOT COVERED | ☐ | |
| | | | D. LOSS OF USE $ 5,560 | | |

*COVERED CAUSE OF LOSS:* ☐1 = *BASIC*    ☐2 = *BROAD*    ☐3 = *SPECIAL*

*BASIS OF VALUATION:*    **(RC)** = *REPLACEMENT COST*      **(ACV)** = *ACTUAL CASH VALUE*
                                 **(SLS)** = *SPECIAL LOSS SETTLEMENT*    **(ERC)** = *EXTENDED REPLACEMENT*

*\*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.        COMPANY COPY

**POLICY NUMBER:** FO–146297                            **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0002-0015A | ☐FRAME ☐MASONRY ☒MOBILE HOME | | | |
| | DESCRIPTION OF MOBILE HOME:   MODEL YR: 1984 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 27,800 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 5,560 | | |
| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| 0002-0018A | ☐FRAME ☐MASONRY ☒MOBILE HOME | | | |
| | DESCRIPTION OF MOBILE HOME:   MODEL YR: 1984 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16,100 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 3,200 | | |
| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| 0002-0021A | ☐FRAME ☐MASONRY ☒MOBILE HOME | | | |
| | DESCRIPTION OF MOBILE HOME:   MODEL YR: 1984 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16,100 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 3,200 | | |
| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| 0002-0024A | ☐FRAME ☐MASONRY ☒MOBILE HOME | | | |
| | DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16,100 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 3,200 | | |
| LOCATION NO. | DWELLING IS: | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| 0002-0027A | ☐FRAME ☐MASONRY ☒MOBILE HOME | | | |
| | DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982 | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16,100 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | ☐ | |
| | | D. LOSS OF USE   $ 3,200 | | |

*COVERED CAUSE OF LOSS:* ☐1 = *BASIC*     ☐2 = *BROAD*     ☐3 = *SPECIAL*

*BASIS OF VALUATION:*    **(RC)** = *REPLACEMENT COST*        **(ACV)** = *ACTUAL CASH VALUE*
                        **(SLS)** = *SPECIAL LOSS SETTLEMENT*     **(ERC)** = *EXTENDED REPLACEMENT*

*\*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.        COMPANY COPY

**POLICY NUMBER:** FO–146297                             **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

## INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. / DWELLING IS | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|
| **LOCATION NO.** 0002–0030A   DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982<br>L   W   MAKE   MODEL   SERIAL # | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16.100 | 3 | RC |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | D. LOSS OF USE   $ 3.200 | | |
| **LOCATION NO.** 0002–0033A   DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982<br>L   W   MAKE   MODEL   SERIAL # | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16.100 | 1 | RC |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | D. LOSS OF USE   $ 3.200 | | |
| **LOCATION NO.** 0002–0036A   DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982<br>L   W   MAKE   MODEL   SERIAL # | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16.100 | 3 | RC |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 8.050 | 3 | ACV |
| | D. LOSS OF USE   $ 3.200 | | |
| **LOCATION NO.** 0002–0038A   DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982<br>L   W   MAKE   MODEL   SERIAL # | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16.100 | 1 | RC |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | D. LOSS OF USE   $ 3.200 | | |
| **LOCATION NO.** 0002–0041A   DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME<br>DESCRIPTION OF MOBILE HOME:   MODEL YR: 1982<br>L   W   MAKE   MODEL   SERIAL # | ☐OWNER   ☒TENANT<br>A. DWELLING   $ 16.100 | 1 | RC |
| NAME & ADDRESS OF   ☐MORTGAGE   ☐LOSS PAYEE | B. OTHER PRIVATE STRUCTURES   $ | ☐ | |
| | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $   NOT COVERED | ☐ | |
| | D. LOSS OF USE   $ 3.200 | | |

*COVERED CAUSE OF LOSS:* 1 = BASIC     2 = BROAD     3 = SPECIAL

*BASIS OF VALUATION:*   **(RC)** = REPLACEMENT COST       **(ACV)** = ACTUAL CASH VALUE
                      **(SLS)** = SPECIAL LOSS SETTLEMENT    **(ERC)** = EXTENDED REPLACEMENT

*\*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.         COMPANY COPY

**POLICY NUMBER:** FO–146297                                                     **FARM**

# DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. 0002–0044A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1982 | ☐OWNER ☒TENANT A. DWELLING $ 16,100 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 3,200 | | |
| LOCATION NO. 0002–0047A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 17,700 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 8,850 | 3 | RC |
| | | D. LOSS OF USE $ 3,540 | | |
| LOCATION NO. 0002–0049A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1983 | ☐OWNER ☒TENANT A. DWELLING $ 17,700 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 3,540 | | |
| LOCATION NO. 0002–0052A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 17,700 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 3,540 | | |
| LOCATION NO. 0002–0055A | DWELLING IS: ☐FRAME ☐MASONRY ☒MOBILE HOME | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
| | DESCRIPTION OF MOBILE HOME: MODEL YR: 1984 | ☐OWNER ☒TENANT A. DWELLING $ 17,700 | 3 | RC |
| L   W   MAKE   MODEL   SERIAL# | | B. OTHER PRIVATE STRUCTURES $ | | |
| NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 8,850 | 3 | RC |
| | | D. LOSS OF USE $ 3,540 | | |

*COVERED CAUSE OF LOSS:* 1 = BASIC   2 = BROAD   3 = SPECIAL

*BASIS OF VALUATION:* **(RC)** = REPLACEMENT COST   **(ACV)** = ACTUAL CASH VALUE
**(SLS)** = SPECIAL LOSS SETTLEMENT   **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.                    COMPANY COPY

**POLICY NUMBER:** FO-146297     **FARM**

## DECLARATIONS

**COVERAGE A-DWELLINGS**
**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**
**COVERAGE C-UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY**
**COVERAGE D-LOSS OF USE**

INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

| LOCATION NO. | DWELLING IS | SECTION I-COVERAGES LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | VALUATION |
|---|---|---|---|---|
| 0002-0057A | ☐FRAME ☐MASONRY ☒MOBILE HOME; MODEL YR: 1984 | A. DWELLING ☐OWNER ☒TENANT $ 17,700 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ 8,850 | 3 | ACV |
| | | D. LOSS OF USE $ 3,540 | | |
| 0002-0059A | ☒FRAME ☐MASONRY ☐MOBILE HOME; MODEL YR: | A. DWELLING ☐OWNER ☒TENANT $ 71,688 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 7,169 | | |
| 0002-0061A | ☒FRAME ☐MASONRY ☐MOBILE HOME; MODEL YR: | A. DWELLING ☐OWNER ☒TENANT $ 69,600 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 6,960 | | |
| 0003-0063A | ☒FRAME ☐MASONRY ☐MOBILE HOME; MODEL YR: | A. DWELLING ☐OWNER ☒TENANT $ 40,000 | 3 | RC |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ NOT COVERED | | |
| | | D. LOSS OF USE $ 4,000 | | |
| | ☐FRAME ☐MASONRY ☐MOBILE HOME; MODEL YR: | A. DWELLING ☐OWNER ☐TENANT $ | | |
| | | B. OTHER PRIVATE STRUCTURES $ | | |
| | NAME & ADDRESS OF ☐MORTGAGE ☐LOSS PAYEE | C. UNSCHEDULED HOUSEHOLD PERSONAL PROPERTY $ | | |
| | | D. LOSS OF USE $ | | |

*COVERED CAUSE OF LOSS:* [1] = BASIC   [2] = BROAD   [3] = SPECIAL

*BASIS OF VALUATION:*   **(RC)** = REPLACEMENT COST   **(ACV)** = ACTUAL CASH VALUE
   **(SLS)** = SPECIAL LOSS SETTLEMENT   **(ERC)** = EXTENDED REPLACEMENT

*See FZ4T30 Supplemental Declaration page for Hurricane Deductible.*
*#EXECUTIVE COMBINE PLUS ENDORSEMENT APPLIES TO THIS DWELLING*

FZ-2D63c (12/97) Ptd. in U.S.A.      COMPANY COPY

**POLICY NUMBER:** FO-146297

**DECLARATIONS**

**FARM**

## COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### FARM MACHINERY, VEHICLES AND EQUIPMENT

| | COVERAGE E–SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|---|
| | DESCRIPTION | LIMIT OF INS. | |
| **F A R M** | 0002–0073 CAT 3208 GENERATOR. S/N # 6GA00699 | $ 24.000 | 3 |
| | 0002–0074 CAT GENERATOR, B4, S/N #6GA010088 | $ 19.000 | 3 |
| | 0002–0075 CAR GENREATOR, B1 & B2. S/N #6JA00548 | $ 23.000 | 3 |
| | 0002–0076 FAIRBANKS MORSE SCALES | $ 20.000 | 3 |
| | 0002–0077 BOBCAT LOADER, S/N #B4201880 | $ 8.000 | 3 |
| | 0002–0078 JD 302 TRACTOR. S/N #9267 | $ 6.100 | 3 |
| | 0002–0079 END DUMP. S/N #50003 | $ 8.500 | 3 |
| **M A C H I N E R Y** | 0002–0080 1978 FORD WATER TRUCK. S/N#R80DYCA5108 | $ 25.000 | 3 |
| | 0002–0082 KOMATSU WA 250 LOADER S#A71722 | $ 146.700 | 3 |
| | 0002–0084 KOMASTSU WHEEL LOADER. WA180–3PT. S/N #A85237 | $ 76.357 | 3 |
| | 0002–0085 JD TRACTOR 6420, S/N #L10642OV351815 | $ 68.000 | 3 |
| | 0002–0086 JD TRACTOR 6420, S/N#LO6420V351304 | $ 68.000 | 3 |
| | 0002–0087 JD TRACTOR 5320, S/N #L05320S132322 | $ 26.245 | 3 |
| **V E H I C L E S** | 0002–0128 KOMATSU WA250 LOADER S#A71721 | $ 146.740 | 3 |
| | 0002–0129 KOMATSU LOADER WA320 S#31785 | $ 131.000 | 3 |
| | | $ | |
| | | $ | |
| **&** | | $ | |
| **E Q U I P M E N T** | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | BORROWED FARM MACHINERY, VEHICLES & EQUIPMENT | 25.000 | 3 |
| | MISC. SMALL TOOLS MACHINERY AND EQUIP. (INCLUDING HARNESS SADDLERY). NO SINGLE ITEM TO EXCEED $2500 IN VALUE. | 25.000 | 3 |
| | **Farm Machinery, Vehicles and Equipment Limit** | | |

**\*DENOTES THE FOLLOWING:**
Coverage for Foreign Objects in Machinery applies to the following numbered items as listed above, **only** if endorsement FZ-5P45 is attached to the policy and if ③ (SPECIAL) is indicated under the COVERED CAUSE OF LOSS column.

**COVERED CAUSE OF LOSS:**  ①= BASIC  ②= BROAD  ③ =SPECIAL  ④ =FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT  ⑤ = COLLISION ONLY LIVESTOCK  ⑥ = FIRE AND LIGHTNING ONLY

FZ-6T14 (1/92) Ptd. in U.S.A.

COMPANY COPY

**POLICY NUMBER:** FO-146297                                              **FARM**

## DECLARATIONS
### COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY
### OTHER

| COVERAGE E — SCHEDULED FARM PERSONAL PROPERTY | | COVERED CAUSE OF LOSS |
|---|---|---|
| DESCRIPTION | LIMIT OF INS. | |
| 0001–0065 CONTENTS – LEASED OFFICE SPACE | 15,000 | 3 |
| 0002–0066 CORPORATE OFFICE – COMPUTER COVERAGE | 10,000 | 3 |
| 0002–0067 COLORADO DAIRY – COMPUTER COVERAGE | 5,000 | 3 |
| 0002–0068 MILK | 25,000 | 1 |
| 0002–0070 MILKING EQUIPMENT | 804,000 | 3 |
| 0002–0072 HAY IN OPEN–LIM PER STACK   $50,000 | 400,000 | 4 |
| 0003–0088 GROUND SCALES 70` | 20,000 | 3 |
| 0003–0089 GROUND SCALES 20" | 20,000 | 3 |

**COVERED CAUSE OF LOSS:** [1] = BASIC  [2] = BROAD  [3] = SPECIAL  [4] = FIRE OR LIGHTNING, WINDSTORM OR HAIL, VANDALISM, VEHICLES AND THEFT    [6] = FIRE AND LIGHTNING ONLY

FZ-8W18 (1/92)  Ptd. in U.S.A.

COMPANY COPY