**POLICY NUMBER:** FO-146297                                    **FARM**

## DECLARATIONS
### COVERAGE G — OTHER FARM STRUCTURES
INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

### PROPERTY COVERED

| LOC. NO. | ITEM NO. | DESCRIPTION | CONST | COVERED CAUSE OF LOSS | VAL | LIMIT OF INS |
|---|---|---|---|---|---|---|
| 0002- | 0090 | MILK PARLOR #1 | MASONRY | 3 | RC | $236,900 |
| 0002- | 0092 | MILK PARLOR #2 | MASONRY | 3 | RC | $298,700 |
| 0002- | 0094 | MILK PARLOR #3 | MASONRY | 3 | RC | $298,700 |
| 0002- | 0096 | MILK PARLOR #4 | MASONRY | 3 | RC | $298,700 |
| 0002- | 0098 | CALF SHED | FRAME | 3 | RC | $26,471 |
| 0002- | 0099 | 3 CAR GARAGE [DWLG 1] | FRAME | 3 | RC | $22,042 |
| 0002- | 0100 | SHOP | FRAME | 3 | RC | $17,716 |
| 0002- | 0101 | COMMODITY BLDG | FRAME | 3 | RC | $44,084 |
| 0002- | 0102 | FEED MILL | NON-COMB | 3 | RC | $71,688 |
| 0002- | 0103 | VET BLDG W/SCALES | FRAME | 3 | RC | $17,098 |
| 0002- | 0104 | LOAFING SHEDS | FRAME | 3 | RC | $20,909 |
| 0002- | 0105 | LOAFING SHED | FRAME | 3 | RC | $92,597 |
| 0002- | 0106 | LOAFING SHED | FRAME | 3 | RC | $243,595 |
| 0002- | 0107 | LOAFING SHED | FRAME | 3 | RC | $92,597 |
| 0002- | 0108 | LOAFING SHED | FRAME | 3 | RC | $46,247 |

\* INDICATES BLANKETED BY LOCATION

COVERED CAUSE OF LOSS:   [1] = BASIC   [2] = BROAD   [3] = SPECIAL

VALUATION:   **(RC)** = REPLACEMENT COST    **(ACV)** = ACTUAL CASH VALUE

                 **(AUV)** = AGREED UTILITY VALUE

FZ-9L13a (1/92) Ptd. in U.S.A.          COMPANY COPY

**POLICY NUMBER:** FO-146297                                                                 **FARM**

## DECLARATIONS
### COVERAGE G — OTHER FARM STRUCTURES
INSURANCE APPLIES ONLY WHEN A LIMIT OF INSURANCE IS INDICATED

### PROPERTY COVERED

| LOC. NO. | ITEM NO. | DESCRIPTION | CONST | COVERED CAUSE OF LOSS | VAL | LIMIT OF INS |
|---|---|---|---|---|---|---|
| 0002- | 0109 | LOAFING SHED | FRAME | 3 | RC | $317,446 |
| 0002- | 0110 | LOAFING SHED | FRAME | 3 | RC | $9,888 |
| 0002- | 0111 | LOAFING SHED | FRAME | 3 | RC | $13,184 |
| 0002- | 0112 | COMMODITY SHED | FRAME | 3 | RC | $61,800 |
| 0002- | 0113 | CALF SHED & BARN | FRAME | 3 | RC | $266,770 |
| 0002- | 0114 | COMMODITY SHED | FRAME | 3 | RC | $61,800 |
| 0003- | 0115 | OFFICE | NON-COMB | 3 | RC | $5,000 |
| 0003- | 0116 | SHOP | FRAME | 3 | RC | $20,000 |
| 0003- | 0117 | SHOP | FRAME | 3 | RC | $20,000 |

\* INDICATES BLANKETED BY LOCATION

COVERED CAUSE OF LOSS:   **1** = BASIC     **2** = BROAD     **3** = SPECIAL

VALUATION:   **(RC)** = REPLACEMENT COST     **(ACV)** = ACTUAL CASH VALUE

**(AUV)** = AGREED UTILITY VALUE

FZ-9L13a (1/92) Ptd. in U.S.A.          COMPANY COPY

POLICY NUMBER: FO-146297                                                                                               FARM

## DECLARATIONS

**COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY
COVERAGES AND LIMITS OF INSURANCE**

In return for the payment of premium indicated above, we agree with you to provide the following coverage(s) at the limits shown, subject to all of the terms and conditions of this policy. Insurance does not apply under any coverage part unless a limit of Liability is shown.

**Coverage Form:**                                                                                 **Limits of Insurance**

COMMERCIAL GENERAL LIABILITY

| Coverage | Limit |
|---|---|
| General Aggregate Limit (other than Products/Completed Operations) | $ 2,000,000 |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 |
| Personal & Advertising Injury Limit | $ 1,000,000 |
| Each Occurrence | $ 1,000,000 |
| Fire Damage Limit (any one fire) | $ 100,000 |
| Medical Expense Limit (any one person) | $ 5,000 |
| Coverage M - Chemical Drift Liability Aggregate Limit | $ 25,000 |
| Coverage N - Limited Crop Dusting Coverage Aggregate Limit | $ 100,000 |

PERSONAL LIABILITY

| Coverage | Limit |
|---|---|
| Coverage A - Bodily Injury and Property Damage Liability | $ NOT COVERED |
| Coverage B - Personal Injury Liability | $ NOT COVERED |
| Coverage C - Medical Payments | $ NOT COVERED |
| Coverage D - Additional Coverage Damage To Property Of Others | $ NOT COVERED |

**SCHEDULE OF LOCATIONS**

**LOCATION NUMBER AND ADDRESS**                   **SEE ATTACHED SCHEDULE FZ-5T11**

Unless coverage is extended as described below, the following are not covered as farming in this policy: Retail activity (other than on-premises roadside stands selling products produced principally by the named insured); Mechanized Processing Operations.

"Farming" is extended to include:
Retail Activity (Describe): _____

_____

Mechanized Processing Operation: (Describe): _____

_____

FZ-1P99a (1/92) Ptd. in U.S.A.

SENT TO: INSURED, COMPANY, AGENT        COMPANY COPY

**POLICY NUMBER:** FO-146297                  **FARM**

**DECLARATIONS**

## COMMERCIAL GENERAL LIABILITY/PERSONAL LIABILITY COVERAGES AND LIMITS OF INSURANCE

### SCHEDULE OF LOCATIONS

(SCHEDULE FOR FZ-1P99a)

| LOCATION DESCRIPTION | ACRES |
|---|---|
| 1- CORPORATE OFFICE, 1401 WALNUT STREET SUITE 300 | 300 |
|     BOULDER           CO 80302-0000 | |
| 2- COLORADO DAIRY, SEC. 29, TWP. 3N, RGE. 67W | 150 |
|     PLATTEVILLE       CO 80651-0000 | |
| 3- PROPERTY BESIDE COLORADO DAIRY SEC 32, TWP 3N, RGE 67W | 125 |
|     PLATTEVILLE       CO 80651-0000 | |

\* DENOTES LIABILITY ONLY

FZ-5T11 (1/92) Ptd. in U.S.A.        COMPANY COPY

**POLICY NUMBER:** FO-146297            **FARM DECLARATIONS**

## SECTION II LIABILITY
## SCHEDULE OF COVERAGES

**COVERAGE PART:**

| Location Number | Coverage | Class Code/ Classification Description | Premium Basis | Exposure | Rate | Premium |
|---|---|---|---|---|---|---|
| 0001 *INITIAL FARM | PO ONLY | 01207 Initial Farm premises, over 500 acres | O* | 1 | $203.0000 | $203 |
| 0002 | PO ONLY | 01418 Additional farm premises maintained by insured | X | 1 | $23.0000 | $23 |
| 0002 | PRODUCT | 01901 Farm Prod., NOC excl. farm stands, cream., proc. & aged foods, when sales exceed 10% of gross sales. | S | 5,500,000 | $.1300 | $715 |
| 0002 | PO/PROD | 63010 Dwellings: one-family [lessor's risk only] | X | 22 | $53.8182 | $1,184 |
| 0003 | PO/PROD | 01360 Contingent Liability for Crop Dusting by Independent Aircraft | C | 10,000 | $65.1000 | $651 |
| 0003 | PO ONLY | 01418 Additional farm premises maintained by insured | X | 1 | $23.0000 | $23 |
| 0003 | PO/PROD | 63010 Dwellings: one-family [lessor's risk only] | X | 3 | $53.6667 | $161 |

TOTAL PREMIUM FOR THIS COVERAGE PART     $ INCLUDED
☐ SUBJECT TO AUDIT    ☒ NOT SUBJECT TO AUDIT
AUDIT FREQUENCY:    ☐ Quarterly    ☐ Semi-annually    ☐ Annually

When used as a premium basis the following code definitions apply:

A - Area - Per 1,000 square feet of area
C - Total Cost - per $1,000 of total cost
D - If Any
E - Admissions - per 1,000 admissions
F - Flat Charge
J - Total Operating Expenditures - per $1,000 of Expenditures

O - Other
P - Payroll - per $1,000 of payroll
S - Gross Sales - per $1,000 of Gross Sales
U - Units
X - Each

FZ-6N03a (1/92) Ptd. in U.S.A.

COMPANY COPY

Policy Number: FO-146297

# FORMS AND ENDORSEMENTS ATTACHED TO POLICY AT INCEPTION

| Form | Date | Description |
|---|---|---|
| FZ8L06 | 0000 | COMBINE PLUS POLICY JACKET |
| FZ2D14B | 1192 | DECLARATIONS-SUMMARY |
| FZ2D63C | 1297 | DECLARATIONS-COVERAGES A, B, C |
| FZ6T14 | 0192 | COV E-SCHEDULED FARM PERSONAL PROPERTY FARM MACHINERY, VEH |
| FZ8W18 | 0192 | COV E-SCHED FARM PERSONAL PROP-OTHER |
| FZ9L13A | 0192 | DECLARATIONS-COVERAGE G |
| FZ1P99A | 0192 | DECLARATIONS-COMMERCIAL GEN |
| FZ5T11 | 0192 | DECLARATIONS-CG LIAB/PER LIAB |
| FZ6N03A | 0192 | SECT II LIAB SCHED OF COV |
| FZ1U31 | 0993 | COV FOR PHYS INJ TO CROPS & ANIMALS DUE TO CERT CROP DUSTING |
| FP0424 | 0690 | SPOILAGE COVERAGE |
| FZ4P91 | 0192 | LOSS OF FARMING INCOME END. |
| IL0003 | 0702 | CALCULATION OF PREMIUM |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0702 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| FZ5N21 | 0192 | ASBESTOS EXCLUSION |
| IL0169 | 0702 | COLORADO CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD |
| IL0228 | 0702 | COLORADO CHANGES - CANCELLATION AND NONRENEWAL |
| FZ3Y74 | 0498 | DAIRYMEN'S ENDORSEMENT |
| CG2146 | 0798 | ABUSE OR MOLESTATION EXCLUSION |
| CG0001 | 1001 | COMMERCIAL GENERAL LIABILITY COVERAGE |
| LD13295 | 0302 | TERRORISM NOTICE |
| CG2170 | 1102 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG2167 | 0402 | FUNGI OR BACTERIA EXCLUSION |
| FL0411 | 0690 | BASIC FARM PREMISES LIABILITY |
| CG2147 | 0798 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| FP0010 | 0690 | FARM PROPERTY COVERAGE FORM |
| FP1021 | 0498 | EXCLUSION OF CERTAIN COMPUTER RELATED LOSSES |
| IL0952 | 1102 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| LD4S35 | 0692 | EXCLUSION-LEAD |
| FZ2S21A | 0198 | SPECIAL CONDITIONS COMBINE PLUS |
| FZ4Y58 | 0102 | REPLACEMENT COST-HOUSEHOLD PERSONAL P |
| FZ5N61 | 0192 | SIGNATURE ENDORSEMENT [CPC, IND, |

**FZ-9T54 (1/92) Ptd. in U.S.A.**
COMPANY COPY                    SENT TO: INSURED, COMPANY, AGENT

POLICY NUMBER:   FO–146297                                                                                        FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COVERAGE FOR PHYSICAL INJURY TO CROPS AND ANIMALS DUE TO CERTAIN CROP DUSTING OPERATIONS PERFORMED BY LICENSED INDEPENDENT CONTRACTOR BY AIRCRAFT
# LIMITED CROP DUSTING COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

| | SCHEDULE * |
|---|---|
| (A) COST     $10,000 | RATE PER $1,000 OF COST |

(B) The earned premium for this coverage

☐ is
☒ is not

subject to the audit provisions of paragraph F.

**LIMITED CROP DUSTING COVERAGE** is added to the Commercial General Liability Coverage Form as **COVERAGE N**, as described and limited below.

**A. Insuring Agreement**

1. We will pay those sums that the insured becomes legally obligated to pay as damages for physical injury to crops or animals, if:

   a. The injury is caused by or results from a substance released from an aircraft while used in crop dusting, seeding, spraying or fertilizing operations performed for you by an independent contractor; **and**

   b. The operations are consistent with normal and usual agricultural practice.

   This coverage applies only to physical injury that occurs during the policy period. The physical injury must be caused by an "occurrence."

   The term physical injury does not include any indirect or consequential damages such as loss, at any time, of market for crops or animals, or of use of soil or animals.

2. We will have the right and duty to defend any "suit" seeking damages for covered physical injury. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

   a. The amount we will pay for damages is limited as described below in C., Aggregate Limit of Insurance; and

   b. Our right and duty to defend end when we have used up the applicable Aggregate Limit of Insurance in the payment of judgments or settlements under LIMITED CROP DUSTING COVERAGE.

   As used in this endorsement the term "suit" means a civil proceeding in which damages because of physical injury to which this insurance applies are allegsd. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FZ-1U31 (9/93)                                                                                             Page 1 of 3

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B in the Commercial General Liability Coverage Form.

B. **Exclusions**

LIMITED CROP DUSTING COVERAGE does not apply to:

1. Physical injury to crops or animals arising out of operations which:
   a. Are performed by an unlicensed or improperly licensed contractor; or
   b. Are performed at a time or place prohibited by a federal, state or local authority; or
   c. Involve the use of a substance prohibited by a federal, state or local authority.

2. "Occurrences" in which the aircraft is:
   a. Operated by;
   b. Owned by; or
   c. Rented, leased or loaned to;

   you, any other insured or an employee of any insured.

3. Physical injury to crops or animals expected or intended from the standpoint of the insured.

4. Physical injury to crops or animals caused by crash of the aircraft or by fire or spillage or leakage of fuel following a crash.

5. Any loss, cost or expense:
   a. Arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or
   b. Arising out of any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

6. Physical injury to crops or animals for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
   a. Assumed in a contract or agreement that is an "insured contract," provided the physical injury occurs subsequent to the execution of the contract or agreement; or
   b. That the insured would have in the absence of the contract or agreement.

   With respect to LIMITED CROP DUSTING COVERAGE, paragraph e. of the "insured contract" definition in the COMMERCIAL GENERAL Liability Coverage Form is deleted and replaced by the following:

   e. That part of a contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay a third person or organization for physical injury to crops or animals. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

7. Physical injury to crops or animals you own, rent or borrow.

C. AGGREGATE LIMIT OF INSURANCE for LIMITED CROP DUSTING COVERAGE: $25,000

1. Our total liability for Coverage N - LIMITED CROP DUSTING COVERAGE is the Aggregate Limit of Insurance stated above, unless a different Aggregate Limit of Insurance is stated for Coverage N in the Declarations.

2. The stated Aggregate Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance.

3. Therefore, the stated Aggregate Limit of Insurance is the most we will pay for the applicable period of time as described in 2. above, **regardless of the number of:**

   a. "Occurrences;"
   b. "Insureds;"
   c. Claims made or "suits" brought; or
   d. Persons or organizations making claims or bringing "suits."

D. SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS of the COMMERCIAL GENERAL Liability Coverage Form applies to LIMITED CROP DUSTING COVERAGE.

E. Words and phrases that appear in quotation marks in this endorsement have meaning as defined in SECTION V - DEFINITIONS of the COMMERCIAL GENERAL Liability Coverage Form, unless otherwise defined in this endorsement.

F. **AUDIT**

   1. The premium for this coverage is based on your cost. As used here, your cost means the charges you pay during the term of the policy for both the substances and the application of the substances, and includes all applicable taxes.

   2. The advance premium for this coverage, as determined by the cost and rate indicated in the Schedule, is an estimated premium only. After each anniversary and upon termination of the policy, you must notify us of your cost during the policy period. We will compute the earned premium using our rules, rates, rating plans, premiums and minimum premiums that apply to this coverage. If the earned premium we compute is more than the advance premium, you must pay us the difference. If the earned or minimum premium is less than the advance premium, we will refund the difference.

FZ-1U31 (9/93)                                                                                                              Page 3 of 3

FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE - PERISHABLE FARM PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

FARM PROPERTY COVERAGE FORM

SCHEDULE *

| "INSURED LOCATION" NO. | BLDG. NO. | DESCRIPTION OF PERISHABLE FARM PERSONAL PROPERTY | LIMIT OF INSURANCE |
|---|---|---|---|
| 0002 | 0000000 | Dairy Products – excluding Ice Cream | 25,000 |

| | | CAUSES OF LOSS | | |
|---|---|---|---|---|
| REFRIGERATION MAINTENANCE AGREEMENT (1) | REFRIGERATION BACK-UP SYSTEM WARRANTY (2) | (3) BREAKDOWN OR CONTAMINATION | (4) PUBLIC POWER OUTAGE | SELLING PRICE (5) |
| [x] | ☐ | [x] | [x] | ☐ |

If coverage is indicated in the Declarations for COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, the Farm Property Coverage Form is extended to insure against direct physical loss of or damage to "perishable farm personal property" indicated in the Schedule, caused by the Covered Cause(s) of Loss, as provided by this endorsement.

The following provisions (A. through J. inclusive) apply to the coverage provided by this endorsement:

A. Paragraph 1. Covered Property under COV-ERAGE E - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

   1. Covered Property

      Covered property means "perishable farm personal property" shown in the Schedule at the "insured location" owned by you.

B. The following is added to Paragraph 2. Property Not Covered under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

   f. Property located:
      (1) On buildings;
      (2) In the open; or
      (3) In vehicles.

C. Paragraph 3. Special Limits of Insurance, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

D. Paragraph 4. Covered Causes of Loss under COVERAGE E. - SCHEDULED FARM PERSONAL PROPERTY is replaced by the following:

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

FP 04 24 06 90                Copyright, Insurance Services Office, Inc., 1987, 1989                Page 1 of 3   ☐

2965