**4. Covered Causes of Loss**

Subject to the exclusions described in item G. of this endorsement, Covered Causes of Loss means the following as indicated in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the "insured location" shown in the Schedule; or

**(2)** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the "insured location" shown in the Schedule.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

**b.** Public Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power generated from a public utility to refrigerating, cooling or humidity control apparatus or equipment at the "insured location" shown in the Schedule.

**E.** Paragraph 6. Coverage Extensions b. through f. Under Coverage E, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, does not apply.

**F.** Selling Price

If Selling Price is indicated in the Schedule, the following is added to the VALUATION Loss Condition in Paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

In the event of loss or damage, the value of "perishable farm personal property" held ready for sale will be determined at its selling price as if no loss or damage has occurred, less discounts and expenses you otherwise would have had.

**G.** Section C. EXCLUSIONS is replaced by the following:

**C.** EXCLUSIONS

**1.** Of the EXCLUSIONS contained in Section C. of the Farm Property Coverage Form, only the following apply to Spoilage Coverage for "perishable farm personal property:"

**2.** Earth Movement;

**3.** Governmental Action;

**4.** International Loss;

**5.** Nuclear Hazard;

**7.** War and Military Action; an

**8.** Water.

**2.** The following EXCLUSIONS are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The inability of a public utility to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**b.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**c.** The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

**d.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**e.** The complete or partial interruption of power from a private power source.

**H.** The Loss Conditions in paragraphs a. and b. of paragraph 7. Coverage E Conditions, under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, do not apply.

**I.** The following is added to paragraph 7. Coverage E Conditions under COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY:

**1.** ADDITIONAL CONDITION - REFRIGERATION MAINTENANCE AGREEMENTS

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable in the Schedule, the following condition applies:

    Copyright, Insurance Services Office, Inc., 1987, 1989    FP 04 24 06 90   ☐

2966

You must maintain a refrigeration maintenance or service agreement as described below. If you voluntarily terminate this agreement and do not notify us within 10 days, the insurance provided by this endorsement under the Breakdown or Contamination Covered Cause of Loss will be automatically suspended at the location involved.

A refrigeration maintenance agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the "insured location," and the servicing and repair of the equipment, including emergency response at the "insured location."

2. ADDITIONAL CONDITION - REFRIGERATION BACK-UP SYSTEM WARRANTY - APPLICABLE TO SPOILAGE COVERAGE FOR SEMEN

If:

a. Public Power Outage is designated as a Covered Cause of Loss; and

b. Semen is listed in the Schedule; and

c. Refrigeration Back-up System Warranty is shown as applicable in the Schedule;

the following condition applies:

You must meet all the specifications of either (1) or (2), as follows:

(1) A functioning power failure alarm system, functioning auxiliary generator and caretaker are always on the "insured location;" or

(2) A functioning power failure alarm system and functioning automatic starting auxiliary generator are always on the "insured location."

If you suspend operation of the measures described in (1) and (2) above, and you do not notify us within 10 days, the insurance provided by this endorsement for spoilage of semen caused by public power outage will be automatically suspended at the location involved.

J. The following is added to Section H. DEFINITIONS:

"Perishable farm personal property" means supplies and products of farming and ranching operations, including but not limited to meat, poultry and fish products, drugs, vitamins, plasma, blood, medicine, milk and produce, that are:

a. Maintained under controlled temperature or humidity conditions for preservation; and

b. Susceptible to loss or damage if the controlled temperature or humidity conditions change.

With respect to meat, poultry and fish products, "perishable farm personal property" excludes animals killed as a result of a Cause of Loss covered under this endorsement.

Copyright, Insurance Services Office, Inc., 1987, 1989

2967

**FARM**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS OF FARMING INCOME ENDORSEMENT

This endorsement provides additional insurance under the following:

### FARM PROPERTY COVERAGE FORM

In return for an additional premium, we agree to pay you for loss of **"income"** directly resulting from interruption of your farming operation because of a covered cause of loss to other farm structures and farm machinery and equipment (other than mobile machinery, vehicles and equipment and livestock) while located at the designated location shown below:

| Location # | Item # | Description of Item | Limit of Insurance |
|---|---|---|---|
| 0002 | 0090 | MILK PARLOR #1 | $ 1.000.000 |
| 0002 | 0092 | MILK PARLOR #2 | $ 1.500.000 |
| 0002 | 0094 | MILK PARLOR #3 | $ 1.670.000 |
| 0002 | 0096 | MILK PARLOR #4 | $ 1.670.000 |

The most we will pay shall not exceed the indicated limit of insurance.

### DEFINITIONS

**"Income":**
    a. for the purpose of this coverage, **"income"** is defined as the sum of:

        1. net profit;
        2. payroll expenses and taxes and interest you have to pay;
        3. rents (excluding rents from dwellings and other nonfarming properties); and
        4. all other necessary operating expenses incurred by the farming operation.

**"Farming Premises":**

    a. for the purpose of this coverage, **"farming premises"** means the farm location which you own, operate or rent shown on the Declarations.

### SPECIAL CONDITIONS YOU SHOULD KNOW ABOUT

Loss of **"income"** will be paid only for the time reasonably required to rebuild, repair or replace the damaged or destroyed property. The time will begin with the date of such damage or destruction and is not limited by the policy period.

You shall make every reasonable effort to resume complete or partial operation as soon as possible and, where practicable, use substitute facilities and property.

We will not pay more than the limit of insurance shown above. Loss of **"income"** shall not include charges and expenses which do not necessarily continue during the time of interruption. Coverage also applies to expenses you incur to reduce loss of **"income"**, but only to the extent that they actually reduce your loss of **"income"**.

Coverage is extended for the length of time, not to exceed two consecutive weeks, during which access to your farm premises is prohibited by civil authority. This prohibition must result directly from damage to or destruction of property adjacent to your **"farming premises"** caused by a covered cause of loss.

### EXCLUSIONS

This coverage shall not apply:

a. to loss of **"income"** caused by the suspension, lapse or cancellation of any lease, contract or order;

b. to loss of **"income"** caused directly or indirectly by enforcement of any local or state ordinance or law regulating the construction, repair, or demolition of buildings or structures;

c. to any claim for loss of **"income"** due to interference by strikers or other persons with rebuilding, repairing or replacing property, or with the resumption or continuation of operation.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

Policy Number:  FO–146297
Named Insured: AURORA DAIRY CORPORATION

# Notice to Policyholders
# Terrorism Coverage
# And Disclosure of Premium

The Terrorism Risk Insurance Act of 2002 establishes a program within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. The Act applies when the Secretary of the Treasury certifies that an event meets the definition of an act of terrorism. The Act provides that, to be certified, an act of terrorism must cause losses of at least five million dollars and must have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest to coerce the government or population of the United States.

In accordance with the Terrorism Risk Insurance Act of 2002, we are required to offer you coverage for losses resulting from an act of terrorism **that is certified under the federal program** as an act of terrorism committed by an individual(s) acting on behalf of a foreign person or foreign interest. The policy's other provisions will still apply to such an act.

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 90% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

### DISCLOSURE OF PREMIUM
Coverage for terrorism as outlined above has been included in your policy. The premium for this terrorism coverage is $ ___339___ and is included in your total policy premium.

### REJECTION
You may choose to reject this coverage by signing the statement below and returning it to us. Your policy will be endorsed to exclude the described terrorism coverage. (Several states still require coverage be provided for any ensuing fire damage related to terrorism. Therefore, we will retain a certain portion of the terrorism premium identified above for that exposure.)

### REJECTION STATEMENT
I hereby reject the terrorism coverage. I understand that an **exclusion** of certain terrorism losses will be made part of this policy.

| Named Insured | Date |
|---|---|

**AN 76 09 04 03**

IL 00 03 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc.,  2001

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

   Copyright, Insurance Services Office, Inc., 1998     □

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

 © ISO Properties, Inc.,  2001   ☐

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

  **(a)** Any "nuclear reactor";

  **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

  **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc.,  2001

**IL 00 21 07 02**   ☐

POLICY NUMBER:                                                                            **FARM**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ASBESTOS  EXCLUSION

This endorsement modifies insurance provided under the following:

**FARM PROPERTY COVERAGE FORM**

The following is added to Section C. Exclusions:

We will not pay for any loss, damage or debris removal or **"clean-up"** expense caused directly or indirectly by or resulting from asbestos or asbestos containing materials. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**"Clean-up"** includes testing, monitoring, removal, containment, treatment, detoxification or neutralization.

FZ-5N21  (1/92)  Ptd. in U.S.A.

IL 01 69 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
      FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
      FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

**1.** Concealment or misrepresentation of a material fact; or

**2.** Fraud;

committed by you or any other insured ("insured") at any time and relating to coverage under this policy.

 © ISO Properties, Inc.,  2001   ☐

IL 02 28 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

**(1)** Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** At least 45 days before the effective date of cancellation if we cancel for any other reason.

We may only cancel this policy based on one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** A false statement knowingly made by the insured on the application for insurance; or

**(3)** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

**C.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

 © ISO Properties, Inc.,  2001

**D.** The following Condition is added:

**INCREASE IN PREMIUM OR DECREASE IN COVERAGE**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

**1.** Nonpayment of premium;

**2.** A false statement knowingly made by the insured on the application for insurance; or

**3.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

 © ISO Properties, Inc.,  2001 **IL 02 28 07 02** ☐

POLICY NUMBER:                                                                                          FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DAIRYMEN'S ENDORSEMENT

This endorsement provides additional insurance:

- **TRANSPORT VEHICLES COVERAGE**

We will pay for loss of or damage to transport vehicles involved in delivering feed and supplies to your premises, for which you are legally liable, caused by the following causes of loss:

- Fire and lightning
- Theft
- Vandalism

This coverage only applies to those vehicles that:

- Are in your care, custody and control; and
- Are on your premises; and
- You do not own.

The most we will pay for one occurrence is $25,000 with a $50,000 aggregate limit per policy year. This coverage is excess over any other insurance available to the damaged or lost vehicle, or that would be available in the absence of this insurance. A special deductible of $1,000 per occurrence applies to this coverage.

- **DAIRY OPERATIONS CONTINUATION EXPENSE**

We will pay up to $10,000 for actual and necessary expenses you incur to resume normal dairy operations interrupted as the result of direct physical loss or damage to covered farm buildings and/or equipment by a covered Cause of Loss.

The expiration of this policy does not limit coverage. However, we will not pay expenses you incur after the period required for repair, rebuilding or replacement of covered property.

This coverage does not include loss caused by or resulting from the enforcement of any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of, "pollutants".

No deductible applies to this coverage.

- **HAY COVERAGE**

Special Limits of Insurance Under Coverage E paragraph **a. FARM PROPERTY COVERAGE FORM** is amended to read:

**a.** If no specific limit is shown in the Declarations for hay, straw or fodder in the open, the Limit will be $40,000 on any one stack.

Coverage Extensions to Coverage F paragraph **b.** is amended to read:

**b.** Farm Products in the Open-Coverage Against Certain Causes of Loss

   **(1)** Grain in piles, shocks, stacks or swaths;

   **(2)** Hay, straw or fodder in stacks, windrows or bales; but the most we will pay for loss or damage is $25,000 for any one stack of hay, straw or fodder.

A stack means hay, straw or fodder in one area separated by a clear space of 50 feet or more from any other hay, straw, or fodder in the open.

If a covered loss exceeds the limit of insurance on hay, straw, or fodder, as shown on the Declarations Coverage E or F, we will automatically adjust that limit as follows:

- We will determine the replacement cost of the hay, straw or fodder; and
- We will multiply the applicable limit of insurance by 1.25.

We will pay the smaller of the amounts determined above, but only up to the amount actually and necessarily spent to replace the damaged or destroyed hay, straw or fodder.

- **MILK CONTAMINATION COVERAGE**

We cover loss to your milk caused by contamination up to $10,000 aggregate limit per year.

A special deductible of $1,000 per occurrence applies to this coverage.

Contaminated milk means raw milk that contains impurities making it unfit for human consumption. Spoilage is not included in this coverage.

All terms of the policy not in conflict with the terms of this endorsement shall remain unchanged and applicable to this endorsement.

FZ-3Y74 (Ed. 4/98) Ptd. in U.S.A.

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent;

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

 Copyright, Insurance Services Office, Inc.,  1997 ☐

COMMERCIAL GENERAL LIABILITY
CG 00 01 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

  **c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

  **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

© ISO Properties, Inc.,  2000

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

© ISO Properties, Inc.,  2000

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by,

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

    **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

    **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage **C**;

   b. Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A;** and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

© ISO Properties, Inc., 2000

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

   **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   **c.** All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in **a.** above;

      **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

   **b.** Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc.,  2000

**CG 00 01 10 01**      □



# General Liability
# Notice to Policyholders
# Restrictions of Coverage

## CL-2002-OWLE1 - WAR LIABILITY EXCLUSION ENDORSEMENTS

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of any significant restrictions of coverage that were made in each policy form and endorsement.

The endorsements below replace the current war exclusion to expand beyond contractually assumed liabilities and medical payments or introduce a war exclusion in forms which did not contain one.

When this endorsement is attached to your policy, coverage is restricted to exclude bodily injury, property damage, or personal and advertising injury, however caused, arising, directly or indirectly, out of:

- war, including undeclared or civil war;
- warlike action by a military force; or
- insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

A specific Medical Payments Exclusion is no longer needed in the policy due to the fact that they are now subject to Exclusion g. of paragraph 2. Exclusions of Section I - Coverage C - Medical Payments, which are now excluded under Coverage A.

### CG 00 63 12 02 - War Liability Exclusion (Owners and Contractors Protective Liability Coverage Part and Products/Completed Operations Liability Coverage Part)

When this endorsement is attached to your policy, coverage is restricted to exclude bodily injury or property damage, however caused, arising, directly or indirectly, out of:

- war, including undeclared or civil war;
- warlike action by a military force; or
- insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### CG 00 64 12 02 - War Liability Exclusion (Liquor Liability Coverage Part, Pollution Liability Coverage Part, Railroad Protective Liability Coverage Part, and Underground Storage Tank Policy)

When this endorsement is attached to your policy, a war exclusion is added to exclude injury or damage, however caused, arising, directly or indirectly, out of:

- war, including undeclared or civil war;
- warlike action by a military force; or
- insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 70 11 02**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2001

POLICY NUMBER:                                                                                    FARM

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BASIC FARM PREMISES LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Subject to the provisions of this endorsement, insurance under the Commercial General Liability Coverage Form applies with respect to liability arising out of the ownership, use or maintenance of "farm premises."  The terms ownership, use or maintenance include operations necessary or incidental to ownership, use or maintenance.

**A. COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. The following exception is added to exclusion 2.f.:

   Subparagraph (a) of item (1) does not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a fire, if the fire:

   a. Is set by the insured on the "farm premises;" and

   b. Is set for the purpose of burning off crop stubble or other vegetation and is consistent with normal and usual agricultural practice; and

   c. Is not set in violation of an ordinance or law.

2. The following exception is added to exclusion 2.g.:

   (6) An "auto" or item of "mobile equipment" involved in an "occurrence" on the "farm premises" and not subject to motor vehicle registration by reason of:

   (a) Use exclusively on the "farm premises;" or

   (b) Being kept in dead storage on the "farm premises."

3. Exclusion 2.l. does not apply to operations necessary or incidental to the ownership, use or maintenance of the "farm premises."

4. Unless the Declarations specify otherwise, the following exclusions are added:

   o. "Bodily injury" or "property damage" arising out of the ownership, use or maintenance of any part of the "farm premises" that is:

   (1) Used for nonagricultural business purposes; or

   (2) Rented to others or held for rental by an insured for nonagricultural business or dwelling purposes.

This exclusion does not apply to:

   (a) A residence rented to a person who occupies and farms the "farm premises;" or

   (b) A residence occupied by no more than two roomers or boarders.

p. "Bodily injury" or "property damage" arising out of the ownership, use or maintenance of:

   (1) Farm tools, farm tractors and trailers under contract to others for a charge;

   (2) Draft animals or vehicles used with them:

   (a) Under contract to others for a charge; or

   (b) Used for route delivery.

   (3) Saddle animals:

   (a) Rented to others by or for an insured; or

   (b) Used in practicing for or participating in any exhibition or contest.

q. "Property damage" arising out of any substance released or discharged from any aircraft.

r. "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services.

**B. COVERAGE C – MEDICAL PAYMENTS**

The following is added to paragraph 2. Exclusions:

   i. To any person engaged in work usual or incidental to the use of the "farm premises."

**C. CHEMICAL DRIFT LIABILITY COVERAGE** is added to the Commercial General Liability Coverage Form as **COVERAGE M**, as described and limited in 1. through 5. below.

Copyright, Insurance Services Office, Inc.,  1987, 1989

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages for physical injury to crops or animals if:

**(1)** The injury was caused by discharge, dispersal, release or escape into the air, from the "farm premises," of the chemicals, liquids or gases that the insured has used in normal and usual agricultural operations; and

**(2)** The chemicals, liquids or gases entered into the air by some means other than discharge, dispersal, release or escape from aircraft.

The term physical injury does not include any indirect or consequential damages such as loss, at any time, of market for crops or animals or of use of soil or animals.

This coverage applies only to physical injury that occurs during the policy period. The physical injury must be caused by an "occurrence." The "occurrence" must take place in the "coverage territory."

**b.** We will have the right and duty to defend any "suit" seeking damages for covered physical injury. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result.

But:

**(1)** The amount we will pay for damages is limited as described below in 3., Aggregate Limit of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable Aggregate Limit of Insurance in the payment of judgments or settlements under CHEMICAL DRIFT LIABILITY COVERAGE.

As used in this Coverage M, the term "suit" means a civil proceeding in which damages because of physical injury to which such Coverage applies are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**c.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS, items 1. through 7.

**2. Exclusions**

CHEMICAL DRIFT LIABILITY COVERAGE does not apply to:

**a.** Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of pollutants; or

**(2)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of, chemicals, liquids or gases.

**b.** Physical injury to crops or animals arising out of agricultural operations which are in violation of an ordinance or law;

**c.** Physical injury to crops or animals expected or intended from the standpoint of the insured;

**d.** Physical injury to crops or animals for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract," provided the physical injury occurs subsequent to the execution of the contract or agreement; or

**(2)** That the insured would have in the absence of the contract or agreement.

With respect to CHEMICAL DRIFT LIABILITY COVERAGE, paragraph f. of the "insured contract" definition is deleted and replaced by the following: That part of a contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay a third person or organization for physical injury to crops or animals. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**e.** Physical injury to crops or animals you own, rent or borrow.

**3. AGGREGATE LIMIT OF INSURANCE** for CHEMICAL DRIFT LIABILITY COVERAGE: $25,000

**a.** Our total liability for Coverage M, Chemical Drift Liability Coverage, is the Aggregate Limit of Insurance stated above, unless a different Aggregate Limit of Insurance is stated for Coverage M in the Declarations.

**b.** The stated Aggregate Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance.

**c.** Therefore, the stated Aggregate Limit of Insurance is the most we will pay for the applicable period of time as described in (b) above, **regardless of the number of**:

**(1)** "occurrences;"

**(2)** insureds;

**(3)** claims made or "suits" brought; or

**(4)** persons or organizations making claims or bringing "suits."

**4. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** applies to CHEMICAL DRIFT LIABILITY COVERAGE.

**5.** Words and phrases (except "suit") used in this **CHEMICAL DRIFT LIABILITY COVERAGE** have meaning as defined in SECTION V – DEFINITIONS. SECTION V includes the defined terms added in this endorsement.

**D. SECTION II – WHO IS AN INSURED**

Paragraph 1. is replaced by the following:

**1.** If you are designated in the Declarations as:

**a.** An individual, you are an insured; and, if they are members of your household, your spouse, and your and your spouse's relatives who are under the age of 21 are also insureds.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your "farming" operations.

**c.** An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**E. SECTION V – DEFINITIONS**

The following are added:

**16. "Farming"** means the operation of an agricultural or aquacultural enterprise, and includes the operation of roadside stands, on your farm premises, maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, "farming" does not include:

**a.** Retail activity other than that described above; or

**b.** Mechanized processing operations.

 Copyright, Insurance Services Office, Inc., 1987, 1989   □

17. **"Farm premises"** means the location identified as such in the Declarations and operated for "farming" purposes, and includes the following, provided they are not used or held for rental or for business purposes other than "farming:"

   **a.** Buildings used as residences;

   **b.** Garages;

   **c.** Stables; and

   **d.** Individual or family cemetery plots or burial vaults.

18. **"Your product"** means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

     **(1)** You; or

     **(2)** Others trading under your name; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" does not include property rented to or located for the use of others but not sold.

"Your product" includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product;" and

**(2)** The providing of or failure to provide warnings or instructions.

**F. ADDITIONAL COVERAGE – CUSTOM FARMING**

1. Insurance under the Commercial General Liability Coverage Form also applies with respect to liability arising out of the insured's performance of or failure to perform custom "farming" operations for others for a charge under contract or agreement.

   But this Additional Coverage will apply only if your receipts during the 12 months immediately preceding the date of the "occurrence" from such custom "farming" operations do not exceed $2,000.

2. Exclusions 2.l. and 2.m. under Coverage A do not apply with respect to custom "farming."

Copyright, Insurance Services Office, Inc.,  1987, 1989

FL 04 11 06 90   □

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc.,  1997

FARM

# FARM PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H-DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

### COVERAGE A-DWELLINGS

**1. Covered Property**

The following are Covered Property under Coverage A of this Coverage Form:

**a.** Each "dwelling" owned by you and for which a Limit of Insurance is shown in the Declarations. The "dwelling" may be located on or away from the "insured location;"

**b.** Structures attached to covered "dwellings," except structures attached only by a fence, utility line or similar connection;

**c.** Materials on the "insured location" intended for use in building, altering or repairing the covered "dwellings" or their attached structures;

**d.** If not otherwise covered in this policy, building and outdoor equipment used principally for the service of the covered "dwelling," its grounds or structures appurtenant to it, including equipment temporarily away from the premises.

**2. Property Not Covered**

Under Coverage A, Covered Property does not include:

**a.** Land (including land on which the dwelling is located);

**b.** Water; or

**c.** Trees, shrubs, plants or lawns, except to the extent permitted by Coverage Extension b.

**3. Special Limit of Insurance Under Coverage A**

Outdoor radio and TV antennas and satellite dishes attached to covered "dwellings" are subject to a Special Limit of Insurance of $250 in any one occurrence. This Special Limit is part of, not in addition to, the Coverage A Limit of Insurance.

This Special Limit of Insurance applies in excess of any applicable Deductible.

If a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

**4. Covered Causes of Loss**

See Section B. Covered Causes of Loss.

**5. Additional Coverages**

See separate list of Additional Coverages under Section D.

**6. Coverage Extensions**

See list, following Coverage C, of COVERAGE EXTENSIONS TO COVERAGES A, B AND C.

**7. Coverage A Conditions**

Coverage A is subject to the following Loss Condition as well as to the Farm Property Conditions and the Common Policy Conditions.

Loss Condition-Valuation

**a. Property**

**(1)** The basis for loss settlement will be determined by the ratio of the Coverage A Limit of Insurance to the full replacement cost of the destroyed or damaged Covered Property. When determining the full replacement cost, the values of the following will be disregarded:

**(a)** Excavations;

**(b)** Foundations; and

Copyright, Insurance Services Office, Inc., 1985, 1989

**(c)** Piers and other supports below the undersurface of the lowest basement floor; or, where there is no basement, those below the surface of the ground inside the foundation walls; also underground flues, pipes, wiring and drains.

**(2)** If the Limit of Insurance on the damaged structure is at least 80% of its full replacement cost as of the time of loss, we will settle the loss on the basis of repair or replacement cost, that will equal the smallest of the following amounts:

**(a)** The cost to replace the damaged part of the structure with equivalent construction for use on the same premises.

**(b)** The amount actually and necessarily spent to repair or replace the structure.

**(c)** The applicable Limit of Insurance.

**(3)** If the Limit of Insurance on the damaged structure is less than 80% of its full replacement cost as of the time of loss, we will settle on the basis of (a) or (b) below, whichever is larger:

**(a)** The actual cash value, as of time of loss, of the damaged part of the structure.

**(b)** A proportion of the cost to repair or replace the damaged part of the structure, without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(4)** If your loss qualifies for payment on a replacement cost basis, but the cost of repair or replacement is more than either $1,000 or 5% of the applicable Limit of Insurance, the only basis on which we will settle pending completion of repairs or replacement is actual cash value, as of time of loss, of the damaged part of the structure. In case of such a loss you can make an initial claim for payment on the actual cash value basis, and later make a supplementary claim for replacement cost payment. If you elect to exercise this option, you must notify us of your intention within 180 days of the occurrence of the loss.

**b. Glass Replacement**

We will settle on the basis of the cost to replace damaged glass with safety glazing material, if required by law.

**COVERAGE B-OTHER PRIVATE STRUCTURES APPURTENANT TO DWELLINGS**

**1. Covered Property**

**a.** Structures Used Solely As Private Garages

You may apply, as an additional amount of insurance, up to 10% of the Limit of Insurance shown in the Declarations for COVERAGE A – DWELLINGS to unattached structures used solely as private garages, including outdoor radio and TV antennas and satellite dishes attached to such garages.

**b.** Private Structures

All of the following are Covered Property under Coverage B of this Coverage Form, provided a Limit of Insurance is shown in the Declarations:

Private structures you own (including private garages for which the coverage provided under 1.a. is inadequate), that are appurtenant to a covered "dwelling" and:

**(1)** Separated from it by clear space; or

**(2)** Attached to it only by a fence, utility line or similar connection.

## 2. Property Not Covered

Under Coverage B, Covered Property does not include:

**a.** Land (including land on which the other structures are located);

**b.** Water;

**c.** Structures (other than private garages) that you rent or hold for rental to any person who is not a tenant of the covered "dwelling" you occupy; or

**d.** Structures (other than private garages) that you use principally for farming purposes.

## 3. Special Limit of Insurance Under Coverage B

Outdoor radio and TV antennas and towers and satellite dishes are subject to a Special Limit of Insurance of $250 in any one occurrence. This Special Limit is part of, not in addition to, the Coverage B Limit of Insurance.

This Special Limit of Insurance applies in excess of any applicable Deductible.

If a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

## 4. Covered Causes of Loss

See Section B. Covered Causes of Loss.

## 5. Additional Coverages

See separate list of Additional Coverages under Section D.

## 6. Coverage Extensions

See list, following Coverage C, of COVERAGE EXTENSIONS TO COVERAGES A, B AND C.

## 7. Coverage B Conditions

Coverage B is subject to the Valuation Loss Condition shown in paragraph 7. under Coverage A. It is also subject to the Farm Property Conditions and the Common Policy Conditions.

## COVERAGE C-HOUSEHOLD PERSONAL PROPERTY

### 1. Covered Property

All of the following are Covered Property under Coverage C of this Coverage Form, provided a Limit of Insurance is shown in the Declarations:

Household personal property meaning:

**a.** Household personal property owned or used by you or members of your family who reside with you, while such property is on the "insured location;" and

**b.** At your request, household personal property of others while the property is:

(1) In a part of the "dwelling" you occupy; or

(2) On the grounds appurtenant to that "dwelling" if you own it.

### 2. Property Not Covered

Under Coverage C, Covered Property does not include:

**a.** Articles separately described and specifically covered under this or any other insurance;

**b.** Aircraft and aircraft parts;

**c.** Trees, shrubs, plants and lawns that you own as a tenant, except to the extent provided for in paragraphs b.(1)(b) and b.(2) of the COVERAGE EXTENSIONS TO COVERAGES A, B AND C;

**d.** Animals, birds or fish;

**e.** "Business property" except to the extent provided for in paragraph f. under Section 3. Special Limits of Insurance Under Coverage C;

**f.** Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, film and tape, over or above their replacement value:

(1) As prepackaged software programs; or

(2) In unexposed or blank form;

whichever is greater.

**g.** Any device or instrument for the transmitting, recording, receiving or reproducing of sound or pictures that is operated by power from the electrical system of motor vehicles or motorized land conveyances of any kind, including while in or on the vehicle:

(1) Accessories and antennas; and

(2) Tapes, wires, records, discs or other media;

for use with any such device or instrument.

But Covered Property includes items specifically scheduled in the Declarations.

Copyright, Insurance Services Office, Inc., 1985, 1989

h. "Farm personal property," other than office fixtures, furniture and office equipment;

i. Any motor vehicle or motorized land conveyance, or its equipment or accessories. But Covered Property includes vehicles not licensed for road use that are:

   (1) Used only for servicing an "insured's" "dwelling," its grounds or structures appurtenant to it; or

   (2) Designed and used for assisting the handicapped.

3. **Special Limits of Insurance Under Coverage C**

   Certain categories of household personal property are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations, and apply in excess of any applicable deductible. The Special Limit shown with any category listed below is the most we will pay for loss of or damage to all property in that category in any one occurrence:

   a. $200 on gold other than goldware, "money," platinum and silver other than silverware;

   b. $1,000 on letters of credit, manuscripts, passports and "securities;"

   c. $1,000 on watercraft, including their equipment, furnishings, outboard motors and trailers;

   d. $1,000 on trailers not used with watercraft nor for farming operations;

   e. $1,000 on gravemarkers;

   f. (1) $2,500 on "business property" on the "insured location;"

      (2) $250 on "business property" off the "insured location;" and

   g. In the event of loss by theft:

      (1) $1,000 on furs, jewelry, precious and semi-precious stones, and watches;

      (2) $2,500 on goldware, goldplated ware, silverware, silverplated ware and pewterware; this property includes platedware, flatware, hollowware, tea sets, trays, trophies and the like; also other utilitarian items made of or containing silver, gold or pewter; and

      (3) $2,000 on firearms.

4. **Covered Causes of Loss**

   See Section B. Covered Causes of Loss.

5. **Additional Coverages**

   See separate list of Additional Coverages under Section D.

6. **Coverage Extensions**

   See list, following Coverage C, of COVERAGE EXTENSIONS TO COVERAGES A, B AND C.

7. **Coverage C Conditions**

   Coverage C is subject to the following Loss Condition as well as to the Farm Property Conditions and the Common Policy Conditions.

   Loss Condition – Valuation

   In the event of loss of or damage to covered household personal property, we will settle at actual cash value as of time of loss, but we will not pay more than the amount necessary for repair or replacement.

**COVERAGE EXTENSIONS TO COVERAGES A, B AND C**

a. **Extension of Coverages A, B and C**

   The words "you" and "your," throughout this Coverage Form, include your spouse if a resident of the same household.

b. **Extension of Coverages A and B or C**

   Trees, Shrubs, Plants and Lawns

   Trees, shrubs, plants and lawns located within 250 feet of a covered "dwelling" are Covered Property but only if loss or damage is caused by or results from any of the following Covered Causes of Loss: fire or lightning, explosion, riot, civil commotion, aircraft, vehicles not owned or operated by a resident of the covered "dwelling," vandalism, or theft.

   For all damaged or destroyed trees, shrubs, plants or lawns located within 250 feet of a covered "dwelling," the most we will pay under this Extension is:

      (a) 5% of the Coverage A Limit of Insurance shown in the Declarations for the "dwelling;" or

      (b) 10% of the Coverage C Limit of Insurance shown in the Declarations if you are a tenant.

However, we will not pay more than $500 for any one damaged or destroyed tree, shrub, plant or lawn.

This Extension is additional insurance.

We will not pay for loss of or damage to trees, shrubs, plants or lawns grown for business or farming purposes.

**c. Extensions of Coverage C Applicable Whether You are Owner or Tenant**

Each of the following Extensions is part of, not in addition to, the applicable Limit of Insurance.

**(1)** Household Personal Property of "Insureds" Away from the "Insured Location"

Covered Property is extended to mean household personal property anywhere in the world, provided it is owned or used by you or members of your family who reside with you on the "insured location."

But "insured's" household personal property at any "insured's" residence away from the "insured location" shown in the Declarations is subject to a Special Limit of Insurance equal to:

**(a)** 10% of the Limit of Insurance shown in the Declarations for Household Personal Property; or

**(b)** $1,000;

whichever is greater. However, if a higher limit of insurance is shown in the Declarations, the higher limit applies. The only such property not permanently subject to the Special Limit is household personal property at a newly acquired principal residence. For a period of 30 days immediately after you begin moving it to the newly acquired principal residence, this property will be subject to the Limit of Insurance shown in the Declarations for Household Personal Property. That Limit will apply on a pro rata basis during the 30-day period to personal property at both locations.

**(2)** Refrigerated Products – Not "Farm Personal Property"

**(a)** We will pay up to $500 for loss of or damage to contents of a freezer or refrigerated unit, in the "dwelling" you occupy or a structure appurtenant to it, caused by a change in temperature due to:

**(i)** Interruption of electrical service to refrigeration equipment, caused by damage to generating or transmission equipment; or

**(ii)** Mechanical or electrical breakdown of a refrigeration system.

**(b)** Under this Coverage Extension we will not pay for loss of or damage to:

**(i)** "Farm personal property;" or

**(ii)** Property not owned by you.

**(c)** This Coverage Extension will not apply unless you maintain the refrigeration equipment in proper working order.

**(d)** No deductible applies to this Refrigerated Products Extension of Coverage.

**d. Extension of Coverage C Applicable Only if You are a Tenant**

Building Additions and Alterations

**(1)** Coverage

Your insurance under COVERAGE C-HOUSEHOLD PERSONAL PROPERTY includes building additions, alterations, fixtures, improvements or installations made or acquired at your expense to that part of the "dwelling" used exclusively by you. The Limit of Insurance for this Coverage Extension is 10% of the Limit of Insurance that applies to Household Personal Property. But if a higher Limit of Insurance is shown in the Declarations, the higher Limit applies.

This Extension is additional insurance.

**(2)** Loss Settlement

If the repair or replacement is done at the expense of the "insured" within 12 months after the loss, we will settle the loss on the basis of actual cash value as of time of loss.

If the repair or replacement is not done within 12 months after loss, we will settle on the basis of a proportion of the cost of repair or replacement. This proportion will equal the ratio of (a) below to (b) below.

**(a)** The period of time from the loss or damage to the expiration of the lease.

**(b)** The period of time from the installation of the improvements to the expiration of the lease.

Lease means the lease, whether written or oral, in effect at the time of the loss.

If your lease contains a renewal option, and if you exercise that option, the expiration of the renewal option period will replace the expiration of the lease in (a) and (b) above.

If repair or replacement is done at the expense of others for the use of the "insured," we provide no insurance.

## COVERAGE D-LOSS OF USE

**1. Coverage**

We cover, up to the Limit of Insurance shown in the Declarations for Coverage D:

**a. Your Additional Living Expense**

If a Covered Cause of Loss renders your principal living quarters uninhabitable, we will pay any necessary increase in living expense you incur so that your household can maintain its normal standard of living, provided that such uninhabitable quarters are located in:

**(1)** A "dwelling" covered under Coverage A; or

**(2)** The "dwelling" in which covered Household Personal Property is located, if you are a tenant.

Payment under this Additional Coverage will be for the shortest time required for repair or replacement of the damaged property, or, if you relocate, the shortest time required for your household to settle elsewhere.

**b. Fair Rental Value**

If a Covered Cause of Loss renders uninhabitable any portion of:

**(1)** A "dwelling" covered under Coverage A; or

**(2)** An appurtenant structure covered under Coverage B;

that you, as the owner, rent or hold for rental to others as a residence or private garage, we will pay for the Fair Rental Value loss you sustain.

But we will exclude from our payment any expenses that do not continue while the rental portion is uninhabitable.

Payment under this Additional Coverage will be for the shortest time required for repair or replacement of the damaged property.

**c. Loss and Expense Due to Emergency Prohibition Against Occupancy**

We will pay for the Additional Living Expense or Fair Rental Value loss you sustain if a civil authority prevents use of the "dwelling" or appurtenant structure because of direct damage to neighboring premises by a Covered Cause of Loss.

But we will not pay parts of such loss or expense that are incurred:

**(1)** After a period of 2 weeks has elapsed; or

**(2)** Due to cancellation of a lease or agreement.

The period of our liability under Loss of Use is not limited by the expiration of this policy.

No Deductible applies to Coverage D.

**2. Coverage Extension**

The words "you" and "your," throughout this Coverage Form, include your spouse if a resident of the same household.

**3. Coverage D Conditions**

See Farm Property Conditions and Common Policy Conditions.

## COVERAGE E-SCHEDULED FARM PERSONAL PROPERTY

**1. Covered Property**

All of the following are Covered Property under Coverage E of this Coverage Form, provided a Limit of Insurance is shown in the Declarations for the specific type of property:

**a.(1)** Grain, threshed seeds and beans, ground feed, silage, and manufactured and blended "livestock" feed in buildings or structures or in sacks, wagons or trucks; and

  **(2)** Grain in stacks, shocks, swaths or piles in the open, but for this property fire and lightning, vandalism, vehicles and theft are the only Covered Causes of Loss.

**b.(1)** Hay, straw and fodder in buildings or structures; and

  **(2)** Hay, straw and fodder in stacks, windrows, or bales, but for this property fire or lightning, windstorm or hail, vandalism, vehicles and theft are the only Covered Causes of Loss.

  A stack means hay, straw or fodder in one area separated by a clear space of 100 feet or more from any other hay, straw or fodder in the open.

**c.** Farm products, materials and supplies shown in the Declarations. These include farm materials and related packing materials and containers usual to the operations of a farm, but not hay, grain or any growing crops.

**d.** "Poultry" (excluding turkeys unless specified):

  **(1)** In the open; or

  **(2)** In any building designated for "poultry" in the Declarations.

**e.** Trays, boxes and box shook, each item or set in the proportion that its value bears to the total value of all trays, boxes and box shook covered under this Coverage Form.

**f.** Computers and related software used principally as aids in farm management.

  But an item of software is Covered Property only up to the amount required to replace it as a prepackaged program, or in unexposed or blank form, whichever is greater.

**g.** Miscellaneous equipment, usual or incidental to the operation of a farm, including machinery, vehicles, tools, and supplies of all kinds.

But such miscellaneous farm equipment does not include:

  **(1)** Threshing machines, tractors, combines, corn pickers, hay balers, harvesters, peanut diggers, potato diggers and pickers, cotton pickers, crop driers or sawmill equipment;

  **(2)** Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, four-wheel all-terrain vehicles; mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these;

  **(3)** Liquefied petroleum or manufactured gas or fuel, or their containers;

  **(4)** Bulk milk tanks, bulk feed tanks or bins attached to buildings or structures; barn cleaners, pasteurizers or boilers; any permanent fixtures within or attached to a building;

  **(5)** Brooders;

  **(6)** Fences, windchargers, windmills or their towers;

  **(7)** Outdoor radio or television equipment or wiring; private power and light poles;

  **(8)** Irrigation equipment;

  **(9)** Portable buildings and portable structures;

  **(10)** Household personal property or property usual to a "dwelling;" or

  **(11)** Property more specifically covered under another Coverage or Coverage Form of this or any other policy.

**h.** Borrowed farm machinery, vehicles and equipment, meaning property:

  **(1)** That is usual or incidental to farming operations;

  **(2)** That is in your care, custody or control; and

  **(3)** In which you have no interest as owner or lienholder.

But such borrowed farm machinery, vehicles and equipment do not include:

**(1)** Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, four-wheel all-terrain vehicles; mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these; or

**(2)** Dealers' demonstration machinery, vehicles or equipment.

Borrowed farm machinery is Covered Property under this Coverage Form only to the extent that it is not covered under another Coverage Form of this or any other policy of the "insured."

**i.** Farm machinery, vehicles and equipment which are individually described and specifically covered in the Declarations, while on or away from the "insured location," except while in the custody of a common or contract carrier.

**j.** "Livestock" on or away from the "insured location."

But we do not cover "livestock" while:

**(1)** In the custody of a common or contract carrier;

**(2)** At public stockyards, sales barns or sales yards; or

**(3)** At packing plants or slaughterhouses.

**k.** Other animals.

**l.** Bees.

**m.** Worms.

**n.** Fish.

**o.** Portable buildings and portable structures that you own.

**2. Property Not Covered**

Under Coverage E, Covered Property does not include:

**a.** Growing crops, trees, plants, shrubs or lawns;

**b.** Household personal property or property usual to a "dwelling;"

**c.** Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, film and tape, over or above their replacement value:

**(1)** As prepackaged software programs; or

**(2)** In unexposed or blank form;

whichever is greater.

**d.** Any permanent fixtures within or attached to a building; or

**e.** Outdoor radio or television equipment or wiring; private power and light poles.

**3. Special Limits Of Insurance Under Coverage E**

Under Coverage E, certain individual items of "farm personal property" are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limits of Insurance shown in the Declarations, and apply in excess of any applicable Deductible.

**a.** If no specific stack limit is shown in the Declarations for hay, straw or fodder in the open, the Limit will be $10,000 on any one stack.

**b.** For covered "poultry," the Limit of Insurance per bird under any provision of this Coverage Form applicable to "poultry" will be its cash market value as of the time of loss.

**c.** The Limit of Insurance on any one item of miscellaneous equipment is $2,000.

**d.** The most we will pay for loss of or damage to any one head of "livestock" (other than animals individually described and specifically covered under this coverage) is the least of the following amounts:

**(1)** 120% of the amount obtained by dividing the total insurance on the class and type of animal involved by the number of head of that class and type owned by you as of the time of loss.

**(2)** The actual cash value of the animal destroyed or damaged.

**(3)** $2,000.

Each horse, mule or head of cattle under one year of age as of time of loss will be counted as 1/2 head.

**4. Covered Causes of Loss**

See Section B. Covered Causes of Loss.

   Copyright, Insurance Services Office, Inc., 1985, 1989     □

**5. Additional Coverages**

See separate list of Additional Coverages under Section D.

**6. Coverage Extensions Under Coverage E**

**a.** The words "you" and "your," throughout this Coverage Form, include your spouse if a resident of the same household.

**b. Covered Property Away From the "Insured Location"**

**(1)** Coverage is extended to apply to Covered Property while away from the "insured location," for up to a certain percentage of the Limit of Insurance shown in the Declarations for the specific type of property, as follows:

**(a)** 25%, for Miscellaneous Equipment Usual or Incidental to the Operation of a Farm; or

**(b)** 10%, for other types of property.

**(2)** This Coverage Extension is part of, not in addition to, the applicable Limit of Insurance or Special Limit of Insurance.

**(3)** This Coverage Extension does not apply to:

**(a)** "Livestock" or individually insured farm machinery, vehicles or equipment which are described in paragraph 1.i. or 1.j. of Covered Property;

**(b)** Property while in the custody of a common or contract carrier;

**(c)** Property stored or being processed in manufacturing plants, public elevators, warehouses, seed houses or commercial drying plants; or

**(d)** Property in public sales barns or public sales yards.

**(4)** Under this Coverage Extension, the greatest proportion we will pay of any one loss is the proportion we would have paid if every policy covering the property involved in the loss had provided the same coverage as this Coverage Extension.

**c. Property in the Custody of a Common or Contract Carrier**

Coverage is extended to apply to "farm personal property," insured under Coverage E, while in the custody of a common or contract carrier, for up to a total of $1,000. However, if a higher limit is specified in the Declarations for Coverage E Property in the Custody of a Common or Contract Carrier, the higher limit will apply instead of $1,000.

**d. Replacement Machinery, Vehicles and Equipment Newly Purchased**

A Special Limit of Insurance equal to $50,000 plus the corresponding limit specified in the Declarations for individually scheduled items of Farm Machinery, Vehicles and Equipment applies to any item of property purchased as a replacement of such machinery, vehicle or equipment.

The additional $50,000 coverage will end:

**(1)** 30 days after the date of purchase of the replacement item; or

**(2)** When this policy expires;

whichever comes first.

In no event will we pay more than the actual cash value as of the time of loss.

Copyright, Insurance Services Office, Inc.,  1985, 1989

A newly purchased vehicle or item of machinery or equipment is covered under this Coverage Extension only to the extent that it is not covered under another Coverage or Coverage Form of this or any other policy of the "insured."

**e. Additional Machinery, Vehicles and Equipment Newly Purchased**

**(1)** Coverage on such items of farm equipment, machinery and vehicles such as tractors, combines, harvesters, corn pickers and hay balers, will extend to apply to newly purchased additional farm equipment, machinery and vehicles.

**(2)** The most we will pay under this Coverage Extension is $50,000 for loss of or damage to all such Newly Purchased Additional Farm Equipment, Machinery and Vehicles. This $50,000 Limit is part of, not in addition to, the applicable Limit of Insurance.

**(3)** When values for Newly Purchased Additional Farm Equipment, Machinery and Vehicles are reported under this Coverage Extension, additional premium for these values will be due and payable from the date of purchase.

**(4)** None of the following is covered under this Coverage Extension:

**(a)** Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, four-wheel all-terrain vehicles; mobile homes or house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft, aircraft; or their equipment, tires or parts;

**(b)** Liquefied petroleum or manufactured gas or fuel, or their containers;

**(c)** Brooders, fences, windchargers, windmills or their towers; or

**(d)** Any farm equipment, machinery, or vehicles purchased as replacements of equipment, machinery, vehicles or equipment specifically described in the Declarations.

**(5)** This Coverage Extension will end:

**(a)** 30 days after the date of acquisition of the additional item; or

**(b)** When this policy expires;

whichever comes first.

**(6)** Newly Purchased Additional Farm Equipment Machinery and Vehicles are covered under this Coverage Extension only to the extent that they are not covered under another Coverage or Coverage Form of this or any other policy of the "insured."

**f. Additional Acquired Livestock**

**(1)** If Coverage E covers "livestock"

**(a)** specifically declared and described in the Coverage E Declarations; or

**(b)** with separate Limits of Insurance per class shown in the Coverage E Declarations;

we will cover additional "livestock" you acquire during the policy period, for up to 30 days from acquisition.

**(2)** The most we will pay under this Coverage Extension is the lesser of:

**(a)** The actual cash value of such property; or

**(b)** 25% of the total of the Limits of Insurance shown in the Coverage E Declarations for:

**(i)** Specifically declared and described "livestock;" and

**(ii)** "Livestock" with separate limits per class.

**(3)** You must report such property within 30 days from the date acquired and pay any additional premium due. If you do not report such property, coverage will end 30 days after the date the property is acquired.

**7. Coverage E Conditions**

Coverage E is subject to the following Loss Conditions as well as to the Farm Property Conditions and the Common Policy Conditions.

    Copyright, Insurance Services Office, Inc., 1985, 1989    FP 00 10 06 90    □

**Loss Conditions**

**a. Portable Buildings and Portable Structures that You Own**

The most we will pay for loss of or damage to this property in any one occurrence is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all portable buildings and portable structures you own as of the time of loss.

**b. Pro Rata Distribution**—Applicable Only to Grain, Hay, Straw and Fodder, to Farm Machinery, Vehicles and Equipment, and to Poultry in Unheated Buildings.

This Condition applies only if Scheduled "farm personal property" is covered at more than one "insured location." The Limit of Insurance for any category of covered "farm personal property" mentioned in the heading of this Condition will apply at any one "insured location" in the proportion that the value of Covered Property in that category at that location bears to the value of all Covered Property in that category at all "insured locations."

**c. Livestock**

With respect to "livestock," the term loss means death or destruction caused by, resulting from or made necessary by a covered cause of loss.

**d. Valuation**

In the event of loss of or damage to covered "farm personal property," we will settle at actual cash value as of time of loss, but we will not pay more than the amount necessary for repair or replacement.

**e. Coverage Territory**

We cover loss or damage commencing within the coverage territory. The coverage territory is:

**(1)** The United States of America;

**(2)** Puerto Rico; and

**(3)** Canada.

**COVERAGE F-UNSCHEDULED FARM PERSONAL PROPERTY**

**1. Covered Property**

All of the following are Covered Property under Coverage F of this Coverage Form, provided a Limit of Insurance is shown in the Declarations:

**a.** All items of "farm personal property" on the "insured location," except for items specified under paragraph 2. Property Not Covered; and

**b.** The following items of "farm personal property" away from the "insured location:"

**(1)** Grain, ground feed, fertilizer, fodder, hay, herbicides, manufactured and blended "livestock" feed, pesticides, silage, straw, threshed beans and threshed seeds, except while:

**(a)** Being stored or processed in Commercial drying plants, manufacturing plants, public elevators, seed houses or warehouses; or

**(b)** In the custody of a common or contract carrier.

**(2)** "Livestock," except while:

**(a)** In the custody of a common or contract carrier;

**(b)** At public stockyards, sales barns or yards; or

**(c)** At packing plants or slaughterhouses.

**(3)** Farm machinery, equipment, implements, tools and supplies, except:

**(a)** Items specified under paragraph 2. Property Not Covered; or

**(b)** While in the custody of a common or contract carrier.

**2. Property Not Covered**

Covered Property does not include:

**a.** Household or personal property usual to a "dwelling;"

**b.** Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, file and tape, over or above their replacement value:

**(1)** As prepackaged software programs; or

**(2)** In unexposed or blank form;

whichever is greater.