d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

(1) **Bodily injury** or **personal and advertising injury:**

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-**employee** as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) **Property damage** to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your **employee**) or **volunteer workers**, or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

## Section III - Limits of Insurance

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or suits brought; or

   c. Persons or organizations making claims or bringing suits.

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard**.

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

6. Subject to 5. above, the Damage to Premises Rented to You Limit is the most we will pay under Coverage A for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all

medical expenses because of **bodily injury** sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## Section IV - Commercial General Liability Conditions

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties in the Event of Occurrence, Offense, Claim or Suit**

   a. You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the **occurrence** or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the **occurrence** or offense.

   b. If a claim is made or **suit** is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or **suit** and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

      (2) Authorize us to obtain records and other information;

CG 00 01 12-04
Copyright, ISO Properties, Inc., 2003

(3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work;**

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, **autos** or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury and Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit.** If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the

CG0001 12-04
Copyright, ISO Properties, Inc., 2003



Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or **suit** is brought.

8. **Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**Section V - Definitions**

1. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **Auto** means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

3.  **Bodily injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  **Coverage territory** means:

    a.  The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b.  International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

    c.  All other parts of the world if the injury or damage arises out of:

        (1)  Goods or products made or sold by you in the territory described in a. above;

        (2)  The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

        (3)  **Personal and advertising injury** offenses that take place through the Internet or similar electronic means of communication

    provided the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in a. above or in a settlement we agree to.

5.  **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

6.  **Executive officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7.  **Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  **Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

    a.  It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

    b.  You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

    a.  The repair, replacement, adjustment or removal of **your product** or **your work**; or

    b.  Your fulfilling the terms of the contract or agreement.

9.  **Insured contract** means:

    a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

    b.  A sidetrack agreement;

    c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e.  An elevator maintenance agreement;

    f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph f. does not include that part of any contract or agreement:

        (1)  That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

        (2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

            (a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys,

field orders, change orders or drawings and specifications; or

   (b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

11. **Loading or unloading** means the handling of property:

  a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

  b.  While it is in or on an aircraft, watercraft or **auto**; or

  c.  While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or **auto**.

12. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

  a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  b.  Vehicles maintained for use solely on or next to premises you own or rent;

  c.  Vehicles that travel on crawler treads;

  d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1)  Power cranes, shovels, loaders, diggers or drills; or

   (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

  e.  Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2)  Cherry pickers and similar devices used to raise or lower workers;

  f.  Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

   (1)  Equipment designed primarily for:

     (a)  Snow removal;

     (b)  Road maintenance but not construction or resurfacing; or

     (c)  Street cleaning;

   (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

13. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. **Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your **advertisement**; or

   g. Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

15. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. **Products-completed operations hazard:**

   a. Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its

intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include **bodily injury** or **property damage** arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. **Property damage means:**

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

   For the purposes of this insurance, electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. **Suit** means a civil proceeding in which damages because of **bodily injury, property damage** or **personal and advertising injury** to which this insurance applies are alleged. **Suit** includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

20. **Volunteer worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. **Your product:**

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product;** and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. **Your work:**

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work,** and

(2) The providing of or failure to provide warnings or instructions.

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

Page 17 of 17

# Employment - Related Practices Exclusion - CG 21 47 07 98

Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

**Bodily injury to:**

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **bodily injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:**

This insurance does not apply to:

**Personal and advertising injury to:**

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **personal and advertising injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG2147 7-98
Copyright, Insurance Services Office, Inc., 1997

# Fungi or Bacteria Exclusion - CG 21 67 12 04
Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A.  The following exclusion is added to Paragraph 2. **Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

2.  Exclusions

    This insurance does not apply to:

    **Fungi or Bacteria**

    a.  **Bodily injury** or **property damage** which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any **fungi** or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

    b.  Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, **fungi** or bacteria, by any insured or by any other person or entity.

    This exclusion does not apply to any **fungi** or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B.  The following exclusion is added to Paragraph 2. **Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

2.  Exclusions

    This insurance does not apply to:

    **Fungi or Bacteria**

    a.  **Personal and advertising injury** which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any **fungi** or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

    b.  Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, **fungi** or bacteria, by any insured or by any other person or entity.

C.  The following definition is added to the **Definitions** Section:

    **Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                      President

CG2167 12-04
Copyright, ISO Properties, Inc., 2003

## Complete Lead Poisoning and Lead Contamination Exclusion
## CG 70 92 12 92

Insured: **AURORA DAIRY DAIRY**

Policy Number: **S 86 MXX 80843533**

Producer: **PREMIER INSURANCE**

Effective Date: **05-01-05**

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **lead**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **lead**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **lead**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **lead**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **lead**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving, **lead**.

As used in this exclusion, **lead** includes, but is not limited to the mineral lead (chemical element & symbol {lead (Pb)} Atomic number 82) in any form, whether or not the **lead** is:

(1) Pure;

(2) Contained in, or on, or incorporated into, products, goods or materials;

(3) Solid, liquid, gaseous or in fumes; or

(4) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **Bodily injury** or **Property damage** that is caused by a sudden, abrupt striking by, or impact with, **lead**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President



# Complete Asbestos Exclusion - CG 70 93 12 92

Insured: **AURORA DAIRY DAIRY**

Producer: **PREMIER INSURANCE**

Policy Number: **S 86 MXX 80843533**

Effective Date: **05-01-05**

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **asbestos**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, transportation, disposal, existence, presence, emanation, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **asbestos**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **asbestos**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **asbestos**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **asbestos**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving **asbestos**.

As used in this exclusion, **asbestos** includes, but is not limited to the mineral **asbestos** in any form, whether or not the **asbestos** is:

(1) A fiber, particle, or dust;

(2) Contained in, or on, or incorporated into, products, goods or materials; or

(3) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **bodily injury** or **property damage** that is caused by a sudden, abrupt striking by, or impact with, **asbestos**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG7093 12-92R

# Food Product Withdrawal Expense Insurance - CG 71 28 10 94

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

**THIS POLICY DOES NOT PROVIDE YOU COVERAGE FOR THE COST OR EXPENSE OF DEFENDING ANY CLAIM OR SUIT.**

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance. Some words and phrases that appear in bold face have special meaning - Refer to Definitions.

## Section I - Coverage

### A. Insuring Agreement

1. We will pay the expenses described in paragraph 2 below that you actually incur to withdraw **your goods** from **your customers** when either:

   - an error or omission in the design, manufacturing or labeling of **your goods** causes or results in a **defect** in **your goods**; or

   - an actual, alleged or threatened act of **sabotage** causes or results in a **defect** in **your goods** or creates the impression with the general public that they are unfit or dangerous to use as originally intended.

   But we only pay these expenses when all the following conditions are met:

   a. You or a government authority must determine that the withdrawal is necessary because a **defect** in **your goods** will cause or has caused **bodily injury** or **property damage** or because an act of **sabotage** has created the impression with the general public that the goods are defective;

   b. The withdrawal of **your goods** must begin during the policy period; and

   c. You must notify us in writing as soon as you know that a withdrawal will take place.

2. We will pay the following withdrawal expenses provided they are reasonable and necessary, and are directly related to the withdrawal of **your goods** from **your customers:**

   a. Cost to announce the withdrawal to the public, such as: telephone and telegraph charges; costs of radio or television announcements; costs of newspaper advertising and other media communications; and stationery, envelopes and postage;

   b. Overtime paid to your regular employees and cost of independent contractors or other temporary employees who are assigned to work on the withdrawal of **your goods;**

   c. Costs to transport or ship **your goods** which contain **defects;**

   d. Costs to rent warehouse or storage space to hold **your goods** which are withdrawn;

   e. Costs to dispose of **your goods** that cannot be reused, but only to the extent that you have been specifically billed for disposal of **your goods** because of **defects.**

## Section II - Exclusions

This insurance does not apply to:

### A. **Bodily injury** or **property damage;**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

B. An actual or alleged violation of any copyright, patent, trade dress, trademark, trade name, trade secrets, or any other intellectual property right laws;

C. Any failure of **your goods** to accomplish their intended purpose that does not arise from a defect;

D. Deterioration, decomposition or transformation of the chemical structure of **your goods** unless it directly results from a **defect**;

E. Withdrawal of **your goods** which have no defect or for which a withdrawal has not been determined to be necessary;

F. **Defects** in **your goods** which were known to any insured or reasonably foreseeable by any insured prior to the effective date of this policy, or the date of actual delivery of **your goods** to **your customer;**

G. The withdrawal of **your goods** because they contain any material banned or declared unsafe by any government entity. But this only applies to withdrawal of **your goods** which were manufactured after the date that the material was banned or declared unsafe. This exclusion does not apply if the banned or unsafe material was added to **your goods** by an act of **sabotage;** or

H. Costs of any litigation, arbitration, or proceedings, before any government entity.

I. The withdrawal of **your goods** due to an act of **sabotage** committed by you or any of your executive officers.

## Section III - Who Is an Insured

A. The following is an insured:

1. Your employees, and

2. Your executive officers, but only with respect to the conduct of your business.

## Section IV - Limits of Insurance, Deductible and Participation

Regardless of the number of your customers, claims made, or **defects** in **your goods**, our liability is limited as follows:

## A. Limits of Insurance

1. The Limit of Insurance shown in the Declarations as **PER DEFECT** applies to all covered expenses sustained as a result of a **defect**

regardless of the number of persons or organizations who sustain damages because of that **defect.**

2. The Limit of Insurance shown in the Declarations as **TOTAL ANNUAL AGGREGATE** is the most we will pay you for all covered expenses for withdrawal expense of **your goods** because of defects that cause withdrawals which begin during the policy period. If no amount is shown in the Declarations for **TOTAL ANNUAL AGGREGATE**, then the aggregate limit will equal the **PER DEFECT** limit.

## B. Deductible

From the total of all covered expenses that arise out of the withdrawal of **your goods** as the result of one **defect** in **your goods**, we will deduct the amount shown in the Declarations as **DEDUCTIBLE**. We will pay only that part of the total covered expenses that exceed the Deductible amount.

## C. Participation

If a Participation percent is shown in the Declarations, then the following applies. After we have applied the deductible, we will multiply the remaining amount of covered expenses times the Participation percent. We will not pay that percent of the covered expenses.

## Section V - Loss Conditions

## A. Duties in the Event of Actual or Threatened Withdrawal

1. You must give us immediate written notice when you discover a **defect** in **your goods** which you believe makes it necessary to withdraw them from **your customers**. You must also give us immediate written notice when you are notified by a government agency that **your goods** must be withdrawn from **your customers**.

2. You must stop the release, shipment, consignment or any other distribution of-

a. **Your goods** which are to be withdrawn; or

b. Similar products until it is determined that the **defects** that have resulted in a

withdrawal do not exist in those products.

3. As often as we reasonably require, you must:

   a. Permit us to inspect and make copies of the records which support all covered expenses;

   b. Allow us to question you under oath about any matter relating to this insurance and your claim and sign your answers; and

   c. Cooperate with us in the investigation or settlement of the claim.

4. Within 30 days after your notification to us of a withdrawal, you must send us a statement of loss containing the following information:

   a. Written notification from a governmental entity directing that **your goods** be withdrawn from commerce; or

   b. Documentation that supports your decision to withdraw **your goods** from commerce because they have caused or may cause **bodily injury** or **property damage**; and

   c. A complete description of the **defect** in **your goods** that gave rise to your decision to withdraw them from commerce; and

   d. A complete description of the cause of the **defect** in **your goods**; and

   e. A listing that identifies **your goods** to be withdrawn from commerce and the location of manufacturing. This includes batch or lot numbers, serial numbers or dates of manufacture; and

   f. An estimate of the cost to withdraw **your goods** from commerce.

B. **Appraisal**

   If we and you fail to agree on the amount of covered expenses arising from a withdrawal or the necessity of a withdrawal, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to an umpire selected by them. If they fail to agree on an umpire, either may request that selection be made by a judge of a court having jurisdiction. A decision agreed to by any two will be binding. Each party will:

   1. Pay its chosen appraiser; and

   2. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

C. **Loss Payment**

   We will adjust all losses with you. Payment for loss will be made within a reasonable time after:

   1. We have reached agreement with you on the amount of covered expenses; or

   2. An appraisal award has been made and filed with us.

D. **Abandonment**

   There can be no abandonment of any property to us.

## Section VI - Other Conditions

A. **Transfer of Rights of Recovery**

   If you have rights to recover all or part of any payment we have made under this policy, those rights are transferred to us to the extent of our payment. You must do nothing after loss to impair those rights. At our request, you will bring suit or transfer those rights to us and help us enforce them.

B. **No Benefit to Third Parties**

   The coverage provided in this policy form is for your benefit. No third party may benefit directly or indirectly from it.

C. **Other Insurance**

   If there is other valid and collectible insurance covering the same loss, we will pay only for the amount of loss that exceeds the amount due from that other insurance, whether you collect it or not. But we will not pay more than our applicable Limit of Insurance.

D.  **Legal Action Against Us**

No one may bring a legal action against us under this policy unless:

1. There has been full compliance with all of the terms of this policy; and

2. The action is brought within one year after the date on which the withdrawal of your goods begins.

E.  **Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

F.  **Policy Period and Territory**

Under this policy we cover the withdrawal of **your goods** from **your customers** which begins during the policy period shown in the Declarations and takes place anywhere in the world.

**Section VII - Definitions**

When used only in this policy, the following terms have the special meaning assigned to them:

A.  **Defect** means a defect, deficiency, inadequacy or dangerous condition in a product.

B.  **Your customer** means any person or entity:

1. To whom you sell or distribute **your goods**; or

2. Who has physical possession of **your goods**;

    AND

    Who is not owned in whole or in part by **you**.

C.  **Your goods** means any goods or products that have been manufactured, sold, handled, distributed, or disposed of by:

a.  You;

b.  Others using your name with your prior authority to do so; or

c.  Others whose business or assets you have acquired.

**Your goods** includes warranties or statements made about the fitness, quality, durability or performance of **your goods**. It includes containers, materials, parts or equipment provided in connection with **your goods**.

**Your goods** does not include:

a.  Products that have never left your physical possession;

b.  Real property;

c.  Property rented to others; or

d.  Property that you have not sold, but which you allow others to use.

D.  **Bodily injury** means physical injury, sickness or disease sustained by a person, including death resulting from any of these at any time and mental anguish arising out of **bodily injury**.

E.  **Property damage** means:

1. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2. Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the occurrence that caused it.

F.  **Sabotage** means a deliberate and/or malicious act that tampers with, alters or otherwise contaminates a product.

CG7128 10-94

Page 4 of 4

# MultiCover® - CG 71 58 12 03
Policy Amendment(s) Commercial General Liability Coverage Form

Your Commercial General Liability Coverage Form is revised as follows:

1. **Broadened Named Insured**

   A. SECTION II - WHO IS AN INSURED, item 4., is replaced by the following:

      4. Any organization that you own at the inception of this policy, or newly acquire or form during the policy period, and over which you maintain during the policy period majority ownership or majority interest, will qualify as a Named Insured if:

         a. There is no other similar insurance available to that organization; and

         b. The first Named Insured shown in the Declarations has the responsibility of placing insurance for that organization; and

         c. That organization is incorporated or organized under the laws of the United States of America.

      However:

         (1) Coverage under this provision 4 is afforded only until the next occurring annual anniversary of the beginning of the policy period shown in the Declarations, or the end of the policy period, whichever is earlier; and

         (2) Coverage A does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

         (3) Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

   B. SECTION II - WHO IS AN INSURED, the last paragraph, is replaced by the following:

      No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations. However, this does not apply to a limited liability company that meets all of the conditions in Section II - Who Is An Insured, item 4., above.

2. **Additional Insured**

   SECTION II - WHO IS AN INSURED, subsections 2.e. is added as follows:

      e. Any person or organization is included as an additional insured, but only to the extent such person or organization is held liable for **bodily injury**, **property damage** or **personal and advertising injury** caused by your acts or omissions. With respect to the insurance afforded to such insured, all of the following additional provisions apply:

         (1) You and such person or organization have agreed in a written **insured contract** that such person or organization be added as an additional insured under this policy;

         (2) The **bodily injury**, **property damage** or **personal and advertising injury** for which said person or organization is held liable occurs subsequent to the execution of such **insured contract**;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG7158 12-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 6

(3) The most we will pay is the lesser of either the Limits of Insurance shown in the Declarations or the limits of insurance required by the **insured contract**;

(4) Such person or organization is an insured only with respect to:

(a) Their ownership, maintenance, or use of that part of the premises, or land, owned by, rented to, or leased to you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(b) Your ongoing operations performed for that insured;

(c) Their financial control of you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(d) The maintenance, operation or use by you of equipment leased to you by such person or organization;

(e) Operations performed by you or on your behalf and for which a state or political subdivision has issued a permit, provided such operations are not performed for such state or political subdivision, and are not included within the **products-completed operations hazard;**

(5) This insurance does not apply to **bodily injury, property damage, personal and advertising injury, occurrence** or offense:

(a) Which takes place at a particular premises after you cease to be a tenant of that premises;

(b) Which takes place after all work, including materials, parts or equipment furnished in connection with such work to be performed by or on

behalf of the additional insured at the site of the covered operations, has been completed;

(c) Which takes place after that portion of **your work** out of which the injury or damage arises has been put to its intended use by any other person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project;

(d) Which takes place after the expiration of any equipment lease to which (4)(d) above applies;

(6) With respect to architects, engineers or surveyors, coverage does not apply to **bodily injury, property damage** or **personal and advertising injury** arising out of the rendering or failure to render any professional services by or for you, including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications;

(b) Supervisory, inspection, architectural, or engineering services.

However, if an Additional Insured endorsement is attached to this policy that specifically names a person or organization as an insured, then this subsection 2.e. does not apply to such person or organization.

3. **Additional Insured - Vendors**

Unless the **products-completed operations hazard** is excluded from this policy, SECTION II - WHO IS AN INSURED, item 2.g. is added as follows:

g. Any vendor of yours is included as an additional insured, but only with respect to **bodily injury** or **property damage** caused by **your products** which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

(1) The insurance afforded the vendor does not apply to:

CG 71 58 12-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 2 of 6

(a) **Bodily injury** or **property damage** for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations, except such operations performed by the vendor in full compliance with the manufacturer's written instructions at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) **Bodily injury** or **property damage** arising out of the liability of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf.

(2) This insurance does not apply to any insured person or organization from whom you have acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

However, if an Additional Insured - Vendors endorsement is attached to this policy that specifically names a person or organization as an insured, then this subsection 2.g. does not apply to that person or organization.

4. **Waiver of Subrogation**

   SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 8., is replaced by the following:

   8. Transfer of Rights of Recovery Against Others to Us and Blanket Waiver of Subrogation

      a. If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after the loss to impair those rights. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

      b. If required by a written **insured contract** executed prior to the **occurrence** or offense, we waive any right of recovery we may have against any person or organization named in such **insured contract**, because of payments we make for injury or damage arising out of your operations or **your work** for that person or organization.

5. **Cancellation - 120 Days**

   Common Policy Conditions endorsement IL0017, A. Cancellation, item 2.b. is replaced by the following:

   b. 120 days before the effective date of cancellation if we cancel for any other reason.

6. **Liberalization**

   **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added:

   **Liberalization**

   If we adopt a change in our forms or rules which would broaden the coverage provided by any form that is a part of this policy without an extra

premium charge, the broader coverage will apply to this policy. This extension is effective upon the approval of such broader coverage in your state.

7. **Fire, Explosion, Sprinkler Leakage, or Lightning Legal Liability Coverage**

    A.  SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, the last paragraph, is replaced by the following:

        Exclusions c. through n. do not apply to damage by fire, explosion, sprinkler leakage, or lightning to premises while:

        1.  Rented to you;

        2.  Temporarily occupied by you with the permission of the owner; or

        3.  Managed by you under a written agreement with the owner.

        A separate limit of insurance applies to this coverage as described in Section III - LIMITS OF INSURANCE.

    B.  SECTION III - LIMITS OF INSURANCE, item 6., is replaced by the following:

        6.  Subject to 5. above, the Damage to Premises Rented To You Limit shown in the Declarations, for **property damage** to any one premises while rented to you, or in the case of damage by fire, explosion, sprinkler leakage, or lightning while rented to you, temporarily occupied by you with the permission of the owner, or managed by you under a written agreement with the owner, is the greater of:

            a.  $1,000,000 Any One Premises; or

            b.  The Damage To Premises Rented To You Limit shown in the Declarations.

    C.  SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance, b. Excess Insurance, (1), items (b) and (c), are replaced by the following:

        (b)  That is Fire, Explosion, Sprinkler Leakage, or Lightning insurance for premises

while rented to you, temporarily occupied by you with permission of the owner, or managed by you under a written agreement with the owner;

        (c)  That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you, temporarily occupied by you with the permission of the owner, or managed by you under a written agreement with the owner; or

    D.  SECTION V - DEFINITIONS, 9. **Insured Contract**, item a., is replaced by the following:

        a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, explosion, sprinkler leakage, or lightning to premises while rented to you, temporarily occupied by you with permission of the owner, or managed by you under a written agreement with the owner, is not an **insured contract**;

8. **Non-Owned or Chartered Watercraft**

    SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, item g. Aircraft, Auto Or Watercraft, item (2), is replaced by the following:

    (2)  A watercraft you do not own that is:

        (a)  Less than 51 feet long; and

        (b)  Not being used for public transportation or as a common carrier;

9. **Chartered Aircraft**

    SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, g. Aircraft, Auto Or Watercraft, item (6), is added as follows:

    (6)  An aircraft in which you have no ownership interest and that you have chartered with crew.

10. **Coverage Territory - Broadened**

    SECTION V - DEFINITIONS, item 4.a., is replaced by the following:

CG7158 12-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 4 of 6

a. The United States of America (including its territories and possessions), Puerto Rico, Canada, Bermuda, the Bahamas, The Cayman Islands, and the British Virgin Islands;

11. **Personal and Advertising Injury - Contractual**

Unless **personal and advertising injury** is excluded from this policy the following applies:

SECTION I - COVERAGES, COVERAGE B, 2. Exclusions, item e., is deleted.

12. **Fellow Employee Coverage**

SECTION II - WHO IS AN INSURED, 2.a., item (1) is replaced by the following:

(1) **Personal and advertising injury:**

However, subsections (a), (b), (c) and (d) of item (1) remain unchanged.

13. **Bodily Injury Definition - Broadened**

SECTION V - DEFINITIONS, 3. **Bodily Injury** is replaced by the following:

**Bodily injury** means bodily injury, sickness, or disease sustained by a person including death or mental anguish resulting from any of these at any time. Mental anguish means any type of mental or emotional illness or disease.

14. **Unintentional Failure to Disclose Hazards**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 6. Representations, the following is added:

d. If you unintentionally fail to disclose any hazards existing at the inception date of this policy, we will not deny coverage under this Coverage Form because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

15. **Supplementary Payments - Increased Limits**

SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B, items 1.b. and 1.d., are replaced by the following:

b. The cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including substantiated loss of earnings up to $500 a day because of time off from work.

16. **Duties in the Event of an Occurrence, Offense, Claim, or Suit - Amended**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, items 2.a. and 2.b., are replaced with the following:

a. You must see to it that we or any licensed agent of ours are notified of a General Liability **occurrence** or offense which may result in a claim as soon as practicable after it becomes known to:

(1) You, if you are an individual;

(2) Your partner or member, if you are a partnership or joint venture;

(3) Your member, if you are a limited liability company;

(4) Your executive officer if you are an organization other than a partnership, joint venture or limited liability company; or

(5) Your authorized representative or insurance manager.

Knowledge of an **occurrence** or offense by persons other than those listed above does not imply that those listed above also have such knowledge.

b. To the extent possible, notice should include:

(1) How, when, and where the **occurrence** or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the **occurrence** or offense.

17. **Non Employment Discrimination Liability**

Unless **personal and advertising injury** is excluded from this policy the following applies:

CG7158 12-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

A. SECTION V - DEFINITIONS, 14. **Personal and advertising injury**, item h. is added as follows:

   h. **Discrimination**.

B. SECTION V - DEFINITIONS, item 23. is added as follows:

   23. **Discrimination** means the unlawful treatment of a person or class of persons because of their specific race, color, religion, gender, age, or national origin in comparison to one or more persons who are not members of the specified class.

C. SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions, the following are added:

   o. **Discrimination** directly or indirectly related to the past employment, employment or prospective employment of any person or class of persons by any insured;

   p. **Discrimination** directly or indirectly related to the sale, rental, lease or sublease or prospective sale, rental, lease or sublease of any dwelling, permanent lodging, or premises by or at the direction of any insured;

   q. **Discrimination**, if insurance thereof is prohibited by law; or

   r. Fines, penalties, specific performance, or injunctions levied or imposed by a governmental entity, governmental code, law, or statute because of **discrimination**.

18. **Medical Payments**

Unless COVERAGE C MEDICAL PAYMENTS, or the **products-completed operations hazard** has been excluded from this policy the following applies:

A. SECTION I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, 2. Exclusions, item f., is replaced by the following:

   f. **Products-Completed Operations Hazard**

   Included within the **products-completed operations hazard**. However, this exclusion does not apply to expenses for dental services.

B. Section I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, is amended to include item 3. as follows:

   3. Limit of Insurance

   The Medical Expense Limit of Insurance shall be the greater of:

   a. $10,000 Any One Person; or

   b. The amount shown in the Declarations.

CG7158 12-03
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 6 of 6

# BUSINESS AUTO

| Business Auto | **AU** |
|---------------|--------|

^ 9 1174 1 000000 2 0 22J ^

COPYF

EFCG.P152.A22J701

CIZ   05

002055A

POLICY NUMBER **S 86 MXX 80843533**

NAMED INSURED
AURORA DAIRY DAIRY

PORTFOLIO POLICY (R)

**BUSINESS AUTO POLICY DECLARATIONS**
INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, LIMITS OF LIABILITY AND
ENDORSEMENTS SHOWN BELOW.

**ITEM TWO        SCHEDULE OF COVERAGES AND COVERED AUTOS**
       (SEE SUPPLEMENTARY STATE ENDORSEMENTS WHERE APPLICABLE)

|  **COVERAGES** | **LIMITS** |
|---|---|
| COMBINED BODILY INJURY AND | $ 1,000,000 EACH ACCIDENT |
| PROPERTY DAMAGE LIABILITY COVERAGE | |

| **COVERAGES** | **SYMBOLS - COVERED AUTO DESCRIPTION** |
|---|---|
| | (SEE SECTION I, PARAGRAPH A AND B) |
| LIABILITY COVERAGE | 8.    HIRED AUTOS ONLY |
| | 9.    NONOWNED AUTOS ONLY |

**ENDORSEMENTS.   ONLY THOSE ENDORSEMENTS SHOWN BELOW APPLY**

EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)

EXCLUSION OF CERTIFIED ACTS OF TERRORISM (CA 23 57 12 02)

WAR EXCLUSION (CA 00 38 12 02)

NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION (OTHER THAN CERTIFIED
ACTS OF TERRORISM)(CA 70 68 03 03)

CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL
TERRORISM RISK INSURANCE ACT OF 2002) (CA 70 75 01 05)

CHANGES IN COVERAGE FORMS - MOBILE EQUIPMENT SUBJECT TO MOTOR
VEHICLE INSURANCE LAWS (CA 00 51 12 04)

**SUPPLEMENTARY STATE ENDORSEMENTS**

**COLORADO**

COLORADO CHANGES (CA 01 13 11 04)

THESE DECLARATIONS ARE ISSUED IN CONJUNCTION WITH AND ARE PART OF POLICY
FORM CA0001-10-01

AU - 1



# Business Auto Coverage Form - CA 00 01 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance.

Other words and phrases that appear in boldface have special meaning. Refer to Section V - Definitions.

**Section I - Covered Autos**

Item Two of the Declarations shows the **autos** that are covered **autos** for each of your coverages. The following numerical symbols describe the **autos** that may be covered **autos**. The symbols entered next to a coverage on the Declarations designate the only **autos** that are covered **autos**.

A. **Description of Covered Auto Designation Symbols**

| Symbol | Description of Covered Auto Designation Symbols |
|---|---|

1. = ANY AUTO.

2. = OWNED **AUTOS** ONLY. Only those **autos** you own (and for Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** you acquire ownership of after the policy begins.

3. = OWNED PRIVATE PASSENGER **AUTOS** ONLY. Only the private passenger **autos** you own. This includes those private passenger **autos** you acquire ownership of after the policy begins.

4. = OWNED **AUTOS** OTHER THAN PRIVATE PASSENGER **AUTOS** ONLY. Only those **autos** you own that are not of the private passenger type (and for Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** not of the private passenger type you acquire ownership of after the policy begins.

5. = OWNED **AUTOS** SUBJECT TO NO-FAULT. Only those **autos** you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those **autos** you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged.

6. = OWNED **AUTOS** SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those **autos** you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those **autos** you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

7. = SPECIFICALLY DESCRIBED **AUTOS**. Only those **autos** described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any **trailers** you don't own while attached to any power unit described in Item Three).

8. = HIRED **AUTOS** ONLY. Only those **autos** you lease, hire, rent or borrow. This does not include any **auto** you lease, hire, rent, or borrow from any of your **employees**, partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

9.  = NONOWNED **AUTOS** ONLY. Only those **autos** you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes **autos** owned by your **employees**, partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.

B.  **Owned Autos You Acquire After the Policy Begins**

1.  If symbols 1, 2, 3, 4, 5, or 6 are entered next to a coverage in Item Two of the Declarations, then you have coverage for **autos** that you acquire of the type described for the remainder of the policy period.

2.  But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an **auto** you acquire will be a covered **auto** for that coverage only if:

    a.  We already cover all **autos** that you own for that coverage or it replaces an **auto** you previously owned that had that coverage; and

    b.  You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C.  **Certain Trailers, Mobile Equipment and Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered **autos** for Liability Coverage:

1.  **Trailers** with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2.  **Mobile equipment** while being carried or towed by a covered **auto.**

3.  Any **auto** you do not own while used with the permission of its owner as a temporary substitute for a covered **auto** you own that is out of service because of its:

    a.  Breakdown;

    b.  Repair;

    c.  Servicing;

    d.  **Loss;** or

    e.  Destruction.

**Section II - Liability Coverage**

A.  **Coverage**

We will pay all sums an **insured** legally must pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of a covered **auto.**

We will also pay all sums an **insured** legally must pay as a **covered pollution cost or expense** to which this insurance applies, caused by an accident and resulting from the ownership, maintenance or use of covered **autos.** However, we will only pay for the **covered pollution cost or expense** if there is either **bodily injury** or **property damage** to which this insurance applies that is caused by the same **accident.**

We have the right and duty to defend any **insured** against a **suit** asking for such damages or a **covered pollution cost or expense.** However, we have no duty to defend any **insured** against a **suit** seeking damages for **bodily injury** or **property damage** or a **covered pollution cost or expense** to which this insurance does not apply. We may investigate and settle any claim or **suit** as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1.  Who Is an Insured

    The following are **insureds:**

    a.  You for any covered **auto.**

    b.  Anyone else while using with your permission a covered **auto** you own, hire or borrow except:

        (1) The owner or anyone else from whom you hire or borrow a covered **auto.** This exception does not apply if the covered **auto** is a **trailer** connected to a covered **auto** you own.

        (2) Your **employee** if the covered **auto** is owned by that **employee** or a member of his or her household.

CA0001 10-01
Copyright, ISO Properties, Inc., 2000

(3) Someone using a covered **auto** while he or she is working in a business of selling, servicing, repairing, parking or storing **autos** unless that business is yours.

(4) Anyone other than your **employees**, partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their **employees**, while moving property to or from a covered **auto**.

(5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered **auto** owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an **insured** described above but only to the extent of that liability.

2. Coverage Extensions

a. Supplementary Payments

In addition to the Limit of Insurance, we will pay for the **insured**:

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an **accident** we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any **suit** against the **insured** we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the **insured** at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the **insured** in any **suit** against the **insured** we defend.

(6) All interest on the full amount of any judgment that accrues after

entry of the judgment in any **suit** against the **insured** we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. Out-of-State Coverage Extensions

While a covered **auto** is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered **auto** is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered **auto** is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the **insured**.

2. Contractual

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an **insured contract** provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement; or

b. That the **insured** would have in the absence of the contract or agreement.

3. Workers' Compensation

Any obligation for which the **insured** or the **insured's** insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. Employee Indemnification and Employer's Liability

**Bodily injury** to:

a. An **employee** of the **insured** arising out of and in the course of:

(1) Employment by the **insured**; or

(2) Performing the duties related to the conduct of the **insured's** business; or

b. The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the **insured** may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to **bodily injury** to domestic **employees** not entitled to workers' compensation benefits or to liability assumed by the **insured** under an **insured contract**. For the purposes of the Coverage Form, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. Fellow Employee

**Bodily injury** to any fellow **employee** of the **insured** arising out of and in the course of the fellow **employee's** employment or while performing duties related to the conduct of your business.

6. Care, Custody or Control

**Property damage** to or **covered pollution cost or expense** involving property owned or transported by the **insured** or in the **insured's** care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. Handling of Property

**Bodily injury** or **property damage** resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the **insured** for movement into or onto the covered **auto**; or

b. After it is moved from the covered **auto** to the place where it is finally delivered by the **insured.**

8. Movement of Property by Mechanical Device

**Bodily injury** or **property damage** resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered **auto.**

9. Operations

**Bodily injury** or **property damage** arising out of the operations of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment.**

10. Completed Operations

**Bodily injury** or **property damage** arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. Pollution

**Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered **auto**;

(2) Otherwise in the course of transit by or on behalf of the **insured**; or

(3) Being stored, disposed of, treated or processed in or upon the covered **auto**;

b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted for movement into by the **insured** for movement into or onto the covered **auto**; or

c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured**.

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

(1) The **pollutants** escape, seep, migrate, or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and

(2) The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**.

Paragraphs b. and c. above of this exclusion do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

(1) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and

(2) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

12. War

**Bodily injury** or **property damage** due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

13. Racing

Covered **autos** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered **auto** is being prepared for such a contest or activity.

C. **Limit of Insurance**

Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **accident,** the most we will pay for the total of all damages and **covered pollution cost or expense** combined, resulting from any one **accident** is the Limit of Insurance for Liability Coverage shown in the Declarations.

All **bodily injury, property damage** and **covered pollution cost or expense** resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one **accident.**

No one will be entitled to receive duplicate payments for the same elements of **loss** under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**Section III - Physical Damage Coverage**

A. **Coverage**

1. We will pay for **loss** to a covered **auto** or its equipment under:

   a. Comprehensive Coverage

      From any cause except:

      (1) The covered **auto's** collision with another object; or

      (2) The covered **auto's** overturn.

   b. Specified Causes of Loss Coverage

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered **auto.**

   c. Collision Coverage

      Caused by:

      (1) The covered **auto's** collision with another object; or

      (2) The covered **auto's** overturn.

2. Towing

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered **auto** of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles

   If you carry Comprehensive Coverage for the damaged covered **auto,** we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. **Loss** caused by hitting a bird or animal; and

   c. **Loss** caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered **auto's** collision or overturn considered a **loss** under Collision Coverage.

4. Coverage Extensions

   a. Transportation Expenses

      We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered **auto** of the private passenger type. We will pay only for those covered **autos** for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered **auto** is returned to use or we pay for its **loss.**



b.  Loss of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an **insured** becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

(1)  Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered **auto**;

(2)  Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered **auto**; or

(3)  Collision only if the Declarations indicate that Collision Coverage is provided for any covered **auto**.

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B.  Exclusions**

1.  We will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.

a.  Nuclear Hazard

(1)  The explosion of any weapon employing atomic fission of fusion; or

(2)  Nuclear reaction or radiation, or radioactive contamination, however caused.

b.  War or Military Action

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.  We will not pay for **loss** to any covered **auto** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for **loss** to any covered **auto** while that covered **auto** is being prepared for such a contest or activity.

3.  We will not pay for **loss** caused by or resulting from any of the following unless caused by other **loss** that is covered by this insurance:

a.  Wear and tear, freezing, mechanical or electrical breakdown.

b.  Blowouts, punctures or other road damage to tires.

4.  We will not pay for **loss** to any of the following:

a.  Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

b.  Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

c.  Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

d.  Any accessories used with the electronic equipment described in Paragraph c. above.

Exclusions 4.c. and 4.d. do not apply to:

a.  Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered **auto** at the time of the **loss** or such equipment is removable from a

housing unit which is permanently installed in the covered **auto** at the time of the **loss**, and such equipment is designed to be solely operated by use of the power from the **auto's** electrical system, in or upon the covered **auto**; or

b. Any other electronic equipment that is:

(1) Necessary for the normal operation of the covered **auto** or the monitoring of the covered **auto's** operating system; or

(2) An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered **auto** normally used by the manufacturer for installation of a radio.

5. We will not pay for **loss** to a covered **auto** due to **diminution in value**.

## C. Limit of Insurance

1. The most we will pay for **loss** in any one **accident** is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of the **loss**; or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total **loss**.

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

## D. Deductible

For each covered **auto**, our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to **loss** caused by fire or lightning.

## Section IV - Business Auto Conditions

The following conditions apply in addition to the Common Policy Conditions:

## A. Loss Conditions

1. Appraisal for Physical Damage Loss

If you and we disagree on the amount of **loss**, either may demand an appraisal of the **loss**. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of **loss**. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2. Duties in the Event of Accident, Claim, Suit or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of **accident**, claim, **suit** or **loss**, you must give us or our authorized representative prompt notice of the **accident** or **loss**. Include:

(1) How, when and where the **accident** or **loss** occurred;

(2) The **insured's** name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved **insured** must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the **insured's** own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or **suit.**

(3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit.**

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is a **loss** to a covered **auto** or its equipment you must also do the following:

(1) Promptly notify the police if the covered **auto** or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered **auto** from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered **auto** and records proving the **loss** before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. Legal Action Against Us

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the **insured** has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the **insured's** liability.

4. Loss Payment - Physical Damage Coverages

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the **auto** from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the **loss,** our payment will include the applicable sales tax for the damaged or stolen property.

5. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

B. **General Conditions**

1. Bankruptcy

Bankruptcy or insolvency of the **insured** or the **insured's** estate will not relieve us of any obligations under this Coverage Form.

2. Concealment, Misrepresentation or Fraud

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other **insured,** at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered **auto;**

c. Your interest in the covered **auto;** or

d. A claim under this Coverage Form.

3. Liberalization

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide

CA0001 10-01
Copyright, ISO Properties, Inc., 2000



the additional coverage as of the day the revision is effective in your state.

4.  No Benefit to Bailee - Physical Damage Coverages

    We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5.  Other Insurance

    a.  For any covered **auto** you own, this Coverage Form provides primary insurance. For any covered **auto** you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered **auto** which is a **trailer** is connected to another vehicle, the Liability Coverage this Coverage Form provides for the **trailer** is:

        (1)  Excess while it is connected to a motor vehicle you do not own.

        (2)  Primary while it is connected to a covered **auto** you own.

    b.  For Hired Auto Physical Damage Coverage, any covered **auto** you lease, hire rent or borrow is deemed to be a covered **auto** you own. However, any **auto** that is leased, hired, rented or borrowed with a driver is not a covered **auto**.

    c.  Regardless of the provisions of Paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an **insured contract**.

    d.  When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6.  Premium Audit

    a.  The estimated premium for this Coverage Form is based on the exposures you

told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

    b.  If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7.  Policy Period, Coverage Territory

    Under this Coverage Form, we cover **accidents** and **losses** occurring:

    a.  During the policy period shown in the Declarations; and

    b.  Within the coverage territory.

    The coverage territory is:

    a.  The United States of America;

    b.  The territories and possessions of the United States of America;

    c.  Puerto Rico;

    d.  Canada; and

    e.  Anywhere in the world if:

        (1)  A covered **auto** of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

        (2)  The **insured's** responsibility to pay damages is determined in a **suit** on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.



We also cover **loss** to, or **accidents** involving, a covered **auto** while being transported between any of these places.

8. Two or More Coverage Forms or Policies Issued by Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same **accident**, the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## Section V - Definitions

A. **Accident** includes continuous or repeated exposure to the same conditions resulting in **bodily injury** or **property damage**.

B. **Auto** means land motor vehicle, **trailer** or semi-trailer designed for travel on public roads but does not include **mobile equipment.**

C. **Bodily injury** means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. **Covered pollution cost or expense** means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement; or

2. Any claim or **suit** by or on behalf of a governmental authority demanding

that the **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

**Covered pollution cost or expense** does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered **auto**;

(2) Otherwise in the course of transit by or on behalf of the **insured**;

(3) Being stored, disposed of, treated or processed in or upon the covered **auto**;

b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the covered **auto**; or

c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured**.

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

(1) The **pollutants** escape, seep, migrate, or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and

(2) The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs 6.b. or 6.c. of the definition of **mobile equipment.**

Paragraphs b. and c. above do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

(1) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and

(2) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

CA0001 10-01
Copyright, ISO Properties, Inc., 2000

E. **Diminution in value** means the actual or perceived loss in market value or resale value which results from a direct and accidental **loss.**

F. **Employee** includes a **leased worker. Employee** does not include a **temporary worker.**

G. **Insured** means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or **suit** is brought.

H. **Insured contract** means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for **bodily injury** or **property damage** to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your **employees,** of any **auto.** However, such contract or agreement shall not be considered an **insured contract** to the extent that it obligates you or any of your **employees** to pay for **property damage** to any **auto** rented or leased by you or any of your **employees.**

An **insured contract** does not include that part of any contract or agreement:

a. That indemnifies a railroad for **bodily injury** or **property damage** arising out of

construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an **auto** to you or any of your **employees,** if the **auto** is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by **auto** for hire harmless for your use of a covered **auto** over a route or territory that person or organization is authorized to serve by public authority.

I. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker.**

J. **Loss** means direct and accidental loss or damage.

K. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraphs 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos:**

a. Equipment designed primarily for:

   (1) Snow removal;

   (2) Road maintenance, but not construction or resurfacing; or

   (3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

L. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. **Property damage** means damage to or loss of use of tangible property.

N. **Suit** means a civil proceeding in which:

1. Damages because of **bodily injury** or **property damage;** or

2. A **covered pollution cost or expense,**

to which this insurance applies, are alleged.

**Suit** includes:

a. An arbitration proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the **insured** must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the insured submits with our consent.

O. **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

P. **Trailer** includes semitrailer.

CA0001 10-01
Copyright, ISO Properties, Inc., 2000

# War Exclusion - CA 00 38 12 02

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  **Changes In Liability Coverage**

The War exclusion under Paragraph B. **Exclusions** of **Section II - Liability Coverage** is replaced by the following:

**War**

**Bodily injury, property damage** or **covered pollution cost or expense** arising directly or indirectly, out of:

a.  War, including undeclared or civil war;

b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B.  **Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage endorsement or the Garagekeepers Coverage - Customers' Sound Receiving Equipment endorsement is attached, the following exclusion is added:

We will not pay for **loss** caused by or resulting from the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**:

**War**

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C.  **Changes In Auto Medical Payments**

If the Auto Medical Payments Coverage endorsement is attached, then Exclusion C.6. is replaced by the following:

6.  **Bodily injury**, arising directly or indirectly, out of:

a.  War, including undeclared or civil war;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_(signature)_

Secretary

_(signature)_

President

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Changes In Uninsured/Underinsured Motorists Coverage

If Uninsured and/or Underinsured Motorists Coverage is attached, then the following exclusion is added:

This insurance does not apply to:

**War**

1. **Bodily injury** or **property damage**, if applicable, arising directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## E. Changes In Personal Injury Protection Coverage

1. If Personal Injury Protection, no-fault, or other similar coverage is attached, and:

a. Contains, in whole or in part, a War exclusion, that exclusion is replaced by Paragraph 2.

b. Does not contain a war exclusion, Paragraph 2. is added.

2. This insurance does not apply to:

**War**

**Bodily injury** or **property damage**, if applicable, arising directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## F. Changes In Single Interest Automobile Physical Damage Insurance Policy

The War exclusion is replaced by the following:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

CA 0038 12-02
Copyright, ISO Properties, Inc., 2003

# Changes in Coverage Forms - Mobile Equipment Subject to Motor Vehicle Insurance Laws - CA 00 51 12 04

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Motor Carrier Coverage Form - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

A. The **Operations** Exclusion under **Section II - Liability Coverage** of all coverage forms, except the Business Auto Physical Damage Coverage Form, is replaced by the following:

   9. Operations

     **Bodily injury, property damage or covered pollution cost or expense** arising out of the operation of:

     a. Any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**; or

     b. Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law where it is licensed or principally garaged.

B. The **Definitions** Section is amended as follows:

   1. The definition of **Auto** is replaced by the following:

**Auto** means:

   a. Any land motor vehicle, **trailer** or semitrailer designed for travel on public roads; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

   2. The following is added to the definition of **Mobile equipment** in all coverage forms, except the Business Auto Physical Damage Coverage Form:

However, **mobile equipment** does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CA0051 12-04
Copyright, ISO Properties, Inc., 2004



# Colorado Changes - CA 01 13 11 04

Policy Amendment(s) Commercial Auto Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For a covered **auto** licensed or principally garaged in, or **garage operations** conducted in Colorado, the policy is changed as follows:

## A. Changes in Conditions

The last paragraph in the **Other Insurance** Condition in the Business Auto and Garage Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, the loss will be paid in accordance with the following method:

1. All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.

2. If any loss remains and there:

a. Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such policies will continue to pay in accordance with Paragraph 1.; or

b. Is one remaining policy, then such policy will continue to pay until its limit of insurance has been exhausted.

## B. Changes in Auto Medical Payments

If the Auto Medical Payments endorsement is attached, then the following Condition is added:

**Assignment of Payment of Covered Expenses**

1. An **insured** may assign payments due under medical payments coverage, in writing, to a licensed hospital or other licensed health care provider, as defined in COLO. REV. STAT. Section 10-4-902(3), an occupational therapist as described in COLO. REV. STAT. Section 6-1-707 (1) (c); or a massage therapist.

2. If an **insured** assigns such benefits, we will pay covered benefits directly to the licensed healthcare provider.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                  President

CA0113 11-04 CO
Copyright, ISO Properties, Inc., 2004

# Exclusion of Certified Acts of Terrorism - CA 23 57 12 02

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  The following exclusion is added:

This insurance does not apply to:

**Terrorism**

**Any bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss or covered pollution cost or expense,** as may be defined in any applicable Coverage Form or endorsement, arising directly or indirectly out of **a certified act of terrorism.**

B.  The following definition is added:

**Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism

Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism:**

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C.  Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, such as losses excluded by a Nuclear Hazard Exclusion or a War Or Military Action Exclusion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CA2357 12-02
Copyright, ISO Properties, Inc., 2002

# Explanation of Premium Basis - CA 70 03 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form

When used as a premium basis:

**A.  Cost of Hire**

Cost of hire means the total amount you incur for the hire of **autos** you don't own (not including **autos** you borrow or rent from your partners or **employees** or their family members).  Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**B.  For Public Autos**

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation.  Gross Receipts does not include:

1.  Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

2.  Advertising Revenue.

3.  Taxes which you collect as a separate item and remit directly to a governmental division.

4.  C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

**C.  For Rental or Leasing Concerns**

Gross receipts means the total amount to which you are entitled for the leasing or rental of **autos** during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the **autos** you leased or rented to others during the policy period.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CA7003 10-01

# Nuclear, Biological or Chemical Terrorism Exclusion - Other Than Certified Acts of Terrorism - CA 70 68 03 03

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  The following exclusion is added:

This insurance does not apply to:

**Terrorism**

Any **bodily injury**, **property damage**, **personal injury**, **personal and advertising injury**, **loss**, loss of use, rental reimbursement after **loss** or **covered pollution cost or expense**, as may be defined in any applicable Coverage Form or endorsement, arising directly or indirectly out of an **other act of terrorism**. However, this exclusion applies only when one or more of the following are attributed to such act:

1.  The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2.  The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3.  Pathogenic or poisonous biological or chemical materials are released, and it appears that

one purpose of the terrorism was to release such materials.

B.  The following definitions are added:

1.  **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism**:

a.  The act resulted in aggregate losses in excess of $5 million; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_Secretary_

_President_

2. **Other act of terrorism** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, **other act of terrorism** does not include an act which meets the criteria set forth in Paragraph b. of the definition of **certified act of terrorism** when such act resulted in aggregate losses of $5 million or less.

Multiple incidents of an **other act of terrorism** which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of an **other act of terrorism** that is not subject to this exclusion, coverage does not apply to any **bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss or covered pollution cost or expense** that is otherwise excluded under this Coverage Form or any applicable endorsement.

CA 7068 3-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 2

# Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - CA 70 75 01 05

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. Applicability of the Provisions of this Endorsement

  1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

     a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Policy or any applicable endorsement; or

     b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

        (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

        (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

        (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

     The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

  2. If the provisions of this endorsement become applicable, such provisions:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

Secretary

President

a. Supersede any **terrorism** endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any **terrorism** endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement:

1. **Terrorism** means activities against persons, organizations or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. **Any injury or damage, loss or expense** means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal injury, personal and advertising injury, loss**, loss of use, rental reimbursement after **loss** or **covered pollution cost or expense**, as may be defined under this Coverage Form, Policy or any applicable endorsement.

C. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion of Terrorism**

We will not pay for **any injury or damage, loss or expense** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. **Any injury or damage, loss or expense** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and

CA 7075 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

  a. Physical injury that involves a substantial risk of death; or

  b. Protracted and obvious physical disfigurement; or

  c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. and C.6. are exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the thresholds used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

D. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion of Terrorism**

We will not pay for any **loss**, loss of use or rental reimbursement after **loss** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph D.5. is exceeded.

With respect to this Exclusion, Paragraph D.5. describes the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

E. In the event of any incident of **terrorism** that is not subject to the Exclusion in Paragraph C. or D., coverage does not apply to any **injury, damage, loss or expense** that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

CA7075 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 3



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE            ID 83709

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Quote 86-56660-02 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026     U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| REAL PROP--GP1/GP2 | 15.0 | 10,710 | | | | | |
| REAL PROP--ALL OTHER | 15.0 | 810 | | | | | |
| PERS PROP--GP1/GP2 | 15.0 | 12,088 | | | | | |
| PERS PROP--ALL OTHER | 15.0 | 1,829 | | | | | |
| TIME ELEMENT-GP1/GP2 | 15.0 | 7,200 | | | | | |
| TIME ELEMENT-ALL OTHER | 15.0 | 675 | | | | | |
| PROPERTY Manual Rated | 15.0 | 1,418 | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 9,046 | | | | | |
| GENERAL LIABILITY | 15.0 | 7,268 | 10 % | 00 % | | 20 %CR | |
| GEN LIAB Manual Rated | 15.0 | 672 | | | | | |
| AUTO-LIABILITY | 15.0 | 213 | | | | | |
| TX VOL FIRE DEPT ASSMT | | 1.27 | | | | | |

**TOTAL PREMIUM**               **51,930.27**

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|---|---|---|---|
| GENERAL LIABILITY | ANNUALLY | AUTOMOBILE | ANNUALLY |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

CEI 06/21/05

FPS - 1



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE              ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| REAL PROP--GP1/GP2 | 15.00 | 10,710 | 9,103.50 |
| REAL PROP--ALL OTHER | 15.00 | 810 | 688.50 |
| PERS PROP--GP1/GP2 | 15.00 | 12,088 | 10,274.80 |
| PERS PROP--ALL OTHER | 15.00 | 1,829 | 1,554.65 |
| TIME ELEMENT-GP1/GP2 | 15.00 | 7,200 | 6,120.00 |
| TIME ELEMENT-ALL OTHER | 15.00 | 675 | 573.75 |
| PROPERTY Manual Rated | 15.00 | 1,418 | 1,205.30 |
| EQUIPMENT BREAKDOWN | 15.00 | 9,046 | 7,689.10 |
| GENERAL LIABILITY | 15.00 | 7,268 | 6,177.80 |
| GEN LIAB Manual Rated | 15.00 | 672 | 571.20 |
| AUTO-LIABILITY | 15.00 | 213 | 181.05 |
| TX VOL FIRE DEPT ASSMT | | 1.27 | 1.27 |
| **TOTAL PREMIUM** | | **51,930.27** | **44,140.92** |

THIS INFORMATION IS AN ESTIMATE ONLY                         GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE              ID   83709

---

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Quote **86-56660-02** Pol Sub Code
Under Grp S Under Id **2689**
Risk Id **J04** Member
Branch SEATTLE

SIC Code **2026**    U/W PROG.

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION D01** | | | | | |
| TIME ELEMENT-GP1 | 10 % | | | 20 %CR | |
| TIME ELEMENT-GP2 | 10 % | | | 20 %CR | |
| TIME ELEMENT-ALL OTHER | 10 % | | | 20 %CR | |
| | 10 % | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| **LOCATION 001** | | | | | |
| PERS PROP--GP1 | 10 % | | | 20 %CR | |
| PERS PROP--GP2 | 10 % | | | 20 %CR | |
| PERS PROP--ALL OTHER | 10 % | | | 20 %CR | |
| REAL PROP--GP1 | 10 % | | | 20 %CR | |
| REAL PROP--GP2 | 10 % | | | 20 %CR | |
| REAL PROP--ALL OTHER | 10 % | | | 20 %CR | |
| TIME ELEMENT-GP1 | 10 % | | | 20 %CR | |
| TIME ELEMENT-GP2 | 10 % | | | 20 %CR | |
| TIME ELEMENT-ALL OTHER | 10 % | | | 20 %CR | |
| PROPERTY Manual Rated | | | | | |

---

**LOCATION 002**

MOD - 1

CIZXPMOD 4-94



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100** AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE                ID   83709

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Quote **86-56660-02** Pol Sub Code
Under Grp S Under Id **2689**
Risk Id **J04** Member
Branch **SEATTLE**

SIC Code **2026**     U/W PROG.

|                        | FLAT  | SIZE | MULTI LOC | SCHED   | EXPENSE SAVINGS |
|------------------------|-------|------|-----------|---------|-----------------|
| **LOCATION 002 (continued)** |       |      |           |         |                 |
| PERS PROP--GP1         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--GP2         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--ALL OTHER   | 10 %  |      |           | 20 %CR  |                 |

**For Manually Rated Premium Modifiers and Adjustment Frequency, see Worksheets.**

CIZXPMOD 4-94

MOD - 2

CIZXCGC0H 10-07



Fireman's
Fund

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL   (07)**

Named Insured                                          Sequential Endorsement Number **002**
**AURORA DAIRY DAIRY**

PORTFOLIO CHANGE ENDORSEMENT
Effective 06/30/05, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| | | |
|---|---|---|
| **PREMIUM SUMMARY:** | **ADDITIONAL PREMIUM DUE NOW** | **$8,180.00** |
| **Terrorism Risk Insurance Act-Certified Acts Coverage -** | | |
| **All Coverages excl WC - Not Covered** | | **$0.00** |

The Premium shown includes Adjustable Premium(s).  Refer to Premium Adjustment
Information attached.

---

**The following Locations are added to the "Location of Premises" described in
The General Declarations:**
  Loc.
003    5120 RACE STREET
        DENVER             CO  80216-2244     DENVER          (COUNTY)

---

**BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
IS AMENDED TO APPLY TO THE FOLLOWING ADDITIONAL LOCATIONS:**

| LOC | COVERAGE ITEMS | LIMITS OF LIABILITY | DEDUCTIBLE |
|---|---|---|---|
| 003 | A,B,C | $315,000 | $2,500 |

**BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
COVERAGES AT THE FOLLOWING SPECIFICALLY IDENTIFIED LOCATIONS ARE AMENDED
AS FOLLOWS, BUT SOLELY WITH RESPECT TO THOSE LOCATIONS SHOWN:**

| LOC | COVERAGE ITEMS | LIMITS OF LIABILITY | DEDUCTIBLE |
|---|---|---|---|
| 001 | A,B,C | $12,295,000 | $2,500 |

**BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
REPLACEMENT COST IS AMENDED TO APPLY AS FOLLOWS:**
    APPLIES AT LOCATIONS 001 002 003

---

Countersignature of Authorized Agent: _____  Date 11/21/05
Producer PREMIER INSURANCE
      7231 WEST FRANKLIN ROAD
      BOISE             ID 83709

CHANGE ENDORSEMENT CONTINUED ON PAGE   2

POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

**THE FOLLOWING OTHER PROPERTY ENDORSEMENTS ARE ADDED TO THE POLICY:**

**002          BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM**

THE ADDITIONAL LIMIT OF $795,000 AT THE MAIN LOCATION APPLIES TO TANKERS USED FOR STORAGE OF MILK AND MILK PRODUCTS ONLY.

---

CHANGE ENDORSEMENT CONTINUED ON PAGE    3



POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

RATING PERIOD 05-01-05 TO 05-01-06

### GENERAL LIABILITY SCHEDULE

**Premise 01**
Location 001     6820 HIGHWAY 66
                 PLATTEVILLE            CO   80651        WELD              (CNTY)

Location 003     5120 RACE STREET
                 DENVER                 CO   80216-2244 DENVER             (CNTY)
**Premise 02**
Location 002     1401 WALNUT STREET, STE 500
                 BOULDER                CO   80302                         (CNTY)

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations<br>MILK PROCESSING | GROSS SALES | 27,000,000 | .0586 |
| Products/Completed Operations<br>MILK PROCESSING | GROSS SALES | 27,000,000 | .1991 |
| **Premise 02** | | | |
| Premises/Operations<br>BLDG/PREM BANK/OFC EMPLOYEE OCC-FP | AREA | 2,000 | 54.9099 |
| Products/Completed Operations are Subject<br>to the General Aggregate Limit | | | |
| MULTICOVER | | | 200 |

CHANGE ENDORSEMENT CONTINUED ON PAGE   4

Page    3

POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

**INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS ADDED TO THE POLICY AS FOLLOWS:**

**CONTRACTORS' EQUIPMENT FORM**
**BROAD FORM**

AGGREGATE LIMIT OF LIABILITY $  986,227          COINSURANCE   90%
DEDUCTIBLE $     1,000          EMPLOYEES TOOLS DEDUCTIBLE

    THE AMOUNT OF ANY LOSS OF OR TO ANY ITEM INSURED SHALL BE DETERMINED
    AS SET FORTH IN CONDITION 6. VALUATION AND SHALL BE ON AN ACTUAL CASH
    VALUE BASIS UNLESS REPLACEMENT COST IS INDICATED ON THE DECLARATIONS

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|------|-------------|---------------------|-------------------|
| 001 | THIRTY-ONE(31) TANKER TRAILERS @ $25,000 EACH | $  775,000 | $ 1,000 |
| 002 | ONE(1) TANKER TRAILER | $   32,000 | $ 1,000 |
| 003 | ONE(1) TANKER TRAILER | $   15,000 | $ 1,000 |
| 004 | 2004 HYSTER MODEL W60Z FORKLIFT W/ASSESSORIES S#A231N02073B | $    6,989 | $ 1,000 |
| 005 | 2004 HYSTER MODEL W45Z FORKLIFT S#C215N01943B | $    4,818 | $ 1,000 |
| 006 | 2004 HYSTER MODEL W45Z FORKLIFT S#C215N01945B | $    4,818 | $ 1,000 |
| 007 | BATTERY TRANSFER CART | $    7,800 | $ 1,000 |
| 008 | 2004 HYSTER MODEL E40HSD FORKLIFT W/ASSESSORIES S#A219N02229B | $   42,054 | $ 1,000 |
| 009 | 2001 MANITOU MODEL MLT523T FORKLIFT S#192315 | $   55,748 | $ 1,000 |
| 010 | 2004 LANDOLL BENDI MODEL B40/48E FORKLIFT S#B40/48-704A03227 | $   42,000 | $ 1,000 |

**LOSS PAYEES**

| ITEM | LOSS PAYEE NAME AND ADDRESS FOR DESIGNATED ITEMS ABOVE | | |
|------|------|------|------|
| 004 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |
| 005 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |
| 006 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |
| 007 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |
| 008 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |
| 009 | NMHG | | |
| | P. O. BOX 10496 | CEDAR RAPIDS | IA 52410 |

CHANGE ENDORSEMENT CONTINUED ON PAGE   5



POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

```
ITEM    LOSS PAYEE NAME AND ADDRESS FOR DESIGNATED ITEMS ABOVE
010  NMHG
     P. O. BOX 10496          CEDAR RAPIDS          IA 52410
```

THE FOLLOWING CHANGES APPLY TO ITEM TWO OF THE BUSINESS AUTO POLICY
DECLARATIONS:

**PHYSICAL DAMAGE COVERAGE IS ADDED TO THE POLICY AS FOLLOWS:**

```
ITEM TWO        SCHEDULE OF COVERAGES AND COVERED AUTOS
                (SEE SUPPLEMENTARY STATE ENDORSEMENTS WHERE APPLICABLE)
```

PHYSICAL DAMAGE COVERAGE AT ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER
IS LESS, MINUS DEDUCTIBLE SHOWN BELOW UNLESS OTHERWISE SHOWN IN ITEM THREE,
SCHEDULE OF COVERED AUTOS YOU OWN:

```
    COVERAGES      DEDUCTIBLES      SYMBOLS - COVERED AUTOS DESCRIPTION
                                    (SEE SECTION 1, PARAGRAPH A AND B)

SPECIFIED        $   0**       7.  SPECIFICALLY DESCRIBED AUTOS
CAUSES OF LOSS
     ** APPLIES TO LOSS CAUSED BY MISCHIEF OR VANDALISM

COLLISION        $1000         7.  SPECIFICALLY DESCRIBED AUTOS
```

**THE SYMBOLS - COVERED AUTO DESCRIPTION ARE AMENDED TO APPLY AS FOLLOWS,
BUT SOLELY WITH RESPECT TO THE COVERAGES SHOWN:**

```
        COVERAGES                SYMBOLS - COVERED AUTO DESCRIPTION
                                 (SEE SECTION I, PARAGRAPH A AND B)

LIABILITY COVERAGE           1.    ANY AUTO
```

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. SEE SEPARATE SCHEDULE ATTACHED.

CHANGE ENDORSEMENT CONTINUED ON PAGE    6

POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

**THE FOLLOWING BUSINESS AUTO POLICY SUPPLEMENTARY STATE ENDORSEMENTS ARE ADDED
TO THE POLICY WITH RESPECT TO THE STATES SHOWN:**

  **COLORADO**

  COLORADO AND MARYLAND CHANGES - COLLISION COVERAGE IN MEXICO (CA 01 06 03 94)

ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE

CA2001     LESSOR - ADDITIONAL INSURED AND LOSS PAYEE (CA 20 01 10 01)

SCHEDULE

ADDITIONAL INSURED (LESSOR) ADDRESS
HAUG SPECIALTY SERVICE INC.
5333 EAST 58TH AVENUE
COMMERCE CITY, CO 80022
DESIGNATION OR DESCRIPTION OF LEASED AUTOS
RE: 1984 UTILITY TRAILER, S#1UYVS2513FU233421
   1990 GREAT DANE TRAILER, S#1GRAA90286B024102

| COVERAGES | LIMIT OF LIABILITY |
|---|---|
| LIABILITY | $ 1,000,000 EACH ACCIDENT |
| PERSONAL INJURY PROTECTION (OR EQUIVALENT NO-FAULT COVERAGE) | $ |
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR WHICH-EVER IS LESS; MINUS: $    FOR EACH COVERED LEASED AUTO |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR WHICH-EVER IS LESS; MINUS: $ 1,000  FOR EACH COVERED LEASED AUTO |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR WHICH-EVER IS LESS; MINUS: $  0   FOR EACH COVERED LEASED AUTO |

CHANGE ENDORSEMENT CONTINUED ON PAGE  7



POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **002** (continued)

**Forms Added at the Inception of this Change Endorsement**

INLAND MARINE

   135154 01-83 REV        140559 12-86 REV
   140866 02-86 REV

AUTOMOBILE

   CA0106 03-94         CA2001 10-01

END OF CHANGE ENDORSEMENT

POLICY NUMBER   **S 86 MXX 80843533**

Named Insured
**AURORA DAIRY DAIRY**                    Rating Period **05-01-05** to **05-01-06**

**SCHEDULE OF COVERED AUTOS YOU OWN, PER SEQUENTIAL ENDORSEMENT NUMBER 002**

The insurance afforded hereunder is only with respect to such and so many of the following coverages for each auto no. as are indicated by 'X'. The limit of the company's liability against Bodily Injury and Property Damage Liability (LIAB), Medical Payments (MED), Uninsured Motorist (UM), Underinsured Motorists (UIM), Personal Injury Protection (PIP), Property Protection Insurance (PPI), and Towing (TOW) coverages shall be as stated on the declarations page subject to all the terms of the policy having reference thereto. The limit of the company's liability against Comprehensive (COMP), Fire (F), Theft (T), Specified Causes of Loss (SCL), Limited Specified Causes of Loss (LSCL), and Collision (COLL) coverages shall be as stated herein subject to all the terms of the policy having reference thereto.  As used herein 'ACV' means Actual Cash Value, 'DED' means Deductible and 'OTC' means Automobile Physical Damage Other Than Collision.  The collision limit of liability is actual cash value less the deductible amount shown.

| AUTO NO. | YR | VEHICLE DESCRIPTION AND GARAGE LOCATION | VEHICLE ID NO. | OTC COV | OTC LIMIT | OTC DED | COLL DED |
|---|---|---|---|---|---|---|---|
| 0001 | 84 | UTILITY TRAILER | 1UYVS2513F7233421 | SCL | ACV | | $ 1,000 |
| | | PLATTEVILLE | CO 80651 | | | | |
| 0002 | 90 | GREAT DANE TRAILER | 1GRAA9028LB024102 | SCL | ACV | | $ 1,000 |
| | | PLATTEVILLE | CO 80651 | | | | |

| AUTO NO. | COVERAGES AFFORDED (INDICATED BY 'X' IN COVERAGE COLUMN) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LIAB | MED | UM | UIM | PIP | PPI | OTC | COLL | TOW |
| 0001 | X | | | | | | X | X | |
| 0002 | X | | | | | | X | X | |

# Contractor's Equipment Form - 135154 01 83

Commercial Inland Marine Coverage Form

### 1. Property Insured

This policy insures Contractors' Equipment and machinery, including spare and repair parts and accessories as specified in the Declarations the property of the Insured or the property of others held by the Insured and for which the Insured is liable.

### 2. Property Excluded

This policy does not insure:

a. any property while leased, loaned or rented to others, or while in the possession of others under an agreement of sale;

b. property while waterborne (except during ferry operations);

c. aircraft; watercraft (including motors, equipment and accessories); automobiles, motor trucks, trailers, semi-trailers, motorcycles, motor scooters, or any other vehicles designed primarily for highway use;

d. plans, blueprints, specifications, designs, records or any similar property.

### 3. Perils Insured

(Broad Form or Specified Perils Form, as specified in the Declarations)

a. Broad Form

This policy insures against all risks of direct physical loss of or damage to the insured property from any external cause, except as otherwise provided.

b. Specified Perils Form

This policy insures against Loss caused by:

(1) Fire, lightning, smoke;

(2) Explosion, excepting Loss to steam boilers, of the insured property caused by or resulting from explosion, rupture, or bursting of such boilers;

(3) Aircraft or objects falling therefrom;

(4) Cyclone, tornado, windstorm, hail;

(5) Strike, riot and civil commotion;

(6) Vandalism or malicious mischief;

(7) Collision, derailment, upset or overturning of land conveyances on which the insured property is being transported.

(8) Theft.

### 4. Perils Excluded

This supplement policy does not insure against loss caused by or resulting from:

under **Broad Form** or **Specified Perils Form,**

a. wear and tear, inherent vice, gradual deterioration, latent defects, insects, vermin, dampness or dryness of atmosphere, rust, corrosion, freezing, or other extremes of temperature, mechanical or electrical breakdown or failure, unless Loss by a peril not otherwise excluded ensues and then the Company shall be liable only for such ensuing Loss;

b. delay, loss of market, loss of use, or interruption of business;

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

c.  infidelity, dishonesty, or any other criminal act of the Insured or any person or persons in the employ of the Insured whether or not such act or acts occurred during the regular hours of employment or service, or others to whom the insured property may be entrusted (carriers for hire excepted);

d.  the weight of a load exceeding the applicable load rating of the equipment according to the load rating chart published by the manufacturer of the equipment; and,

e.  Unexplained loss, mysterious disappearance, or shortage disclosed upon taking inventory;

f.  flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas from: (1) the overflow of inland or tidal waters; (2) the rapid accumulation of runoff of surface waters from any source; or, (3) mudslides which are caused or precipitated by accumulation of water on or under the ground, unless fire or explosion ensues, and then only for the Loss caused by, or resulting from, such fire or explosion, provided the perils of fire or explosion are not excluded elsewhere in this policy. This exclusion shall not apply to insured property in due course of transit.

## 5. Limit of Liability

The Company's limit of liability for any one Loss shall not exceed:

a.  as respects each item in the schedule in the declarations of this policy the Limit of Liability specified in that schedule applicable to that item;

b.  in the aggregate for all schedule items, the Limit of Liability specified in the Declarations.

## 6. Valuation

The following provisions shall apply to each item insured as specified in the Declarations;

a.  Actual Cash Value

The Company shall not be liable beyond the actual cash value of the property insured at the time any Loss occurs. The Loss shall be

ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality at the place of and immediately preceding the time of such Loss.

b.  Replacement Cost

The Company shall not be liable beyond the retail replacement cost of the property insured at the time any Loss occurs. The Loss shall be ascertained or estimated on the basis of the retail replacement cost of the insured property or property similar in function to that insured, at the place of and immediately preceding the time of such Loss.

## 7. Deductible

All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations shall be deducted.

## 8. Coinsurance

Except as otherwise provided, only one of the following provisions shall apply depending upon the **Valuation** basis specified above:

a.  Actual Cash Value

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual cash value of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

b.  Replacement Cost

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual retail replacement cost of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

9.  **Extensions of Coverage**

a.  Additionally Purchased Property

This policy is extended to cover equipment which has been purchased after the effective date and during the term of this policy provided: 1. the Insured shall report such purchases to the Company within forty-five (45) days from the date of purchase; and, 2. the Insured shall pay premium on such purchases from the date purchases computed pro-rata based on the current policy rate.

It is agreed that this policy shall cease to cover any such additional item(s) not reported to the Company within the forty-five (45) day period.

The Company shall not be liable under the provisions of this clause for more than the replacement cost value of such property if this coverage is written solely on a replacement cost basis, or for the actual cash value of such property if coverage is written on an actual cash value basis or on a combination of actual cash value and replacement cost.

In no event will the Company pay for more than 25% of the Limit of Liability specified in the Declarations or $250,000, whichever is the lesser. The Coinsurance clause does not apply to this extension of coverage.

b.  Debris Removal

In the event of Loss insured by this policy, coverage shall extend to include expenses incurred in the removal of debris of the damaged property insured hereunder. The liability of the Company as respects such expenses shall not exceed the difference between the amount of Loss otherwise covered by this policy, and the applicable Limit of Liability, plus the lesser of (1) 10% of the applicable Limit of Liability of the items involved, or (2) $100,000.

In no event shall this policy cover against expenses occasioned by the enforcement of any state or municipal law or ordinance unless such liability is specifically assumed elsewhere in this policy.

c.  Partial Loss, Waiver of Depreciation

If, under the Valuation Basis specified above, Actual Cash Value is stipulated, no deduction for depreciation shall be taken on the adjustment of any partial Loss that does not exceed 20% of the actual cash value of the scheduled item involved. If two or more items are involved in the same occurrence, this condition shall apply to each item separately.

d.  Employee's Tools

This policy is extended to cover tools and work clothing of employees for which the Insured may be liable while such tools and work clothing are located at job sites or while in transit to or from job sites in vehicles of the Insured. The Company shall not be liable for more than $5,000 in any one Loss, involving property of a number of employees, nor for more than $500 with respect to property of any one employee. Each such Loss shall be adjusted separately and from the amount of each such adjusted Loss the deductible amount specified in the Declarations shall be deducted. The Coinsurance clause does not apply to this extension of coverage.

e.  Expendable Supplies

This policy is extended to cover fuel, oil, grease and similar expendable supplies usual to the Insured's operations. The Company shall not be liable for more than $1,000 in any one Loss, unless such items are specifically covered in the schedule attached to this policy. The Coinsurance clause does not apply to this Extension of coverage.

10.  **Recovery - Salvage**

In the event of any recovery and/or salvage resulting from a Loss covered hereunder, such recovery and/or salvage shall be paid first to the Company up to the full amount of the covered Loss, and thereafter to the Insured.

11.  **Reinstatement of Loss Amount**

The amount of insurance and the applicable Limit of Liability shall not be reduced by the payment of any claim. In the event of payment of claim for total Loss of an item or items specifically scheduled hereon, the unearned premium will be refunded to the Insured or applied to the premium

due on item(s) replacing those on which the claim was paid.

12. **Assignment**

Assignment of interest under this policy shall not bind the Company until its consent is endorsed hereon. If, however, the Insured shall die, or shall be adjudged bankrupt or insolvent and written notice is given to the Company within sixty (60) days after the date of such death or adjudication, this policy shall cover the Insured's legal representatives as insured; provided that notice of cancellation addressed to the Insured named in this policy and mailed to the address shown in this policy shall be sufficient notice to effect cancellation of this policy.

13. **Definition of Loss**

Wherever the term Loss shall appear in this policy it shall include damage caused by or resulting from physical loss, disaster or casualty to insured property from any external cause.

# Conditions - 140559 12 86
Commercial Inland Marine Coverage Form

## A.  General Conditions

1. **Your name and address** as the Named Insured shall be as specified in the General Declarations.

2. The Policy Period

   This policy applies only to loss or damage that occurs during the policy period shown in the General Declarations. The policy period begins and ends at 12:01 a.m., Standard Time, at your address shown in the General Declarations. But if this policy replaces a policy which expires at noon Standard Time on the effective date of this policy, then this policy will not be effective until the policy being replaced expires. In those states which require policy periods to begin and end at noon Standard Time, this policy will begin and end at noon Standard Time.

3. **The Declarations** shows you which coverages you have purchased and the limits of insurance that apply. You have only those coverages and amounts of insurance. If this coverage applies only at specified locations, they are shown in the Declarations.

   By accepting this policy, you agree that:

   a.  the statements in the Declarations are your agreements and representations;

   b.  that this policy is issued in reliance on the truth of such representations.

4. Territorial Limits

   Unless a coverage form attached to this policy indicates otherwise, this policy covers only within the 48 contiguous states of the United States, the District of Columbia and within the states of Alaska and Hawaii.

5. Concealment or Fraud

   This policy is void if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

6. Abandonment

   You may not abandon any covered property to us without our written consent.

7. Civil Authority

   We will pay you for your covered property, if covered for the peril of fire, if an order by a civil authority causes your property to be damaged or destroyed during a conflagration in order to retard such disaster.

8. Suit

   You agree not to sue us or involve us in another action proceeding after 2 years have past since you discovered the occurrence giving rise to such action. If the state law applicable to this coverage requires a different time period within which suit may be brought, this provision is amended to conform to such law.

## B.  Loss Adjustment Provisions

1. Your Duties After Loss

   If a loss occurs which this policy may cover, you must see that the following duties are performed:

---

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

140559 12-86R

Page 1 of 4

a.   Notice of Loss

You must tell us in writing as soon as practical after loss or damage has occurred to your covered property, or after any occurrence that may develop into a claim. You must also file with us or our agent, a detailed sworn proof of loss within ninety (90) days following the occurrence.

b.   Protect Property

You shall do what is reasonably necessary to minimize the loss or damage and to protect the covered property from any further loss or damage. Any expense in doing this shall be shared by you and us according to your and our interests. If you move the covered property to a safe place, that property will continue to be covered and we will reimburse you for the reasonable expenses for doing so. You must tell us as soon as practical that you have done this.

2.   Examination Under Oath

Before recovering from us for any loss, you shall, if we request:

a.   Permit us to inspect and appraise the damaged property before it is repaired or disposed of;

b.   be examined under oath;

c.   produce others for examination under oath; and,

d.   comply with any other reasonable request we make.

These requests are for the purpose of examining the loss. They shall not mean that we admit liability for any loss or damage.

3.   Valuation

If a loss occurs, we will determine the value of the lost or damaged property at its actual cash value, with proper deduction for depreciation, as of the time of loss or damage. We will not pay you more than it would cost to repair or replace the covered property with material of like kind and quality. We will not pay you for any part of the loss or damage

that you have collected from any other source.

4.   Settlement of Loss

We will settle substantiated claims within 30 days of our receipt of your statement of loss. We will supply you with the necessary forms.

5.   No Benefit to Bailee

No person or organization, other than you, that has custody of the covered property, shall benefit from this insurance.

6.   Subrogation

If any person or organization to whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to aid us in any recovery and to protect our rights. If that person or organization does anything to impair our rights after a loss, we will not have to pay the loss.

7.   Loss Clause

If you have a loss other than a total loss, we will not reduce the amount of your coverage. However, if you have a total loss, the amount of your coverage shall be reduced by the amount of the item that was lost or destroyed. We will return to you the unearned premium from the date of loss to the end of the current policy period or rating period for which the premium was charged, whichever comes first. You may also request us to apply that unearned premium to the premium due on any item(s) replacing that which was lost or destroyed and for which we have paid a claim.

8.   Pair, Set or Parts

If you have a loss to your covered property that is part of a pair or set, we will pay you only for a reasonable and fair proportion of the total value of the pair or set. We will not pay on the basis of a loss to the entire pair or set.

If you have a loss to covered property that is a piece or pieces which belong to something that when complete consists of several parts, we will pay only for the part(s) that are lost or damaged.

9.   Appraisal

If you and we fail to agree on the amount of loss, either one can ask that the amount of loss be established by appraisal. To start the appraisal process either you or we must make the request in writing to the other. Each must then choose a competent, independent appraiser and give the name and address of that appraiser to the other. This must be done within 30 days after the written request for appraisal is received.

The two appraisers must then choose a competent and impartial umpire. If they do not agree on an umpire within 15 days, either you or we may have an umpire selected by a court located in the same state as the covered property. The appraisers will then set the amount of the loss. A copy of their report will be given to you and to us. The amount they agree upon will be the amount of loss.

If the appraisers fail to agree within a reasonable period of time, they will give the umpire a statement of their differences. A written agreement signed by any two of the three will set the amount of the loss. You will pay your appraiser and we will pay ours. The umpire's fee and other appraisal expenses will be shared equally by you and us.

If we submit to an appraisal, we will still retain our right to deny the claim.

10.   Labeled Goods

If covered property bearing labels, packaging or wrappers is lost or damaged, we will pay you an amount sufficient to replace those labels, packaging or wrappers.

11.   Other Insurance

The coverage provided by this policy shall apply only as excess insurance over any other valid and collectible insurance or coverage that applies to the covered property.

12.   Impairment of Recovery Rights

If you do anything after a loss that impairs or precludes your right to recover from any other party who may be liable for the loss or damage, we will not pay you. We may also refuse to pay if you make any settlement or

agreement on a loss without our written consent.

13.   Recovery

If we recover any part of a loss from another party, after we deduct the expenses of making the recovery we will share the recovery with you. Your share will be the proportion that your share of the loss bears to the total amount of the loss.

14.   Loss Payee

If a loss payee is named in the Declarations, we will pay you and the loss payee, as the interest of each may appear.

C.   **Additional Losses We Do Not Cover**

In addition to Causes of Loss We Do Not Cover under this policy, the Governmental Action and Nuclear Hazard Exclusions that follow will apply to coverage under this policy regardless of other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses may appear in this policy. If however, the other clauses, if any, specifically assume these risks, then such other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses shall apply and the following clauses will not apply.

1.   Government Action.

We do not cover loss or damage caused by or resulting from seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire is covered under this policy.

2.   Nuclear Hazard

We do not cover loss or damage caused by any weapon employing atomic fission or fusion or nuclear reaction or radiation, or radioactive contamination, however caused. But we will pay for direct loss or damage caused by resulting fire if the fire is covered under this policy.

3.   War and Military Action

We do not cover loss or damage caused by or resulting from:

003905A     CIZ   05   EFCG.P152.A22J701     COPYF     * 9 2228 0 000000 2 0 22J *

a.   War, including undeclared or civil war;

b.   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or,

c.   Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

4.   Illegal Transport or Trade

We do not cover loss or damage caused by or resulting from illegal transportation or trade.

## D.  Definitions

Throughout this policy the terms **you** and **your** mean the person or organization shown in the General Declarations or coverage Declarations as the Named Insured. **You** and **your** includes partners acting as such when the Named Insured is a partnership and executive officers, directors and stockholders acting as such when the Named Insured is a corporation. **We, us** and **our** mean the Company issuing this policy. The term **policy** means this Property Floater and the coverage forms and endorsements attached to it.

## E.  Special State Provisions

**KANSAS.  Suit.**  If this policy is issued in the State of Kansas, the words **five (5) years** are substituted for the words **twelve (12) months** in Condition A.8.

**TEXAS.  Notice of Loss and Suit.**  If this supplemental policy is issued in the State of Texas, the words **ninety-one (91)** are substituted for the word **ninety (90)** in Condition B.1.a. and the words **two (2) years and one (1) day** are substituted for the words **twelve (12) months** in Condition A.8.

**In Witness Whereof,** the Company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

# Debris and Pollutant Removal Policy Amendment - 140866 02 86
Policy Amendment

Your policy is amended as follows:

1.  The following Extension of Coverage is added. If your policy does not provide coverage for debris removal, this Extension of Coverage adds debris removal coverage. If your policy does provide debris removal coverage, any other debris removal coverage provided by your policy is deleted and replaced by this Extension of Coverage.

    **Debris Removal.** We will pay your reasonable cost to remove the debris of insured property caused by or resulting from an insured peril which occurs during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or the end of the policy period, whichever comes first, you:

    (1)  discover the loss, and

    (2)  report the cost to us in writing.

    We will pay up to 25% of the sum of:

    (1)  the direct physical loss otherwise payable under the policy, and

    (2)  the deductible.

    Payments under this Debris Removal coverage will not increase the Limit of Liability applicable to the insured property.

    **Debris Removal Additional Limit.** If your cost for debris removal exceeds the amount we pay under the Limit of Liability applicable to the insured property, we will pay up to the lesser of:

    (1)  10% of the applicable Limit of Liability; or

    (2)  $100,000

    as an Additional Limit of Liability for debris removal.

We will not pay:

(1)  the cost to extract **POLLUTANTS** from land or water (except as provided under **Pollutant Removal** below);

(2)  the cost to repair, replace or restore property damaged or destroyed by debris removal;

(3)  the cost to remove debris from any location used for handling, treatment, storage or disposal of waste unless the policy is extended to cover property at that specifically identified location.

2.  The following Extension of Coverage is added:

    **Pollutant Removal.** We will pay your reasonable cost to extract **POLLUTANTS** from land or water. The release, discharge or dispersal of the **POLLUTANTS** must result from an insured loss and must occur during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

    (1)  discover the loss, and

    (2)  report the cost to us in writing.

    The most we will pay in any one loss is the lesser of:

    (1)  10% of the applicable Limit of Liability; or

    (2)  $10,000

    Under this Extension of Coverage, the most we will pay for all claims for loss which occurs at any one location during the policy period is $10,000.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

140866 2-86R



If this policy is written for a term of more than one year, we will apply this limit separately to each consecutive year of the policy period.

We will not pay:

(1) the cost to repair, replace or restore property damaged or destroyed by extraction of **POLLUTANTS**;

(2) the cost to extract **POLLUTANTS** from land or water:

  (a) at any location used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

  (b) at any location if the **POLLUTANTS** are released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

  (c) at any location if the **POLLUTANTS** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

The Coinsurance provision, if any, in this policy does not apply to this Extension of Coverage.

3. The following exclusions are added:

**Ordinance or Law.**

We do not cover loss or damage caused by or resulting from the enforcement of any ordinance or law:

(1) regulating the use or repair of any property; or

(2) requiring the tearing down or removal of any property,

including the cost of removing its debris.

**Pollutants.**

We do not cover loss or damage caused by or resulting from the release, discharge or dispersal of **POLLUTANTS** unless the release, discharge or dispersal is caused by one of the perils listed below applying to the insured property. But we do cover loss caused by any of the following perils which results from the release, discharge or dispersal of **POLLUTANTS**.

Perils:  Fire or Lightning;
Explosion;
Aircraft or Vehicles;
Windstorm or Hail;
Riot or Civil Commotion;
Leakage from Fire Extinguishing Equipment;
Volcanic Action;
Vandalism or Malicious Mischief;
Collision, upset or overturn of a transporting vehicle.

4. For the purpose of this Endorsement, **POLLUTANTS** means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.



# Colorado and Maryland Changes - Collision Coverage in Mexico
## CA 01 06 03 94

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form
Motor Carrier Coverage Form - Truckers' Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers' Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

PHYSICAL DAMAGE COVERAGE for a covered **auto** licensed or principally garaged in Colorado or Maryland is changed as follows:

Coverage for a **loss** caused by collision or overturn of a covered **auto** you own applies while the **auto** is in Mexico. However:

A.  The **loss** will be paid for in the United States.

B.  The most we will pay for **loss** is the lesser of the following amounts:

1.  The cost of repairing the **auto** or replacing its parts in Mexico, or

2.  The cost of repair or replacement at the nearest point in the United States where repair or replacement could be made.

**Warning**

This endorsement does NOT provide liability insurance when a covered **auto** is in Mexico. To avoid penalties under Mexico's laws, you should buy liability insurance from a company licensed in Mexico to sell it.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA0106 3-94

# Lessor - Additional Insured and Loss Payee - CA 20 01 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Truckers Coverage Form

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

Insured: **AURORA DAIRY DAIRY**                    Policy Number: **S 86 MXX 80843533**

Producer: **PREMIER INSURANCE**                    Effective Date: **06-30-05**

---

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

**Schedule**

**Insurance Company**

| **Policy Number** | **Effective Date** | **Expiration Date** |
|---|---|---|

**Named Insured Address**

**Additional Insured (Lessor) Address**

**Designation or Description of Leased Autos**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____                    _____
Secretary                                President

| Coverages | Limit of Insurance | |
|---|---|---|
| Liability | $ | Each Accident |
| Personal Injury Protection (or equivalent no-fault coverage) | $ | |
| Comprehensive | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ | For Each Covered Leased Auto |
| Collision | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ | For Each Covered Leased Auto |
| Specified Causes of Loss | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ | For Each Covered Leased Auto |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. Coverage

1. Any **leased auto** designated or described in the Schedule will be considered a covered **auto** you own and not a covered **auto** you hire or borrow. For a covered **auto** that is a **leased auto Who Is an Insured** is changed to include as an **insured** the lessor named in the Schedule.

2. The coverages provided under this endorsement apply to any **leased auto** described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the **leased auto**, whichever occurs first.

B. Loss Payable Clause

1. We will pay, as interest may appear, you and the lessor named in this endorsement for **loss** to a **leased auto**.

2. The insurance covers the interest of the lessor unless the **loss** results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

C. Cancellation

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

D. The lessor is not liable for payment of your premiums.

E. Additional Definition

As used in this endorsement:

**Leased auto** means an **auto** leased or rented to you, including any substitute, replacement or extra **auto** needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

Countersigned by _____

(Authorized Representative)



Fireman's
Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE            ID 83709

| | |
|---|---|
| Policy Period **05-01-05** to **05-01-06** | Quote 86-56660-02 Pol Sub Code |
| | Under Grp S Under ID 2689 |
| Rating Period **05-01-05** to **05-01-06** | Risk ID J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **002/   )** | |
| Effective Date **06-30-05** | SIC Code 2026    U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| PERS PROP--GR1/GR2 | 15.0 | 1,191 AP | | | | | |
| PERS PROP--ALL OTHER | 15.0 | 191 AP | | | | | |
| LARGE PROPERTY EQ | 0.0ⓐ | | | | | | |
| LARGE PROPERTY EQSL | 0.0ⓐ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ⓐ | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 216 AP | | | | | |
| IM-NON-FILED COVERS | 15.0# | 6,184 AP | | | | | 0% |
| AUTO LIABILITY | 15.0 | 184 AP | | | 0% DB | | 0% |
| AUTO PHYSICAL DAMAGE | 15.0 | 214 AP | | | 0% DB | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **8,180.00 AP** | | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|---|---|---|---|
| GENERAL LIABILITY | ANNUALLY | AUTOMOBILE | ANNUALLY |

ⓐ Please refer to originating endorsment for correct commission percentage.

CEI 11/21/05

# Indicates New Value Effective 06/30/05



Fireman's Fund

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE            ID 83709

Policy Period **05-01-05** to **05-01-06**          Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **002/**    **)**
     Effective Date **06-30-05**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| PERS PROP--GR1/GR2 | 15.0 | 1,191 AP | 1,012.35 AP |
| PERS PROP--ALL OTHER | 15.0 | 191 AP | 162.35 AP |
| SUPERIOR PROTECTED RSK | 15.0@ | | .00 |
| PROPERTY Manual Rated | 15.0@ | | .00 |
| EQUIPMENT BREAKDOWN | 15.0 | 216 AP | 183.60 AP |
| IM-NON-FILED COVERS | 15.0# | 6,184 AP | 5,256.40 AP |
| AUTO LIABILITY | 15.0 | 184 AP | 156.40 AP |
| AUTO PHYSICAL DAMAGE | 15.0 | 214 AP | 181.90 AP |
| TOTAL PREMIUM DUE NOW | | 8,180.00 AP | 6,953.00 AP |

@ Please refer to originating endorsment for correct commission percentage.

# Indicates New Value Effective 06/30/05

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1





**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100** AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID   83709

---

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement No (AO/WC 002/   )
          EFFECTIVE DATE 06-30-05

Quote 86-56660-02 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026   U/W PROG.

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 001** | | | | | |
| PERS PROP--GP1 | 10 % | | | 20 %CR | |
| PERS PROP--GP2 | 10 % | | | 20 %CR | |
| PERS PROP--ALL OTHER | 10 % | | | 20 %CR | |
| PROPERTY Manual Rated | | | | | |

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 003** | | | | | |
| PERS PROP--GP1 | 10 % | | | 20 %CR | |
| PERS PROP--GP2 | 10 % | | | 20 %CR | |
| PERS PROP--ALL OTHER | 10 % | | | 20 %CR | |
| PROPERTY Manual Rated | | | | | |

* 9 2234 0 000000 2 0 22J *

COPYF

CIZ   05   EFCG.P152.A22J701

003914A

MOD - 1

CIZXPMOD 4-94

Cl2XCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL (07)**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **003**

PORTFOLIO CHANGE ENDORSEMENT
Effective 11/04/05, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW | $113.00 |
|---|---|---|
| Terrorism Risk Insurance Act-Certified Acts Coverage - | | |
| All Coverages excl WC - Not Covered | | $0.00 |

**THE FOLLOWING ITEMS OF THE INLAND MARINE CONTRACTORS' EQUIPMENT FORM
DECLARATIONS ARE AMENDED TO APPLY AS SHOWN:**

AGGREGATE LIMIT OF LIABILITY  $ 1,017,027          COINSURANCE    90%
DEDUCTIBLE $     1,000          EMPLOYEES TOOLS DEDUCTIBLE

**INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS AMENDED TO APPLY
TO THE FOLLOWING ADDITIONAL ITEMS:**

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| 011 | 1994 WABASH DRY VAN TRAILER ID#1JJV532USPL174297 | $  7,700 | $ 1,000 |
| 012 | 1994 WASBASH DRY VAN TRAILER ID#1JJV532USPLI174267 | $  7,700 | $ 1,000 |
| 013 | 1994 WABASH DRY VAN TRAILER ID#1JJV53WUSPLI174256 | $  7,700 | $ 1,000 |
| 014 | 1994 WABASH DRY VAN TRAILER ID#1JJV532USPLI174252 | $  7,700 | $ 1,000 |

**THE FOLLOWING INLAND MARINE CONTRACTORS' EQUIPMENT FORM LOSS PAYEES ARE
ADDED TO THE POLICY WITH RESPECT TO THE ITEMS SHOWN:**

LOSS PAYEES
ITEM     LOSS PAYEE NAME AND ADDRESS
011  LANDMARK VEHICLE FINANCE, LLC
     5600 GREENWOOD PLAZA BLVD. 350 GREENWOOD VILLAGE          CO 80111
012  LANDMARK VEHICLE FINANCE, LLC
     5600 GREENWOOD PLAZA BLVD.350  GREENWOOD VILLAGE          CO 80111
013  LANDMARK VEHICLE FINANCE, LLC
     5600 GREENWOOD PLAZA BLVD. 350 GREENWOOD VILLAGE          CO 80111
014  LANDMARK VEHICLE FINANCE, LLC
     5600 GREENWOOD PLAZA BLVD. 350 GREENWOOD VILLAGE          CO 80111

Countersignature of Authorized Agent: _____     Date 01/06/06
Producer PREMIER INSURANCE
          7231 WEST FRANKLIN ROAD
          BOISE                    ID 83709

**END OF CHANGE ENDORSEMENT**

Page    1



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID 83709

---

| Policy Period **05-01-05** to **05-01-06** | Quote 86-56660-02 Pol Sub Code |
| Rating Period **05-01-05** to **05-01-06** | Under Grp S Under ID **2689** |
| | Risk ID **J04** Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (**AO/WC 003/** ) | |
| Effective Date **11-04-05** | SIC Code **2026**    U/W PROG. |

---

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|----------|------|---------|------|------|-------|-------|-------|
| IM-NON-FILED COVERS | 15.0 | 113 AP | | | | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **113.00 AP** | | | | | |

---

CEI 01/06/06

Page   1

* 9 2236 1 000000 2 0 22/ *

COPYF

EFCG.P.152.A22J701

CIZ   05

00391GA



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **003/** )
          Effective Date **11-04-05**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| **IM-NON-FILED COVERS** | **15.0** | **113 AP** | **96.05 AP** |
| **TOTAL PREMIUM DUE NOW** | | **113.00 AP** | **96.05 AP** |

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA DAIRY DAIRY**                          Sequential Endorsement Number **004**

**PORTFOLIO CHANGE ENDORSEMENT**
Effective 11/05/05, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| | | |
|---|---|---|
| **PREMIUM SUMMARY:** | **RETURN PREMIUM DUE NOW** | **$2,879.00** |
| **Terrorism Risk Insurance Act-Certified Acts Coverage -** | | |
| **All Coverages excl WC - Not Covered** | | **$0.00** |

---

**The following Locations are amended as follows in the "Location of Premises"
described in the General Declarations:**

Loc.
003    8001 E. 88 AVENUE
       HENDERSON          CO 80640        ADAMS          (COUNTY)

---

**BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
COVERAGES AT THE FOLLOWING SPECIFICALLY IDENTIFIED LOCATIONS ARE AMENDED
AS FOLLOWS, BUT SOLELY WITH RESPECT TO THOSE LOCATIONS SHOWN:**

| LOC | COVERAGE ITEMS | LIMITS OF LIABILITY | DEDUCTIBLE | LOC | COVERAGE ITEMS | LIMITS OF LIABILITY | DEDUCTIBLE |
|---|---|---|---|---|---|---|---|
| 001 | A,B,C | $11,545,000 | $2,500 | 003 | A,B,C | $750,000 | $2,50 |

---

**THE FOLLOWING ITEMS OF THE INLAND MARINE CONTRACTORS' EQUIPMENT FORM
DECLARATIONS ARE AMENDED TO APPLY AS SHOWN:**

AGGREGATE LIMIT OF LIABILITY $    340,352         COINSURANCE    90%
DEDUCTIBLE $    1,000         EMPLOYEES TOOLS DEDUCTIBLE

---

**INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS AMENDED TO APPLY
TO THE FOLLOWING ADDITIONAL ITEMS:**

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| 015 | 1998 7000 GALLON WALKER TRAILER #TTT-32087 | $    33,000 | $ 1,000 |
| 016 | 1998 7000 GALLON WALKER TRAILER #TTT-32088 | $    30,325 | $ 1,000 |
| 017 | 1997 6000 GALLON WALKER TRAILER ID#1W9S4821XVN001607 | $    35,000 | $ 1,000 |
| 018 | 1998 6000 GALLON WALKER TRAILER | $    12,000 | $ 1,000 |

Countersignature of Authorized Agent: _____ Date 01/09/06
Producer PREMIER INSURANCE
        7231 WEST FRANKLIN ROAD
        BOISE              ID 83709

CHANGE ENDORSEMENT CONTINUED ON PAGE   2

Page   1

POLICY NUMBER **S 86 MXX 8084 35 33**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **004** (continued)


   ID#1W9P8202061027842
019  2005 HYSTER FORKLIFT S#A219N02494C                $    35,000  $ 1,000

**INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS AMENDED TO APPLY
AS FOLLOWS, BUT ONLY WITH RESPECT TO THOSE ITEMS SHOWN:**

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|------|-------------|---------------------|-------------------|
| 009 | 2004 MANITOU MODEL MLT523T FORKLIFT S#192315 | $  55,748 | $ 1,000 |

**WITH RESPECT TO INLAND MARINE CONTRACTORS' EQUIPMENT FORM, THE FOLLOWING
ITEMS ARE DELETED FROM THE POLICY:
ITEM: 001  002  003**

**THE FOLLOWING INLAND MARINE CONTRACTORS' EQUIPMENT FORM LOSS PAYEES ARE
ADDED TO THE POLICY WITH RESPECT TO THE ITEMS SHOWN:**

```
   LOSS PAYEES
   ITEM    LOSS PAYEE NAME AND ADDRESS
   015  MID-AMERICA CAPITAL SERVICES
        225 SOUTH MAIN              SIOUX CITY           SD 57104
   016  MID-AMERICA CAPITAL SERVICES
        225 SOUTH MAIN              SIOUX CITY           SD 57104
   017  MID-AMERICA CAPITAL SERVICES
        225 SOUTH MAIN              SIOUX CITY           SD 57104
   018  MID-AMERICA CAPITAL SERVICES
        225 SOUTH MAIN              SIOUX CITY           SD 57104
```

**END OF CHANGE ENDORSEMENT**



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID 83709

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **004/**  **)**
          Effective Date **11-05-05**

Quote 86-56660-02 Pol Sub Code
Under Grp S Under ID **2689**
Risk ID J04 Member
Branch SEATTLE

SIC Code **2026**     U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| PERS PROP--GR1/GR2 | 15.0 | 472 | RP | | | | |
| PERS PROP--ALL OTHER | 15.0 | 55 | AP | | | | |
| LARGE PROPERTY EQ | 0.0ā | | | | | | |
| LARGE PROPERTY EQSL | 0.0ā | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ā | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ā | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ā | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ā | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 0 | AP | | | | |
| IM-NON-FILED COVERS | 15.0 | 2,462 | RP | | | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **2,879.00** | **RP** | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

ā Please refer to originating endorsment for correct commission percentage.

CEI 01/09/06



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE                ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **004/    )**
        Effective Date 11-05-05

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| PERS PROP--GR1/GR2 | 15.0 | 472 RP | 401.20 RP |
| PERS PROP--ALL OTHER | 15.0 | 55 AP | 46.75 AP |
| SUPERIOR PROTECTED RSK | 15.0ⓐ | | .00 |
| PROPERTY Manual Rated | 15.0ⓐ | | .00 |
| IM-NON-FILED COVERS | 15.0 | 2,462 RP | 2,092.70 RP |
| **TOTAL PREMIUM DUE NOW** | | **2,879.00 RP** | **2,447.15 RP** |

ⓐ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID   83709

---

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement No (AO/WC 004/   )
          EFFECTIVE DATE 11-05-05

Quote 86-56660-02 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026   U/W PROG.

---

|                        | FLAT  | SIZE | MULTI LOC | SCHED   | EXPENSE SAVINGS |
|------------------------|-------|------|-----------|---------|-----------------|
| **LOCATION 001**       |       |      |           |         |                 |
| PERS PROP--GP1         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--GP2         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--ALL OTHER   | 10 %  |      |           | 20 %CR  |                 |
| PROPERTY Manual Rated  |       |      |           |         |                 |

---

|                        | FLAT  | SIZE | MULTI LOC | SCHED   | EXPENSE SAVINGS |
|------------------------|-------|------|-----------|---------|-----------------|
| **LOCATION 003**       |       |      |           |         |                 |
| PERS PROP--GP1         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--GP2         | 10 %  |      |           | 20 %CR  |                 |
| PERS PROP--ALL OTHER   | 10 %  |      |           | 20 %CR  |                 |
| PROPERTY Manual Rated  |       |      |           |         |                 |

MOD - 1

CIZXPMOD 4-94

0003922A   CIZ   03   EFCG.P152.A22J701

CIZXCGC0H 10-07


**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL   (07)**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **005**

PORTFOLIO CHANGE ENDORSEMENT
Effective 02/10/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

```
PREMIUM SUMMARY:               ADDITIONAL PREMIUM DUE NOW      $39.00
Terrorism Risk Insurance Act-Certified Acts Coverage -
All Coverages excl WC - Not Covered                           $0.00
```

THE FOLLOWING ITEMS OF THE INLAND MARINE CONTRACTORS' EQUIPMENT FORM
DECLARATIONS ARE AMENDED TO APPLY AS SHOWN:

```
AGGREGATE LIMIT OF LIABILITY  $   364,352          COINSURANCE   90%
DEDUCTIBLE $     1,000          EMPLOYEES TOOLS DEDUCTIBLE
```

INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS AMENDED TO APPLY
TO THE FOLLOWING ADDITIONAL ITEMS:

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|------|-------------|---------------------|-------------------|
| 020  | 44X12 MOBILE OFFICE TRAILER S#SMI-26794 | $   24,000 | $ 1,000 |

THE FOLLOWING INLAND MARINE CONTRACTORS' EQUIPMENT FORM LOSS PAYEES ARE
ADDED TO THE POLICY WITH RESPECT TO THE ITEMS SHOWN:

```
LOSS PAYEES
 ITEM    LOSS PAYEE NAME AND ADDRESS
 020  WILLIAMS SCOTSMAN, INC.
      8211 TOWN CENTER DRIVE      BALTIMORE          MD 21236
```

Countersignature of Authorized Agent: _____   Date 03/13/06
Producer PREMIER INSURANCE
        7231 WEST FRANKLIN ROAD
        BOISE            ID 83709

END OF CHANGE ENDORSEMENT

Page   1



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
**BOISE        ID 83709**

| | |
|---|---|
| Policy Period **05-01-05** to **05-01-06** | Quote 86-56660-02 Pol Sub Code |
| | Under Grp S Under ID 2689 |
| Rating Period **05-01-05** to **05-01-06** | Risk ID J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **005/** ) | |
| Effective Date **02-10-06** | SIC Code **2026**      U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| IM-NON-FILED COVERS | 15.0 | 39 AP | | | | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **39.00 AP** | | | | | |

CEI 03/13/06



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured  **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **005/**   )
         Effective Date **02-10-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| **IM-NON-FILED COVERS** | **15.0** | **39 AP** | **33.15 AP** |
| **TOTAL PREMIUM DUE NOW** | | **39.00 AP** | **33.15 AP** |

- 9 2244 1 00000 2 0 22J -

COPYF

EFCG P 152.A22J701

CIZ   05

003925A

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL (07)**

Named Insured                                              Sequential Endorsement Number **006**
**AURORA DAIRY DAIRY**

PORTFOLIO CHANGE ENDORSEMENT
Effective 04/18/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW | $0.00 |
|---|---|---|
| Terrorism Risk Insurance Act-Certified Acts Coverage - | | |
| All Coverages excl WC - Not Covered | | $0.00 |

---

**THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FARM CREDIT LEASING
        ATTN: KATHY FRAGALE
        500 WAYZATA BLVD., SUITE 1600
        MINNEAPOLIS              MN   55416

        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        CREEKRDIGE CAPITAL LLC
        AND/OR ASSIGNS
        7808 CREEKRIDGE CIRCLE
        EDINA                    NM   55439

**THE FOLLOWING PROPERTY OTHER INTERESTS ARE ADDED TO THE POLICY:**

    ADDITIONAL NAMED INSUREDS    NAME AND ADDRESS
        LOC 001            INTEREST
        CREEKRIDGE CAPITAL LLC
        AND/OR ASSIGNS
        7808 CREEKRIDGE CIRCLE
        EDINA                    NM   55439

---

Countersignature of Authorized Agent: _____    Date 05/04/06
Producer PREMIER INSURANCE
        7231 WEST FRANKLIN ROAD
        BOISE                    ID 83709
                    END OF CHANGE ENDORSEMENT



Fireman's
Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100 AID 00**

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE    .        ID 83709

| | |
|---|---|
| Policy Period **05-01-05** to **05-01-06** | Quote 86-56660-02 Pol Sub Code<br>Under Grp S Under ID 2689 |
| Rating Period **05-01-05** to **05-01-06** | Risk ID J04 Member<br>Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **006/    )**<br>Effective Date **04-18-06** | SIC Code 2026    U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| LARGE PROPERTY EQ | 0.0ⓐ | | | | | | |
| LARGE PROPERTY EQSL | 0.0ⓐ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ⓐ | | | | | | |
| **TOTAL PREMIUM DUE NOW** | | | .00 AP | | | | |

ⓐ Please refer to originating endorsment for correct commission percentage.

CEI 05/04/06



Fireman's
Fund

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE             ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **006/**   )
          Effective Date **04-18-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| SUPERIOR PROTECTED RSK | 15.0@ | | .00 |
| PROPERTY Manual Rated | 15.0@ | | .00 |
| **TOTAL PREMIUM DUE NOW** | | **.00 AP** | **.00 AP** |

@ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                      GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE                    ID   83709

---

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement No (AO/WC 006/   )
          EFFECTIVE DATE 04-18-06

Quote 86-56660-02 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code **2026**    U/W PROG.

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| | | | | | |

CIZXPMOD 4-94

* 9 2252 1 000000 2 0 22J *

COPYF

003393A   CIZ   05   EFCG.P152.A22J701

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured                                            Sequential Endorsement Number **006**
**AURORA DAIRY DAIRY**

PORTFOLIO CHANGE ENDORSEMENT
Effective 04/18/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| | | |
|---|---|---|
| **PREMIUM SUMMARY:** | **ADDITIONAL PREMIUM DUE NOW** | **$0.00** |
| Terrorism Risk Insurance Act-Certified Acts Coverage - | | |
| All Coverages excl WC - Not Covered | | **$0.00** |

---

**THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

      LOC 001
      PROVISIONS LOSS PAYABLE
      LOSS PAYEE NAME AND ADDRESS
      FARM CREDIT LEASING
      ATTN: KATHY FRAGALE
      500 WAYZATA BLVD., SUITE 1600
      MINNEAPOLIS                 MN  55416

      LOC 001
      PROVISIONS LOSS PAYABLE
      LOSS PAYEE NAME AND ADDRESS
      CREEKRDIGE CAPITAL LLC
      AND/OR ASSIGNS
      7808 CREEKRIDGE CIRCLE
      EDINA                       NM  55439

**THE FOLLOWING PROPERTY OTHER INTERESTS ARE ADDED TO THE POLICY:**

    ADDITIONAL NAMED INSUREDS    NAME AND ADDRESS
      LOC 001            INTEREST
      CREEKRIDGE CAPITAL LLC
      AND/OR ASSIGNS
      7808 CREEKRIDGE CIRCLE
      EDINA                       NM  55439

---

Countersignature of Authorized Agent: _____    Date 05/04/06
Producer PREMIER INSURANCE
      7231 WEST FRANKLIN ROAD
      BOISE              ID 83709
              END OF CHANGE ENDORSEMENT



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE           ID 83709

| | |
|---|---|
| Policy Period **05-01-05** to **05-01-06** | Quote **86-56660-02** Pol Sub Code |
| | Under Grp S Under ID 2689 |
| Rating Period **05-01-05** to **05-01-06** | Risk ID J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **006/   )** | |
| Effective Date  **04-18-06** | SIC Code **2026**    U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|----------|------|---------|------|------|-------|-------|-------|
| LARGE PROPERTY EQ | 0.0@ | | | | | | |
| LARGE PROPERTY EQSL | 0.0@ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0@ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0@ | | | | | | |
| **TOTAL PREMIUM DUE NOW** | | | **.00 AP** | | | | |

@ Please refer to originating endorsment for correct commission percentage.

CEI 05/04/06



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured  **AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE            ID 83709

Policy Period **05-01-05** to **05-01-06**                    Quote 86-56660-02

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **006/**   **)**
        Effective Date **04-18-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| SUPERIOR PROTECTED RSK | 15.0ə | | .00 |
| PROPERTY Manual Rated | 15.0ə | | .00 |
| **TOTAL PREMIUM DUE NOW** | | **.00 AP** | **.00 AP** |

ə Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code **11-054-100 AID 00**

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID   83709

---

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement No (AO/WC 006/  )
     EFFECTIVE DATE 04-18-06

Quote 86-56660-02 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026    U/W PROG.

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|

CIZXPMOD 4-94

MOD - 1

CIZXCGC0H 10-07

**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8084 35 33**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA DAIRY DAIRY**

Sequential Endorsement Number **001**

PORTFOLIO CHANGE ENDORSEMENT
Effective 05/01/05, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing coverage remains in full force and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW | $0.00 |
|---|---|---|
| Terrorism Risk Insurance Act-Certified Acts Coverage - | | |
| All Coverages excl WC - Not Covered | | $0.00 |

**The following Locations are deleted from the "Locations of Premises" described in the General Declarations:**

LOC. 003

Countersignature of Authorized Agent: _____  Date **10/22/05**
Producer PREMIER INSURANCE
        7231 WEST FRANKLIN ROAD
        BOISE              ID 83709

END OF CHANGE ENDORSEMENT



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80843533**

Insured
**AURORA DAIRY DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
7231 WEST FRANKLIN ROAD
BOISE          ID 83709

Policy Period **05-01-05** to **05-01-06**

Rating Period **05-01-05** to **05-01-06**

Sequential Endorsement Number (AO/WC **001⁄**   )
         Effective Date **05-01-05**

Quote **86-56660-02** Pol Sub Code
Under Grp S Under ID **2689**
Risk ID **J04** Member
Branch **SEATTLE**

SIC Code **2026**   U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| LARGE PROPERTY EQ | 0.0ā | | | | | | |
| LARGE PROPERTY EQSL | 0.0ā | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ā | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ā | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ā | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ā | | | | | | |
| **TOTAL PREMIUM DUE NOW** | | | **.00 AP** | | | | |

ā Please refer to originating endorsment for correct commission percentage.

CEI 10/22/05

* 9 2220 1 000000 2 0 22J *

COPYF

EFCG.P.15J.A22J701     05     CIZ     003890A