**Fireman's Fund**

| | | |
|---|---|---|
| POLICY NUMBER<br>**S 86 MXX 80859105** | Previous Policy Numbers<br>S 86 MXX 80843533 | Coverage for sections<br>other than WORKERS'<br>COMPENSATION is provided<br>in the following Company:<br>NATIONAL SURETY<br>CORPORATION<br>CHICAGO, IL  60606<br>A STOCK INSURANCE CO. (07) |

PORTFOLIO POLICY (R)

**GENERAL DECLARATIONS**

Risk ID.  J04/

Named Insured and Mailing Address

    **AURORA DAIRY CORPORATION**
    **DBA: AURORA ORGANIC DAIRY**

    **1401 WALNUT STREET, SUITE 500**
    **BOULDER          CO  80302**

Producer Name and Address

    **PREMIER INSURANCE**

    **2600 ROSE HILL RD STE 101**
    **BOISE          ID 83705**

THIS IS CERTIFIED TO BE A TRUE AND COR-
RECT COPY ONLY OF ORIGINAL POLICY OR
ENDORSEMENT WHICH WAS ISSUED TO COV-
ER AS INDICATED.
BY _____
          AUTHORIZED AGENT

The Named Insured is a(n) CORPORATION

Business or Operations of the Named Insured:  ORGANIC MILK PROCESSING PLANT

The insurance provided by this policy consists of the following coverage
form(s).  The premium may be subject to adjustment.  In return for payment of
the premium and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

                    **PROPERTY COVERAGES**
                    **GENERAL LIABILITY COVERAGES - OCCURRENCE**
                    **INLAND MARINE COVERAGES**
                    **AUTO INSURANCE COVERAGES**

          **Policy Period    (For above coverages)**
            **INCEPTION DATE    06-01-06**
            **EXPIRATION DATE  06-01-07**
     Beginning and Ending at 12:01 A.M., Standard Time
              at the address of the insured

If this policy includes the "Business Auto Coverage Form", and/or the "Truckers
Coverage Form" and/or the "Garage Coverage Form", each such form shall
be construed independent of any other  such form, and none of the terms or
conditions contained in one such form  shall be construed as being applicable
to any other such form.
Premium is included in the premium summary below.

GD - 1

POLICY NUMBER S 86 MXX 80859105
PORTFOLIO POLICY (R)
Named Insured
       AURORA ORGANIC DAIRY

GENERAL DECLARATIONS Continued

PREMIUM SUMMARY:

   Estimated Annual Premium        $56,615.00
   Premium Due at Inception        $56,615.00

       Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
       All Coverages Subject to the Act Excl WC - Not Covered                $0

This Policy may be subject to Premium Adjustment per Policy Terms.

---

Tentative Premium Provision shall be applicable to:

       PROPERTY

---

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations
(Not applicable to WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY)

| LOC. | | | | | |
|------|------|------|------|------|------|
| 001 | 6820 HIGHWAY 66 | | | | |
| | PLATTEVILLE | CO | 80651 | WELD | (CNTY) |
| 002 | 1401 WALNUT STREET, SUITE #500 | | | | |
| | BOULDER | CO | 80302 | BOULDER | (CNTY) |
| 003 | 8001 E. 88 AVENUE | | | | |
| | HENDERSON | CO | 80640 | ADAMS | (CNTY) |

GD - 2

POLICY NUMBER **S 86 MXX 80859105**
PORTFOLIO POLICY (R)
Named Insured
    AURORA ORGANIC DAIRY

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

**GENERAL PROVISIONS**

```
IL0003 07-02 CALCULATION OF PREMIUM (IL 00 03 07 02)
IL0017 11-98 REV  2 COMMON POLICY CONDITIONS (IL 00 17 11 98)
IL0021 07-02 NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)
             (IL 00 21 07 02)
IL0169 04-98 COLORADO CHANGES - CONCEALMENT, MISREPRESENTATION OR FRAUD
             (IL 01 69 04 98)
IL0228 07-02 COLORADO CHANGES - CANCELLATION AND NONRENEWAL
             (IL 02 28 07 02)
IL0935 07-02 EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES (IL 09 35 07 02)
IL7005 02-96 AMENDMENT OF POLICY - ADDITIONAL CONDITION (IL 70 05 02 96)
145900 01-02 FUNGI LIMITATION ENDORSEMENT (145900 01 02)
145901 01-02 DETRIMENTAL CODE EXCLUSION (145901 01 02)
145912 01-03 EXCLUSION OF CERTIFIED ACTS OF TERRORISM (145912 01 03)
145913 01-03 CERTIFIED ACTS OF TERRORISM EXCLUSION (145913 01 03)
145914 04-03 EXCLUSION OF ACTS OF BIOLOGICAL OR CHEMICAL TERRORISM
             (145914 04 03)
145915 03-03 NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
             (OTHER THAN CERTIFIED ACTS OF TERRORISM)(145915 03 03)
145917 06-04 SILICA PARTICLES EXCLUSION (145917 06 04)
145918 01-05 CONDITIONAL EXCLUSION OF TERRORISM
             (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK
             INSURANCE ACT OF 2002) (145918 01 05)
145923 01-05 CONDITIONAL EXCLUSION OF TERRORISM
             (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK
             INSURANCE ACT OF 2002) (145923 01 05)
```

**PROPERTY**

```
CP0030 10-91 BUSINESS INCOME COVERAGE FORM (EXTRA EXPENSE) (CP 00 30 10 91)
CP0090 07-88 COMMERCIAL PROPERTY CONDITIONS (CP 00 90 07 88)
CP1218 06-95 LOSS PAYABLE PROVISIONS (CP 12 18 06 95)
CP9993 10-90 TENTATIVE RATE (CP 99 93 10 90)
141035 12-88 COMMERCIAL PROPERTY CAUSES OF LOSS FORM (141035 12-88)
141073 05-93 PROPERTY-GARD AMENDATORY ENDORSEMENT (141073 05 93)
142000 12-88 REV  2 COMMERCIAL PROPERTY PROPERTY-GARD BUILDING AND PERSONAL
             PROPERTY COVERAGE FORM (142000 12 88)
143609 07-03 PROPERTY-GARD EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT
             (143609 07 03)
143622 01-05 PROPERTY-GARD EXTENSION ENDORSEMENT - DECLARATIONS
             (143622 01 05)
```

**GENERAL LIABILITY**

```
CG0001 12-04 COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CG 00 01 12 04)
```

POLICY NUMBER **S 86 MXX 80859105**
PORTFOLIO POLICY (R)
Named Insured
 AURORA ORGANIC DAIRY

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

 **GENERAL LIABILITY**

  CG0067 03-05 EXCLUSION - VIOLATION OF E-MAIL, FAX, PHONE STATUTES
       (CG 00 67 03 05)
  CG2147 07-98 EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 07 98)
  CG2167 12-04 FUNGI OR BACTERIA EXCLUSION (CG 21 67 12 04)
  CG7055 08-91 PRODUCT WITHDRAWAL EXPENSE INSURANCE (CG 70 55 08 91)
  CG7083 07-98 DESIGNATED PREMISES OR PROJECT COVERAGE LIMITATION
       (CG 70 83 07 98)
  CG7092 12-92 REV  2 COMPLETE LEAD POISONING AND LEAD CONTAMINATION
       EXCLUSION (CG 70 92 12 92 S)
  CG7093 12-92 REV COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92R)
  CG7158 12-03 REV MULTICOVER (CG 71 58R 12 03)

 **INLAND MARINE**

  135154 01-83 REV CONTRACTORS EQUIPMENT FORM (135154-01-83REV)
  140559 12-86 REV CONDITIONS (140559 12 86R)
  140866 02-86 REV DEBRIS AND POLLUTANT REMOVAL POLICY AMENDMENT
       (140866 02-86R)

 **AUTOMOBILE**

  CA0001 10-01 BUSINESS AUTO COVERAGE FORM (CA 00 01 10 01)
  CA0038 12-02 WAR EXCLUSION (CA 00 38 12 02)
  CA0051 12-04 CHANGES IN COVERAGE FORMS - MOBILE EQUIPMENT SUBJECT TO MOTOR
       VEHICLE INSURANCE LAWS (CA 00 51 12 04)
  CA0106 03-94 COLORADO AND MARYLAND CHANGES - COLLISION COVERAGE IN MEXICO
       (CA 01 06 03 94)
  CA0113 11-04 COLORADO CHANGES (CA 01 13 11 04)
  CA2001 10-01 ADDITIONAL INSURED - LESSOR (CA 20 01 10 01)
  CA2357 12-02 EXCLUSION OF CERTIFIED ACTS OF TERRORISM (CA 23 57 12 02)
  CA7003 10-01 EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)
  CA7068 03-03 NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION
       (OTHER THAN CERTIFIED ACTS OF TERRORISM)(CA 70 68 03 03)
  CA7075 01-05 CONDITIONAL EXCLUSION OF TERRORISM
       (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK
        INSURANCE ACT OF 2002) (CA 70 75 01 05)

Countersignature of Authorized Agent: _____

                 Date 06/16/06

Producer PREMIER INSURANCE
    2600 ROSE HILL RD STE 101
    BOISE       ID 83705

                 GD - 4

# Calculation of Premium - IL 00 03 07 02
Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Boiler and Machinery Coverage Part**
**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Professional Liability Coverage Part**
**Railroad Protective Liability Coverage Part**

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                    President

IL0003 7-02
Copyright, ISO Properties, Inc., 2001

# Common Policy Conditions - IL 00 17 11 98

All Coverage Parts included in this policy are subject to the following conditions.

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. Inspections and Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

a.   Are safe or healthful; or

b.   Comply with laws, regulations, codes or standards.

3.   Paragraphs 1. and 2 of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.   Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E.   **Premiums**

The first Named Insured shown in the Declarations:

1.   Is responsible for the payment of all premiums; and

2.   Will be the payee for any return premiums we pay.

F.   **Transfer of Your Rights and Duties Under This Policy.**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL0017 11-98S
Copyright, Insurance Services Office, Inc., 1998

# Nuclear Energy Liability Exclusion Endorsement - Broad Form
# IL 00 21 07 02
Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Professional Liability Coverage Part**
**Railroad Protective Liability Coverage Part**
**Underground Storage Tank Policy**

1.   The insurance does not apply:

A.   Under any Liability Coverage, to **bodily injury** or **property damage:**

   (1)   With respect to which an **insured** under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2)   Resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.   Under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C.   Under any Liability Coverage, to **bodily injury** or **property damage** resulting from **hazardous properties of nuclear material** if:

   (1)   The **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom:

   (2)   The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an **insured**; or

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0021 7-02
Copyright, ISO Properties, Inc., 2001

Page 1 of 2

(3) The **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

2. As used in this endorsement

**Hazardous properties** included radioactive, toxic or explosive properties.

**Nuclear material** means **source material, Special nuclear material** or **by-product material.**

**Source material, special nuclear material,** and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

**Waste** means any waste material (a) containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and (b) resulting from the operation by any person or organization of any **nuclear facility** included under

the first two paragraphs of the definition of **nuclear facility.**

**Nuclear facility** means:

(a) Any **nuclear reactor;**

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel** or (3) handling, processing or packaging **waste;**

(c) Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste;**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

IL0021 7-02
Copyright, ISO Properties, Inc., 2001

# Colorado Changes - Concealment, Misrepresentation or Fraud
# IL 01 69 04 98

**This endorsement modifies insurance provided under the following:**

**Boiler and Machinery Coverage Part**
**American Business Coverage Policy**
**Commercial Automobile Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Farm Coverage Part - Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions**
**Farm Coverage Part - Mobile Agricultural Machinery and Equipment Coverage Form**
**Farm Coverage Part - Livestock Coverage Form**

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**Concealment, Misrepresentation or Fraud**

We will not pay for any loss or damage in any case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

committed by you or any other insured (**insured**) at any time and relating to coverage under this policy.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0169 4-98 CO
Copyright, Insurance Services Office, Inc., 1992, 1997
Copyright, ISO Commercial Risk Services, Inc., 1992, 1997

# Colorado Changes - Cancellation and Nonrenewal - IL 02 28 07 02
Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Boiler and Machinery Coverage Part**
**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Liability Umbrella Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Farm Coverage Part**
**Farm Umbrella Liability Policy**
**Liquor Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Professional Liability Coverage Part**

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

   2. If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      b. 30 days before the effective date of cancellation if we cancel for any other reason.

B. The following is added to the **Cancellation** Common Policy Condition:

   7. Cancellation of Policies in Effect for 60 Days or More.

      a. If this policy has been in effect for 60 days or more, or is a renewal of a policy

we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

   (1) Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   (2) At least 45 days before the effective date of cancellation if we cancel for any other reason.

We may only cancel this policy based on one or more of the following reasons:

   (1) Nonpayment of premium;

   (2) A false statement knowingly made by the insured on the application for insurance; or

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                    President

IL0228 7-02 CO
Copyright, ISO Properties, Inc., 2001                                    Page 1 of 2

(3) A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

C. The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following Condition is added:

**Increase in Premium or Decrease in Coverage**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

1. Nonpayment of premium;

2. A false statement knowingly made by the insured on the application for insurance; or

3. A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

# Exclusion of Certain Computer-Related Losses - IL 09 35 07 02

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Standard Property Policy**

A.  We will not pay for loss (**loss**) or damage caused directly or indirectly by the following. Such loss (**loss**) or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss (**loss**) or damage.

  1.  The failure, malfunction or inadequacy of:

    a.  Any of the following, whether belonging to any insured or to others:

      (1)  Computer hardware, including microprocessors;

      (2)  Computer application software;

      (3)  Computer operating systems and related software;

      (4)  Computer networks;

      (5)  Microprocessors (computer chips) not part of any computer system; or

      (6)  Any other computerized or electronic equipment or components; or

    b.  Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  2.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B.  If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

  1.  In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  2.  Under the Commercial Property Coverage Part:

    a.  In a **Specified Cause of Loss**, or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    b.  In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

  we will pay only for the loss (**loss**) or damage caused by such **Specified Cause of Loss**, elevator collision, or Covered Cause of Loss.

C.  We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0935 7-02
Copyright, ISO Properties, Inc., 2001

# Amendment of Policy - Additional Condition - IL 70 05 02 96

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**American Business Coverage**
**Commercial General Liability**
**Automobile**
**Crime**
**Inland Marine**
**Farm Property**
**Farm Liability**

You and we agree to add this condition to the policy:

**Two or More Policies Issued By Us**

The Other Insurance provisions changed to add the following:

If the same **occurrence**, accident, loss or damage is covered under more than one policy issued by us or a company affiliated with us, the following applies:

1. The maximum Limit of Insurance that applies under all policies shall not exceed the highest limit that applies under any one policy.

2. For Farm Liability, General Liability or Automobile: we will not provide coverage after the aggregate limit of insurance that applies under any one policy:

a. has been exhausted; or

b. would have been exhausted had all covered claims been submitted under that one policy rather than under two or more policies.

This condition does not apply to a policy issued to apply as excess over this policy.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL7005 2-96
Copyrighted, Insurance Services, Inc., 1996

# Fungi Limitation Endorsement - 145900 01 02
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**
**Property-Gard Select Real and Personal Property Coverage Section**
**Commercial Inland Marine Coverage Part**
**Standard Property Policy**
**All Other Property or Inland Marine Coverage Forms, Sections, or Endorsements attached to this policy**

1. The terms fungus and mold are deleted wherever they may appear in the coverage parts, coverage sections, forms, or endorsements described above and attached to this policy.

2. The following exclusion applies to any coverage part, coverage form, coverage section, coverage provision, extension of coverage, additional coverage, coverage enhancement, or amendatory endorsement attached to this policy:

   a. This insurance does not apply to any loss, damage, expense, injury, economic loss, economic detriment, liability, or claim, directly or indirectly, arising out of, caused by, resulting from, happening through, or in consequence of **fungi**, notwithstanding any other provision of this policy to the contrary. This includes the cost to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**.

   b. Such loss, damage, expense, injury, economic loss, economic detriment, liability, or claim is excluded regardless of any other cause, condition, event, material, product or building component, that contributes concurrently or in any sequence to the loss, damage, expense, injury, economic loss, economic detriment, liability, or claim.

3. The following coverage extension is added:

**Fungi**

   a. If **fungi** is the result of a Covered Cause of Loss, we will pay, subject to the limitation in subsection 3.d. (below), for:

      (1) Direct physical loss of or damage to Covered Property, or Property Insured; or

      (2) Your liability for property of others;

      At the premises shown in the Declarations, caused by or resulting from **fungi**. This includes the necessary and reasonable cost incurred to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**.

   b. Coverage provided by this extension applies only if the presence of **fungi** is reported to us within 30 days of the occurrence of the covered loss that is alleged to have caused this condition.

   c. Coverage provided by this extension includes:

      (1) The actual loss of Business Income you sustain;

      (2) The necessary Extra Expense you incur; or

      (3) Ordinance or Law Coverage;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

if the Coverage Section, policy Declarations, or an endorsement attached to this policy show that you have Business Income, Extra Expense, or Ordinance or Law Coverage.

d.  Regardless of any other limits or coverages stated in this policy, or the number of locations involved, the most we will pay under this coverage extension in any one occurrence or in the **annual aggregate** during the policy period is $25,000. The provisions of this extension do not increase any Limits of Insurance provided by this policy.

4.  Additional Definitions

a.  **Annual Aggregate** means the most we will pay for all loss or damage arising from all occurrence(s) during any one Policy Period. **Annual aggregate** Limit(s) of Insurance are reduced by the amount of any paid loss insured under this coverage extension.

If the policy is written for a term of more than one year, we will apply the **annual aggregate** limit of insurance separately to each consecutive year of the Policy Period. If the policy is extended for a period of time that is less than a year, the **annual aggregate** from the prior term applies to the extended period of time.

b.  **Fungi** means all types of fungus, such as mildew and mold, and all of their resulting spores and byproducts, including mycotoxins and allergens. **Fungi** does not mean **fungi** for human ingestion.

For purposes of this **Fungi** Coverage Extension, **fungi** is not considered a **pollutant**.

This endorsement is otherwise subject to all other terms, conditions, provisions and stipulations of the policy to which it is attached.

# Detrimental Code Exclusion - 145901 01 02
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**
**Property-Gard Select Real and Personal Property Coverage Section**
**Commercial Inland Marine Coverage Part**
**Commercial Crime Coverage Part**
**Standard Property Policy**
**All Other Property, Inland Marine, or Crime Coverage Forms or Endorsements attached to this policy**

The following exclusion applies to any coverage part, coverage form, coverage section, coverage provision, extension of coverage, additional coverage, coverage enhancement, or amendatory endorsement attached to this policy:

1. This insurance does not apply to any loss, damage, expense, injury, economic loss, economic detriment, liability, or claim, directly or indirectly, arising out of, caused by, resulting from, happening through, or in consequence of **detrimental code**, notwithstanding any other provision of this policy to the contrary.

2. Such loss, damage, expense, injury, economic loss, economic detriment, liability, or claim is excluded regardless of any other cause, condition, or event that contributes concurrently or in any sequence to the loss, damage, expense, injury, economic loss, economic detriment, liability, or claim.

3. This exclusion applies regardless of who introduced the **detrimental code**, even if the **detrimental code** was introduced by your employees.

**Definition:**

**Detrimental code** means any computer virus, program, routine, sub-routine, trojan horse, worm, script or other code string that destroys, alters, or corrupts Covered Property, Property Insured, or property of others for which you are liable, regardless of how the **detrimental code** was introduced or acquired.

This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

# Exclusion of Certified Acts of Terrorism - 145912 01 03
Policy Amendment

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Farm Liability Coverage (Except as to Workers' Compensation Residence Employees)**
**American Business Coverage (Section II)**
**Errors and Omissions Liability Coverage**
**Professional Liability Coverage**
**Employer's Liability Stop Gap Insurance Coverage**
**Directors and Officers Liability Insurance Coverage**
**Employment Practices Liability Insurance Coverage**

A. The following exclusion is added:

This insurance does not apply to **any injury or damage**, or any **loss** or **claim expense** in connection with any **claim**, arising, directly or indirectly, out of a **certified act of terrorism**.

B. The following definitions are added:

1. For the purposes of this endorsement, **any injury or damage** means any injury or damage covered under any Coverage to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal and advertising injury, injury,** act, error or omission in the performance of **professional services** or **environmental damage** as may be defined in any applicable Coverage.

2. **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism**:

a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Section, or Policy, such as losses excluded by a Nuclear Hazard Exclusion, a War Exclusion, or a War Liability Exclusion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145912 1-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Certified Acts of Terrorism Exclusion - 145913 01 03

Policy Amendment(s) Property Coverage

**This endorsement modifies insurance provided under the following:**

**Commercial Crime Coverage Part(s)**
**Commercial Inland Marine Coverage Part(s)**
**Commercial Property Coverage Part(s)**
**Farm Coverage Part(s)**
**Standard Property Policy**
**American Business Coverage Policy - Section I**

I. Certified Acts of Terrorism Exclusion

We will not pay for loss, damage, or any liability caused directly or indirectly by a **certified act of terrorism**. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

II. Coverage for Certain Fire Losses

A. 1. If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that does not exempt Commercial Inland Marine, item II.B. (below) further modifies insurance under the following coverage parts:

Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

2. If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that exempts Commercial Inland Marine, item II.B. (below) further modifies

insurance under the following coverage parts:

Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

B. If a **certified act of terrorism** results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

III. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Section, or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                              President

145913 1-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IV. Definitions

The following definition is added with respect to the provisions of this endorsement:

**Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a **certified act of terrorism** include the following:

A. The act resulted in aggregate losses in excess of $5 million; and

B. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

V. This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

# Exclusion of Acts of Biological or Chemical Terrorism - 145914 04 03

Policy Amendment(s) Commercial Property Coverage

**This endorsement modifies insurance provided under the following:**

**Commercial Crime Coverage Part(s)**
**Commercial Inland Marine Coverage Part(s)**
**Commercial Property Coverage Part(s)**
**Farm Coverage Part(s)**
**Standard Property Policy**
**American Business Coverage Policy - Section I**

I.  Exclusion of an **Other Act of Terrorism**

We will not pay for loss, damage, or any liability caused directly or indirectly by an **other act of terrorism**. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or both of the following are attributed to such act:

A.  The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

B.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

II.  Coverage for Certain Fire Losses

A.  1.  If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that does not exempt Commercial Inland Marine, item II.B. (below) further modifies insurance under the following coverage parts:

Commercial Inland Marine Coverage Part(s)
Commercial Property Coverage Part(s)

Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

2.  If the location of your Covered Property or Property Insured is within a jurisdiction that has a Standard Fire Policy law that exempts Commercial Inland Marine, item II.B. (below) further modifies insurance under the following coverage parts:

Commercial Property Coverage Part(s)
Farm Coverage Part(s)
Standard Property Policy
American Business Coverage Policy - Section I

B.  If an **other act of terrorism** results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145914 4-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

III. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Section, or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IV. Definitions

The following definitions are added with respect to the provisions of this endorsement:

A. **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a **certified act of terrorism** include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. **Other act of terrorism** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, **other act of terrorism** does not include an act which meets the criteria set forth in Paragraph A.2. of the definition of **certified act of terrorism**, when such act resulted in aggregate losses of $5 million or less.

V. This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

145914 4-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Nuclear, Biological or Chemical Terrorism Exclusion - Other Than Certified Acts of Terrorism - 145915 03 03

Policy Amendment

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Farm Liability Coverage (Except as to Workers' Compensation Residence Employees)**
**American Business Coverage (Section II)**
**Errors and Omissions Liability Coverage**
**Professional Liability Coverage**
**Employer's Liability Stop Gap Insurance Coverage**
**Directors and Officers Liability Insurance Coverage**
**Employment Practices Liability Insurance Coverage**

A.  The following exclusion is added:

This insurance does not apply to any **injury or damage**, or any **loss** or **claim expense** in connection with any **claim**, arising, directly or indirectly, out of an **other act of terrorism** that is not a **certified act of terrorism**. However, this exclusion applies only when one or more of the following are attributed to such act:

1.  The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2.  The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

B.  The following definitions are added:

1.  For the purposes of this endorsement, **any injury or damage** means any injury or damage covered under any Coverage to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal and advertising injury, injury,** act, error or omission in the performance of **professional services** or **environmental damage** as may be defined in any applicable Coverage.

2.  **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism:**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145915 3-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

a. The act resulted in aggregate losses in excess of $5 million; and

b. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. **Other act of terrorism** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, **other act of terrorism** does not include an act which meets the criteria set forth in Paragraph b. of the definition of **certified act of terrorism** when such act resulted in aggregate losses of $5 million or less. Multiple incidents of an **other act of terrorism** which occur within a seventy-two hour period and appear to be carried out in concert or to have related purpose or common leadership shall be considered to be one incident.

C. Application of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Section, or Policy, such as losses excluded by a Nuclear Hazard Exclusion, a War Exclusion or a War Liability Exclusion.

145915 3-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 2

# Silica Particles Exclusion - 145917 06 04
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Farm Liability Coverage**
**American Business Coverage (Section II)**
**Garage Coverage (Section II)**

The following exclusion is added:

This insurance does not apply to any claim or liability arising, in whole or in part, directly or indirectly out of, or which is in any way related to, **Silica.**

As used in this exclusion, the term **Silica** includes, but is not limited to, silicon dioxide, silica, silica products, silica fibers, silica dust, any other silica byproducts, and silica, whether alone or in combination with any substance, product or material.

Without limiting the foregoing, this exclusion applies to every injury, damage, loss, cost or expense otherwise covered by this policy, if any.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145917 6-04

# Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - 145918 01 05
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Errors and Omissions Liability Coverage**
**Professional Liability Coverage**
**Directors and Officers Liability Insurance Coverage**
**Employment Practices Liability Insurance Coverage**
**Employers' Liability Stop Gap Insurance Coverage**
**American Business Coverage (Section II)**
**Farm Liability Coverage**

A. Applicability of the Provisions of this Endorsement

   1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

      a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

      b. A renewal, extension or continuation of the Program has become effective without a requirement to make **terrorism** coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for **terrorism** losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential **terrorism** losses above such deductible; or

      (3) Redefine **terrorism** or make insurance coverage for **terrorism** subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this Coverage Part or Policy.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

145918 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 3

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

    a. Supersede any **terrorism** endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

    b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any **terrorism** endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement:

1. **Terrorism** means activities against persons, organizations or property of any nature:

    a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

    b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. **Any injury or damage** means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal and advertising injury, injury,** act, error or omission in the performance of **professional services** or **environmental damage** as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

**Exclusion of Terrorism**

This insurance does not apply to **any injury or damage** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. **Any injury or damage** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

145918 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions; or

6. Fifty (50) or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of **terrorism** which occur within a seventy-two (72)-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in paragraphs C.5. or C.6. are exceeded.

With respect to this exclusion, paragraphs C.5. and C.6. describe the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Part or Policy.

In the event of any incident of **terrorism** that is not subject to this exclusion, coverage does not apply to **any injury or damage** that is otherwise excluded under this Coverage Part or Policy.

All other terms and conditions of the policy remain unchanged.

145918 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 3

# Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - 145923 01 05

**This endorsement changes the policy. Please read it carefully.**

**This endorsement modifies insurance provided under the following:**

**Commercial Crime Coverage Part(s)**
**Commercial Inland Marine Coverage Part(s)**
**Commercial Property Coverage Part(s)**
**Farm Coverage Part(s)**
**Standard Property Policy**
**American Business Coverage Policy - Section I**

### Schedule

The Exception Covering Certain Fire Losses (Paragraph D) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part, Coverage Section or Policy:

| State(s) | Coverage Form, Coverage Part, Coverage Section or Policy |
|---|---|
| **California, Connecticut, Georgia, Hawaii, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Virginia, Washington, West Virginia, Wisconsin** | **Standard Property Policy; Commercial Property Coverage; American Business Coverage Policy - Section I; Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form; Farm Property - Farm Personal Property Coverage Form; Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form** |
| **California, Maine, Missouri, Oregon, Pennsylvania, Rhode Island, Wisconsin** | **Commercial Inland Marine Coverage; Mobile Agriculture Machinery and Equipment Coverage Form; Livestock Coverage Form** |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. Applicability of the Provisions of this Endorsement

    1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

    a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part, Coverage Section or Policy; or

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

145923 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 3

b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

   (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

   (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

   (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage, or your liability for loss or damage, from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or

"other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definition is added and applies under this endorsement wherever the term terrorism is in bold face.

**Terrorism** means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage, or your liability for loss or damage, caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. Such loss or damage, or your liability for loss or damage, is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of terrorism:**

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear

reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property in the United States, its territories and possessions, Puerto Rico and Canada exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions. Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold is exceeded.

With respect to this item C.5., the immediately preceding paragraph describes the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Coverage Part, Coverage Section or Policy.

D. Exception Covering Certain Fire Losses

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

If **terrorism** results in fire, we will pay for the loss or damage, or your liability for loss or damage, caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property or Property Insured. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form, or the Leasehold Interest Coverage Form, or the Net Leasehold Coverage Form.

E. Application of Other Exclusions

1. When the Exclusion Of Terrorism applies in accordance with the terms of C.1. or C.2., such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part, Coverage Section or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage, or your liability for loss or damage, which would otherwise be excluded under this Coverage Form, Coverage Part, Coverage Section or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

F. This endorsement is otherwise subject to all terms, conditions, provisions, and stipulations of the policy to which it is attached.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| Property | PR |
|----------|-----|

# PROPERTY

COPYF

EFCG.PI54.A22.l701

CIZ

000465A

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### PROPERTY-GARD (R) PROPERTY DECLARATIONS

INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, ENDORSEMENTS AND
LIMITS OF LIABILITY SHOWN BELOW.

---

### BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM

PROPERTY COVERED AND LIMITS OF LIABILITY
ITEM A - STOCK
ITEM B - FURNITURE, FIXTURES, EQUIPMENT AND MACHINERY
ITEM C - TENANTS IMPROVEMENTS

PROPERTY AT SPECIFICALLY IDENTIFIED LOCATIONS

| LOC | COV ITEMS | COIN | LIMITS OF LIABILITY | DEDUCTIBLE | LOC | COV ITEMS | COIN | LIMITS OF LIABILITY | DEDUCTIBLE |
|-----|-----------|------|---------------------|------------|-----|-----------|------|---------------------|------------|
| 001 | A,B,C | 90 | $11,545,000 | $2,500 | 002 | A,B,C | 90 | $150,000 | $2,500 |
| 003 | A,B,C | 90 | $750,000 | $2,500 | | | | | |

REPLACEMENT COST

APPLIES AT LOCATIONS 001 002 003

---

### BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM

LOCATIONS AND LIMITS OF LIABILITY

| LOC | COINS | LIMITS OF LIABILITY | DEDUCTIBLE | LOC | COINS | LIMITS OF LIABILITY | DEDUCTIBLE |
|-----|-------|---------------------|------------|-----|-------|---------------------|------------|
| 001 | 90 | $9,024,000 | $2,500 | | | | |

REPLACEMENT COST

APPLIES AT LOCATIONS 001

---

### TIME ELEMENT - SPECIAL CAUSES OF LOSS FORM

BUSINESS INCOME INCLUDING RENTAL VALUE

PR - 1

POLICY NUMBER **S 86 MXX 80859105**

**NAMED INSURED**
    AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)


      LOCATIONS AND LIMITS OF LIABILITY

      LOC  COINS LIMITS OF LIABILITY   LOC  COINS LIMITS OF LIABILITY
      001   80   $5,000,000

**PROPERTY ENDORSEMENTS**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

      LOC 001         AMOUNT OF INSURANCE
      PROVISIONS LOSS PAYABLE
      LOSS PAYEE NAME AND ADDRESS
      FARM CREDIT LEASING
      ATTN: KATHY FRAGALE
      500 WAYZATA BLVD., SUITE 1600
      MINNEAPOLIS          MN    55416

      LOC 001         AMOUNT OF INSURANCE
      PROVISIONS LOSS PAYABLE
      LOSS PAYEE NAME AND ADDRESS
      CREEKRDIGE CAPITAL LLC
      AND/OR ASSIGNS
      7808 CREEKRIDGE CIRCLE
      EDINA              NM    55439

TENTATIVE RATE (CP 99 93 10 90)

PROPERTY-GARD AMENDATORY ENDORSEMENT (141073 05 93)

**ENDORSEMENTS - OTHER PROPERTY COVERAGE**

    **143622**      **FOOD PROCESSING**
              **PROPERTY GARD EXTENSION ENDORSEMENT - DECLARATIONS 143622DEC**

| | |
|---|---|
| Foundations | "Included" |
| Broadened Premises Coverage | "Included" |
| Property at Locations Not Specifically Identified: | |
|   Each Location | $   100,000 |
|   Aggregate For All Locations | $   100,000 |
| Property in Transit: | |
|   In Due Course of Transit - Insured's Vehicles | $    50,000 |
|   In Care, Custody, or Control of Salespersons | $    25,000 |

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)


ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)

143622      FOOD PROCESSING
              PROPERTY GARD EXTENSION ENDORSEMENT - DECLARATIONS 143622DEC

(CONTINUED)

| | |
|---|---:|
| In Custody of Carriers for Hire | $ 50,000 |
| Personal Property of Others | "Included" |
| Fire Department Service Charge | $ 25,000 |
| Pollution Removal: | |
|     Per Occurence | $ 100,000 |
|     Annual Aggregate | $ 100,000 |
| Money, Checks, Stamps, and Securities | $ 25,000 |
| Money Orders and Counterfeit Currency | $ 25,000 |
| Realty Tax - Increased Assessment | $ 50,000 |
| Extended Warranty Coverage | $ 25,000 |
| Fire Protection Equipment | $ 25,000 |
| Tenant's Sign, Glass, and Outdoor Property Coverage | $ 25,000 |
| Reward Coverage | $ 10,000 |
| Utility Services Coverage - Property Damage | $ 50,000 |
| Consequential Loss Assumption Coverage | $ 100,000 |
| Contract Penalty Clause Coverage | $ 25,000 |
| Employee Theft - Limited: | |
|     Per Occurrence | $ 50,000 |
|     Annual Aggregate | $ 50,000 |
| Forgery or Alteration - Limited: | |
|     Per Occurrence | $ 50,000 |
|     Annual Aggregate | $ 50,000 |
| Fine Arts Coverage: | |
|     Any one item, or pair, or set of related items | $ 10,000 |
|     Per Occurrence | $ 25,000 |
| Office Electronic Data Processing Equipment: | |
| Dampness or Dryness of Atmosphere or Changes in | |
|     Temperature | $ 250,000 |
| Artificially Generated Electric Current and | |
|     Mechanical Breakdown | $ 250,000 |
| Any Other Covered Cause of loss | "Included" |
| Media, Software, and Data Coverage: | |
|     Media, Software, and Data | $ 100,000 |
|     Away From Your Premises | $ 25,000 |
| Loss Adjustment Expense | $ 25,000 |
| Trade Show Coverage - Property Damage: | |
|     While at a Trade Show | $ 100,000 |

POLICY NUMBER S 86 MXX 80859105

NAMED INSURED
     AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)


ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)

     143622      FOOD PROCESSING
                 PROPERTY GARD EXTENSION ENDORSEMENT - DECLARATIONS 143622DEC
(CONTINUED)
          While in Transit (Per vehicle)                    $     25,000
          Prototype Coverage                                $     50,000
          Research and Development Documentation Coverage:
             Research and Development Documentation          $    100,000
             Away From Your Premises                         $     25,000
          Newly Acquired Property                           $  2,000,000
          Valuable Papers and Records Coverage:
             Valuable Papers and Records                     $    100,000
             Away From Your Premises                         $     25,000
          Outdoor Property: Trees, Shrubs, Plants and Lawns:
             Any One Tree, Shrub or Plant                    $      2,500
             Per Occurrence                                  $     10,000
          Extra Expense and Expediting Expense               $    100,000
          Accounts Receivable Coverage:
             Accounts Receivable                             $    100,000
             Away From Your Premises                         $     25,000

          Business Income Form and Extra Expense (CP0030)
          Civil Authority                                    4 weeks
          Extended Period of Indemnity                       180 Days
          Utility Services Coverage:
             Business Income and Extra Expense               $     50,000
             Waiting Period Deductible                       24 hours
          Dependent Properties Coverage                      $    250,000
          Research and Development Coverage                  $    250,000
          Trade Show Coverage                                $    250,000

          Causes of Loss Form (141035)
          Precious Metals or Alloys                          $     25,000
          Marring or Scratching                              $     50,000


     Optional Deductibles:

        ⌐ $1,000     ⌐ $2,500     ⌐ $5,000   XX⌐ Policy Deductible



POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

**143622      FOOD PROCESSING
              PROPERTY GARD EXTENSION ENDORSEMENT - DECLARATIONS 143622DEC**
(CONTINUED)

If no entry appears above, information required to complete this
Endorsement will be shown in the Declarations as applicable to this
Endorsement.

If "0" appears in the Schedule of this Endorsement, or in the
Declarations applicable to this Endorsement, no coverage is provided
for the described coverage.

If "Included" appears in the Schedule of this Endorsement, the
applicable Limit of Insurance is specified in the Property-Gard
Extension Endorsement or the Declarations.

The Coinsurance Additional Condition does not apply to coverage
provided by this Endorsement.

This Form must be attached to Change Endorsement when issued after the
policy is written.

One of the Fireman's Fund Insurance Companies as named in the policy.

143622DEC

**OTHER INTERESTS**

ADDITIONAL NAMED INSUREDS    NAME AND ADDRESS
    LOC 001    INTEREST
    CREEKRIDGE CAPITAL LLC
    AND/OR ASSIGNS
    7808 CREEKRIDGE CIRCLE
    EDINA                    NM      55439

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
    AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### PROPERTY ENDORSEMENTS (CONTINUED)

PROPERTY-GARD EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT (143609 07 03)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

PROPERTY-GARD BUILDING AND PERSONAL PROPERTY COVERAGE FORM 142000
CAUSES OF LOSS FORM 141035

SCHEDULE OF EQUIPMENT BREAKDOWN COVERAGE DEDUCTIBLES

| | |
|---|---|
| DAMAGE TO COVERED PROPERTY: | $ 5,000 |
| TIME ELEMENT LOSS: | $ 1 TIMES ADV |
| PERISHABLE STOCK: | $ 10% OF LOSS, $5,000 MINIMUM |

IF A DEDUCTIBLE AMOUNT IS NOT SHOWN ABOVE, THEN COVERAGE PROVIDED BY
THIS ENDORSEMENT IS SUBJECT TO THE DEDUCTIBLE AMOUNT SHOWN IN THE
DECLARATIONS FOR EACH APPLICABLE LOCATION COVERED UNDER THIS POLICY.

SCHEDULE OF EQUIPMENT BREAKDOWN COVERAGE LIMITS

| COVERAGE DESCRIPTION | LIMIT OF INSURANCE |
|---|---|
| DAMAGE TO COVERED PROPERTY | $ FOLLOWS PROPERTY LIMITS OF INSURANCE UP TO $100,000,000 |
| TIME ELEMENT LOSS | $ FOLLOWS PROPERTY LIMITS OF INSURANCE UP TO $100,000,000 |
| PERISHABLE STOCK | $ 250,000 |
| HAZARDOUS SUBSTANCES | $ 250,000 |
| EXPEDITING EXPENSE | $ 250,000 |
| DATA RESTORATION | $ 250,000 |

SPECIAL PROVISIONS:

# Property-Gard Building and Personal Property Coverage Form
## 142000 12 88
Commercial Property Coverage

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words we, **us** and **our** refer to the Company providing this insurance.

A location number appears in the Declarations for each covered location. Any **premises** number that appears in this policy applies to the location with the same number.

Some words and phrases that appear in bold face or quotation marks have special meaning. Refer to Definitions.

A. **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the location described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

   Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

   a. Business Real Property

      We cover the building at the location shown in the Declarations. This includes all of the following:

      (1) completed additions;

      (2) permanently installed fixtures, machinery and equipment;

   (3) outdoor fixtures and structures, including light standards, fences, signs and well-housings; and

   (4) personal property you own which is used to maintain or service the building or its premises. This includes

      (a) fire extinguishing equipment;

      (b) outdoor furniture;

      (c) floor covering; and

      (d) appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

   (5) If not covered by other insurance, we cover:

      (a) additions under construction, alterations and repairs to the building or structure.

      (b) materials, equipment, supplies and temporary structures which are within 100 feet of the described premises and are used for making additions, alterations or repairs to the building or structure.

   b. Your Business Personal Property

      We cover the following items of personal property which you own and use in **your business** while they are in or on the **premises** at the location described in the Declarations or in the open (or in a **vehicle**) within 100 feet of the described **premises**.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy



Secretary

President

(1) Property at Specifically Identified Locations

Your business personal property at identified locations is shown in the Declarations as: **Item A - Stock.** This includes **stock**, materials and supplies of all kinds. It includes your interest in labor, materials or services furnished or arranged by you on personal property owned by others.

**Item B - Furniture, Fixtures, Equipment and Machinery.** This includes all such items of property that are not permanently installed in the building. It also includes trees, plants and shrubs used inside the building as decoration.

**Item C - Tenant's or Condominium Unit Owner's Improvements.** This includes your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

If you are a condominium unit-owner, this includes fixtures, alterations, installations or additions which are a part of the building and are owned by you as a unit-owner.

(2) Property at Locations Not Specifically Identified

Your business personal property at locations not identified is shown in the Declarations as:

**Item D - Property at Locations Not Specifically Identified.** This includes all the types of property under ITEMS A, B, and C. We only cover such property while it is anywhere within the **policy territory**, except Canada.

(3) Property Not At a Location

Your business personal property is covered, while in transit between places in the **policy territory**. It is shown in the Declarations as:

**Item E - Property in The Following Situations.** This includes all the types of property covered under **Items A,B, and C.** while it is:

(a) IN DUE COURSE OF TRANSIT-INSURED'S VEHICLES. This covers business personal property which is in, on, connected to or being towed by a **vehicle** which you own, operate or lease.

(b) IN CARE, CUSTODY OR CONTROL OF SALESPERSONS. This covers business personal property which is not covered under (a) above while it is away from your premises in the care, custody or control of any of your salesperson(s).

(c) IN CUSTODY OF CARRIERS FOR HIRE. This covers business personal property which is not covered under (a) or (b) above while it is in transit or in the custody of carriers for hire.

c. Personal Property of Others

We cover personal **property of others** only to the extent that such coverage is provided under Coverage Extensions, unless otherwise specifically covered in the Declarations or by endorsement to this policy.

2. Property Not Covered

We do not cover any of the following property, unless specifically covered in the Declarations or by endorsement to this policy:

a. land and land values; water; roadways, walks, patios or other paved surfaces;

142000 12-88S

b. the cost of excavations, grading or filling;

c. foundations of buildings, structures, machinery or boilers if such foundations are below ground;

d. equipment or machinery below the lowest basement floor or (when there is no basement) below ground;

e. underground pipes, flues or drains;

f. retaining walls that are not part of the building;

g. growing crops outside of buildings;

h. personal property you sell under any deferred payment plan (such as, a conditional sale, trust agreement or installment plan) after such property has been delivered to the customer;

i. any **vehicle** designed and intended for highway use except:

   (1) those operated solely at a covered location;

   (2) motorcycles and similar motorized vehicles you sell;

   (3) trailers which you sell and which are designed for use with private passenger automobiles.

j. animals except those you sell;

k. aircraft;

l. watercraft while afloat;

m. **money** and securities except as covered under **Additional Coverages** subsection f. **Money, Checks and Stamps** and subsection g. **Money Orders and Counterfeit Paper Currency.**

n. **Property of Others** except as covered under **Coverage Extensions** subsection b. (2) **Property of Others.**

o. Property which is more specifically described and covered under this policy or any other policy.

3. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

4. Additional Coverages (Not Subject to the Coinsurance Additional Condition)

a. Debris Removal

We will pay your reasonable cost to remove the debris of covered property caused by or resulting from a covered cause of loss which occurs during the policy period.

This coverage only applies if not later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

   (1) discover the loss, and

   (2) report the cost to us in writing.

We will pay up to 25% of the sum of:

   (1) the direct physical loss otherwise payable under the policy, and

   (2) the deductible.

But this limitation does not apply to any additional debris removal limit provided in the limit of insurance section.

We will not Pay:

   (1) the cost to extract **Pollutants** from land or water (except as provided in **d. Pollutant Removal.**

   (2) the cost to repair, replace or restore property damaged or destroyed by debris removal;

   (3) the cost to remove debris from any location used for the handling, treatment, storage or disposal of waste unless it is a specifically identified location shown in the Declarations.

b. Preservation of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a

Covered Cause of Loss, we will pay for direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. Pollutant Removal

We will pay your reasonable cost to extract **pollutants** from land and water. The release, discharge or dispersal of the **pollutants** must result from a covered cause of loss and must occur during the policy period. This coverage only applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

(1) discover the loss, and

(2) report the cost to us in writing.

The most we will pay in any one loss is the lesser of:

(1) 10% of the applicable Limit of Liability; or

(2) $10,000

Under this Additional Coverage, the most we will pay for claims for loss which occurs at any one location during the policy period is $10,000. If this policy is written for a term of more than one year, we will apply this limit separately

to each consecutive year of the policy period.

We will not pay:

(1) the cost to repair, replace or restore property damaged or destroyed by extraction of **pollutants**;

(2) the cost to extract **pollutants** from land or water:

(a) at any location used for the handling, treatment, storage or disposal of waste unless it is a specifically identified location shown in the Declarations;

(b) at any location not specifically identified in the Declarations if the **pollutants** have been released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste and which is not specifically identified in the Declarations; or

(c) at any location if the **pollutants** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

e. F.O.B. Shipments

We cover the goods you sell to others which are shipped to them at their risk of loss. But this coverage only applies if you cannot collect on the bill of sale because:

(1) the goods have been damaged by a cause of loss we cover; and

(2) your customer has refused or is unable to pay.

If this occurs, we will adjust the loss as if the property were your business personal property to the extent that such property is covered by this policy.

We will not pay more than the Limit of Insurance in the Declarations that applies to property in the custody of carriers for hire.

f. Money, Checks and Stamps

We cover **money**, checks and stamps you use in your business as shown by your records. We cover them while they are contained in the building at a location we cover. We also cover them while they are being carried to or from a covered location. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location. We do not cover any loss caused by or resulting from forgery; alterations; the giving or surrendering of checks or **money** in exchange or purchase; or accounting or arithmetic errors or omissions. Our limit of liability for this coverage is $1,000 in any one loss.

g. Money Orders and Counterfeit Paper Currency

Loss due to the acceptance in good faith, in exchange for merchandise, **money** or services, of any post office or express money order, issued or purporting to have been issued by any post office or express company, if such money order is not paid upon presentation, or due to the acceptance in good faith in the regular course of business of counterfeit United States or Canadian paper currency. Our limit of liability for this coverage is $1000 in any one loss.

5. Coverage Extensions (Not Subject to the Coinsurance Additional Condition)

a. Newly Acquired Property

If the Declarations show you have Business Real Property Coverage, we cover the buildings you acquire anywhere in the **policy territory** except Canada. If the Declarations show you have Business Personal Property Coverage, we cover your business personal property at a newly acquired location anywhere in the **policy territory** except Canada. The most we will pay for any one loss is $250,000, whether the loss occurs to real or personal property or to both. This coverage ends:

(1) 120 days from the date you acquire the property; or

(2) on the date you report the values of the property to us; or

(3) on the date this policy expires; whichever occurs first.

When you report the values of the property to us, you will owe us additional premium from the date of acquisition.

b. Personal Effects and Property of Others

(1) Personal Effects

We cover your **personal effects** and those of your officers, partners and employees while such property is at a covered location. This coverage does not apply to any **personal effects** which are covered elsewhere by this policy or by any other insurance. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location.

No matter how many persons suffer loss to their **personal effects**, we will not pay more than $1,000 to any one person in any one loss.

Nor will we pay more than the lessor of $10,000 or 10% of the limit on business personal property at the location where the loss occurs, no matter how many persons suffer loss.

(2) Property of Others

We cover **property of others** while it is at a covered location. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location.

We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

c. Valuable Papers and Records

We cover the valuable papers and records you use in **your business** against loss from

a cause of loss we cover applying to business personal property at the covered location where the loss occurs. Such papers and records include books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts and those records which exist in electronic or magnetic media and film, negatives, discs, slides, photographs and video tape. We only cover them while they are in that part of the building which you occupy at the covered location.

We will pay the research and other costs necessary to reproduce, replace or restore such papers and records. We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

d.   Property Off Premises

We cover covered property while it is temporarily away from the covered location to be cleaned, repaired or serviced. While at the temporary location, we cover it against loss from a cause of loss we cover applying to the property at the covered location. While in transit to and from the temporary location, the Special Causes of Loss apply to such property.

We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the covered location where the property is usually situated.

e.   Outdoor Property: Trees, Shrubs, Plants and Lawns

We cover your trees, shrubs, plants and lawns that are outside a covered building when the loss is caused by or results from any of the following causes of loss: fire; lightning; aircraft; explosion; riot or civil commotion; smoke; vehicles, vandalism or malicious mischief. We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the location where the loss occurs, but not more than $250 for any one tree, shrub or plant.

f.   Extra Expense, Expediting Expense and Loss Adjustment Expense

When a loss covered by this policy occurs, we will pay the extra expense you necessarily incur to continue or resume your **normal business operations**. We will pay only that part of the total expense that exceeds the amount which ordinarily would have been incurred to conduct **your business**. We will not be liable for any longer period of time than is necessarily required to rebuild, repair or replace the damaged property. This period of time is not limited by the expiration date of the policy.

We will also pay the reasonable cost you incur to expedite repairs to covered property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

We will also pay the extra wages you pay your employees for preparing inventories and other loss data for completing your proof of loss. We do not cover any other expenses incurred in preparing or submitting claims.

The Special Exclusions that apply to the Extra Expense Coverage Form shall apply to this coverage.

We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the location where the loss occurs.

g.   Accounts Receivable

We cover your records of balances owed you by your customers while the records are at a covered location. We cover such records against loss from a cause of loss we cover applying to your business personal property at the location.

We will pay the following when they result from loss or damage to these records:

(1)   Sums owed you by customers which you cannot collect;

(2) Interest charges you must pay on loans obtained to offset impaired collections;

(3) That part of your collection costs that exceeds your normal costs;

(4) Other costs you reasonably incur to restore your records.

We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

B. **Exclusions**

See applicable Causes of Loss Form as shown in the Declarations.

C. **Limits of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limits applicable to the Coverage Extensions and the Pollutant Removal and Fire Department Service Charge Additional Coverage are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property

2. Debris Removal

3. F.O.B. Shipments

4. Money, Checks and Stamps

5. Money Orders and Counterfeit Paper Currency

When the Limit of Insurance is exhausted we will pay an additional amount up to the lesser of:

1. 5% of the applicable limit of liability; or

2. $50,000

under the Debris Removal Additional Coverage.

D. **Deductible**

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

If more than one deductible is applicable under this Property Guard Coverage Form, we will only apply the highest amount that is applicable.

E. **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

You must see that the following are done in the event of loss or damage to Covered Property:

a. Notify the police if a law may have been broken.

b. Give us prompt notice of the loss or damage. Include a description of the property involved.

142000 12-88S

Page 7 of 13

c.   As soon as possible, give us a description of how, when and where the loss or damage occurred.

d.   Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

e.   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f.   Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged property for inspection, testing and analysis.

g.   If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

h.   Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

i.   Cooperate with us in the investigation or settlement of the claim.

4.   Loss Payment

a.   In the event of loss or damage covered by this Coverage Form, at our option we will either:

(1)   Pay the value of lost or damaged property;

(2)   Pay the cost of repairing or replacing the lost or damaged property;

(3)   Take all or any part of the property at an agreed or appraised value; or

(4)   Repair, rebuild or replace the property with other property of like kind and quality.

b.   We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

c.   We will not pay you more than your financial interest in the Covered Property.

d.   We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e.   We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f.   We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

(1)   You have complied with all of the terms of this Coverage Form; and

(2)   (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

5.   Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6.   Vacancy

If the building where loss or damage occurs is vacant or unoccupied we will pay for loss or damage caused by or resulting from any Covered Cause of Loss.

If this policy contains any provisions entitled or referred to as STANDARD FIRE POLICY PROVISIONS, any limitations

contained therein that apply to vacant or unoccupied buildings are deleted.

7. Valuation

If a loss occurs, we will determine the value of the damaged property at actual cash value as of the time of loss or damage, except as provided below.

a. **Stock** will be valued as follows:

    (1) **Stock** you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

    (2) **Stock** that is finished goods manufactured by you at the price for which it could have been sold if there had been no loss, less all discounts and unincurred expenses.

    (3) **Stock** shipped to you at your actual invoice cost plus any charges you must pay and your commission, if you are the selling agent.

    (4) **Stock** that you have shipped at your selling invoice plus any guaranteed, prepaid or advanced freight.

    (5) **Stock** that you have shipped not under invoice at its market value at destination on the date of loss less any unincurred expenses.

b. Glass will be valued at the cost to replace damaged property with safety glazing material if required by law.

c. Books of Account, abstracts, drawings, and systems and other records, including those which exist in electronic or magnetic media and film, negatives, discs, slides, photographs and video tapes, that are not covered under Coverage Extension, subsection c. Valuable Papers and Records will be valued at the cost of:

    (1) Blank or unexposed materials for reproducing the records; and

    (2) When there is a duplicate, labor to transcribe or copy the records.

d. When the full cost to repair or replace the damaged property (whether it is business personal property or business real property or both) is $5000 or less, we will pay the full cost to repair or replace the property without deduction for depreciation. This is subject to the following:

    (1) The damaged property must be repaired or replaced within a reasonable time after loss.

    (2) We will not pay more than the actual cash value of the damaged property until repair or replacement is completed.

    (3) This replacement cost provision does not apply to any of the following property: floor coverings, awnings, domestic appliances and outdoor equipment, whether they are attached to the building or not.

    (4) If coinsurance applies to the damaged building, this replacement cost provision does not apply to the loss to the building unless the limit of liability applying to that building equals or exceeds the amount produced by multiplying the actual cash value of the building at the time of loss by the coinsurance percentage.

e. Tenant's Improvements and Betterments will be valued at:

    (1) Actual cash value of the lost or damaged property if you make repairs promptly.

    (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

        (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        (b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

142000 12-88S

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

8. Labeled Goods

If covered goods bearing a brand on the label are damaged and we exercise our option to take all or part of the property at the agreed or appraised value, you may:

a. stamp **Salvage** on the goods on their containers; or

b. remove the brands or labels.

But you must not damage the goods, and must relabel the goods or containers to comply with applicable law. Any cost of stamping, removing or relabeling the goods will be charged to salvage expense.

F. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the **value** of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the **value** of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of the covered loss, before the application

of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

The amount determined in step (4) is the most we will pay. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):
When: The **value** of the property is $250,000
The Coinsurance percentage for it is 80%
The Limit of Insurance for it is $100,000
The Deductible is                    $    250
The amount of loss is                $ 40,000

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 divided by $200,000 = .50

Step (3): $ 40,000 x .50 = $20,000

Step (4): $ 20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):
When: The **value** of the property is $250,000
The Coinsurance percentage for it is 80%
The Limit of Insurance for it is $200,000
The Deductible is                    $    250
The amount of loss is                $ 40,000

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000 divided by $200,000 = 1.00

Step (3): $ 40,000 x 1.00 = $40,000

Step (4): $ 40,000 - $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

b. If one Limit of Insurance applies to two or more separate items, this condition

will apply to the total of all property to which the limit applies.

Example No. 3

When: The **value** of the property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $ 75,000 |
| Bldg. at Location No. 2 | 100,000 |
| Personal Property at Location No. 2 | 75,000 |
| | $250,000 |

The Coinsurance percentage for it is 90%
The Limit of Insurance for Buildings and Personal Property at Locations Nos. 1 and 2 is $180,000
The Deductible is 1,000
The amount of loss is
Bldg. at Location No. 2 30,000
Personal Property at Location No. 2 20,000
$ 50,000

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 divided by $225,000 = .80

Step (3): $ 50,000 x .80 = $40,000

Step (4): $ 40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

c. If the loss involves property at a location not specifically identified, the **value** used in a. (1) will be the total **value** of all property at all locations not specifically identified. The Limit of Insurance in a. (2) will be the aggregate Limit of Insurance shown in the Declarations.

d. This Coinsurance Additional Condition does not apply to ITEM E.

2. Mortgage Holders

a. The term **mortgage holder** includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each

mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

142000 12-88S

Page 11 of 13

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

## G.  Optional Coverages

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1.  Agreed Value

   a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

   b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

   c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

      (1)  On or after the effective date of this Optional Coverage; and

      (2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  Val-U-Gard (if applicable, see endorsement)

3.  Replacement Cost

   a.  Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b.  This Optional Coverage does not apply to:

      (1)  Property of others;

      (2)  Contents of a residence;

      (3)  Manuscripts;

      (4)  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

      (5)  Stock, unless the Declarations specifically state that Replacement Cost applies to Stock.

   c.  You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d.  We will not pay on a replacement cost basis for any loss or damage:

      (1)  Until the lost or damaged property is actually repaired or replaced; and

      (2)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   e.  We will not pay more for loss or damage on a replacement cost basis than the least of:

      (1)  The Limit of Insurance applicable to the lost or damaged property;

      (2)  The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H. Definitions

1. **money** means currency, coins and bank notes.

2. **normal business operations** means the state that your operations would be in if there had been no loss.

3. **personal effects** means apparel, tools, and other personal possessions.

4. **policy territory** means:

   a. the states of the United States of America;

   b. the District of Columbia;

   c. Canada.

5. **pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

6. **premises** means that part of the location you occupy.

7. **property of others** means property which does not belong to you or to your officers, partners or employees.

8. **stock** means merchandise held in storage or for sale; raw materials; and in-process or finished goods. It includes supplies used in packing or shipping of any of these.

9. **value** means the valuation basis upon which payment for loss or damage is made.

10. **vehicle** means any automobile, motorcycle, motor truck, tractor, trailer or semi-trailer, or any similar means of transporting persons or property. Two or more vehicles connected together will be considered a single vehicle.

11. **your business** means the trade, profession or occupation in which you are engaged and which is shown in the Declarations.

# Commercial Property Conditions - CP 00 90 07 88
Policy Property Coverage

**This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Property Coverage Forms.**

A. **Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

B. **Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

C. **Insurance Under Two or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

D. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

E. **Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

F. **No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

G. **Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

CP0090 7-88
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

H. **Policy Period, Coverage Territory**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

I. **Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

      This will not restrict your insurance.

CP0090 7-88
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

# Causes of Loss Form - 141035 12 88

Commercial Property Coverage

This Causes of Loss Form is applicable to all Commercial Property Coverage Forms attached to this policy unless otherwise stated.

The causes of loss we cover are shown in the Declarations as either **Basic or Special.** When a limit of liability is shown in the Declarations, the described property is covered against the covered causes of loss shown. Some words and phrases that appear in bold face or quotation marks have special meaning. Refer to Definitions.

## A.   Covered Causes of Losses

**Basic Causes of Loss (Basic Form)**

When **Basic** is shown in the Declarations, Covered Causes of Loss means the following unless the loss is excluded or limited as stated in Sections B and C that follow:

1.   **Fire.**

2.   **Lightning.**

3.   **Explosion,** including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.  This cause of loss does not include loss or damage by:

   a.   Rupture, bursting or operation of pressure relief devices; or

   b.   Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4.   **Windstorm or Hail,** but not including:

   a.   Frost or cold weather; or

   b.   Ice (other than hail), snow or sleet, whether driven by wind or not.

   We will not pay for loss or damage to the interior to any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.

5.   **Smoke** causing sudden and accidental loss or damage.  This cause of loss does not include smoke from agricultural smudging or industrial operations.

6.   **Aircraft or Vehicles,** meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property.  This cause of loss includes loss or damage by objects falling from aircraft.

   We will not pay for loss or damage caused by or resulting from vehicles you own or operate.

7.   **Riot or Civil Commotion,** including:

   a.   Acts of striking employees while occupying the described premises; and

   b.   Looting occurring at the time and place of a riot or civil commotion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

President

8. **Vandalism,** meaning willful and malicious damage to, or destruction of, the described property.

We will not pay for loss or damage:

a. To glass (other than glass building blocks) that is part of a building, structure, or an outside sign; but we will pay for loss or damage to other property caused by or resulting from breakage of glass by vandals.

b. Caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9. **Sprinkler Leakage,** meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system. If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

a. Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

(1) Results in sprinkler leakage; or

(2) is directly caused by freezing.

b. Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

Automatic Sprinkler System means:

(a) Any automatic fire protective or extinguishing system, including connected:

(i) Sprinklers and discharge nozzles;

(ii) Ducts, pipes, valves and fittings;

(iii) Tanks, their component parts and supports; and

(iv) Pumps and private fire protection mains.

(b) When supplied from an automatic fire protective system:

(i) Non-automatic fire protective systems; and

(ii) Hydrants, standpipes and outlets.

10. **Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into manmade underground cavities.

11. **Volcanic Action,** meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

a. Airborne volcanic blast or airborne shock waves;

b. Ash, dust or particulate matter; or

c. Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**Special Causes of Loss (Special Form)**

When **Special** is shown in the Declarations, covered causes of loss means the Basic Causes of Loss and Risks of Direct Physical Loss not covered by the Basic Causes of Loss unless loss is excluded or limited as stated in Sections B and C that follow.

B. **Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

141035 12-88

a.   Ordinance or Law

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down or removal of any property, including the cost of removing its debris.

b.   **Earth Movement** (This does not apply to property in transit)

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

(2) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting loss or damage.

If loss or damage by building glass breakage results and Special Causes of Loss is covered, we will pay for the resulting loss or damage.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

c.   Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d.   Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

e.   Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f.   War and Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.   **Flood** (This does not apply to property in transit.)

We do not cover loss or damage caused by, resulting from, contributed to or made worse by **flood**. But if loss or damage by fire or explosion not otherwise excluded results, we will pay for that resulting loss or damage.

2.   We will not pay for loss or damage caused by or resulting from any of the following:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Disease;

(4) The release, discharge or dispersal of **pollutants** unless the release, discharge or dispersal is itself caused by any of the **specified causes of loss.**

(5) Settling, cracking, shrinking or expansion;

(6) Insects, birds, rodents or other animals;

(7) **Mechanical breakdown** of machines;

(8) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if loss or damage by the **specified causes of loss** results, we will pay for that resulting loss or damage.

e. Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives of anyone to whom you entrust the property for any purpose other than a carrier or other bailee for hire:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

f. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Collapse, except as provided below in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

3. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Section B.1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a.  Business Income (and Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of **finished stock**; or

(b) The time required to reproduce **finished stock**.

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming **operations**, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of **operations**, we will cover such loss that affects your Business Income during the **period of restoration**.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the **period of restoration**.

(5) Any other consequential loss.

b.  Leasehold Interest Coverage Form

(1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c.  Legal Liability Coverage Form

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Power Failure; and

(e) Paragraph B.1.f., War and Military Action.

(2) Contractual Liability

We will not defend any claim or **suit**, or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

(3) Nuclear Hazard

We will not defend any claim or **suit**, or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C.  **Limitations**

1.  We will not pay for loss of or damage to:

a.  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting

from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. Animals unless caused by the **Specified Causes of Loss** and then only if they are killed or their destruction is made necessary.

d. Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory.

2. We will not pay for loss or damage caused by or resulting from theft unless Special Causes of Loss is covered and theft is not excluded.

a. We will not pay more than $5000 in any one loss due to **theft** of the following property. This limitation applies no matter how many items are taken or how many categories of property are involved in the loss.

(1) furs and fur garments;

(2) jewelry and jewels of any kind valued at more than $50 per item;

(3) watches valued at more than $50 per watch;

(4) precious metals or alloys of any kind.

b. We do not cover **theft** of any property which is away from a covered location in an unattended vehicle unless:

(1) the property is contained in a securely locked fully enclosed body or compartment of the vehicle; or

(2) the property is in the custody of carriers for hire.

D. **Additional Coverage** - these additional coverages apply only when Special Causes of Loss is covered.

1. Collapse

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

a. The **specified causes of loss** all only as insured against in the Coverage Part;

b. Hidden decay of the Covered Property;

c. Hidden insect or vermin damage of the Covered Property;

d. Weight of people or personal property;

e. Weight of rain that collects on a roof;

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items b., c., d., e and f. unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings; gutters and down-spouts; yard fixtures; outdoor swimming pools; fences; piers; wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

2. Water Damage

If loss or damage caused by or resulting from a covered water damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a.  Results in sprinkler leakage; or

b.  Is directly caused by freezing.

E.  **Definitions**

1.  **Specified Causes of Loss** means one or more of the Basic Causes of Loss.

    If Special Causes of Loss is covered **Specified Causes of Loss** also includes falling objects; weight of snow, ice or sleet; water damage and building glass breakage.

    a.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not include the cost of filling sinkholes or sinking or collapse of land into man-made underground cavities.

    b.  Falling objects does not include loss or damage to:

        1.  Personal property in the open; or

        2.  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

    c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

2.  **flood** means a general and temporary condition of partial or complete inundation of normally dry land areas from:

    a.  the overflow of inland or tidal waters; or

    b.  the unusual and rapid accumulation or run-off of surface waters from any source; or

    c.  mudslides which are caused or precipitated by accumulation of water on or under the ground.

3.  **mechanical breakdown** means any breakdown of a machine caused by or resulting from:

    a.  any condition or event within the machine,

    b.  any part of the machine which interrupts the machine's intended or designed function or operation, or

    c.  any rupture or bursting caused by centrifugal force.

4.  **pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

5.  **theft** means any unlawful taking of personal property.

# Business Income Coverage Form (and Extra Expense) - CP 00 30 10 91

Commercial Property Coverage

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance.

Other words and phrases that appear in bold face or quotation marks have special meaning. Refer to SECTION G - DEFINITIONS.

A. **Coverage**

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i) Business Income including **Rental Value**.

(ii) Business Income other than **Rental Value**.

(iii) **Rental Value**.

If option (i) above is selected, the term Business Income will include **Rental Value**. If option (iii) above is selected, the term Business Income will mean **Rental Value** only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your **operations** during the **period of restoration**. The suspension must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

1. Business Income

   Business Income means the:

   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal operating expenses incurred, including payroll.

2. Covered Causes of Loss

   See applicable Causes of Loss Form as shown in the Declarations.

3. Additional Coverages

   a. Extra Expense

      Extra Expense means necessary expenses you incur during the **period of restoration** that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

      (1) We will pay any Extra Expense to avoid or minimize the suspension of business and to continue **operations**:

         (a) At the described premises; or

         (b) At replacement premises or at temporary locations, including:

            (i) Relocation expenses; and

            (ii) Costs to equip and operate the replacement or temporary locations.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

(2) We will pay any Extra Expense to minimize the suspension of business if you cannot continue **operations.**

(3) We will pay any Extra Expense to:

    (a) Repair or replace any property; or

    (b) Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

b. Civil Authority

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

c. Alterations and New Buildings

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of **operations**, the **period of restoration** will begin on the date **operations** would have begun if the direct physical loss or damage had not occurred.

d. Extended Business Income

We will pay for the actual loss of Business Income you incur during the period that:

(1) Begins on the date property (except **finished stock**) is actually repaired, rebuilt or replaced and **operations** are resumed; and

(2) Ends on the earlier of:

    (a) The date you could restore your operations, with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

    (b) 30 consecutive days after the date determined in (1) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

4. Coverage Extension

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay for loss under this Extension is 10% of the Limit of Insurance for Business Income shown in the Declarations, but not more than $100,000 at each location.

Copyright, Insurance Services Office, Inc., 1983, 1990

c.  Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

    (1) This policy expires;

    (2) 30 days expire after you acquire or begin to construct the property; or

    (3) You report values to us.

    We will charge you additional premium for values reported from the date you acquire the property.

    This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

B.  **Exclusions**

    See applicable Causes of Loss Form as shown in the Declarations.

C.  **Limits of Insurance**

    The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

    The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

    Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

    1.  Alterations and New Buildings;

    2.  Civil Authority;

    3.  Extra Expense; or

    4.  Extended Business Income.

D.  **Loss Conditions**

    The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

    1.  Appraisal

        If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2.  Duties in the Event of Loss:

    a.  You must see that the following are done in the event of loss:

        (1) Notify the police if a law may have been broken.

        (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

        (3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

        (4) Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

        (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

CP0030 10-91
Copyright, Insurance Services Office, Inc., 1983, 1990

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your **operations** as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. Limitation - Electronic Media and Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

4. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no loss or damage occurred;

(3) The operating expenses, including payroll expenses, necessary to resume **operations** with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

    (b) Bills, invoices and other vouchers; and

    (c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

    (1) All expenses that exceed the normal operating expenses that would have been incurred by **operations** during the **period of restoration** if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

        (a) The salvage value that remains of any property bought for temporary use during the **period of restoration**, once **operations** are resumed; and

        (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    (2) All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. Resumption of Operations

    We will reduce the amount of your:

    (1) Business Income loss, other than extra Expense, to the extent you can resume your **operations**, in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    (2) Extra Expense loss to the extent you can return **operations** to normal and discontinue such Extra Expense.

d. If you do not resume **operations**, or do not resume **operations** as quickly as possible, we will pay based on the length of time it would have taken to resume **operations** as quickly as possible.

5. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. (1) We have reached agreement with you on the amount of loss; or

    (2) An appraisal award has been made.

E. **Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Income in the Declarations; times

b. The sum of:

    (1) The Net Income (Net Profit or Loss before income taxes), and

    (2) All operating expenses, including payroll expenses,

that would have been earned (had no loss occurred) by your **operations** at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

3. Multiply the total amount of loss by the figure determined in step 2.

We will pay the amount determined in step 3 or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premise would have been                                          $400,000

The Coinsurance percentage is          50%

The Limit of Insurance is          $150,000

The amount of loss is          $ 80,000

Step 1: $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 ÷ $200,000 = .75

Step 3: $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been                                          $400,000

The Coinsurance percentage is          50%

The Limit of Insurance is          $200,000

The amount of loss is          $ 80,000

Step 1: $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $200,000 ÷ $200,000 = 1.00

Step 3: $ 80,000 x 1.00 = $80,000

We will cover the $80,000 loss. No penalty applies.

This condition does not apply to the extra Expense Additional Coverage.

F. **Optional Coverages**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. Maximum Period of Indemnity

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the direct physical loss or damage; or

      (2) The Limit of Insurance shown in the Declarations.

2. Monthly Limit of Indemnity

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income in each period of 30 consecutive days after the direct physical loss or damage is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The Limit of Insurance is          $120,000

The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for loss in each period of 30 consecutive days is: $120,000 x 1/4 = $30,000

CP0030 10-91
Copyright, Insurance Services Office, Inc., 1983, 1990

If, in this example, the actual amount of loss is:

| Days | | |
|------|------|---|
| Days 1-30 | $ | 40,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 90,000 |

We will pay:

| Days | | |
|------|------|---|
| Days 1-30 | $ | 30,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

3. Agreed Value

   a. To activate this Optional Coverage:

     (1) A Business Income Report/Work Sheet must be made a part of this policy and must show financial data for your **operations:**

       (a) During the 12 months prior to the date of the Work Sheet; and

       (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

     (2) An Agreed Value must be shown in the Declarations or on the Work Sheet. The Agreed Value should be at least equal to:

       (a) The Coinsurance percentage shown in the Declarations; multiplied by

       (b) The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

   b. The Additional Condition, Coinsurance, is suspended until:

     (1) 12 months after the effective date of this Optional Coverage; or

     (2) The expiration date of this policy;

whichever occurs first.

   c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

     (1) Within 12 months of the effective date of this Optional Coverage; or

     (2) When you request a change in your Business Income Limit of Insurance.

   d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

     (1) The Business Income Limit of Insurance; divided by

     (2) The Agreed Value.

**Example:**

| When: The Limit of Insurance is | $100,000 |
|---|---|
| The Agreed Value is | $200,000 |
| The amount of loss is | $ 80,000 |

Step (a): $100,00 \div $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

4. Extended Period of Indemnity

Under paragraph A.3.d., Extended Business Income, the number **30** in subparagraph (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

## G. Definitions

1. **Finished Stock** means stock you have manufactured.

**Finished stock** also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

**Finished stock** does not include stock you have manufactured that is held for sale on the

premises of any retail outlet insured under this Coverage Part.

2. **Operations** means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income including **Rental Value** or **Rental Value** applies.

3. **Period of Restoration** means the period of time that:

   a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **Period of restoration** does not include any increased period required due to the enforcement of any ordinance or law that:

   (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

   (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

   The expiration date of this policy will not cut short the **period of restoration**.

4. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. **Rental Value** means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

   c. Fair rental value of any portion of the described premises which is occupied by you.

# Loss Payable Provisions - CP 12 18 06 95

Policy Amendment(s) Commercial Property

Insured: **AURORA ORGANIC DAIRY**

Policy Number: **S 86 MXX 80859105**

Producer: **PREMIER INSURANCE**

Effective Date: **06-01-06**

---

**This endorsement modifies insurance provided under the following:**

**Building and Personal Property Coverage Form**
**Builders Risk Coverage Form**
**Condominium Association Coverage Form**
**Condominium Commercial Unit-Owners Coverage Form**
**Standard Property Policy**

**Schedule**

**Provisions Applicable**

| Prem. No. | Bldg. No. | Description of Property | Loss Payable | Lender's Loss Payable | Contract of Sale | Loss Payee (Name & Address) |
|-----------|-----------|------------------------|--------------|------------------------|------------------|------------------------------|
|           |           |                        |              |                        |                  |                              |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. When this endorsement is attached to the STANDARD PROPERTY POLICY CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or by an **X** in the Schedule:

B. Loss Payable

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

C. Lender's Loss Payable

1. The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CP1218 6-95
Copyright, ISO Commercial Risk Services, Inc., 1994

a. Warehouse receipts;

b. A contract for deed;

c. Bills of lading;

d. Financing statements; or

e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

D. Contract of Sale

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

a. Adjust losses with you; and

b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the OTHER INSURANCE Condition:

For Covered Property that is the subject of a contract of sale, the word you includes the Loss Payee.

# Tentative Rate - CP 99 93 10 90
Policy Amendment(s) Commercial Property

The rates used in the development of the premium for the Commercial Property Coverage Part are tentative. We will adjust the premium effective from the inception date of this Coverage Part once the rates are promulgated.

If this is a renewal of a policy previously issued by us, we will adjust the premium effective from the renewal date of this Coverage Part once the rates are promulgated.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CP9993 10-90
Copyright, ISO Commercial Risk Services, Inc., 1983, 1989

# Property-Gard Amendatory Endorsement - 141073 05 93

Policy Amendment(s) Commercial Property

This endorsement modifies insurance provided under the Building and Personal Property Coverage Form and the Causes of Loss Form.

**Covered Property**

Coverage for your personal property which is used to maintain or service the building or its premises insured under A.1.a.4 of Property-Gard form 142000 and your business personal property insured under A.1.b. of Property-Gard form 142000 is extended to include personal property you lease if the terms of an applicable written lease requires you to provide property insurance.

Replacement Cost Coverage applies to the leased personal property covered by this endorsement if the Replacement Cost Optional Coverage has been added to your policy.

**Exclusions**

Paragraph B.1.a. of the Causes of Loss form 141035 and 141035COMP is deleted and replaced by the following:

a.   Ordinance or Law

    (1)   The enforcement of any ordinance or law:

        (a)   Regulating the construction, use or repair of any property; or

        (b)   Requiring the tearing down or removal of any property, including the cost of removing its debris.

    (2)   The increased costs of repairs due to the enforcement of any ordinance or law that:

        (a)   Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; or

        (b)   Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the premises described in the Declarations.

**Replacement Cost**

Paragraph G.3.e. of Property-Gard form 142000 is deleted and replaced by the following:

e.   We will not pay more for loss or damage on a replacement cost basis than the least of:

    (1)   The Limit of Insurance applicable to the lost or damaged property;

    (2)   The cost to replace, on the same premises, the lost or damaged property with other property:

        (a)   Of comparable material and quality of that with which it was originally constructed; and

        (b)   Used for the same purpose; or

    (3)   The amount you actually spend that is necessary to repair or replace the lost or damaged property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

141073 5-93

# Property-Gard - Equipment Breakdown Coverage Endorsement
## 143609 07 03
Policy Amendment(s) Commercial Property Coverage

Insured: **AURORA ORGANIC DAIRY**

Policy Number: **S 86 MXX 80859105**

Producer: **PREMIER INSURANCE**

Effective Date: **06-01-06**

---

**This endorsement modifies insurance provided under the:**

**Property-Gard Building and Personal Property Coverage Form 142000**
**Causes of Loss Form 141035**

**Schedule of Equipment Breakdown Coverage Deductibles**

    **Damage to Covered Property:**

    **Time Element Loss:**

    **Perishable Stock:**

**If a Deductible Amount is not shown above, then coverage provided by this endorsement is subject to the Deductible Amount shown in the Declarations for each applicable location covered under this policy.**

**Schedule of Equipment Breakdown Coverage Limits**

| Coverage Description | Limit of Insurance |
|---|---|
| Damage to Covered Property | |
| Time Element Loss | |
| Perishable Stock | |
| Hazardous Substances | |
| Expediting Expense | |
| Data Restoration | |

**Special Provisions**

**The coverage provided by this endorsement is subject to the limits shown above. If a limit is not specified, then the Limits of Insurance shown for each applicable location covered under this policy or the limit shown in this endorsement will apply.**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

143609 7-03
Copyright 2002 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

A.  Coverage

1.  We will pay for direct physical loss or damage to property covered by this policy caused by an **equipment breakdown** to **covered equipment.**

2.  Perishable Stock

    a.  We will pay for the following loss, damage and expense that is caused by an **equipment breakdown** to **covered equipment:**

        (1)  your loss of **perishable stock** due to spoilage;

        (2)  your loss of **perishable stock** due to contamination from the release of refrigerant, including but not limited to ammonia; and

        (3)  any necessary expenses you incur to reduce the amount of **perishable stock** loss to the extent that they do not exceed the amount of loss that otherwise would have been payable for **perishable stock.**

    b.  Our payment for **perishable stock** will be made in accordance with the Valuation provisions for **stock.**

    c.  The most we will pay for loss of **perishable stock**, including necessary expense you incur to reduce loss, is $25,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

3.  Hazardous Substances

    We will pay for the additional cost to repair or replace Covered Property because of contamination by a hazardous substance caused by an **equipment breakdown** to **covered equipment.** This includes the additional expenses to clean up or dispose of such property. Additional costs mean those beyond what would have been required had no hazardous substance been involved. Hazardous substance means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

The most we will pay for additional cost and expense because of contamination by a hazardous substance including **time element loss** and loss of **perishable stock**, is $100,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

B.  Special Exclusions

    Except as specified below, all Exclusions and Limitations in the Property - Gard Causes of Loss Form apply to this endorsement.

    1.  Exclusions B.2.a. and B.2.d.(7), and Limitations C.1.a. and C.1.b. do not apply to coverage provided by this endorsement.

    2.  As respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

        But if loss or damage by an **equipment breakdown** to **covered equipment** results from (1), (2) or (6) above, we will pay for that resulting loss or damage.

    3.  The following Exclusions are added as respects the coverage provided by this endorsement.

        We will not pay for loss or damage caused by or resulting from:

        a.  Fire, lightning, explosion (except as specifically provided in F.2.b.), windstorm or hail, smoke, aircraft or vehicles, riot or civil commotion, vandalism, leakage from fire protective equipment, breakage of glass, falling objects, collapse, or weight of snow, ice or sleet;

        b.  Freezing from weather related events;

        c.  Any earth movement, such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting;

        d.  **Flood.** However, if electrical **covered equipment** requires drying out because of a **flood**, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and Deductible.

        e.  Any of the following tests:

(1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(2) An insulation breakdown test of any type of electrical equipment.

f. Any defect, virus, loss of **data** or other situation within **media**. But if loss or damage from an **equipment breakdown** results, we will pay for that resulting loss or damage.

**Media** means the physical materials upon which **data** or **software** are electronically, magnetically or optically recorded, installed or stored, whether or not such materials are installed or included within electronic data processing equipment.

**Data** means any information that is electronically, magnetically or optically stored, recorded or installed on **media** for use in your information systems or **data** processing operations.

**Software** means instructions, programs, or routines that are electronically, magnetically or optically stored, recorded or installed on **media** and which are used to control or direct processes, computing, or other functions in your electronic data processing equipment, or for processing, converting, retrieving, storing or reproducing **data**. **Software** includes, but is not limited to, the source code of such instructions, programs or routines.

If any provision included in this policy is more restrictive than this exclusion, that other provision will supersede this exclusion.

C. Extensions of Coverage

The following coverages also apply to loss caused by or resulting from an **equipment breakdown** to **covered equipment**. These coverages do not provide additional amounts of insurance.

1. Service Interruption

The insurance provided for **time element loss** and **perishable stock** is extended to apply to loss caused by or resulting from an **equipment breakdown** to equipment that is:

a. Owned by a utility, landlord, or other supplier contracted by you; and

b. Used to supply electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam to your **premises**.

This Service Interruption coverage supersedes and replaces any other provision or endorsement in the policy that would otherwise cover a loss covered under this Service Interruption coverage.

2. Expediting Expense

We will pay reasonable increased costs you incur for temporary repair and for expediting the permanent repair or permanent replacement of damaged Covered Property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation. The most we will pay for these increased costs is $100,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

3. Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an **equipment breakdown** to **covered equipment**. The most we will pay for loss or damage under this coverage is $50,000 unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

D. Deductible

1. The coverage provided by this endorsement is subject to the deductibles shown in the Schedule of **Equipment Breakdown** Coverage Deductibles. Unless otherwise shown in the Schedule the following apply:

a. **Time Element Loss** Deductibles apply to **time element loss**, including **time element loss** under Service Interruption coverage.

b. **Perishable Stock** Deductibles apply to loss to **perishable stock**, including **perishable stock** loss under Service Interruption coverage.

Copyright 2002 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

c.  Damage to Covered Property Deductibles apply to all other loss or damage covered by this endorsement including loss to **perishable stock** if no other **Perishable Stock** deductible is specified and **time element loss** if no other **Time Element Loss** Deductible is specified.

2.  If a dollar deductible is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles, we will not pay for loss or damage resulting from any one **equipment breakdown** until the amount of loss or damage exceeds the applicable Deductible shown.  We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

3.  If a time deductible is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles for **Time Element Loss**, we will not be liable for any loss occurring during the specified number of hours or days immediately following the **equipment breakdown**. If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

4.  If a Multiplier is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles for **Time Element Loss**, the deductible is determined by multiplying the One Hundred Percent Average Daily Value (100% ADV) times the Multiplier.  The 100% ADV will be obtained by dividing the total net profits, fixed charges and expenses that would have been earned had no damage occurred during the period of interruption of business by the number of working days in that period.  No reduction shall be made for net profits, fixed charges and expenses not being earned, or in the number of working days, because of the physical loss or damage to Covered Property or other scheduled or unscheduled shutdown(s) during the period of interruption. The ADV applies to all locations included in the valuation of the loss.

5.  If a **Perishable Stock** deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible or coinsurance) insured under the applicable coverage.  If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

6.  For purposes of Paragraph D. of the Property-Gard Building and Personal Property Coverage Form:

a.  The Deductible Amounts shown in the Schedule of **Equipment Breakdown** Deductibles will be applied separately and individually to the applicable loss or damage.

b.  The total of the individual Deductible Amounts shown in the Schedule of **Equipment Breakdown** Deductibles will be considered to be a single amount.

E.  Suspension

If any **covered equipment** is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the coverage provided by this endorsement for that **covered equipment**.  This can be done by delivering or mailing a written notice of suspension to:

1.  Your last known address; or

2.  The address where the equipment is located.

Once suspended in this way, your insurance can be reinstated only by endorsement.

F.  Additional Definitions

1.  **Covered equipment**, unless otherwise specified in the Special Provisions, means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

**Covered equipment** does not include:

a.  structures and foundations, (other than a bedplate of a machine);

b.  air supported structures or buildings;

c.  insulating or refractory materials;

d.  vehicles, aircraft or floating vessels or any equipment mounted on such vehicles, aircraft or floating vessels.  However, any property that is stationary, permanently installed at a covered location and that

Copyright 2002 Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

e. draglines, excavation or construction equipment;

f. equipment manufactured by you for sale;

g. sewer piping, buried vessels or piping, or piping forming a part of a sprinkler system; or

h. water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system.

2. **Equipment breakdown** means direct physical loss as follows:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

b. Explosion of steam boilers, steam piping, steam engines or steam turbines owned or leased by you, or operated under your control;

c. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition inside such equipment;

d. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition inside such boilers or equipment;

e. Mechanical breakdown, including rupture or bursting caused by centrifugal force.

The term Covered Cause of Loss includes the causes of loss listed in 2.a. through 2.e. above.

3. **Perishable stock** means personal property maintained under the controlled conditions required for its preservation and susceptible to loss or damage if the controlled conditions change.

4. **Time Element Loss**, as used in this endorsement, means any of the following coverages provided by this policy: Business Income, Extra Expense, Business Income with Extra Expense, Business Income from Dependent Properties, Extended Business Income, Rental Value, or any other similar coverage.

G. The provisions of this endorsement shall not increase any amount or Limit of Insurance otherwise provided in this policy.

H. This endorsement is otherwise subject to all the terms, conditions, provisions and stipulations of the policy to which it is attached.

143609 7-03
Copyright 2002 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# Property-Gard Extension Endorsement - 143622 01 05
Policy Amendment(s) Commercial Property Coverage

**This endorsement modifies insurance provided under the following:**

**Property-Gard Building and Personal Property Coverage Form - 142000**
**Business Income Coverage Form (and Extra Expense) - CP0030**
**Causes of Loss Form - 141035**

I. The Property-Gard Building and Personal Property Coverage Form (142000) is amended as follows:

    A. Foundations

        1. The following is added to Section A.1.a., Business Real Property:

            (6) Foundations of buildings, structures, equipment and machinery, whether above or below ground;

        2. Item A.2.c., Property Not Covered, is deleted.

    B. Broadened Premises Coverage

        The first paragraph of item A.1.b., Your Business Personal Property, is deleted and replaced with the following:

        b. Your Business Personal Property

            We cover the following items of personal property which you own and use in **your business** while they are in or on the **premises** at the location described in the Declarations or in the open (or in a **vehicle**) within 1,000 feet of the described **premises.**

    C. Property at Locations Not Specifically Identified

        Items A.1.b.(2) is deleted and replaced with the following:

Property at Locations Not Specifically Identified

1. Your Business Personal Property, described as **Items A., B., C.,** and personal **property of others**, is covered while it is at locations not specifically identified as shown in the Declarations. We only cover such property while it is at any location within the **policy territory**, except Canada.

2. This coverage does not insure:

    a. Loss or damage caused directly or indirectly by **flood** or earthquake, even when such causes of loss are insured by endorsement to this policy.

    b. Loss, damage, or expense otherwise covered under the following Property in Transit coverages:

        (1) In The Due Course of Transit - Insured's Vehicles;

        (2) Property In The Care, Custody or Control of Salespersons; or

        (3) Property In the Custody of Carriers For Hire.

    c. Loss, damage, or expense otherwise covered under Newly Acquired Property as provided under this Endorsement.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 28

d. Buildings in the course of construction for which separate insurance coverage has been obtained to cover your interest, either by you or by the contractor responsible for the construction.

e. Any property that is otherwise insured under this coverage part or this policy, or any other policy, whether collectible or not.

3. The most we will pay for loss, damage, or expense under this coverage is the greater of:

(a) The Limit of Insurance shown for Each Location or the Aggregate For All Locations shown in the Schedule of this Endorsement that applies to Property at Locations Not Specifically Identified; or

(b) The Limit(s) of Insurance shown on the Declarations applicable to Item D. Property at Locations Not Specifically Identified.

D. Item A.1.b.(3), Property Not At a Location is deleted and replaced by the following:

(3) Property in Transit

(a) Your Business Personal Property, described under **Items A., B., C.,** and personal **property of others,** is covered while it is:

1) IN THE DUE COURSE OF TRANSIT - INSURED'S VEHICLES. This covers business personal property which is in, on, connected to or being towed by a vehicle which you own, operate or lease.

2) IN THE CARE, CUSTODY OR CONTROL OF SALESPERSONS. This covers business personal property which is not covered under item D.(3)(a)1) above while it is away from your **premises** in the care, custody, or control of any of your salesperson(s).

3) IN THE CUSTODY OF CARRIERS FOR HIRE. This covers business personal property which is not covered under item(s) D.(3)(a)1) or D.(3)(a)2) above but only while it is in the custody of a carrier for hire which includes any motor vehicle, rail, air express, or air transportation company; and their connecting carriers.

(b) We cover such property against direct physical loss or damage from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(c) We will not pay under Property in Transit for loss or damage to:

1) Property you ship by mail while in the custody of the U.S. Postal Service.

2) Property that is waterborne except when on a transporting land conveyance aboard any regular licensed ferry on an inland waterway, and then to include general average and salvage charges for which you may be liable.

3) Export shipments after such shipments are loaded on board an exporting conveyance, or on the date such export shipments are covered by a Marine Insurance Policy, or on import shipments until Marine Coverage ceases.

4) Property of others carried by you while acting as a common carrier, contract carrier, broker, loader, consolidator or freight forwarder, unless otherwise provided herein.

5) Live animals.

6) **Fine arts, media, software, and data, research and development**

documentation, valuable papers and records, accounts receivable, or Covered Property while it is in transit to or from a trade show.

7) That part of any loss, damage, or expense associated with Property in Transit that is otherwise insured under this Coverage Part or this policy.

(d) As respects coverage provided by Property in Transit, definition H.4. Policy Territory is amended to include the following clause:

The policy territory for Property in Transit is within and between the 48 contiguous States of the United States of America; the State of Alaska; the State of Hawaii; the District of Columbia; Puerto Rico and Canada.

(e) The most we will pay for loss, damage, or expense in any one occurrence under this coverage is the greater of:

(a) The Limit of Insurance shown in the Schedule of this Endorsement that applies to Property in Transit; or

(b) The Limit of Insurance shown on the Declarations applicable to Item E.

E. Personal Property of Others

Items A.1.c., A.2.n., and A.5.b.(2) are deleted from the Property Gard Building And Personal Property Coverage Form - 142000. The following clause replaces item A.1.c. of the Property Gard Building And Personal Property Coverage Form:

Personal Property of Others

Unless a Limit of Insurance is shown for personal property of others on the Declarations, the Limit of Insurance for personal property of others is included in, but does not

increase, the Limit of Insurance shown in the Declarations for Business Personal Property.

F. Item A.4.c., Fire Department Service Charge, is deleted and replaced by the following:

c. Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Fire Department Service Charge.

G. Item A.4.d., Pollution Removal is deleted and replaced by the following:

d. Pollution Removal

(1) We will pay your reasonable cost to remove or extract pollutants from land, water, or air. The release, discharge, or dispersal of the pollutants must result from a Covered Cause of Loss and must occur during the policy period. This coverage applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you discover the loss and report the cost to us in writing.

(2) We will not pay:

(a) The cost to repair, replace or restore property damaged or destroyed by extraction of pollutants;

(b) The cost to extract pollutants from land, water, or air at any location:

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 28