1) Used for the handling, treatment, storage or disposal of waste unless it is a specifically identified location shown in the Declarations;

2) Not specifically identified in the Declarations of this policy if the **pollutants** have been released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste and which is not specifically identified in the Declarations of this policy; or

3) If the **pollutants** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

(3) Limit Of Insurance

(a) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Per Occurrence Limit of Insurance shown in the Schedule of this Endorsement applicable to Pollution Removal.

(b) The most we will pay for loss, damage, or expense in all occurrences in any one policy period under this Additional Coverage is the Annual Aggregate Limit of Insurance shown in the Schedule of this Endorsement applicable to Pollution Removal.

H.  Item A.4.f., Money, Checks and Stamps, is deleted and replaced by the following:

f.  Money, Checks, Stamps, and Securities

(1) We cover **money**, checks, stamps and **securities** you use in **your business** as shown by your records. We cover them while they are contained within the **premises** at locations described in the Declarations. We also cover them while they are being carried to or from a covered location in the care, custody, or control of a **messenger** or an armored motor vehicle company.

(2) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(3) We do not cover any loss caused by or resulting from forgery; alterations; the giving or surrendering of checks, **money** or **securities** in exchange or purchase; or accounting or arithmetic errors or omissions.

(4) Item C.4. Money, Checks and Stamps located in the Property-Gard Building and Personal Property Coverage Form (142000) is deleted and replaced with the following: Money, Checks, Stamps, and Securities.

(5) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, regardless of the amount of **money**, or number of checks, stamps, or **securities** lost or damaged, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Money, Checks, Stamps, and Securities.

I.  Item A.4.g., Money Orders and Counterfeit Paper Currency, is deleted and replaced by the following:

g.  Money Orders and Counterfeit Paper Currency

(1) We will pay for your loss which directly results from you accepting the following in good faith, in exchange for merchandise, **money** or services:

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(a) Money orders (including **counterfeit** money orders, purporting to have been issued by any United States or Canadian post office, express company, or national, state, or Canadian chartered bank) not paid upon presentation; or

(b) **Counterfeit** United States or Canadian paper currency.

(2) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, regardless of the number of items contributing to the loss, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Money Orders and Counterfeit Paper Currency.

J.  The following coverage clauses are added to item A.4., Additional Coverages:

h.  Realty Tax Coverage - Increased Assessment

(1) If a Covered Cause of Loss results in direct physical loss or damage to Covered Property at a **premises** described in the Declarations, we will reimburse you for the increased realty tax liability attributable to the construction, repair, rebuilding, or reconstruction of the damaged property, as covered by this policy.

(2) We will pay for such increased realty tax liability if it is assessed within 2 years of a covered loss. However, we will only pay the first such increased assessment following any realty tax assessment increase that is insured under this coverage.

(3) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Realty Tax Coverage - Increased Assessment.

i.  Extended Warranty Coverage

(1) If a Covered Cause of Loss results in a direct total physical loss to Covered Property at a **premises** described in the Declarations, we will pay the unused pro-rata portion of the non-refundable purchase price for extended warranties or service contracts which you purchased for such damaged property.

(2) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Extended Warranty Coverage.

j.  Fire Protective Equipment

(1) We will pay your costs to recharge or refill **fire protective equipment;** and clean up and remove the fire extinguishing agent resulting from the discharge of a fire-extinguishing agent from **fire protective equipment.**

The discharge must occur at a location described in the Declarations and:

(a) Be caused by or result from the intended operation of the **fire protective equipment** to prevent or control a Covered Cause of Loss;

(b) Be accidental; or

(c) Result from a malfunction of the **fire protective equipment.**

(2) We will not pay for any loss, damage or expense caused by or resulting from any of the following:

(a) Any loss that occurs because of your failure to use reasonable care to maintain the **fire protective equipment** in proper operating condition prior to the loss;

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 5 of 28

(b) Any discharge from the **fire protective equipment** that occurs at the time of servicing, refilling or testing of the **fire protective equipment**; or

(c) Any loss to any **fire protective equipment** that is located underground including pipes, flues, or drains unless such loss or damage was caused by a Covered Cause of Loss.

(3) No deductible applies to this Additional Coverage.

(4) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Fire Protection Equipment.

k. Tenant's Sign, Glass, and Outdoor Property Coverage

(1) We will cover the following property at a **premises** described in the Declarations, that you occupy but do not own, and your lease or rental agreement specifically requires you to insure such property:

(a) Exterior signs.

(b) Exterior and interior glass.

(c) Outdoor fixtures and structures, including light standards, fences, and well-housings; outdoor furniture; fire extinguishing equipment; floor coverings; or appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

(d) Outdoor radio or television towers, antennas, or satellite dishes.

(2) Coverage includes:

(a) Lettering and ornamentation;

(b) Items of such property that are located on the exterior of the insured **premises**; and

(c) Items of such property that are located on the exterior of the insured **premises**, but which is interior to an enclosed structure.

(3) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(4) We will not pay for loss of or damage to any such property at any location that you are required by lease or other contract to insure the Business Real Property.

(5) This Additional Coverage shall apply only as excess insurance over any insurance provided by or for the building owner, whether or not any proceeds under any such policy are collectible.

(6) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, regardless of the number of property items lost or damaged, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Tenant's Sign, Glass, and Outdoor Property Coverage.

l. Reward Coverage

(1) We will reimburse you the rewards you pay for information leading to the arrest and subsequent conviction of the person or persons responsible for direct physical loss or damage caused by a Covered Cause of Loss to Covered Property resulting from an unlawful intentional act.

(2) No Deductible applies to this Extension of Coverage.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 6 of 28

(3) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Reward Coverage.

m. Utility Services Coverage - Direct Damage

  (1) We will pay for direct physical loss of or damage to Covered Property at the **premises** described in the Declarations, caused by the interruption of service to such **premises**. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the Utility Services property described in paragraph (2) below, not on the **premises** described in the Declarations.

  (2) Utility Services means:

    (a) Water Supply Services, defined as the following types of property supplying water to the described premises:

      1) Pumping stations; and

      2) Water mains.

    (b) Communication Supply Services, defined as the following types of property supplying telephone, radio, microwave or television services to the described premises:

      1) Communication transmission lines, including optic fiber transmission lines;

      2) Coaxial cables; and

      3) Microwave radio relays except satellites.

    (c) Power Supply Services, defined as the following types of property supplying electricity, steam or gas to the described premises:

      1) Utility generating plants;

      2) Switching stations;

      3) Substations;

      4) Transformers; and

      5) Transmission lines.

  (3) Coverage does not extend to any type of overhead transmission, distribution, communication, or power lines.

  (4) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Utility Services Coverage.

n. Consequential Loss Assumption Coverage

  (1) We will pay the reduction in value of the undamaged parts of **stock** in process of manufacture when the reduction is caused by direct physical loss or damage from a Covered Cause of Loss to other parts of **stock** in process of manufacture at the described **premises** and the undamaged parts cannot be used in conjunction with other **stock**.

  (2) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Consequential Loss Assumption Coverage.

o. Contract Penalty Clause Coverage

  (1) We will pay the contractual penalties you are required to pay to your customers, as a result of any clause in contracts you enter into prior to a loss, for failure to timely deliver your product according to the contract terms.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 7 of 28

(2) Such penalties must solely result from direct physical loss or damage to Covered Property that is caused by or resulting from a Covered Cause of Loss.

(3) The most we will pay for loss, damage, expense, or penalties in any one occurrence under this Additional Coverage, regardless of the number of contracts affected, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Contract Penalty Clause Coverage.

p. Employee Theft - Limited and Forgery or Alteration - Limited

  (1) Employee Theft - Limited

  We will pay for loss of or damage to **money, securities** and **other property** resulting directly from **theft** committed by an **employee**, whether identified or not, acting alone or in collusion with other persons.

  (2) Forgery or Alteration - Limited

  We will pay for loss resulting directly from **forgery** or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in **money** that are:

  (a) Made or drawn by or drawn upon you; or

  (b) Made or drawn by one acting as your agent;

  or that are purported to have been so made or drawn.

  (3) The following exclusions apply to Employee Theft - Limited and Forgery or Alteration - Limited:

  (a) Loss resulting from **theft** or any other dishonest act committed by:

    1) You; or

  2) Any of your partners or **members;**

  whether acting alone or in collusion with other persons.

  (b) Loss resulting from **theft** or any other dishonest act committed by any of your **employees, managers,** directors, trustees or authorized representatives:

    1) Whether acting alone or in collusion with other persons; or

    2) While performing services for you or otherwise;

  except when covered under Employee Theft - Limited.

  (c) Loss that is an indirect result of any act or **occurrence** covered by Employee Theft - Limited and Forgery or Alteration - Limited, including but not limited to, loss resulting from:

    1) Your inability to realize income that you would have realized had there been no loss of or damage to **money, securities** or **other property.**

    2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under Employee Theft - Limited and Forgery or Alteration - Limited.

    3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under Employee Theft - Limited and Forgery or Alteration - Limited.

  (d) Expenses related to any legal action.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 8 of 28

(4) The following exclusions apply to Employee Theft - Limited:

    (a) Loss caused by any **employee** of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

    (b) Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

        1) An inventory computation; or

        2) A profit and loss computation.

    However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

    (c) Loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

    (d) Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

(5) The following Conditions apply in addition to the Common Policy Conditions:

    (a) This insurance is cancelled as to any **employee**:

        1) Immediately upon discovery by:

           a) You; or

           b) Any of your partners, **members, managers,** officers, directors or trustees not in collusion with the **employee;**

        of **theft** or any other dishonest act committed by the **employee** whether before or after becoming employed by you.

        2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

    (b) We will pay only for loss that you sustain through acts committed or events occurring during the policy period shown in the Declarations and discovered by you:

        1) During the policy period; or

        2) No later than 1 year from the date of termination or cancellation of this insurance. However, this extended period to discover loss terminates immediately upon the effective date of any other insurance obtained by you replacing in whole or in part the insurance afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

    (c) If any loss is covered:

        1) Partly by this insurance; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay are the Limits of Insurance shown under item p.(7) below.

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or policy period to policy period.

(d) The property covered under this insurance is limited to property:

1) That you own or lease;

2) That you hold for others; or

3) For which you are legally liable, except for property inside the premises of a client of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

(e) We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

(6) The following coverage clauses do not apply to this Additional Coverage:

1) Extra Expense and Expediting Expense;

2) Loss Adjustment Expense;

3) Business Income Coverage Form (and Extra Expense) - CP0030.

(7) Limit Of Insurance

(a) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage are the Per Occurrence Limits of Insurance shown in the Schedule of this Endorsement applicable to Employee Theft - Limited and Forgery or Alteration - Limited.

(b) The most we will pay for loss, damage, or expense in all occurrences in any one policy period under this Additional Coverage are the Annual Aggregate Limits of Insurance shown in the Schedule of this Endorsement applicable to Employee Theft - Limited and Forgery or Alteration - Limited.

q. Fine Arts Coverage

(1) We cover **fine arts** you own, and such property owned by others, that is in your care, custody, or control, while located within the **premises** that you occupy at locations described in the Declarations.

(2) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(3) **Fine Arts** will be valued at the time of loss or damage as follows:

(a) For partial losses, including items that are part of a pair or set, we will pay:

1) The reasonable cost necessary to restore the article, pair or set to its condition immediately before the loss.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2) If we agree that such restoration cannot fully restore the article, pair or set to its condition just before the loss, we will pay the difference between the article's **fair market value** immediately before and after the loss. We will pay this amount in addition to the cost incurred in attempting to restore the article.

Example: The article's pre-loss **fair market value** is $25,000. The damaged article can be restored for $3000. However, the post-restoration **fair market value** of the article will be only $20,000. The difference between the article's pre-loss **fair market value** and the post-restoration **fair market value** is $5,000 ($25,000 - $20,000 = $5,000). The total amount we will pay is $8,000 [$5000 (diminution of value) plus $3000 (cost of restoration) = $8,000].

(b) For total losses, we will pay the **fair market value** of the article, pair or set immediately before the loss.

(4) The following is added to the Property Gard Building And Personal Property Coverage Form - 142000, Section A.2. Property Not Covered:

p. **Fine arts.**

(5) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage are the Limits of Insurance shown in the Schedule of this Endorsement applicable to **Fine Arts.**

r. Office Electronic Data Processing Equipment

(1) Coverage

(a) If we cover Item A.1.b., Your Business Personal Property, under the Property-Gard Building and Personal Property Coverage Form - 142000, coverage includes **office electronic data processing equipment.** We cover your **office electronic data processing equipment**, and such property owned by others, that is in your care, custody, or control, while located within the **premises** that you occupy at locations described in the Declarations.

(b) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(c) Exclusion B.2.d.(8)(a) and (b) [Dampness or Dryness of Atmosphere or Changes in Temperature] contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage.

(d) If the Equipment Breakdown Coverage Endorsement - 143609 is not attached to this policy, the following exclusions or limitations contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage:

1) B.2.a. [Artificially Generated Electric Current]

2) B.2.d.(7) **[Mechanical Breakdown]**

(2) **Office electronic data processing equipment** will be valued at the time

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 11 of 28

of loss at the least of the following amounts:

(a) The replacement cost of such property used for the same purpose, if the replacement cost option is shown in the Declarations for Your Business Personal Property. However, when replacement with identical property is impossible or unnecessary, the amount of loss will be based on the cost to replace **office electronic data processing equipment** with similar property intended to perform the same functions. Property of others will be valued in the same manner, but we will not pay more than the amount for which you are liable.

(b) The amount you actually spend to repair or replace lost or damaged **office electronic data processing equipment** used for the same purpose.

(3) We will not pay under Office Electronic Data Processing Equipment coverage for any loss or damage caused directly or indirectly by any **office electronic data processing equipment** that is rented or leased to others while away from your premises.

(4) Limits of Insurance

(a) The most we will pay under this Additional Coverage for loss, damage, or expense including loss of business income and extra expense, in any one occurrence, caused by or resulting from cause of loss items r.(1),(c) or r.(1),(d),1) and 2) above, are the Limits of Insurance shown in the Schedule of this Endorsement applicable to Office Electronic Data Processing Equipment.

(b) The most we will pay under this Additional Coverage for loss,

damage, or expense, in any one occurrence, caused by or resulting from any other covered cause of loss, are the Limits of Insurance for Business Personal Property shown in the Declarations.

(c) Payments under Office Electronic Data Processing Equipment will not increase the Limit of Insurance shown in the Declarations for Business Personal Property.

s. Media, Software, and Data Coverage

(1) Coverage

(a) We cover **media, software, and data** owned by you, and such property owned by others, that is in your care, custody, or control, while located within the **premises** that you occupy at locations described in the Declarations.

(b) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(c) Exclusion B.2.d.(8)(a) and (b) [Dampness or Dryness of Atmosphere or Changes in Temperature] contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage.

(d) If the Equipment Breakdown Coverage Endorsement - 143609 is not attached to this policy, the following exclusions or limitations contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage:

1) B.2.a. (Artificially Generated Electric Current)

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 12 of 28

* 9 0294 0 000000 3

COPYF

JFCG.P.154.A22J701

CIZ

000522A

2) B.2.d.(7) **(Mechanical Breakdown)**

(e) Notwithstanding item s.(1)(a) above, we will pay for direct physical loss or damage to such property while away from the described **premises**, caused by or resulting from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(2) **Media, software, and data** will be valued at the time of loss as follows:

(a) **Media** will be valued at its blank value.

(b) **Software** and **data** will be valued at the time of loss at the least of the following amounts:

1) The cost to reproduce lost or damaged **software** or **data** from back-up files or original source documents.

2) The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce, or replace **software** or **data**, used for the same purpose, to their condition immediately before loss or damage.

3) If identical **software** or **data** cannot be purchased, the cost to purchase such **software** or **data** of comparable kind, functionality, and quality.

4) The amount you actually spend to research, repair, restore, recreate, reconstitute, reproduce, or replace lost or damaged **software** or **data** used for the same purpose.

(c) Item G.3.c. of the Property-Gard Building and Personal Property Coverage Form - 142000 does not apply to Media, Software, and Data Coverage.

(3) We will not pay under Media, Software, and Data Coverage:

(a) For any loss or damage caused by or resulting from:

1) Faulty, inadequate, or defective design, specifications, programming, instructions, installation, bookkeeping, accounting, processing, copying, billing or other errors or omissions.

2) Faulty, inadequate, or defective maintenance of data processing equipment or component parts.

3) Erasure of **media, software,** or **data**.

4) Unauthorized instructions to transfer property to any person or to any place.

(b) Until you actually repair, restore, recreate, reconstitute, reproduce, or replace **media, software,** or **data**. Repairs or replacement must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

(4) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage are the Limits of Insurance shown in the Schedule of this Endorsement that apply to Media, Software, and Data Coverage.

t. Loss Adjustment Expense

(1) When a covered loss occurs we will pay the actual, necessary and reasonable loss adjustment expenses you incur. We will pay only that

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 13 of 28

(2) Loss adjustment expenses are expenses you incur for preparing inventories and other loss data in order to support your claim or complete your proof of loss, such as but not limited to:

   a. Public Accountant (P.A.) or Certified Public Accountant (C.P.A.) fees;

   b. The cost of appraisals required by us; or

   c. Extra wages you pay your employees for preparing inventories and other loss data in support of your claim.

(3) Loss adjustment expense does not include:

   a. Legal or public adjuster fees or expenses;

   b. Expenses or fees recoverable elsewhere under this policy, or any other policy, whether collectible or not; or

   c. Expenses or fees excluded elsewhere under this policy.

(4) The most we will pay for loss, damage, expenses, or fees in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Loss Adjustment Expense.

u. Trade Show Coverage

(1) We will pay for direct physical loss of or damage to Covered Property located at a trade show that is located away from the premises described in the Declarations. We will also pay for direct physical loss or damage to Covered Property while it is in transit to or from a trade show in the **policy territory**.

part of the total loss adjustment expense that would not have been incurred had there not been a covered loss.

(2) We cover such property against direct physical loss or damage from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(3) This coverage does not insure:

   a. Loss or damage caused directly or indirectly by **flood** or earthquake, even when such causes of loss are insured by endorsement to this policy.

   b. **Fine arts**.

   c. That part of any loss, damage, or expense associated with Trade Show Coverage that is otherwise insured under this Coverage Part or this policy.

(4) Limit Of Insurance

   (a) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown for While at a Trade Show, in the Schedule of this Endorsement, that applies to Trade Show Coverage.

   (b) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown for While in Transit (Per vehicle), in the Schedule of this Endorsement, that applies to Trade Show Coverage.

v. Prototype Coverage

(1) If we cover Item A.1.b.(1), **Item A - Stock**, under the Property-Gard Building and Personal Property Coverage Form -142000, we also cover **prototypes** related to your **research and development operations**. We cover **prototypes** owned by you, and such property owned by others, that is in your care, custody, or control, while located within the **premises** that you occupy at

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 14 of 28

* 9 0295 0 000000 3

COPYF

:FCG.P|54.A22J701

CIZ

000524A

locations described in the Declarations.

(2) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(3) **Prototypes** will be valued at the time of loss at the least of the following amounts:

(a) The replacement cost of such property used for the same purpose, if the replacement cost option is shown in the Declarations.

However, when replacement with identical property is impossible or unnecessary, the amount of loss will be based on the cost to replace **prototypes** with similar property intended to perform the same functions. Property of others will be valued in the same manner, but we will not pay more than the amount for which you are liable.

(b) The amount you actually spend to repair or replace lost or damaged **prototypes** used for the same purpose.

(c) Item G.3.c. of the Property-Gard Building and Personal Property Coverage Form - 142000 does not apply to Prototype Coverage.

(4) We will not pay for loss or damage to **prototypes** until you actually repair or replace such property. Repairs or replacement must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

(5) The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Prototype Coverage.

w. Research and Development Documentation Coverage

(1) Coverage

(a) If we cover Item A.1.b.(1), **Item A - Stock**, under the Property-Gard Building and Personal Property Coverage Form -142000, we also cover **research and development documentation** related to your **research and development operations**. We cover your **research and development documentation** owned by you, and such property owned by others, that is in your care, custody, or control, while located within the **premises** that you occupy at locations described in the Declarations.

(b) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(c) Exclusion B.2.d.(8)(a) and (b) [Dampness or Dryness of Atmosphere or Changes in Temperature] contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage.

(d) If the Equipment Breakdown Coverage Endorsement - 143609 is not attached to this policy, the following exclusions or limitations contained in the Causes of Loss Form (141035) do not apply to this Additional Coverage:

1) B.2.a. (Artificially Generated Electric Current)

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 15 of 28

2)   B.2.d.(7)    **(Mechanical Breakdown)**

(e)  Notwithstanding item w.(1)(a) above, we will pay for direct physical loss or damage to such property while away from the described **premises**, caused by or resulting from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(2)  **Research and development documentation** will be valued at the time of loss at the least of the following amounts:

(a)  The cost to reproduce lost or damaged **research and development documentation** from back-up files or original source documents.

(b)  The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce, or replace **research and development documentation**, used for the same purpose, to their condition immediately before loss or damage.

(c)  If identical **research and development documentation** cannot be purchased, the cost to purchase such documentation of comparable kind, functionality, and quality.

(d)  The amount you actually spend to repair, restore, recreate, reconstitute, reproduce, or replace lost or damaged **research and development documentation** used for the same purpose.

(e)  Item G.3.c. of the Property-Gard Building and Personal Property Coverage Form - 142000 does not apply to Research and Development Documentation Coverage.

(3)  We will not pay under Research and Development Documentation Coverage:

(a)  For coverage provided under the Business Income Coverage Form (and Extra Expense) - CP0030, except as provided by this Endorsement under item II.F.g. Research and Development Coverage.

(b)  For any loss or damage caused by or resulting from:

1)  Faulty, inadequate, or defective design, specifications, programming, instructions, installation, bookkeeping, accounting, processing, copying, billing or other errors or omissions.

2)  Faulty, inadequate, or defective maintenance of data processing equipment or component parts.

3)  Erasure of **research and development documentation**.

4)  Unauthorized instructions to transfer property to any person or to any place.

(c)  Until you actually repair, restore, recreate, reconstitute, reproduce, or replace **research and development documentation**. Repairs or replacement must be made as soon as reasonably possible after the loss or damage, but in no event later than two years after the loss or damage unless we grant an extension in writing prior to the expiration of the two year period.

(4)  The most we will pay for loss, damage, or expense in any one occurrence under this Additional Coverage are the Limits of Insurance shown in the Schedule of this Endorsement that apply to Research

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 16 of 28

and Development Documentation Coverage.

K. Item A.5.a., Newly Acquired Property, of the Property-Gard Building and Personal Property Coverage Form - 142000 is deleted and replaced by the following Coverage Extension. If the Declarations show you have Business Income Coverage, Section A.4. of the Business Income Coverage form (and Extra Expense) - CP0030 is deleted and replaced by the following Coverage Extension:

a. Newly Acquired Property

(1) If the Declarations show you have Business Real Property, Business Personal Property, or Business Income Coverage (and Extra Expense), we will provide such coverage at newly acquired locations anywhere in the **policy territory** except Canada. This coverage ends:

(a) 120 days from the date you acquire the property; or

(b) on the date you report the values of the property to us; or

(c) on the date this policy expires;

whichever occurs first. When you report the values of the property to us, you will owe us additional premium from the date of acquisition.

(2) This Extension of Coverage does not insure:

(a) Loss or damage caused directly or indirectly by **flood** or earthquake, even when such causes of loss are insured by endorsement to this policy.

(b) Loss, damage, or expense otherwise covered under the following Property in Transit coverages:

1) In The Due Course of Transit - Insured's Vehicles;

2) Property In The Care, Custody or Control of Salespersons; or

3) Property In the Custody of Carriers For Hire.

(c) Loss, damage, or expense otherwise covered under Property at Locations Not Specifically Identified as provided under this Endorsement.

(d) Buildings in the course of construction for which separate insurance coverage has been obtained to cover your interest, either by you or by the contractor responsible for the construction.

(e) Any property that is otherwise insured under this coverage part, this policy, or any other policy, whether collectible or not.

(3) The most we will pay for loss, damage, or expense in any one occurrence under this Coverage Extension is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Newly Acquired Property. This is the most we will pay whether the loss involves business real property, business personal property, loss of business income, extra expense, or is a combination of all such loss elements. In no event will we pay more for real or personal property than the value of the acquired property.

L. Item A.5.c. Valuable Papers and Records is deleted and replaced by the following:

c. Valuable Papers and Records Coverage

(1) Coverage

(a) We cover the **valuable papers and records** you own, and such property owned by others, that is in your care, custody, or control, and used in **your business** while located within **the premises** that you occupy at locations described in the Declarations.

(b) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

(c) Exclusion B.2.d.(8)(a) and (b) [Dampness or Dryness of Atmosphere or Changes in Temperature] contained in the Causes of Loss Form (141035) do not apply to this Coverage Extension.

(d) If the Equipment Breakdown Coverage Endorsement - 143609 is not attached to this policy, the following exclusions or limitations contained in the Causes of Loss Form (141035) do not apply to this Coverage Extension:

   1) B.2.a. (Artificially Generated Electric Current)

   2) B.2.d.(7) **(Mechanical Breakdown)**

(e) Notwithstanding item L.c.(1)(a) above, we will pay for direct physical loss or damage to such property while away from the described **premises**, caused by or resulting from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(2) **Valuable papers and records** will be valued at the time of loss at the least of the following amounts:

(a) The cost to reproduce lost or damaged valuable papers or records from back-up files or original source documents.

(b) The reasonable cost necessary to research, repair, restore, recreate, reconstitute, reproduce, or replace **valuable papers and records**, used for the same purpose, to their condition immediately before loss or damage.

(c) If identical valuable papers and records cannot be purchased, the cost to purchase such documentation of comparable kind, functionality, and quality.

(d) If the information cannot be replaced or restored with other of like kind or quality, we will pay the blank value.

(e) Item G.3.c. of the Property-Gard Building and Personal Property Coverage Form - 142000 does not apply to Valuable Papers and Records Coverage.

(f) The amount you actually spend to repair, restore, recreate, reconstitute, reproduce, or replace lost or damaged **valuable papers and records** used for the same purpose.

(3) We will not pay under Valuable Papers and Records Coverage for any loss or damage caused by or resulting from:

(a) Faulty, inadequate, or defective design, specifications, programming, instructions, installation, processing, copying, or other errors or omissions.

(b) Faulty, inadequate, or defective maintenance of data processing equipment or component parts.

(c) Erasure of **valuable papers and records**.

(d) Unauthorized instructions to transfer property to any person or to any place.

(4) The most we will pay for loss, damage, or expense in any one occurrence under this Coverage Extension, are the Limits of Insurance shown in the Schedule of this Endorsement that apply to Valuable Papers and Records Coverage.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 18 of 28

M. Item A.5.e., Outdoor Property: Trees, Shrubs, Plants and Lawns, is deleted and replaced by the following:

    e. Outdoor Property: Trees, Shrubs, Plants and Lawns

        (1) We cover your trees, shrubs, plants and lawns that are outside a covered building, or located on or within the parking area of a covered building, but only if such parking area is part of the described location.

        (2) We cover such property against direct physical loss or damage caused by or resulting from any of the following causes of loss: fire; lightning; aircraft; explosion; riot or civil commotion; smoke; vehicles; vandalism or malicious mischief.

        (3) The most we will pay for loss, damage, or expense in any one occurrence under this Coverage Extension are the Limits of Insurance shown in the Schedule of this Endorsement applicable to Outdoor Property: Trees, Shrubs, Plants and Lawns.

N. Item A.5.f., Extra Expense, Expediting Expense and Loss Adjustment Expense, is deleted and replaced by the following:

    f. Extra Expense and Expediting Expense

        (1) When a loss covered by this policy occurs, we will pay the extra expense you necessarily incur to continue or resume your **normal business operations**. We will pay only that part of the total expense that exceeds the amount which ordinarily would have been incurred to conduct **your business**. We will not be liable for any longer period of time than is necessarily required to rebuild, repair or replace the damaged property. This period of time is not limited by the expiration date of the policy.

        We will also pay the reasonable cost you incur to expedite repairs to covered property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

        (2) The Special Exclusions that apply to the Extra Expense Coverage Form shall apply to this coverage.

        (3) The most we will pay under this Coverage Extension for all expenses combined arising out of any one occurrence is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Extra Expense and Expediting Expense.

O. Item A.5.g., Accounts Receivable, is deleted and replaced by the following:

    g. Accounts Receivable Coverage

        (1) Coverage

            (a) We cover your accounts receivable or records of balances owed you by your customers on current accounts while located within the **premises** that you occupy at locations described in the Declarations.

            (b) We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss applying to Your Business Personal Property at the location described in the Declarations.

            (c) Exclusion B.2.d.(8)(a) and (b) [Dampness or Dryness of Atmosphere or Changes in Temperature] contained in the Causes of Loss Form (141035) do not apply to this Coverage Extension.

            (d) If the Equipment Breakdown Coverage Endorsement - 143609 is not attached to this policy, the following exclusions or limitations contained in the Causes of Loss Form (141035) do not apply to this Coverage Extension:

                1) B.2.a. (Artificially Generated Electric Current)

                2) B.2.d.(7) **(Mechanical Breakdown)**

(e) Notwithstanding item O.g.(1)(a) above, we will pay for direct physical loss or damage to such property while away from the described premises, caused by or resulting from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(f) Accounts receivable does not mean **media, software, or data, research and development documentation, or valuable papers and records.**

(2) Accounts receivable will be valued at the time of loss or damage as follows:

(a) All amounts due from your customers on current accounts that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable.

(3) When a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the following method will be used:

(a) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(b) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

(4) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(a) The amount of the accounts from which there is no loss;

(b) The amount of accounts that you are able to re-establish or collect;

(c) An amount to allow for probable bad debts that you are normally unable to collect; and

(d) All unearned interest and service charges.

(5) You will pay us the amount of all recoveries you receive for a loss paid by us. Any recoveries in excess of the amount we have paid belong to you.

(6) We will not pay under Accounts Receivable Coverage for any loss or damage caused by or resulting from:

(a) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of **money, securities** or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

(b) Faulty, inadequate, or defective design, specifications, programming, instructions, installation, bookkeeping, accounting, processing, copying, billing or other errors or omissions.

(c) Faulty, inadequate, or defective maintenance of data processing equipment or component parts.

(d) Erasure of accounts receivable.

(e) An audit of records or any inventory computation to prove

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 20 of 28

the factual existence of such loss or damage.

   (f)  Unauthorized instructions to transfer property to any person or to any place.

  (7)  The most we will pay for loss, damage, or expense in any one occurrence under this Coverage Extension, are the Limits of Insurance shown in the Schedule of this Endorsement that apply to Accounts Receivable Coverage.

II.  If the Declarations show you have the Business Income Coverage Form (and Extra Expense) - CP0030, coverage is amended as follows:

  A.  The Limits of Insurance shown in the Schedule of this Endorsement for Civil Authority, Extended Period of Indemnity, Utility Services Coverage, Dependent Property Coverage, Research and Development Coverage, and Trade Show Coverage, are included within the Limits of Insurance for Business Income shown in the Declarations. Payments under such coverages will not increase the Limits of Insurance for Business Income (and Extra Expense).

  B.  Item A.3.b., of the Business Income Coverage Form (and Extra Expense) - CP0030 is deleted and replaced by the following:

    b.  Civil Authority

      We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described **premises** due to direct physical loss of or damage to property, other than at the described **premises**, caused by or resulting from any Covered Cause of Loss. This coverage will begin from the date of the action of Civil Authority and will apply for the number of consecutive weeks shown in the Schedule of this Endorsement.

  C.  Extended Period of Indemnity

    Item A.3.d., of the Business Income Coverage Form (and Extra Expense) - CP0030 is deleted and replaced by the following:

  d.  Extended Business Income

    We will pay for the actual loss of Business Income you incur during the period that:

    (1)  Begins on the date property (except **finished stock**) is actually repaired, rebuilt or replaced and **operations** are resumed; and

    (2)  Ends on the earlier of:

      (a)  The date you could restore your **operations**, with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

      (b)  The number of consecutive days shown in the Schedule of this Endorsement, after the date determined in C.d.(1) above.

    Loss of Business Income must be caused by direct physical loss or damage at the described **premises** caused by or resulting from any Covered Cause of Loss.

  D.  The following is added to item A.3., Additional Coverages of the Business Income Coverage Form (and Extra Expense) - CP0030:

    e.  Utility Services Coverage

    (1)  We will pay for loss of Business Income or Extra Expense at the **premises** described in the Declarations, caused by the interruption of service to such **premises**. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to the Utility Services property described in paragraph (2) below, not on the **premises** described in the Declarations.

    (2)  Utility Services means:

      (a)  Water Supply Services, defined as the following types of property supplying water to the described premises:

        1)  Pumping stations; and

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 21 of 28

2) Water mains.

(b) Communication Supply Services, defined as the following types of property supplying telephone, radio, microwave or television services to the described premises:

1) Communication transmission lines, including optic fiber transmission lines;

2) Coaxial cables; and

3) Microwave radio relays except satellites.

(c) Power Supply Services, defined as the following types of property supplying electricity, steam or gas to the described premises:

1) Utility generating plants;

2) Switching stations;

3) Substations;

4) Transformers; and

5) Transmission lines.

(3) Coverage does not extend to any type of overhead transmission, distribution, communication, or power lines.

(4) Waiting Period Deductible: We will only pay for loss you sustain after the waiting period deductible which directly follows loss of service caused by the direct physical loss or damage to the utility services property described in paragraph (2) above. The waiting period deductible is the number of consecutive hours shown in the Schedule of this Endorsement.

(5) The most we will pay for loss or damage in any one occurrence under this Additional Coverage is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Utility Services Coverage.

E. The following is added to item A.3., Additional Coverages of the Business Income Coverage Form (and Extra Expense) - CP0030:

f. Dependent Property Coverage

(1) We will pay for the loss of Business Income you sustain due to the necessary suspension of your **operations** during the **period of restoration** at the **premises** described in the Declarations. The suspension must be caused by direct physical loss or damage by a Covered Cause of Loss to a **dependent property** not described in the Declarations.

(2) The provisions of the Business Income Coverage Form (and Extra Expense) - CP0030 respecting direct physical loss or damage at the described **premises** will apply separately to each **dependent property**.

(3) **Dependent property** means property operated by others whom you depend to:

(a) Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services.

(b) Accept your products or services (Recipient Locations).

(c) Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations).

(d) Attract customers to your business (Leader Locations).

(4) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume **operations**, in whole or in part, by using any other available source of materials, or outlet for your products.

J43622 1-05

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 22 of 28

000532A

(5) **Period of Restoration**, with respect to **dependent property**, means the period of time that:

    (a) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the **dependent property**; and

    (b) Ends on the date when the property at the premises of the **dependent property** should be repaired, rebuilt, or replaced with reasonable speed and similar quality.

    **Period of restoration** does not include any increased period required due to the enforcement of any ordinance or law that:

        1) Regulates the construction, use or repair, or requires the tearing down of any property; or

        2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **pollutants**.

    The expiration date of this policy will not cut short the **period of restoration**.

(6) The most we will pay for loss, damage, or expense under this Additional Coverage, regardless of the number of **premises** described in the Declarations or **dependent properties** involved, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Dependent Property Coverage.

F. The following is added to item A.3., Additional Coverages of the Business Income Coverage Form (and Extra Expense) - CP0030:

g. Research and Development Coverage

    (1) All loss of Business Income (and necessary Extra Expense) sustained due to the suspension of your **research and development operations**, will be governed by the provisions and limits of this Additional Coverage.

    (2) We will pay for the actual loss of Business Income (and necessary Extra Expense) you sustain during the **period of restoration**, due to a necessary suspension of your **research and development operations**, which in turn causes a delay in the introduction of a new product or the enhancement of an existing product.

    (3) The suspension must be caused by direct physical loss or damage by a Covered Cause of Loss to property directly related to your **research and development operations**, at the **premises** described in the Declarations.

    (4) Payment will be made:

        (a) Only if you discover the business income loss within 24 months after the date of the direct physical loss or damage; and

        (b) Only after the new product or the enhanced product is made available in the marketplace.

    (5) If a competitor introduces a similar product prior to the date you scheduled the introduction of your new or enhanced product, we will reduce the amount of such actual Business Income loss to the extent attributable to the competitor's product.

    (6) The most we will pay for loss, damage, or expense under this Additional Coverage or the Business Income Coverage Form (and Extra Expense) - CP0030, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Research and Development Coverage.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 23 of 28

G. The following is added to item A.3., Additional Coverages of the Business Income Coverage Form (and Extra Expense) - CP0030:

h. Trade Show Coverage

(1) We will pay for the loss of Business Income (and necessary Extra Expense) you sustain due to the interruption of your **operations**. The interruption of your **operations** must be caused by direct physical loss of or damage to property while at a trade show, or while in transit to or from a trade show, and be caused by or result from Special Causes of Loss (Special Form) as described under the Property-Gard Causes of Loss Form (141035).

(2) We will not pay for loss of Business Income or Extra Expense caused by or resulting from loss or damage to **fine arts** while away from locations described in the Declarations.

(3) The most we will pay for loss, damage, or expense under this Additional Coverage, regardless of the number of trade shows or vehicles involved, is the Limit of Insurance shown in the Schedule of this Endorsement that applies to Trade Show Coverage.

III. The Property-Gard Causes of Loss Form (141035) is amended as follows.

The Limits of Insurance shown in the Schedule of this endorsement for Theft of Precious Metals; and Marring or Scratching are included within the Limits of Liability for Business Personal Property shown in the Declarations. Payments under such coverages will not increase the Limits of Liability for Business Personal Property.

A. Theft of Precious Metals or Alloys

The $5,000 limit of insurance for any one loss due to theft of precious metals or alloys of any kind stated in Paragraph C.2.a.(4) of the Causes of Loss Form is deleted and replaced by the Limit of Insurance shown in the Schedule of this Endorsement that applies to Precious Metals or Alloys.

B. Marring or Scratching

1. Exclusion B.2.d.(8)(c) Marring or Scratching, contained in the Causes of Loss Form (141035), is deleted.

2. The most we will pay under this coverage for loss, damage, or expense including loss of business income and extra expense, in any one occurrence due to marring or scratching of Your Business Personal Property, described as **Items A., B., C.,** and personal **property of others,** is the Limit of Insurance shown in the Schedule of this Endorsement applicable to Marring or Scratching.

IV. Deductible

The following provisions apply with respect to coverage provided under this Endorsement:

A. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this Endorsement. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

B. The Optional Deductibles shown in the Schedule of this Endorsement do not apply to Business Income coverage contained within this Endorsement. Any deductible that applies to Business Income will be stated in the coverage clause within this Endorsement or governed by the terms of the Business Income form(s) attached to the Property Coverage Part.

C. If the deductible shown in the Schedule of this Endorsement is less than the **policy deductible,** the **policy deductible** shall apply to this Endorsement. If the Business Income deductible described within this Endorsement is less than the **policy deductible,** the **policy deductible,** shall apply to this Endorsement.

D. If more than one property damage deductible is applicable under the Property Coverage Part, we will only apply the highest property damage deductible amount that is applicable. If more than one business income deductible is applicable under the Property Coverage Part, we will only apply the highest business income deductible amount that is applicable.

V. The following additional definitions apply to this Endorsement:

A. **Annual Aggregate** means the most we will pay for all loss or damage arising from all occurrences(s) during any one Policy Period. **Annual Aggregate** Limits(s) of Insurance are reduced by the amount of any paid loss.

If the policy is written for a term of more than one year, we will apply the **annual aggregate** limit of insurance separately to each consecutive year of the Policy Period. If the policy is extended for a period of time that is less than a year, the remaining **annual aggregate** from the prior term applies to the extended period of time.

B. **Counterfeit** means an imitation of an actual valid original that is intended to deceive and to be taken as the original.

C. The Definitions below apply to the Employee Theft - Limited and Forgery or Alteration - Limited coverage clauses provided by this Endorsement:

1. **Client** means any entity for whom you perform services under a written agreement.

2. **Employee** means:

   a. Any natural person:

      (1) While in your service or for 30 days after termination of service;

      (2) Who you compensate directly by salary, wages or commissions; and

      (3) Who you have the right to direct and control while performing services for you.

   b. Any natural person who is furnished temporarily to you:

      (1) To substitute for a permanent **employee** as defined in Paragraph C.2.a. above, who is on leave; or

      (2) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the **premises**.

   c. Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of **your business**, but does not mean a temporary employee as defined in Paragraph C.2.b. above.

   d. **Employee** does not mean:

      (1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

      (2) Any **manager**, director or trustee except while performing acts coming within the scope of the usual duties of an **employee**.

3. **Forgery** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

4. **Manager** means a person serving in a directorial capacity for a limited liability company.

5. **Member** means an owner of a limited liability company represented by its membership interest, who also may serve as a **manager**.

6. **Money** means:

   (a) Currency, coins and bank notes in current use and having a face value; and

   (b) Travelers checks, register checks and money orders held for sale to the public.

7. **Occurrence** means:

(a) As respects Employee Theft, all loss caused by, or involving, one or more **employees**, whether the result of a single act or series of acts.

(b) As respects Forgery or Alteration, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

8. **Other property** means any tangible property other than **money** and **securities** that has intrinsic value but does not include any property excluded under Employee Theft - Limited and Forgery or Alteration - Limited.

9. **Securities** means negotiable and nonnegotiable instruments or contracts representing either **money** or property and includes:

(a) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(b) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include **money**.

10. **Theft** means the unlawful taking of **money**, **securities** or **other property** to the deprivation of the Insured.

D. **Fair market value** means the price that a willing buyer would pay to a willing seller in an open market if the property had been offered for sale on the date of the loss.

E. **Fine arts** means paintings; rare books; etchings; pictures; prints; drawings; tapestries; valuable rugs; sculptures; statuary; pottery; marbles; bronzes; antique furniture; antique silver; manuscripts; porcelains; rare glass; stained glass, whether a part of Business Real Property or not; bric-a-brac; other similar bona fide works of art; items of rarity, historical value, or artistic merit, including trophies, scientific or musical instruments or experiments. Fine Arts does not mean **valuable papers and records**.

F. **Fire Protection Equipment** means any wet, dry, chemical or gaseous fire suppression or extinguishing systems, including fire suppression supply tanks; supply lines; ducts or piping; pumps; private mains or hydrants; standpipes or outlets; and their component parts or supports; which you own, lease or rent from others.

G. **Messenger** means you, or a relative of yours, or any of your partners or **members**, or any **employee** while having care, custody, or control of **money**, checks, stamps and **securities** outside the premises.

H. **Money**: The definition of **money** contained in the Property-Gard Building and Personal Property Coverage Form (142000) is deleted and replaced with the definition under Employee Theft - Limited and Forgery or Alteration - Limited.

I. The Definitions below apply to Office Electronic Data Processing Equipment and Media, Software, and Data Coverage provided by this endorsement:

1. **Data** means facts, information, records, or concepts other than **software**, which have been electronically, magnetically, or optically recorded, installed, or stored on **media** and are usable in your **office electronic data processing equipment**, computer systems, information systems, or **data** processing operations. **Data** includes the original source **data** installed or included within **office electronic data processing equipment**.

2. a. **Office Electronic Data Processing Equipment** means:

(1) Office computer hardware, such as desktop or laptop computers;

(2) **Data** processing equipment, systems, or machines;

(3) Peripheral or electronic equipment such as printers or scanners;

(4) Component parts such as control boxes, wire, or cable; or

(5) A network of such property;

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 26 of 28

whose function is the processing, converting, retrieving, storing, computing, or reproduction of **data**; or the running or execution of **software**; in your office computer systems, information systems, or **data** processing operations. **Office electronic data processing equipment** includes **voice communication systems**, removable component control boxes, parts, wire, cable, or peripheral equipment.

b. **Office electronic data processing equipment** does not include:

    (1) Such equipment that has been built into or controls manufacturing or production machinery;

    (2) Manufacturing or production machinery itself, or the peripheral components of manufacturing or production machinery including diagnostic equipment;

    (3) Machinery or equipment used for heating, cooling, humidity control, or any other form of atmospheric control;

    (4) Any property that would be considered **stock** under this policy; or

    (5) Any other business personal property, machinery, or equipment that does not fit the definition of **office electronic data processing equipment**.

3. a. **Media** means the physical materials upon which **data** or **software** are electronically, magnetically or optically recorded, installed or stored. **Media** includes punch cards, tapes, discs, diskettes, drums, cells, memory banks or other electronic, magnetic or optical recording or storage devices; and the **media** originally installed or included within **office electronic data processing equipment**.

b. **Media** does not include:

    (1) **Media** that has been built into and controls manufacturing or production machinery; or the peripheral components of manufacturing or production machinery including diagnostic equipment;

    (2) **Media** that has been built into or controls machinery or equipment used for heating, cooling, humidity control, or any other form of atmospheric control;

    (3) Any property that would be considered **stock** under this policy; or

    (4) Any other business personal property that does not fit the definition of **media**.

4. a. **Software** means instructions, programs, or routines that are electronically, magnetically or optically recorded, installed, or stored on **media**; which are used to:

    (1) Control or direct processes, computing, or other functions in your **office electronic data processing equipment**; or

    (2) Process, convert, retrieve, store, compute, or reproduce **data**.

**Software** includes the original **software** installed or included within **office electronic data processing equipment** which is used to program or control the functions and processes of such equipment.

b. **Software** does not include:

    (1) **Software** that has been built into or controls manufacturing or production machinery; or the peripheral components of manufacturing or production machinery including diagnostic equipment;

    (2) **Software** that has been built into or controls machinery or equipment used for heating,

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 27 of 28

cooling, humidity control, or any other form of atmospheric control;

(3) Any property that would be considered **stock** under this policy; or

(4) Any other business personal property that does not fit the definition of **software**.

5. **Media**, **software**, or data does not mean **research and development documentation**, accounts receivable, or **valuable papers and records**.

J. **Policy Deductible** means the deductible described in the Property Declarations, the Property-Gard Building and Personal Property Coverage Form, or the Business Income Coverage Part. The **policy deductible** is not the deductible shown in the schedule of this endorsement.

K. **Prototype** means an original version of a newly designed product that is an outcome of your research and development operations. A prototype includes cultures, sample designs, experimental models or displays that are associated with or integral to the manufacture of the original version of a newly designed product.

L. 1. **Research and development documentation** means the following types of property:

Recorded evidence of facts, information, research, concepts, processes, or formulas that are directly related to the development of new products or enhancement of existing products. Written evidence includes written papers, manuscripts, printed or inscribed documents, plans, or **data**.

2. **Research and development documentation** does not mean:

**Valuable papers and records**, accounts receivable, or **media**, **software**, or **data**.

M. **Research and development operations** means your business activities that are directly related to the development of new products or enhancement of existing products.

N. **Securities** means the definition under Employee Theft - Limited and Forgery or Alteration - Limited.

O. 1. **Valuable papers and records** means the following types of property:

a. Inscribed, printed or written documents, manuscripts or records, including abstracts, books, magazines, periodicals, newspapers, deeds, drawings, recordings of any type including cylinders, vinyl records, tapes, video tapes; photographs, slides, films; maps; stamp collections; mortgages or leases; and

b. Such records which exist in electronic or magnetic media, discs, film, negatives, slides, photographs and videotape.

2. **Valuable papers and records** does not mean:

a. **Money**, **securities**, stamps available for current postage use, **fine arts**, **research and development documentation**, accounts receivable, or **media**, **software**, or **data**; or

b. Property held as samples or for delivery after sale.

P. **Voice Communication Systems** means telephone systems, telephone switch-gear including voice terminals, telephone circuit packs, and other such equipment and component parts whose function is the transmission of voice communications.

VI. Equipment Breakdown Coverage Limitation

If the Property-Gard Equipment Breakdown Coverage Endorsement - 143609 is attached to this policy, the most we will pay under this policy for a loss that is covered under the Property-Gard Equipment Breakdown Coverage Endorsement - 143609, that is also covered under the Property-Gard Extension Endorsement - 143622 is the limit provided by the Property-Gard Equipment Breakdown Coverage Endorsement - 143609.

VII. This endorsement is otherwise subject to all other terms, conditions, provisions and stipulations of the policy to which it is attached.

143622 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 28 of 28

# GENERAL LIABILITY

| General Liability | **GL** |
|---|---|

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### GENERAL LIABILITY DECLARATIONS

Insurance is provided only for those Coverages, Limits of Liability and
Endorsements shown below.

| Coverages | Limits of Liability |
|---|---|

COMMERCIAL GENERAL LIABILITY COVERAGE PART

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (Other Than Products – Completed Operations) | $2,000,000 |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT   ANY ONE PREMISES | $100,000 |
| MEDICAL EXPENSE LIMIT   ANY ONE PERSON | $5,000 |

The audit period shall be ANNUAL

### GENERAL LIABILITY ENDORSEMENT(S)

EMPLOYMENT – RELATED PRACTICES EXCLUSION (CG 21 47 07 98)

DESIGNATED PREMISES OR PROJECT COVERAGE LIMITATION (CG 70 83 07 98)

Description and/or locations of premises and/or project:
PER GENERAL LIABILITY SCHEDULE

COMPLETE LEAD POISONING AND LEAD CONTAMINATION EXCLUSION
(CG 70 92 12 92 S)

COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92R)

MULTICOVER (CG 71 58R 12 03)

FUNGI OR BACTERIA EXCLUSION (CG 21 67 12 04)

EXCLUSION – VIOLATION OF E-MAIL, FAX, PHONE STATUTES
(CG 00 67 03 05)

GL – 1

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### COMMERCIAL GENERAL LIABILITY DECLARATIONS (continued)

PRODUCT WITHDRAWAL EXPENSE INSURANCE
CG7055          0891

THESE DECLARATIONS ARE ISSUED IN CONJUNCTION WITH AND ARE PART OF
COVERAGE FORM CG 70 55

DECLARATIONS

LIMITS OF INSURANCE

TOTAL ANNUAL AGGREGATE LIMIT      $ 200,000

PER DEFECT                        $ 100,000

DEDUCTIBLE $ 1,000

PARTICIPATION:      10%

NUMBERS OF POLICY COVER, FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART
OF THIS COVERAGE PART AND APPLICABLE POLICYHOLDER NOTICES:

GL - 2

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
AURORA ORGANIC DAIRY

RATING PERIOD 06-01-06 TO 06-01-07

### GENERAL LIABILITY SCHEDULE

**Premise 01**
| Location 001 | 6820 HIGHWAY 66 | | | | |
| | PLATTEVILLE | CO | 80651 | WELD | (CNTY) |
| Location 003 | 8001 E. 88 AVENUE | | | | |
| | HENDERSON | CO | 80640 | ADAMS | (CNTY) |

**Premise 02**
| Location 002 | 1401 WALNUT STREET, SUITE #500 | | | | |
| | BOULDER | CO | 80302 | | (CNTY) |

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations | | | |
| MILK PROCESSING | GROSS SALES | 27,000,000 | .0538 |
| Products/Completed Operations | | | |
| MILK PROCESSING | GROSS SALES | 27,000,000 | .3445 |
| **Premise 02** | | | |
| Premises/Operations | | | |
| BLDG/PREM BANK/OFC EMPLOYEE OCC-FP | AREA | 2,000 | 56.6794 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |

| MULTICOVER | | | 288 |

# Commercial General Liability Coverage Form - CG 00 01 12 04

Policy Amendment(s) Commercial General Liability

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words **we**, **us** and **our** refer to the company providing this insurance.

The word **insured** means any person or organization qualifying as such under Section II - Who Is an Insured.

Other words and phrases that appear in bold face have special meaning. Refer to Section V - Definitions.

**Section I - Coverages**

**Coverage A Bodily Injury and Property Damage Liability**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may at our discretion investigate any **occurrence** and settle any claim or **suit** that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to **bodily injury** and **property damage** only if:

      (1) The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

      (2) The **bodily injury** or **property damage** occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is an Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage** occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

   c. **Bodily injury** or **property damage** which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is an Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the policy period.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

d. **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is an Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

(1) Reports all, or any part, of the **bodily injury** or **property damage** to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

(3) Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

e. Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

2. **Exclusions**

This insurance does not apply to:

a. Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

b. Contractual Liability

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an **insured contract**, provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract**, reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage**, provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract**; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. Liquor Liability

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. Workers' Compensation and Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. Employer's Liability

**Bodily injury** to:

(1) An **employee** of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract**.

f. Pollution

(1) **Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants:**

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) **Bodily injury** if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) **Bodily injury** or **property damage** for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) **Bodily injury** or property damage arising out of heat, smoke or fumes from a **hostile fire;**

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the **pollutants** are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) **Bodily injury** or **property damage** arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the **bodily injury** or **property damage** arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) **Bodily injury** or **property damage** sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by

you or on your behalf by a contractor or subcontractor; or

(iii) **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire.**

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants.**

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants;** or

(b) Claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **pollutants.**

However, this paragraph does not apply to liability for damages because of **property damage** that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or **suit** by or on behalf of a governmental authority.

g. Aircraft, Auto or watercraft

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and **loading or unloading.**

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by

that insured, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

(5) **Bodily injury** or **property damage** arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of **mobile equipment.**

h. Mobile Equipment

**Bodily injury** or **property damage** arising out of:

(1) The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any insured; or

(2) The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

i.   War

**Bodily injury** or **property damage**, however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

j.   Damage to Property

**Property damage** to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage

to Premises Rented to You as described in Section III - Limits of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to **property damage** included in the **products-completed operations hazard.**

k.   Damage to Your Product

**Property damage** to **your product** arising out of it or any part of it.

l.   Damage to Your Work

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard.**

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.   Damage to Impaired Property or Property Not Physically Injured

**Property damage** to **impaired property** or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work**; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

n.   Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) **Your product;**

(2) **Your work; or**

(3) **Impaired property;**

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o.   Personal and Advertising Injury

**Bodily injury** arising out of **personal and advertising injury.**

p.   Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner.  A separate limit of insurance applies to this coverage as described in Section III - Limits of Insurance.

**Coverage B Personal and Advertising Injury Liability**

1.   **Insuring Agreement**

a.   We will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** to which this insurance applies.  We will have the right and duty to defend the insured against any **suit** seeking those damages.  However, we will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply.  We may, at our discretion, investigate any offense and settle any claim or **suit** that may result.  But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b.   This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the policy period.

2.   **Exclusions**

This insurance does not apply to:

a.   Knowing Violation of Rights of Another

**Personal and advertising injury** caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury.**

b.   Material Published With Knowledge of Falsity

**Personal and advertising injury** arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c.   Material Published Prior to Policy Period

**Personal and advertising injury** arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d.   Criminal Acts

**Personal and advertising injury** arising out of a criminal act committed by or at the direction of the insured.

e.   Contractual Liability

**Personal and advertising injury** for which the insured has assumed liability in a contract or agreement.  This exclusion does not apply to liability for damages that the insured would

have in the absence of the contract or agreement.

f.  Breach of Contract

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement.**

g.  Quality or Performance of Goods - Failure to Conform to Statements

**Personal and advertising injury** arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your **advertisement.**

h.  Wrong Description of Prices

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement.**

i.  Infringement of Copyright, Patent, Trademark or Trade Secret

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

j.  Insureds in Media and Internet Type Businesses

**Personal and advertising injury** committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of **personal and advertising injury** under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for

you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.  Electronic Chatrooms or Bulletin Boards

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.  Unauthorized Use of Another's Name or Product

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.  Pollution

**Personal and advertising injury** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

n.  Pollution-Related

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants;** or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants.**

o.  War

**Personal and advertising injury,** however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## Coverage C Medical Payments

### 1. Insuring Agreement

a. We will pay medical expenses as described below for **bodily injury** caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the **coverage territory** and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for **bodily injury**;

a. Any Insured

To any insured, except **volunteer workers**.

b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. Injury on Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

d. Workers Compensation and Similar Laws

To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. Products-Completed Operations Hazard

Included within the **products-completed operations hazard.**

g. Coverage a Exclusions

Excluded under Coverage A.

## Supplementary Payments - Coverages A and B

1. We will pay, with respect to any claim we investigate or settle, or any **suit** against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit,** including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the **suit.**

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment

interest based on that period of time after the offer.

g.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.   If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

a.   The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an **insured contract;**

b.   This insurance applies to such liability assumed by the insured;

c.   The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract;**

d.   The allegations in the **suit** and the information we know about the **occurrence** are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.   The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.   The indemnitee:

(1)   Agrees in writing to:

(a)   Cooperate with us in the investigation, settlement or defense of the **suit;**

(b)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit;**

(c)   Notify any other insurer whose coverage is available to the indemnitee; and

(d)   Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)   Provides us with written authorization to:

(a)   Obtain records and other information related to the **suit;** and

(b)   Conduct and control the defense of the indemnitee in such **suit.**

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.   Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury and Property Damage Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a.   We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b.   The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**Section II - Who Is an Insured**

1.   If you are designated in the Declarations as:

a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.   A limited liability company, you are an insured.   Your members are also insureds, but only with respect to the conduct of your business.   Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

(1) **Bodily injury** or **personal and advertising injury**:

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-**employee** as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) **Property damage** to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your **employees, volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your **employee**) or **volunteer workers**, or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to **bodily injury or property damage** that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

Copyright, ISO Properties, Inc., 2003

**Section III - Limits of Insurance**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or **suits** brought; or

    c.  Persons or organizations making claims or bringing **suits.**

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage C;

    b.  Damages under Coverage A, except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard;** and

    c.  Damages under Coverage B.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of **bodily injury** and **property damage** included in the **products-completed operations hazard.**

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5.  Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under Coverage A; and

    b.  Medical expenses under Coverage C

    because of all **bodily injury** and **property damage** arising out of any one **occurrence.**

6.  Subject to 5. above, the Damage to Premises Rented to You Limit is the most we will pay under Coverage A for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7.  Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of **bodily injury** sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section IV - Commercial General Liability Conditions**

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties in the Event of Occurrence, Offense, Claim or Suit**

    a.  You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim. To the extent possible, notice should include:

        (1)  How, when and where the **occurrence** or offense took place;

        (2)  The names and addresses of any injured persons and witnesses; and

        (3)  The nature and location of any injury or damage arising out of the **occurrence** or offense.

    b.  If a claim is made or **suit** is brought against any insured, you must:

        (1)  Immediately record the specifics of the claim or **suit** and the date received; and

        (2)  Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

    c.  You and any other involved insured must:

        (1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit;**

        (2)  Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work;**

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, **autos** or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury and Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit**. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the

Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or **suit** is brought.

8. **Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**Section V - Definitions**

1. **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **Auto** means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment**.

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

3. **Bodily injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **Coverage territory** means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in a. above;

      (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      (3) **Personal and advertising injury** offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in a. above or in a settlement we agree to.

5. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

6. **Executive officer** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. **Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

8. **Impaired property** means tangible property, other than **your product** or **your work**, that cannot be used or is less useful because:

   a. It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of **your product** or **your work**; or

   b. Your fulfilling the terms of the contract or agreement.

9. **Insured contract** means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys,

field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

11. **Loading or unloading** means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

b. While it is in or on an aircraft, watercraft or **auto**; or

c. While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or **auto**.

12. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

13. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. **Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your **advertisement**; or

   g. Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

15. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

16. **Products-completed operations hazard:**

   a. Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its

intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include **bodily injury** or **property damage** arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

      (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. **Property damage** means:

   a. Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. **Suit** means a civil proceeding in which damages because of **bodily injury, property damage** or **personal and advertising injury** to which this insurance applies are alleged.  **Suit** includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

20. **Volunteer worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. **Your product:**

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. **Your work:**

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**, and

(2) The providing of or failure to provide warnings or instructions.

CG0001 12-04
Copyright, ISO Properties, Inc., 2003

# Exclusion - Violation of Statutes That Govern E-Mails, Fax, Phone Calls Or Other Methods of Sending Material or Information - CG 00 67 03 05

Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

   2. Exclusions

      This insurance does not apply to:

      **Distribution of Material in Violation of Statutes**

      **Bodily injury** or **property damage** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

      a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

      b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

      c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

   2. Exclusions

      This insurance does not apply to:

      **Distribution of Material in Violation of Statutes**

      **Personal and advertising injury** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

      a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

      b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

      c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG0067 3-05
Copyright, ISO Properties, Inc., 2004

# Employment - Related Practices Exclusion - CG 21 47 07 98

Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

**Bodily injury to:**

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **bodily injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I - Coverage B - Personal and Advertising Injury Liability:**

This insurance does not apply to:

**Personal and advertising injury to:**

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **personal and advertising injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG2147 7-98
Copyright, Insurance Services Office, Inc., 1997

# Fungi or Bacteria Exclusion - CG 21 67 12 04

Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. The following exclusion is added to Paragraph 2. **Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:**

2. Exclusions

This insurance does not apply to:

**Fungi or Bacteria**

a. **Bodily injury or property damage** which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any **fungi** or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, **fungi** or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any **fungi** or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following exclusion is added to Paragraph 2. **Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

2. Exclusions

This insurance does not apply to:

**Fungi or Bacteria**

a. **Personal and advertising injury** which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any **fungi** or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, **fungi** or bacteria, by any insured or by any other person or entity.

C. The following definition is added to the **Definitions** Section:

**Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                         President

CG2167 12-04
Copyright, ISO Properties, Inc., 2003

# Product Withdrawal Expense Insurance - CG 70 55 08 91

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

**THIS POLICY DOES NOT PROVIDE YOU COVERAGE FOR THE COST OR EXPENSE OF DEFENDING ANY CLAIM OR SUIT.**

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance. Some words and phrases that appear in bold face have special meaning - Refer to Definitions.

## Section I - Coverage

### A. Insuring Agreement

1. We will pay reasonable and necessary expenses you incur when a **defect** that is caused by or arises out of an error or omission in design, manufacturing or labeling of **your goods** requires you to withdraw **your goods** from **your customers** if:

   a. You or a government authority determine that the withdrawal is necessary because a **defect** in **your goods** will cause or has caused **bodily injury** or **property damage**;

   b. The withdrawal of **your goods** begins during the policy period; and

   c. You notify us in writing as soon as you know that a withdrawal will take place.

2. We will pay the following withdrawal expenses provided they are reasonable and necessary, and are directly related to the withdrawal of **your goods** from **your customers**:

   a. Costs to announce the withdrawal to the public, such as: telephone and telegraph charges; costs of radio or television announcements; costs of newspaper advertising and other media communications; and stationery, envelopes and postage;

   b. Overtime paid to your regular employees and cost of independent contractors or other temporary employees who are assigned to work on the withdrawal of **your goods**;

   c. Costs to transport or ship **your goods** which contain **defects**;

   d. Costs to rent warehouse or storage space to hold **your goods** which are withdrawn; and

   e. Costs to dispose of **your goods** that cannot be reused, but only to the extent that you have been specifically billed for disposal of **your goods** because of **defects**.

## Section II - Exclusions

This insurance does not apply to:

A. **Bodily injury** or **property damage**;

B. An intentional act or omission committed by any insured that the insured knows will reduce the quality or performance of **your goods** below the level expected or required by **your customer**;

C. An actual or alleged violation of any copyright, patent, trade dress, trademark, trade name, trade secrets, or any other intellectual property right laws;

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

D. Any failure of **your goods** to accomplish their intended purpose that does not arise from a defect;

E. Deterioration, decomposition or transformation of the chemical structure of **your goods** unless it directly results from a **defect**;

F. Withdrawal of **your goods** which have no **defect** or for which a withdrawal has not been determined to be necessary;

G. **Defects** in **your goods** which were known to any insured or reasonably foreseeable by any insured prior to the effective date of this policy, or the date of actual delivery of **your goods** to **your customer**;

H. The withdrawal of **your goods** because they contain any material banned or declared unsafe by any government entity. But this only applies to withdrawal of **your goods** which were manufactured after the date that the material was banned or declared unsafe; or

I. Costs of any litigation, arbitration, or proceedings, before any government entity.

## Section III - Who Is an Insured

A. Each of the following is also an insured:

1. Your employees, and

2. Your executive officers,

   but only with respect to the conduct of your business.

## Section IV - Limits of Insurance, Deductible and Participation

Regardless of the number of **your customers**, claims made, or **defects** in **your goods**, our liability is limited as follows:

A. **Limits of Insurance**

1. The Limit of Insurance shown in the Declarations as **PER DEFECT** applies to all covered expenses sustained as a result of a **defect** regardless of the number of persons or organizations who sustain damages because of that **defect**

2. The Limit of Insurance shown in the Declarations as **TOTAL ANNUAL AGGREGATE** is the most we will pay you for all covered expenses for withdrawal expense of **your**

goods because of **defects** that cause withdrawals which begin during the policy period. If no amount is shown in the Declarations for **TOTAL ANNUAL AGGREGATE**, then the aggregate limit will equal the **PER DEFECT** limit.

B. **Deductible**

From the total of all covered expenses that arise out of the withdrawal of **your goods** as the result of one **defect** in **your goods**, we will deduct the amount shown in the Declarations as **DEDUCT-IBLE**. We will pay only that part of the total covered expenses that exceed the Deductible amount.

C. **Participation**

If a Participation percent is shown in the Declarations, then the following applies. After we have applied the deductible, we will multiply the remaining amount of covered expenses times the Participation percent. We will not pay that percent of the covered expenses.

## Section V - Loss Conditions

A. **Duties in the Event of Actual or Threatened Withdrawal**

1. You must give us immediate written notice when you discover a **defect** in **your goods** which you believe makes it necessary to withdraw them from **your customers**. You must also give us immediate written notice when you are notified by a government agency that **your goods** must be withdrawn from **your customers.**

2. You must stop the release, shipment, consignment or any other distribution of:

   a. **Your goods** which are to be withdrawn; or

   b. Similar products until it is determined that the **defects** that have resulted in a withdrawal do not exist in those products.

3. As often as we reasonably require, you must:

   a. Permit us to inspect and make copies of the records which support all covered expenses;

b. Allow us to question you under oath about any matter relating to this insurance and your claim and sign your answers; and

c. Cooperate with us in the investigation or settlement of the claim.

4. Within 30 days after your notification to us of a withdrawal, you must send us a statement of loss containing the following information:

a. Written notification from a governmental entity directing that **your goods** be withdrawn from commerce; or

b. Documentation that supports your decision to withdraw **your goods** from commerce because they have caused or may cause **bodily injury** or **property damage**; and

c. A complete description of the **defect** in **your goods** that gave rise to your decision to withdraw them from commerce; and

d. A complete description of the cause of the **defect** in **your goods**; and

e. A listing that identifies **your goods** to be withdrawn from commerce and the location of manufacturing. This includes batch or lot numbers, serial numbers or dates of manufacture; and

f. An estimate of the cost to withdraw **your goods** from commerce.

B. **Appraisal**

If we and you fail to agree on the amount of covered expenses arising from a withdrawal or the necessity of a withdrawal, either may make written demand for an appraisal of the loss. In such an event, you and we will each select a competent and impartial appraiser. The appraisers shall state separately the amount of covered expenses. If they cannot agree, they will select an impartial umpire. If the appraisers cannot agree on an umpire, they shall request the selection be made by a judge of a court having jurisdiction. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by the appraisers or the umpire is binding on all parties. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

We will not be held to have waived any of our rights by any act relating to appraisal.

C. **Loss Payment**

We will adjust all losses with you.. Payment for loss will be made within a reasonable time after:

1. We have reached agreement with you on the amount of covered expenses; or

2. An appraisal award has been made and filed with us.

D. **Abandonment**

There can be no abandonment of any property to us.

**Section VI - Other Conditions**

A. **Transfer of Rights of Recovery**

If you have rights to recover all or part of any payment we have made under this policy, those rights are transferred to us to the extent of our payment. You must do nothing after loss to impair those rights. At our request, you will bring suit or transfer those rights to us and help us enforce them.

B. **No Benefit to Third Parties**

The coverage provided in this policy form is for your benefit. No third party may benefit directly or indirectly from it.

C. **Other Insurance**

If there is other valid and collectible insurance covering the same loss, we will pay only for the amount of loss that exceeds the amount due from that other insurance, whether you collect it or not. But we will not pay more than our applicable Limit of Insurance.

D. **Legal Action Against Us**

No one may bring a legal action against us under this policy unless:

1. There has been full compliance with all of the terms of this policy; and

2.  The action is brought within one year after the date on which the withdrawal of **your goods** begins.

E.  **Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

F.  **Policy Period and Territory**

Under this policy we cover the withdrawal of **your goods** from **your customers** which begins during the policy period shown in the Declarations and takes place anywhere in the world.

**Section VII - Definitions**

When used only in this policy, the following terms have the special meaning assigned to them:

A.  **Defect** means a defect, deficiency, inadequacy or dangerous condition in a product.

B.  **Your customer** means any person or entity:

1.  To whom you sell or distribute **your goods**; or

2.  Who has physical possession of **your goods**;

    **AND**

    Who is not owned in whole or in part by **you**.

C.  **Your goods** means any goods or products that have been manufactured, sold, handled, distributed, or disposed of by:

a.  You;

b.  Others using your name with your prior authority to do so; or

c.  Others whose business or assets you've acquired.

    **Your goods** includes warranties or statements made about the fitness, quality, durability or performance of **your goods**. It includes containers, materials, parts or equipment provided in connection with **your goods**.

**Your goods** does not include:

a.  Products that have never left your physical possession;

b.  Real property;

c.  Property rented to others; or

d.  Property that you have not sold, but which you allow others to use.

D.  **Bodily injury** means physical injury, sickness or disease sustained by a person, including death resulting from any of these at any time and mental anguish arising out of **bodily injury**.

E.  **Property damage** means:

1.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2.  Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the occurrence that caused it.

# Designated Premises or Project Coverage Limitation - CG 70 83 07 98
Policy Amendment(s) Commercial General Liability

Insured: **AURORA ORGANIC DAIRY**

Policy Number: **S 86 MXX 80859105**

Producer: **PREMIER INSURANCE**

Effective Date: **06-01-06**

**Schedule**

**Description and/or locations of premises and/or project**

**PER GENERAL LIABILITY SCHEDULE**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

This insurance applies only to **BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY** and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule; or

2. The project shown in the Schedule.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG 7083 7-98

# Complete Lead Poisoning and Lead Contamination Exclusion
## CG 70 92 12 92

Insured: **AURORA ORGANIC DAIRY**

Producer: **PREMIER INSURANCE**

Policy Number: **S 86 MXX 80859105**

Effective Date: **06-01-06**

---

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **lead**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **lead**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **lead**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **lead**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **lead**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving, **lead**.

As used in this exclusion, **lead** includes, but is not limited to the mineral lead (chemical element & symbol {lead (Pb)} Atomic number 82) in any form, whether or not the **lead** is:

(1) Pure;

(2) Contained in, or on, or incorporated into, products, goods or materials;

(3) Solid, liquid, gaseous or in fumes; or

(4) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **Bodily injury** or **Property damage** that is caused by a sudden, abrupt striking by, or impact with, **lead**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

# Complete Asbestos Exclusion - CG 70 93 12 92

Insured: **AURORA ORGANIC DAIRY**

Policy Number: **S 86 MXX 80859105**

Producer: **PREMIER INSURANCE**

Effective Date: **06-01-06**

---

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **asbestos**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, transportation, disposal, existence, presence, emanation, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **asbestos**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **asbestos**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **asbestos**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **asbestos**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving **asbestos**.

As used in this exclusion, **asbestos** includes, but is not limited to the mineral **asbestos** in any form, whether or not the **asbestos** is:

(1) A fiber, particle, or dust;

(2) Contained in, or on, or incorporated into, products, goods or materials; or

(3) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **bodily injury** or **property damage** that is caused by a sudden, abrupt striking by, or impact with, **asbestos**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG7093 12-92R

# MultiCover® - CG 71 58 12 03
Policy Amendment(s) Commercial General Liability Coverage Form

Your Commercial General Liability Coverage Form is revised as follows:

1. **Broadened Named Insured**

   A. SECTION II - WHO IS AN INSURED, item 3., is replaced by the following:

   3. Any organization that you own at the inception of this policy, or newly acquire or form during the policy period, and over which you maintain during the policy period majority ownership or majority interest, will qualify as a Named Insured if:

   a. There is no other similar insurance available to that organization; and

   b. The first Named Insured shown in the Declarations has the responsibility of placing insurance for that organization; and

   c. That organization is incorporated or organized under the laws of the United States of America.

   However:

   (1) Coverage under this provision 3 is afforded only until the next occurring annual anniversary of the beginning of the policy period shown in the Declarations, or the end of the policy period, whichever is earlier; and

   (2) Coverage A does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

   (3) Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

   B. SECTION II - WHO IS AN INSURED, the last paragraph, is replaced by the following:

   No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations. However, this does not apply to a limited liability company that meets all of the conditions in Section II - Who Is An Insured, item 3., above.

2. **Additional Insured**

   SECTION II - WHO IS AN INSURED, subsection 2.e. is added as follows:

   e. Any person or organization is included as an additional insured, but only to the extent such person or organization is held liable for **bodily injury, property damage** or **personal and advertising injury** caused by **your** acts or omissions. With respect to the insurance afforded to such insured, all of the following additional provisions apply:

   (1) You and such person or organization have agreed in a written **insured contract** that such person or organization be added as an additional insured under this policy;

   (2) The **bodily injury, property damage** or **personal and advertising injury** for which said person or organization is held liable occurs subsequent to the execution of such **insured contract**;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 6

(3) The most we will pay is the lesser of either the Limits of Insurance shown in the Declarations or the limits of insurance required by the **insured contract;**

(4) Such person or organization is an insured only with respect to:

(a) Their ownership, maintenance, or use of that part of the premises, or land, owned by, rented to, or leased to you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(b) Your ongoing operations performed for that insured;

(c) Their financial control of you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(d) The maintenance, operation or use by you of equipment leased to you by such person or organization;

(e) Operations performed by you or on your behalf and for which a state or political subdivision has issued a permit, provided such operations are not performed for such state or political subdivision, and are not included within the **products-completed operations hazard;**

(5) This insurance does not apply to **bodily injury, property damage, personal and advertising injury, occurrence** or offense:

(a) Which takes place at a particular premises after you cease to be a tenant of that premises;

(b) Which takes place after all work, including materials, parts or equipment furnished in connection with such work to be performed by or on

behalf of the additional insured at the site of the covered operations, has been completed;

(c) Which takes place after that portion of **your work** out of which the injury or damage arises has been put to its intended use by any other person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project;

(d) Which takes place after the expiration of any equipment lease to which (4)(d) above applies;

(6) With respect to architects, engineers or surveyors, coverage does not apply to **bodily injury, property damage** or **personal and advertising injury** arising out of the rendering or failure to render any professional services by or for you, including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications;

(b) Supervisory, inspection, architectural, or engineering services.

However, if an Additional Insured endorsement is attached to this policy that specifically names a person or organization as an insured, then this subsection 2.e. does not apply to such person or organization.

3. **Additional Insured - Vendors**

Unless the **products-completed operations hazard** is excluded from this policy, SECTION II - WHO IS AN INSURED, item 2.f. is added as follows:

f. Any vendor of yours is included as an additional insured, but only with respect to **bodily injury** or **property damage** caused by **your products** which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

(1) The insurance afforded the vendor does not apply to:

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 2 of 6

(a) **Bodily injury** or **property damage** for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations, except such operations performed by the vendor in full compliance with the manufacturer's written instructions at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) **Bodily injury** or **property damage** arising out of the liability of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf.

(2) This insurance does not apply to any insured person or organization from whom you have acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.

However, if an Additional Insured - Vendors endorsement is attached to this policy that specifically names a person or organization as an insured, then this subsection 2.f. does not apply to that person or organization.

4. **Waiver of Subrogation**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 8., is replaced by the following:

8. Transfer of Rights of Recovery Against Others to Us and Blanket Waiver of Subrogation

   a. If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after the loss to impair those rights. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

   b. If required by a written **insured contract** executed prior to the **occurrence** or offense, we waive any right of recovery we may have against any person or organization named in such **insured contract**, because of payments we make for injury or damage arising out of your operations or **your work** for that person or organization.

5. **Cancellation - 120 Days**

Common Policy Conditions endorsement IL0017, A. Cancellation, item 2.b. is replaced by the following:

b. 120 days before the effective date of cancellation if we cancel for any other reason.

6. **Liberalization**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**, the following is added:

**Liberalization**

If we adopt a change in our forms or rules which would broaden the coverage provided by any form that is a part of this policy without an extra

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 3 of 6

premium charge, the broader coverage will apply to this policy. This extension is effective upon the approval of such broader coverage in your state.

7. **Fire, Explosion, Sprinkler Leakage, or Lightning Legal Liability Coverage**

   A.  SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, the last paragraph, is replaced by the following:

   Exclusions c. through n. do not apply to damage by fire, explosion, sprinkler leakage, or lightning to premises while:

   1.  Rented to you;

   2.  Temporarily occupied by you with the permission of the owner; or

   3.  Managed by you under a written agreement with the owner.

   A separate limit of insurance applies to this coverage as described in Section III - LIMITS OF INSURANCE.

   B.  SECTION III - LIMITS OF INSURANCE, item 6., is replaced by the following:

   6.  Subject to 5. above, the Damage to Premises Rented To You Limit shown in the Declarations, for **property damage** to any one premises while rented to you, or in the case of damage by fire, explosion, sprinkler leakage, or lightning while rented to you, temporarily occupied by you with the permission of the owner, or managed by you under a written agreement with the owner, is the greater of:

   a.  $1,000,000 Any One Premises; or

   b.  The Damage To Premises Rented To You Limit shown in the Declarations.

   C.  SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance, b. Excess Insurance, (1), items (b) and (c), are replaced by the following:

   (b)  That is Fire, Explosion, Sprinkler Leakage, or Lightning insurance for premises while rented to you, temporarily occupied by you with permission of the owner, or managed by you under a written agreement with the owner;

   (c)  That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you, temporarily occupied by you with the permission of the owner, or managed by you under a written agreement with the owner; or

   D.  SECTION V - DEFINITIONS, 9. **Insured Contract**, item a., is replaced by the following:

   a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, explosion, sprinkler leakage, or lightning to premises while rented to you, temporarily occupied by you with permission of the owner, or managed by you under a written agreement with the owner, is not an **insured contract;**

8. **Non-Owned or Chartered Watercraft**

   SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, item g. Aircraft, Auto Or Watercraft, item (2), is replaced by the following:

   (2)  A watercraft you do not own that is:

   (a)  Less than 51 feet long; and

   (b)  Not being used for public transportation or as a common carrier;

9. **Chartered Aircraft**

   SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, g. Aircraft, Auto Or Watercraft, item (6), is added as follows:

   (6)  An aircraft in which you have no ownership interest and that you have chartered with crew.

10. **Coverage Territory - Broadened**

    SECTION V - DEFINITIONS, item 4.a., is replaced by the following:

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

a. The United States of America (including its territories and possessions), Puerto Rico, Canada, Bermuda, the Bahamas, The Cayman Islands, and the British Virgin Islands;

11. **Personal and Advertising Injury - Contractual**

Unless **personal and advertising injury** is excluded from this policy the following applies:

SECTION I - COVERAGES, COVERAGE B, 2. Exclusions, item e., is deleted.

12. **Fellow Employee Coverage**

SECTION II - WHO IS AN INSURED, 2.a., item (1) is replaced by the following:

(1) **Personal and advertising injury:**

However, subsections (a), (b), (c) and (d) of item (1) remain unchanged.

13. **Bodily Injury Definition - Broadened**

SECTION V - DEFINITIONS, 3. **Bodily Injury** is replaced by the following:

**Bodily injury** means bodily injury, sickness, or disease sustained by a person including death or mental anguish resulting from any of these at any time. Mental anguish means any type of mental or emotional illness or disease.

14. **Unintentional Failure to Disclose Hazards**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 6. Representations, the following is added:

d. If you unintentionally fail to disclose any hazards existing at the inception date of this policy, we will not deny coverage under this Coverage Form because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

15. **Supplementary Payments - Increased Limits**

SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B, items 1.b. and 1.d., are replaced by the following:

b. The cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including substantiated loss of earnings up to $500 a day because of time off from work.

16. **Duties in the Event of an Occurrence, Offense, Claim, or Suit - Amended**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, items 2.a. and 2.b., are replaced with the following:

a. You must see to it that we or any licensed agent of ours are notified of a General Liability **occurrence** or offense which may result in a claim as soon as practicable after it becomes known to:

(1) You, if you are an individual;

(2) Your partner or member, if you are a partnership or joint venture;

(3) Your member, if you are a limited liability company;

(4) Your executive officer if you are an organization other than a partnership, joint venture or limited liability company; or

(5) Your authorized representative or insurance manager.

Knowledge of an **occurrence** or offense by persons other than those listed above does not imply that those listed above also have such knowledge.

b. To the extent possible, notice should include:

(1) How, when, and where the **occurrence** or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the **occurrence** or offense.

17. **Non Employment Discrimination Liability**

Unless **personal and advertising injury** is excluded from this policy the following applies:

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 5 of 6

A. SECTION V - DEFINITIONS, 14. **Personal and advertising injury**, item h. is added as follows:

   h.  **Discrimination**.

B. SECTION V - DEFINITIONS, item 23. is added as follows:

   23.  **Discrimination** means the unlawful treatment of a person or class of persons because of their specific race, color, religion, gender, age, or national origin in comparison to one or more persons who are not members of the specified class.

C. SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions, the following are added:

   p.  **Discrimination** directly or indirectly related to the past employment, employment or prospective employment of any person or class of persons by any insured;

   q.  **Discrimination** directly or indirectly related to the sale, rental, lease or sublease or prospective sale, rental, lease or sublease of any dwelling, permanent lodging, or premises by or at the direction of any insured;

   r.  **Discrimination**, if insurance thereof is prohibited by law; or

   s.  Fines, penalties, specific performance, or injunctions levied or imposed by a governmental entity, governmental code, law, or statute because of **discrimination**.

18. **Medical Payments**

Unless COVERAGE C MEDICAL PAYMENTS, or the **products-completed operations hazard** has been excluded from this policy the following applies:

A. SECTION I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, 2. Exclusions, item f., is replaced by the following:

   f.  **Products-Completed Operations Hazard**

     Included within the **products-completed operations hazard**. However, this exclusion does not apply to expenses for dental services.

B. Section I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, is amended to include item 3. as follows:

   3.  Limit of Insurance

     The Medical Expense Limit of Insurance shall be the greater of:

     a.  $10,000 Any One Person; or

     b.  The amount shown in the Declarations.

CG7158 12-03R
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 6 of 6

# INLAND MARINE

| Inland Marine | IM |

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
    AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### INLAND MARINE DECLARATIONS

INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, LIMITS OF INSURANCE OR
LIABILITY OR AMOUNTS OF INSURANCE AND ENDORSEMENTS SHOWN BELOW.

#### CONTRACTORS' EQUIPMENT FORM
BROAD FORM

AGGREGATE LIMIT OF LIABILITY  $  347,852        COINSURANCE   90%
DEDUCTIBLE $     2,500        EMPLOYEES TOOLS DEDUCTIBLE

    THE AMOUNT OF ANY LOSS OF OR TO ANY ITEM INSURED SHALL BE DETERMINED
    AS SET FORTH IN CONDITION 6. VALUATION AND SHALL BE ON AN ACTUAL CASH
    VALUE BASIS UNLESS REPLACEMENT COST IS INDICATED ON THE DECLARATIONS

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|------|-------------|--------------------:|-------------------|
| 001 | 1994 WABASH DRY VAN TRAILER S#1JJV532USPL174297 | $ 7,700 | $ 2,500 |
| 002 | 1994 WABASH DRY VAN TRAILER S#1JJV532U7PL174267 | $ 7,700 | $ 2,500 |
| 003 | 1994 WABASH DRY VAN TRAILER S#1JJV532U2PL174256 | $ 7,700 | $ 2,500 |
| 004 | 1994 WABASH DRY VAN TRAILER S#1JJV532U5PL174252 | $ 7,700 | $ 2,500 |
| 005 | 2004 HYSTER W60Z FORKLIFT S#A231N02073B | $ 6,989 | $ 2,500 |
| 006 | 2004 HYSTER W45Z FORKLIFT S#C215N01943B | $ 4,818 | $ 2,500 |
| 007 | 2004 HYSTER W45Z FORKLIFT S#C215N01945B | $ 4,818 | $ 2,500 |
| 008 | BATTERY TRANSFER CART | $ 7,800 | $ 2,500 |
| 009 | 2004 HYSTER E40HSD FORKLIFT W/ACCESSORIES S#A219N02229B | $ 42,054 | $ 2,500 |
| 010 | 2004 MANATOU MLT523T FORKLIFT S#192315 | $ 55,748 | $ 2,500 |
| 011 | 2004 LANDOLL BENDI B40/48 E FORKLIFT W/EQUIPMENT S#704A03227 | $ 42,000 | $ 2,500 |
| 012 | 1998 7000 GALLON WALKER TRAILER S#TTT-32087 | $ 33,000 | $ 2,500 |
| 013 | 1998 7000 GALLON WALKER TRAILER (STORAGE) S#TTT32088 | $ 30,325 | $ 2,500 |
| 014 | 1997 6000 GALLON WALKER TRAILER (STORAGE) S#1W9S4821XVN001607 | $ 32,000 | $ 2,500 |
| 015 | 1998 6000 GALLON WALKER TRAILER (STORGE) S#1W9P8202061027842 | $ 12,000 | $ 2,500 |
| 016 | 2005 HYSTER FORKLIFT S#A219N02494C | $ 35,000 | $ 2,500 |

IM - 1

* 9 0324 0 000000 3

COPYF

FCG.P154.A22J701

CIZ

000577A

POLICY NUMBER S 86 MXX 80859105

NAMED INSURED
     AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|------|-------------|---------------------|-------------------|
| 017 | SIXTEEN (16) HANDHELD RADIOS | $ 10,500 | $ 2,500 |

     LOSS PAYEES
     ITEM     LOSS PAYEE NAME AND ADDRESS FOR DESIGNATED ITEMS ABOVE
     001   LANDMARK VEHICLE FINANCE, LLC
           5600 GREENWOOD PLAZA BLVD.S350 GREENWOOD VILLAGE          CO 80111
     002   LANDMARK VEHICLE FINANCE, LLC
           5600 GREENWOOD PLAZA BLVD.S350 GREENWOOD VILLAGE          CO 80111
     003   LANDMARK VEHICLE FINANCE, LLC
           5600 GREENWOOD PLAZA BLVD.S350 GREENWOOD VILLAGE          CO 80111
     004   LANDMARK VEHICLE FINANCE, LLC
           5600 GREENWOOD PLAZA BLVD.S350 GREENWOOD VILLAGE          CO 80111
     017   MARLIN LEASING CORP.
           P. O. BOX 368            MARLTON                         NJ 08053

IM - 2

# Contractor's Equipment Form - 135154 01 83
Commercial Inland Marine Coverage Form

1. **Property Insured**

   This policy insures Contractors' Equipment and machinery, including spare and repair parts and accessories as specified in the Declarations the property of the Insured or the property of others held by the Insured and for which the Insured is liable.

2. **Property Excluded**

   This policy does not insure:

   a. any property while leased, loaned or rented to others, or while in the possession of others under an agreement of sale;

   b. property while waterborne (except during ferry operations);

   c. aircraft; watercraft (including motors, equipment and accessories); automobiles, motor trucks, trailers, semi-trailers, motorcycles, motor scooters, or any other vehicles designed primarily for highway use;

   d. plans, blueprints, specifications, designs, records or any similar property.

3. **Perils Insured**

   (Broad Form or Specified Perils Form, as specified in the Declarations)

   a. Broad Form

      This policy insures against all risks of direct physical loss of or damage to the insured property from any external cause, except as otherwise provided. .

   b. Specified Perils Form

      This policy insures against Loss caused by:

      (1) Fire, lightning, smoke;

      (2) Explosion, excepting Loss to steam boilers, of the insured property caused by or resulting from explosion, rupture, or bursting of such boilers;

      (3) Aircraft or objects falling therefrom;

      (4) Cyclone, tornado, windstorm, hail;

      (5) Strike, riot and civil commotion;

      (6) Vandalism or malicious mischief;

      (7) Collision, derailment, upset or overturning of land conveyances on which the insured property is being transported.

      (8) Theft.

4. **Perils Excluded**

   This supplement policy does not insure against loss caused by or resulting from:

   under **Broad Form** or **Specified Perils Form,**

   a. wear and tear, inherent vice, gradual deterioration, latent defects, insects, vermin, dampness or dryness of atmosphere, rust, corrosion, freezing, or other extremes of temperature, mechanical or electrical breakdown or failure, unless Loss by a peril not otherwise excluded ensues and then the Company shall be liable only for such ensuing Loss;

   b. delay, loss of market, loss of use, or interruption of business;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

President

135154 1-83R

c.   infidelity, dishonesty, or any other criminal act of the Insured or any person or persons in the employ of the Insured whether or not such act or acts occurred during the regular hours of employment or service, or others to whom the insured property may be entrusted (carriers for hire excepted);

d.   the weight of a load exceeding the applicable load rating of the equipment according to the load rating chart published by the manufacturer of the equipment; and,

e.   Unexplained loss, mysterious disappearance, or shortage disclosed upon taking inventory;

f.   flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas from:  (1) the overflow of inland or tidal waters; (2) the rapid accumulation of runoff of surface waters from any source; or, (3) mudslides which are caused or precipitated by accumulation of water on or under the ground, unless fire or explosion ensues, and then only for the Loss caused by, or resulting from, such fire or explosion, provided the perils of fire or explosion are not excluded elsewhere in this policy.  This exclusion shall not apply to insured property in due course of transit.

5.   **Limit of Liability**

The Company's limit of liability for any one Loss shall not exceed:

a.   as respects each item in the schedule in the declarations of this policy the Limit of Liability specified in that schedule applicable to that item;

b.   in the aggregate for all schedule items, the Limit of Liability specified in the Declarations.

6.   **Valuation**

The following provisions shall apply to each item insured as specified in the Declarations;

a.   Actual Cash Value

The Company shall not be liable beyond the actual cash value of the property insured at the time any Loss occurs.  The Loss shall be ascertained or estimated according to such actual cash value with proper deduction for depreciation, however caused, and shall in no event exceed what it would then cost to repair or replace the same with material of like kind and quality at the place of and immediately preceding the time of such Loss.

b.   Replacement Cost

The Company shall not be liable beyond the retail replacement cost of the property insured at the time any Loss occurs.  The Loss shall be ascertained or estimated on the basis of the retail replacement cost of the insured property or property similar in function to that insured, at the place of and immediately preceding the time of such Loss.

7.   **Deductible**

All claims for Loss arising out of one occurrence shall be adjusted as one claim and the amount specified in the Declarations shall be deducted.

8.   **Coinsurance**

Except as otherwise provided, only one of the following provisions shall apply depending upon the **Valuation** basis specified above:

a.   Actual Cash Value

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual cash value of the property insured hereunder at the time such Loss shall happen.  If this policy insures two or more items, this condition shall apply to each item separately.

b.   Replacement Cost

The Company shall be liable in the event of Loss for no greater proportion thereof than the amount hereby insured bears to an amount equal to the percentage specified in the Declarations applied to the actual retail replacement cost of the property insured hereunder at the time such Loss shall happen. If this policy insures two or more items, this condition shall apply to each item separately.

9. **Extensions of Coverage**

a. Additionally Purchased Property

This policy is extended to cover equipment which has been purchased after the effective date and during the term of this policy provided: 1. the Insured shall report such purchases to the Company within forty-five (45) days from the date of purchase; and, 2. the Insured shall pay premium on such purchases from the date purchases computed pro-rata based on the current policy rate.

It is agreed that this policy shall cease to cover any such additional item(s) not reported to the Company within the forty-five (45) day period.

The Company shall not be liable under the provisions of this clause for more than the replacement cost value of such property if this coverage is written solely on a replacement cost basis, or for the actual cash value of such property if coverage is written on an actual cash value basis or on a combination of actual cash value and replacement cost.

In no event will the Company pay for more than 25% of the Limit of Liability specified in the Declarations or $250,000, whichever is the lesser. The Coinsurance clause does not apply to this extension of coverage.

b. Debris Removal

In the event of Loss insured by this policy, coverage shall extend to include expenses incurred in the removal of debris of the damaged property insured hereunder. The liability of the Company as respects such expenses shall not exceed the difference between the amount of Loss otherwise covered by this policy, and the applicable Limit of Liability, plus the lesser of (1) 10% of the applicable Limit of Liability of the items involved, or (2) $100,000.

In no event shall this policy cover against expenses occasioned by the enforcement of any state or municipal law or ordinance unless such liability is specifically assumed elsewhere in this policy.

c. Partial Loss, Waiver of Depreciation

If, under the Valuation Basis specified above, Actual Cash Value is stipulated, no deduction for depreciation shall be taken on the adjustment of any partial Loss that does not exceed 20% of the actual cash value of the scheduled item involved. If two or more items are involved in the same occurrence, this condition shall apply to each item separately.

d. Employee's Tools

This policy is extended to cover tools and work clothing of employees for which the Insured may be liable while such tools and work clothing are located at job sites or while in transit to or from job sites in vehicles of the Insured. The Company shall not be liable for more than $5,000 in any one Loss, involving property of a number of employees, nor for more than $500 with respect to property of any one employee. Each such Loss shall be adjusted separately and from the amount of each such adjusted Loss the deductible amount specified in the Declarations shall be deducted. The Coinsurance clause does not apply to this extension of coverage.

e. Expendable Supplies

This policy is extended to cover fuel, oil, grease and similar expendable supplies usual to the Insured's operations. The Company shall not be liable for more than $1,000 in any one Loss, unless such items are specifically covered in the schedule attached to this policy. The Coinsurance clause does not apply to this Extension of coverage.

10. **Recovery - Salvage**

In the event of any recovery and/or salvage resulting from a Loss covered hereunder, such recovery and/or salvage shall be paid first to the Company up to the full amount of the covered Loss, and thereafter to the Insured.

11. **Reinstatement of Loss Amount**

The amount of insurance and the applicable Limit of Liability shall not be reduced by the payment of any claim. In the event of payment of claim for total Loss of an item or items specifically scheduled hereon, the unearned premium will be refunded to the Insured or applied to the premium

135154 1-83R

Page 3 of 4

due on item(s) replacing those on which the claim was paid.

12. **Assignment**

Assignment of interest under this policy shall not bind the Company until its consent is endorsed hereon. If, however, the Insured shall die, or shall be adjudged bankrupt or insolvent and written notice is given to the Company within sixty (60) days after the date of such death or adjudication, this policy shall cover the Insured's legal representatives as insured; provided that notice of cancellation addressed to the Insured named in this policy and mailed to the address shown in this policy shall be sufficient notice to effect cancellation of this policy.

13. **Definition of Loss**

Wherever the term Loss shall appear in this policy it shall include damage caused by or resulting from physical loss, disaster or casualty to insured property from any external cause.

# Conditions - 140559 12 86

Commercial Inland Marine Coverage Form

## A. General Conditions

1. **Your name and address** as the Named Insured shall be as specified in the General Declarations.

2. The Policy Period

   This policy applies only to loss or damage that occurs during the policy period shown in the General Declarations. The policy period begins and ends at 12:01 a.m., Standard Time, at your address shown in the General Declarations. But if this policy replaces a policy which expires at noon Standard Time on the effective date of this policy, then this policy will not be effective until the policy being replaced expires. In those states which require policy periods to begin and end at noon Standard Time, this policy will begin and end at noon Standard Time.

3. **The Declarations** shows you which coverages you have purchased and the limits of insurance that apply. You have only those coverages and amounts of insurance. If this coverage applies only at specified locations, they are shown in the Declarations.

   By accepting this policy, you agree that:

   a. the statements in the Declarations are your agreements and representations;

   b. that this policy is issued in reliance on the truth of such representations.

4. Territorial Limits

   Unless a coverage form attached to this policy indicates otherwise, this policy covers only within the 48 contiguous states of the United States, the District of Columbia and within the states of Alaska and Hawaii.

5. Concealment or Fraud

   This policy is void if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance.

6. Abandonment

   You may not abandon any covered property to us without our written consent.

7. Civil Authority

   We will pay you for your covered property, if covered for the peril of fire, if an order by a civil authority causes your property to be damaged or destroyed during a conflagration in order to retard such disaster.

8. Suit

   You agree not to sue us or involve us in another action proceeding after 2 years have past since you discovered the occurrence giving rise to such action. If the state law applicable to this coverage requires a different time period within which suit may be brought, this provision is amended to conform to such law.

## B. Loss Adjustment Provisions

1. Your Duties After Loss

   If a loss occurs which this policy may cover, you must see that the following duties are performed:

---

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                    President

140559 12-86R

a. Notice of Loss

You must tell us in writing as soon as practical after loss or damage has occurred to your covered property, or after any occurrence that may develop into a claim. You must also file with us or our agent, a detailed sworn proof of loss within ninety (90) days following the occurrence.

b. Protect Property

You shall do what is reasonably necessary to minimize the loss or damage and to protect the covered property from any further loss or damage. Any expense in doing this shall be shared by you and us according to your and our interests. If you move the covered property to a safe place, that property will continue to be covered and we will reimburse you for the reasonable expenses for doing so. You must tell us as soon as practical that you have done this.

2. Examination Under Oath

Before recovering from us for any loss, you shall, if we request:

a. Permit us to inspect and appraise the damaged property before it is repaired or disposed of;

b. be examined under oath;

c. produce others for examination under oath; and,

d. comply with any other reasonable request we make.

These requests are for the purpose of examining the loss. They shall not mean that we admit liability for any loss or damage.

3. Valuation

If a loss occurs, we will determine the value of the lost or damaged property at its actual cash value, with proper deduction for depreciation, as of the time of loss or damage. We will not pay you more than it would cost to repair or replace the covered property with material of like kind and quality. We will not pay you for any part of the loss or damage

that you have collected from any other source.

4. Settlement of Loss

We will settle substantiated claims within 30 days of our receipt of your statement of loss. We will supply you with the necessary forms.

5. No Benefit to Bailee

No person or organization, other than you, that has custody of the covered property, shall benefit from this insurance.

6. Subrogation

If any person or organization to whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to aid us in any recovery and to protect our rights. If that person or organization does anything to impair our rights after a loss, we will not have to pay the loss.

7. Loss Clause

If you have a loss other than a total loss, we will not reduce the amount of your coverage. However, if you have a total loss, the amount of your coverage shall be reduced by the amount of the item that was lost or destroyed. We will return to you the unearned premium from the date of loss to the end of the current policy period or rating period for which the premium was charged, whichever comes first. You may also request us to apply that unearned premium to the premium due on any item(s) replacing that which was lost or destroyed and for which we have paid a claim.

8. Pair, Set or Parts

If you have a loss to your covered property that is part of a pair or set, we will pay you only for a reasonable and fair proportion of the total value of the pair or set. We will not pay on the basis of a loss to the entire pair or set.

If you have a loss to covered property that is a piece or pieces which belong to something that when complete consists of several parts, we will pay only for the part(s) that are lost or damaged.

9.  Appraisal

If you and we fail to agree on the amount of loss, either one can ask that the amount of loss be established by appraisal. To start the appraisal process either you or we must make the request in writing to the other. Each must then choose a competent, independent appraiser and give the name and address of that appraiser to the other. This must be done within 30 days after the written request for appraisal is received.

The two appraisers must then choose a competent and impartial umpire. If they do not agree on an umpire within 15 days, either you or we may have an umpire selected by a court located in the same state as the covered property. The appraisers will then set the amount of the loss. A copy of their report will be given to you and to us. The amount they agree upon will be the amount of loss.

If the appraisers fail to agree within a reasonable period of time, they will give the umpire a statement of their differences. A written agreement signed by any two of the three will set the amount of the loss. You will pay your appraiser and we will pay ours. The umpire's fee and other appraisal expenses will be shared equally by you and us.

If we submit to an appraisal, we will still retain our right to deny the claim.

10.  Labeled Goods

If covered property bearing labels, packaging or wrappers is lost or damaged, we will pay you an amount sufficient to replace those labels, packaging or wrappers.

11.  Other Insurance

The coverage provided by this policy shall apply only as excess insurance over any other valid and collectible insurance or coverage that applies to the covered property.

12.  Impairment of Recovery Rights

If you do anything after a loss that impairs or precludes your right to recover from any other party who may be liable for the loss or damage, we will not pay you. We may also refuse to pay if you make any settlement or agreement on a loss without our written consent.

13.  Recovery

If we recover any part of a loss from another party, after we deduct the expenses of making the recovery we will share the recovery with you. Your share will be the proportion that your share of the loss bears to the total amount of the loss.

14.  Loss Payee

If a loss payee is named in the Declarations, we will pay you and the loss payee, as the interest of each may appear.

C.  **Additional Losses We Do Not Cover**

In addition to Causes of Loss We Do Not Cover under this policy, the Governmental Action and Nuclear Hazard Exclusions that follow will apply to coverage under this policy regardless of other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses may appear in this policy. If however, the other clauses, if any, specifically assume these risks, then such other governmental action or war risk exclusions or clauses, or nuclear hazard or nuclear exclusions or clauses shall apply and the following clauses will not apply.

1.  Government Action.

We do not cover loss or damage caused by or resulting from seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire is covered under this policy.

2.  Nuclear Hazard

We do not cover loss or damage caused by any weapon employing atomic fission or fusion or nuclear reaction or radiation, or radioactive contamination, however caused. But we will pay for direct loss or damage caused by resulting fire if the fire is covered under this policy.

3.  War and Military Action

We do not cover loss or damage caused by or resulting from:

* 9 0328 0 000000 3 '

COPYF

FCG.P.154.A22J701

CIZ

000585A

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or,

c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

4. Illegal Transport or Trade

We do not cover loss or damage caused by or resulting from illegal transportation or trade.

D. **Definitions**

Throughout this policy the terms **you** and **your** mean the person or organization shown in the General Declarations or coverage Declarations as the Named Insured. **You** and **your** includes partners acting as such when the Named Insured is a partnership and executive officers, directors and stockholders acting as such when the Named Insured is a corporation. **We, us** and **our** mean the Company issuing this policy. The term **policy** means this Property Floater and the coverage forms and endorsements attached to it.

E. **Special State Provisions**

**KANSAS. Suit.** If this policy is issued in the State of Kansas, the words **five (5) years** are substituted for the words **twelve (12) months** in Condition A.8.

**TEXAS. Notice of Loss and Suit.** If this supplemental policy is issued in the State of Texas, the words **ninety-one (91)** are substituted for the word **ninety (90)** in Condition B.1.a. and the words **two (2) years and one (1) day** are substituted for the words **twelve (12) months** in Condition A.8.

**In Witness Whereof,** the Company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the Company.

# Debris and Pollutant Removal Policy Amendment - 140866 02 86

Policy Amendment

Your policy is amended as follows:

1.  The following Extension of Coverage is added. If your policy does not provide coverage for debris removal, this Extension of Coverage adds debris removal coverage. If your policy does provide debris removal coverage, any other debris removal coverage provided by your policy is deleted and replaced by this Extension of Coverage.

    **Debris Removal.** We will pay your reasonable cost to remove the debris of insured property caused by or resulting from an insured peril which occurs during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or the end of the policy period, whichever comes first, you:

    (1)  discover the loss, and

    (2)  report the cost to us in writing.

    We will pay up to 25% of the sum of:

    (1)  the direct physical loss otherwise payable under the policy, and

    (2)  the deductible.

    Payments under this Debris Removal coverage will not increase the Limit of Liability applicable to the insured property.

    **Debris Removal Additional Limit.** If your cost for debris removal exceeds the amount we pay under the Limit of Liability applicable to the insured property, we will pay up to the lesser of:

    (1)  10% of the applicable Limit of Liability; or

    (2)  $100,000

    as an Additional Limit of Liability for debris removal.

We will not pay:

(1)  the cost to extract **POLLUTANTS** from land or water (except as provided under **Pollutant Removal** below);

(2)  the cost to repair, replace or restore property damaged or destroyed by debris removal;

(3)  the cost to remove debris from any location used for handling, treatment, storage or disposal of waste unless the policy is extended to cover property at that specifically identified location.

2.  The following Extension of Coverage is added:

    **Pollutant Removal.** We will pay your reasonable cost to extract **POLLUTANTS** from land or water. The release, discharge or dispersal of the **POLLUTANTS** must result from an insured loss and must occur during the policy period.

    This coverage only applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

    (1)  discover the loss, and

    (2)  report the cost to us in writing.

    The most we will pay in any one loss is the lesser of:

    (1)  10% of the applicable Limit of Liability; or

    (2)  $10,000

    Under this Extension of Coverage, the most we will pay for all claims for loss which occurs at any one location during the policy period is $10,000.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

140866 2-86R

If this policy is written for a term of more than one year, we will apply this limit separately to each consecutive year of the policy period.

We will not pay:

(1) the cost to repair, replace or restore property damaged or destroyed by extraction of **POLLUTANTS;**

(2) the cost to extract **POLLUTANTS** from land or water:

    (a) at any location used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

    (b) at any location if the **POLLUTANTS** are released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste unless the policy has been specifically extended to cover property at that location;

    (c) at any location if the **POLLUTANTS** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

The Coinsurance provision, if any, in this policy does not apply to this Extension of Coverage.

3. The following exclusions are added:

**Ordinance or Law.**

We do not cover loss or damage caused by or resulting from the enforcement of any ordinance or law:

(1) regulating the use or repair of any property; or

(2) requiring the tearing down or removal of any property,

including the cost of removing its debris.

**Pollutants.**

We do not cover loss or damage caused by or resulting from the release, discharge or dispersal of **POLLUTANTS** unless the release, discharge or dispersal is caused by one of the perils listed below applying to the insured property. But we do cover loss caused by any of the following perils which results from the release, discharge or dispersal of **POLLUTANTS.**

Perils:  Fire or Lightning;
Explosion;
Aircraft or Vehicles;
Windstorm or Hail;
Riot or Civil Commotion;
Leakage from Fire Extinguishing Equipment;
Volcanic Action;
Vandalism or Malicious Mischief;
Collision, upset or overturn of a transporting vehicle.

4. For the purpose of this Endorsement, **POLLUTANTS** means any solid, liquid, gaseous or thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

# BUSINESS AUTO

| Business Auto | **AU** |

POLICY NUMBER S 86 MXX 80859105

NAMED INSURED
AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)

### BUSINESS AUTO POLICY DECLARATIONS
INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, LIMITS OF LIABILITY AND
ENDORSEMENTS SHOWN BELOW.

**ITEM TWO**      **SCHEDULE OF COVERAGES AND COVERED AUTOS**
(SEE SUPPLEMENTARY STATE ENDORSEMENTS WHERE APPLICABLE)

**COVERAGES**                                          **LIMITS**

COMBINED BODILY INJURY AND                      $ 1,000,000 EACH ACCIDENT
PROPERTY DAMAGE LIABILITY COVERAGE

**COVERAGES**                    **SYMBOLS - COVERED AUTO DESCRIPTION**
                                 (SEE SECTION I, PARAGRAPH A AND B)

LIABILITY COVERAGE               7.   SPECIFICALLY DESCRIBED AUTOS
                                 8.   HIRED AUTOS ONLY
                                 9.   NONOWNED AUTOS ONLY

PHYSICAL DAMAGE COVERAGE AT ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER
IS LESS, MINUS DEDUCTIBLE SHOWN BELOW UNLESS OTHERWISE SHOWN IN ITEM THREE,
SCHEDULE OF COVERED AUTOS YOU OWN:

**COVERAGES**   **DEDUCTIBLES**   **SYMBOLS - COVERED AUTOS DESCRIPTION**
                                  (SEE SECTION 1, PARAGRAPH A AND B)

SPECIFIED        $    0**         7.   SPECIFICALLY DESCRIBED AUTOS
CAUSES OF LOSS
       ** APPLIES TO LOSS CAUSED BY MISCHIEF OR VANDALISM

COLLISION        $1000           7.   SPECIFICALLY DESCRIBED AUTOS

**ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. SEE SEPARATE SCHEDULE ATTACHED.**

**ENDORSEMENTS.   ONLY THOSE ENDORSEMENTS SHOWN BELOW APPLY**

EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)

EXCLUSION OF CERTIFIED ACTS OF TERRORISM (CA 23 57 12 02)

WAR EXCLUSION (CA 00 38 12 02)

THESE DECLARATIONS ARE ISSUED IN CONJUNCTION WITH AND ARE PART OF POLICY
FORM CA0001-10-01

AU - 1

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
      AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)


  NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION (OTHER THAN CERTIFIED
  ACTS OF TERRORISM)(CA 70 68 03 03)

  CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL
  TERRORISM RISK INSURANCE ACT OF 2002) (CA 70 75 01 05)

  CHANGES IN COVERAGE FORMS - MOBILE EQUIPMENT SUBJECT TO MOTOR
  VEHICLE INSURANCE LAWS (CA 00 51 12 04)

**SUPPLEMENTARY STATE ENDORSEMENTS**

  **COLORADO**

  COLORADO AND MARYLAND CHANGES - COLLISION COVERAGE IN MEXICO (CA 01 06 03 94)

  COLORADO CHANGES (CA 01 13 11 04)


ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE


CA2001     LESSOR - ADDITIONAL INSURED AND LOSS PAYEE (CA 20 01 10 01)

SCHEDULE

ADDITIONAL INSURED (LESSOR) ADDRESS
HAUG SPECIALTY SERVICE INC.
5333 EAST 58TH AVENUE
COMMERCE CITY, CO 80022
DESIGNATION OR DESCRIPTION OF LEASED AUTOS
RE: 1984 UTILITY TRAILER, S#1UYVS2513FU233421
   1990 GREAT DANE TRAILER, S#1GRAA90286B024102

| COVERAGES | LIMIT OF LIABILITY |
|-----------|--------------------|
| LIABILITY | $ 1,000,000 EACH ACCIDENT |

PERSONAL INJURY       $
PROTECTION (OR EQUIVALENT
NO-FAULT COVERAGE)

COMPREHENSIVE        ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                      EVER IS LESS; MINUS:
                      $     FOR EACH COVERED LEASED AUTO

COLLISION           ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                      EVER IS LESS; MINUS:
                      $ 1,000  FOR EACH COVERED LEASED AUTO

AU - 2

POLICY NUMBER **S 86 MXX 80859105**

NAMED INSURED
  AURORA ORGANIC DAIRY

PORTFOLIO POLICY (R)


ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE   (CONTINUED)

SPECIFIED CAUSES OF LOSS          ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                                  EVER IS LESS; MINUS:
                                  $  0      FOR EACH COVERED LEASED AUTO

AU - 3

POLICY NUMBER   **S 86 MXX 80859105**

Named Insured
**AURORA ORGANIC DAIRY**                              Rating Period **06-01-06** to **06-01-07**

### SCHEDULE OF COVERED AUTOS YOU OWN

The insurance afforded hereunder is only with respect to such and so many of the following coverages for each auto no. as are indicated by 'X'. The limit of the company's liability against Bodily Injury and Property Damage Liability (LIAB), Medical Payments (MED), Uninsured Motorist (UM), Underinsured Motorists (UIM), Personal Injury Protection (PIP), Property Protection Insurance (PPI), and Towing (TOW) coverages shall be as stated on the declarations page subject to all the terms of the policy having reference thereto. The limit of the company's liability against Comprehensive (COMP), Fire (F), Theft (T), Specified Causes of Loss (SCL), Limited Specified Causes of Loss (LSCL), and Collision (COLL) coverages shall be as stated herein subject to all the terms of the policy having reference thereto.  As used herein 'ACV' means Actual Cash Value, 'DED' means Deductible and 'OTC' means Automobile Physical Damage Other Than Collision.  The collision limit of liability is actual cash value less the deductible amount shown.

| AUTO NO. | YR | VEHICLE DESCRIPTION AND GARAGE LOCATION | VEHICLE ID NO. | OTC COV | OTC LIMIT | OTC DED | COLL DED |
|------|----|------------------------------------------|----------------|---------|-----------|---------|----------|
| 0001 | 84 | UTILITY TRAILER PLATTEVILLE | 1UYVS2513F7233421 CO 80651 | SCL | ACV | | $ 1,000 |
| 0002 | 90 | GREAT DANE TRAILER PLATTEVILLE | 1GRAA9028LB024102 CO 80651 | SCL | ACV | | $ 1,000 |

| AUTO NO. | COVERAGES AFFORDED (INDICATED BY 'X' IN COVERAGE COLUMN) | | | | | | | | |
|------|------|-----|----|-----|-----|-----|-----|------|-----|
| | LIAB | MED | UM | UIM | PIP | PPI | OTC | COLL | TOW |
| 0001 | X | | | | | | X | X | |
| 0002 | X | | | | | | X | X | |

**AU - 4**

# Business Auto Coverage Form - CA 00 01 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance.

Other words and phrases that appear in boldface have special meaning. Refer to Section V - Definitions.

### Section I - Covered Autos

Item Two of the Declarations shows the **autos** that are covered **autos** for each of your coverages. The following numerical symbols describe the **autos** that may be covered **autos**. The symbols entered next to a coverage on the Declarations designate the only **autos** that are covered **autos**.

**A. Description of Covered Auto Designation Symbols**

| Symbol | Description of Covered Auto Designation Symbols |
|--------|------------------------------------------------|

1. = ANY AUTO.

2. = OWNED **AUTOS** ONLY. Only those **autos** you own (and for Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** you acquire ownership of after the policy begins.

3. = OWNED PRIVATE PASSENGER **AUTOS** ONLY. Only the private passenger **autos** you own. This includes those private passenger **autos** you acquire ownership of after the policy begins.

4. = OWNED **AUTOS** OTHER THAN PRIVATE PASSENGER **AUTOS** ONLY. Only those **autos** you own that are not of the private passenger type (and for Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** not of the private passenger type you acquire ownership of after the policy begins.

5. = OWNED **AUTOS** SUBJECT TO NO-FAULT. Only those **autos** you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those **autos** you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged.

6. = OWNED **AUTOS** SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those **autos** you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those **autos** you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

7. = SPECIFICALLY DESCRIBED **AUTOS**. Only those **autos** described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any **trailers** you don't own while attached to any power unit described in Item Three).

8. = HIRED **AUTOS** ONLY. Only those **autos** you lease, hire, rent or borrow. This does not include any **auto** you lease, hire, rent, or borrow from any of your **employees**, partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

---

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

9.   = NONOWNED **AUTOS** ONLY.  Only those **autos** you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes **autos** owned by your **employees**, partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs.

B.   **Owned Autos You Acquire After the Policy Begins**

1.   If symbols 1, 2, 3, 4, 5, or 6 are entered next to a coverage in Item Two of the Declarations, then you have coverage for **autos** that you acquire of the type described for the remainder of the policy period.

2.   But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an **auto** you acquire will be a covered **auto** for that coverage only if:

   a.   We already cover all **autos** that you own for that coverage or it replaces an **auto** you previously owned that had that coverage; and

   b.   You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C.   **Certain Trailers, Mobile Equipment and Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered **autos** for Liability Coverage:

1.   **Trailers** with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2.   **Mobile equipment** while being carried or towed by a covered **auto.**

3.   Any **auto** you do not own while used with the permission of its owner as a temporary substitute for a covered **auto** you own that is out of service because of its:

   a.   Breakdown;

   b.   Repair;

   c.   Servicing;

   d.   **Loss;** or

   e.   Destruction.

**Section II - Liability Coverage**

A.   **Coverage**

We will pay all sums an **insured** legally must pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of a covered **auto.**

We will also pay all sums an **insured** legally must pay as a **covered pollution cost or expense** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of covered **autos.** However, we will only pay for the **covered pollution cost or expense** if there is either **bodily injury** or **property damage** to which this insurance applies that is caused by the same **accident.**

We have the right and duty to defend any **insured** against a **suit** asking for such damages or a **covered pollution cost or expense.** However, we have no duty to defend any **insured** against a **suit** seeking damages for **bodily injury** or **property damage** or a **covered pollution cost or expense** to which this insurance does not apply. We may investigate and settle any claim or **suit** as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1.   Who Is an Insured

The following are **insureds:**

   a.   You for any covered **auto.**

   b.   Anyone else while using with your permission a covered **auto** you own, hire or borrow except:

     (1)   The owner or anyone else from whom you hire or borrow a covered **auto.** This exception does not apply if the covered **auto** is a **trailer** connected to a covered **auto** you own.

     (2)   Your **employee** if the covered **auto** is owned by that **employee** or a member of his or her household.