(3) Someone using a covered **auto** while he or she is working in a business of selling, servicing, repairing, parking or storing **autos** unless that business is yours.

(4) Anyone other than your **employees**, partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their **employees**, while moving property to or from a covered **auto**.

(5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered **auto** owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an **insured** described above but only to the extent of that liability.

2. Coverage Extensions

a. Supplementary Payments

In addition to the Limit of Insurance, we will pay for the **insured**:

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an **accident** we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any **suit** against the **insured** we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the **insured** at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the **insured** in any **suit** against the **insured** we defend.

(6) All interest on the full amount of any judgment that accrues after

entry of the judgment in any **suit** against the **insured** we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. Out-of-State Coverage Extensions

While a covered **auto** is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered **auto** is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered **auto** is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the **insured**.

2. Contractual

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an **insured contract** provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement; or

* 9 0334 0 000000 3 *

COPYF

JFCG.P154.A22J701

CIZ

000596A

b. That the **insured** would have in the absence of the contract or agreement.

3. Workers' Compensation

Any obligation for which the **insured** or the **insured's** insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. Employee Indemnification and Employer's Liability

**Bodily injury** to:

a. An **employee** of the **insured** arising out of and in the course of:

(1) Employment by the **insured**; or

(2) Performing the duties related to the conduct of the **insured's** business; or

b. The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the **insured** may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to **bodily injury** to domestic **employees** not entitled to workers' compensation benefits or to liability assumed by the **insured** under an **insured contract**. For the purposes of the Coverage Form, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. Fellow Employee

**Bodily injury** to any fellow **employee** of the **insured** arising out of and in the course of the fellow **employee's** employment or while performing duties related to the conduct of your business.

6. Care, Custody or Control

**Property damage** to or **covered pollution cost or expense** involving property owned or transported by the **insured** or in the **insured's** care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. Handling of Property

**Bodily injury** or **property damage** resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the **insured** for movement into or onto the covered **auto**; or

b. After it is moved from the covered **auto** to the place where it is finally delivered by the **insured**.

8. Movement of Property by Mechanical Device

**Bodily injury** or **property damage** resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered **auto**.

9. Operations

**Bodily injury** or **property damage** arising out of the operations of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**.

10. Completed Operations

**Bodily injury** or **property damage** arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. Pollution

**Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered **auto**;

(2) Otherwise in the course of transit by or on behalf of the **insured**; or

(3) Being stored, disposed of, treated or processed in or upon the covered **auto**;

b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the covered **auto**; or

c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured**.

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

(1) The **pollutants** escape, seep, migrate, or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and

(2) The **bodily injury, property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**.

Paragraphs b. and c. above of this exclusion do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

(1) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and

(2) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

12. War

**Bodily injury** or **property damage** due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

13. Racing

Covered **autos** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered **auto** is being prepared for such a contest or activity.

C. **Limit of Insurance**

Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **accident,** the most we will pay for the total of all damages and **covered pollution cost or expense** combined, resulting from any one **accident** is the Limit of Insurance for Liability Coverage shown in the Declarations.

All **bodily injury, property damage** and **covered pollution cost or expense** resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one **accident.**

No one will be entitled to receive duplicate payments for the same elements of **loss** under this Coverage Form and any Medical Payments Coverage Endorsement, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

## Section III - Physical Damage Coverage

A. **Coverage**

1. We will pay for **loss** to a covered **auto** or its equipment under:

    a. Comprehensive Coverage

       From any cause except:

       (1) The covered **auto's** collision with another object; or

       (2) The covered **auto's** overturn.

    b. Specified Causes of Loss Coverage

       Caused by:

       (1) Fire, lightning or explosion;

       (2) Theft;

       (3) Windstorm, hail or earthquake;

       (4) Flood;

       (5) Mischief or vandalism; or

       (6) The sinking, burning, collision or derailment of any conveyance transporting the covered **auto.**

    c. Collision Coverage

       Caused by:

       (1) The covered **auto's** collision with another object; or

       (2) The covered **auto's** overturn.

2. Towing

    We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered **auto** of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles

    If you carry Comprehensive Coverage for the damaged covered **auto,** we will pay for the following under Comprehensive Coverage:

    a. Glass breakage;

    b. **Loss** caused by hitting a bird or animal; and

    c. **Loss** caused by falling objects or missiles.

    However, you have the option of having glass breakage caused by a covered **auto's** collision or overturn considered a **loss** under Collision Coverage.

4. Coverage Extensions

    a. Transportation Expenses

       We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered **auto** of the private passenger type. We will pay only for those covered **autos** for which you carry either Comprehensive or Specified Causes of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered **auto** is returned to use or we pay for its **loss.**

b. Loss of Use Expenses

For Hired Auto Physical Damage, we will pay expenses for which an **insured** becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

(1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered **auto**;

(2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered **auto**; or

(3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered **auto**.

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

B. **Exclusions**

1. We will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.

a. Nuclear Hazard

(1) The explosion of any weapon employing atomic fission of fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination, however caused.

b. War or Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for **loss** to any covered **auto** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for **loss** to any covered **auto** while that covered **auto** is being prepared for such a contest or activity.

3. We will not pay for **loss** caused by or resulting from any of the following unless caused by other **loss** that is covered by this insurance:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

4. We will not pay for **loss** to any of the following:

a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

b. Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

c. Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

d. Any accessories used with the electronic equipment described in Paragraph c. above.

Exclusions 4.c. and 4.d. do not apply to:

a. Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered **auto** at the time of the **loss** or such equipment is removable from a

CA0001 10-01
Copyright, ISO Properties, Inc., 2000

housing unit which is permanently installed in the covered **auto** at the time of the **loss**, and such equipment is designed to be solely operated by use of the power from the **auto's** electrical system, in or upon the covered **auto**; or

b. Any other electronic equipment that is:

(1) Necessary for the normal operation of the covered **auto** or the monitoring of the covered **auto's** operating system; or

(2) An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered **auto** normally used by the manufacturer for installation of a radio.

5. We will not pay for **loss** to a covered **auto** due to **diminution in value.**

C. **Limit of Insurance**

1. The most we will pay for **loss** in any one **accident** is the lesser of:

a. The actual cash value of the damaged or stolen property as of the time of the **loss;** or

b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total **loss.**

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

D. **Deductible**

For each covered **auto,** our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to **loss** caused by fire or lightning.

**Section IV - Business Auto Conditions**

The following conditions apply in addition to the Common Policy Conditions:

A. **Loss Conditions**

1. Appraisal for Physical Damage Loss

If you and we disagree on the amount of **loss,** either may demand an appraisal of the **loss.** In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of **loss.** If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

2. Duties in the Event of Accident, Claim, Suit or Loss

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a. In the event of **accident,** claim, **suit** or **loss,** you must give us or our authorized representative prompt notice of the **accident** or **loss.** Include:

(1) How, when and where the **accident** or **loss** occurred;

(2) The **insured's** name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

b. Additionally, you and any other involved **insured** must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the **insured's** own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or **suit**.

(3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**.

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is a **loss** to a covered **auto** or its equipment you must also do the following:

(1) Promptly notify the police if the covered **auto** or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered **auto** from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered **auto** and records proving the **loss** before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. Legal Action Against Us

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the **insured** has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the **insured's** liability.

4. Loss Payment - Physical Damage Coverages

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the **auto** from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the **loss**, our payment will include the applicable sales tax for the damaged or stolen property.

5. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

B. **General Conditions**

1. Bankruptcy

Bankruptcy or insolvency of the **insured** or the **insured's** estate will not relieve us of any obligations under this Coverage Form.

2. Concealment, Misrepresentation or Fraud

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other **insured**, at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered **auto**;

c. Your interest in the covered **auto**; or

d. A claim under this Coverage Form.

3. Liberalization

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide

the additional coverage as of the day the revision is effective in your state.

4. No Benefit to Bailee - Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. Other Insurance

a. For any covered **auto** you own, this Coverage Form provides primary insurance. For any covered **auto** you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered **auto** which is a **trailer** is connected to another vehicle, the Liability Coverage this Coverage Form provides for the **trailer** is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered **auto** you own.

b. For Hired Auto Physical Damage Coverage, any covered **auto** you lease, hire rent or borrow is deemed to be a covered **auto** you own. However, any **auto** that is leased, hired, rented or borrowed with a driver is not a covered **auto**.

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an **insured contract.**

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. Premium Audit

a. The estimated premium for this Coverage Form is based on the exposures you

told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. Policy Period, Coverage Territory

Under this Coverage Form, we cover **accidents** and **losses** occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

a. The United States of America;

b. The territories and possessions of the United States of America;

c. Puerto Rico;

d. Canada; and

e. Anywhere in the world if:

(1) A covered **auto** of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

(2) The **insured's** responsibility to pay damages is determined in a **suit** on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

We also cover **loss** to, or **accidents** involving, a covered **auto** while being transported between any of these places.

8. Two or More Coverage Forms or Policies Issued by Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same **accident**, the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**Section V - Definitions**

A. **Accident** includes continuous or repeated exposure to the same conditions resulting in **bodily injury** or **property damage.**

B. **Auto** means land motor vehicle, **trailer** or semi-trailer designed for travel on public roads but does not include **mobile equipment.**

C. **Bodily injury** means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. **Covered pollution cost or expense** means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement; or

2. Any claim or **suit** by or on behalf of a governmental authority demanding

that the **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants.**

**Covered pollution cost or expense** does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from the covered **auto;**

(2) Otherwise in the course of transit by or on behalf of the **insured;**

(3) Being stored, disposed of, treated or processed in or upon the covered **auto;**

b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the covered **auto;** or

c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured.**

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

(1) The **pollutants** escape, seep, migrate, or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants;** and

(2) The **bodily injury, property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs 6.b. or 6.c. of the definition of **mobile equipment.**

Paragraphs b. and c. above do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

(1) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto;** and

(2) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

E. **Diminution in value** means the actual or perceived loss in market value or resale value which results from a direct and accidental **loss.**

F. **Employee** includes a **leased worker. Employee** does not include a **temporary worker.**

G. **Insured** means any person or organization qualifying as an insured in the Who Is an Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or **suit** is brought.

H. **Insured contract** means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for **bodily injury** or **property damage** to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your **employees,** of any **auto.** However, such contract or agreement shall not be considered an **insured contract** to the extent that it obligates you or any of your **employees** to pay for **property damage** to any **auto** rented or leased by you or any of your **employees.**

An **insured contract** does not include that part of any contract or agreement:

a. That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

b. That pertains to the loan, lease or rental of an **auto** to you or any of your **employees,** if the **auto** is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by **auto** for hire harmless for your use of a covered **auto** over a route or territory that person or organization is authorized to serve by public authority.

I. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker.**

J. **Loss** means direct and accidental loss or damage.

K. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

a. Power cranes, shovels, loaders, diggers or drills; or

b. Road construction or resurfacing equipment such as graders, scrapers or rollers.

5. Vehicles not described in Paragraphs 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

CA0001 10-01
Copyright, ISO Properties, Inc., 2000

a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

b. Cherry pickers and similar devices used to raise or lower workers.

6. Vehicles not described in Paragraphs 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

a. Equipment designed primarily for:

    (1) Snow removal;

    (2) Road maintenance, but not construction or resurfacing; or

    (3) Street cleaning;

b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

L. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. **Property damage** means damage to or loss of use of tangible property.

N. **Suit** means a civil proceeding in which:

1. Damages because of **bodily injury** or **property damage**; or

2. A **covered pollution cost or expense**,

to which this insurance applies, are alleged.

**Suit** includes:

a. An arbitration proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the **insured** must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the insured submits with our consent.

O. **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

P. **Trailer** includes semitrailer.

# War Exclusion - CA 00 38 12 02

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. **Changes In Liability Coverage**

The War exclusion under Paragraph B. **Exclusions** of **Section II - Liability Coverage** is replaced by the following:

**War**

**Bodily injury, property damage** or **covered pollution cost or expense** arising directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

B. **Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage endorsement or the Garagekeepers Coverage - Customers' Sound Receiving Equipment endorsement is attached, the following exclusion is added:

We will not pay for **loss** caused by or resulting from the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**:

**War**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

C. **Changes In Auto Medical Payments**

If the Auto Medical Payments Coverage endorsement is attached, then Exclusion C.6. is replaced by the following:

6. **Bodily injury**, arising directly or indirectly, out of:

a. War, including undeclared or civil war;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Changes In Uninsured/Underinsured Motorists Coverage**

If Uninsured and/or Underinsured Motorists Coverage is attached, then the following exclusion is added:

This insurance does not apply to:

**War**

1. **Bodily injury** or **property damage**, if applicable, arising directly or indirectly, out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault, or other similar coverage is attached, and:

a. Contains, in whole or in part, a War exclusion, that exclusion is replaced by Paragraph 2.

b. Does not contain a war exclusion, Paragraph 2. is added.

2. This insurance does not apply to:

**War**

**Bodily injury** or **property damage**, if applicable, arising directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**F. Changes In Single Interest Automobile Physical Damage Insurance Policy**

The War exclusion is replaced by the following:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

* 9 0340 0 000000 3

COPYF

FCG.P154.A22J701

CIZ

000608A

# Changes in Coverage Forms - Mobile Equipment Subject to Motor Vehicle Insurance Laws - CA 00 51 12 04

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Motor Carrier Coverage Form - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

A. The **Operations** Exclusion under **Section II - Liability Coverage** of all coverage forms, except the Business Auto Physical Damage Coverage Form, is replaced by the following:

9. Operations

   **Bodily injury, property damage** or **covered pollution cost or expense** arising out of the operation of:

   a. Any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment;** or

   b. Machinery or equipment that is on, attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law where it is licensed or principally garaged.

B. The **Definitions** Section is amended as follows:

1. The definition of **Auto** is replaced by the following:

**Auto** means:

a. Any land motor vehicle, **trailer** or semi-trailer designed for travel on public roads; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment.**

2. The following is added to the definition of **Mobile equipment** in all coverage forms, except the Business Auto Physical Damage Coverage Form:

However, **mobile equipment** does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos.**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CA0051 12-04
Copyright, ISO Properties, Inc., 2004

# Colorado and Maryland Changes - Collision Coverage in Mexico
## CA 01 06 03 94

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form
Motor Carrier Coverage Form - Truckers' Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers' Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

PHYSICAL DAMAGE COVERAGE for a covered **auto** licensed or principally garaged in Colorado or Maryland is changed as follows:

Coverage for a **loss** caused by collision or overturn of a covered **auto** you own applies while the **auto** is in Mexico. However:

A. The **loss** will be paid for in the United States.

B. The most we will pay for **loss** is the lesser of the following amounts:

1. The cost of repairing the **auto** or replacing its parts in Mexico, or

2. The cost of repair or replacement at the nearest point in the United States where repair or replacement could be made.

**Warning**

This endorsement does NOT provide liability insurance when a covered **auto** is in Mexico. To avoid penalties under Mexico's laws, you should buy liability insurance from a company licensed in Mexico to sell it.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA0106 3-94

# Colorado Changes - CA 01 13 11 04

Policy Amendment(s) Commercial Auto Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

For a covered **auto** licensed or principally garaged in, or **garage operations** conducted in Colorado, the policy is changed as follows:

A. **Changes in Conditions**

The last paragraph in the **Other Insurance Condition** in the Business Auto and Garage Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, the loss will be paid in accordance with the following method:

1. All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.

2. If any loss remains and there:

   a. Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such policies will continue to pay in accordance with Paragraph 1.; or

   b. Is one remaining policy, then such policy will continue to pay until its limit of insurance has been exhausted.

B. **Changes in Auto Medical Payments**

If the Auto Medical Payments endorsement is attached, then the following Condition is added:

**Assignment of Payment of Covered Expenses**

1. An **insured** may assign payments due under medical payments coverage, in writing, to a licensed hospital or other licensed health care provider, as defined in COLO. REV. STAT. Section 10-4-902(3), an occupational therapist as described in COLO. REV. STAT. Section 6-1-707 (1) (c); or a massage therapist.

2. If an **insured** assigns such benefits, we will pay covered benefits directly to the licensed healthcare provider.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CA0113 11-04 CO
Copyright, ISO Properties, Inc., 2004

# Lessor - Additional Insured and Loss Payee - CA 20 01 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Truckers Coverage Form

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

Insured: **AURORA ORGANIC DAIRY**

Policy Number: **S 86 MXX 80859105**

Producer: **PREMIER INSURANCE**

Effective Date: **06-01-06**

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

**Schedule**

**Insurance Company**

| Policy Number | Effective Date | Expiration Date |
|---|---|---|

**Named Insured Address**

**Additional Insured (Lessor) Address**

**Designation or Description of Leased Autos**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the Fireman's Fund Insurance Companies as named in the policy

_____
Secretary

_____
President

CA 2001 10-01
Copyright, ISO Properties, Inc., 2000

| Coverages | Limit of Insurance | |
|---|---|---|
| Liability | $ | Each Accident |
| Personal Injury Protection (or equivalent no-fault coverage) | $ | |
| Comprehensive | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ For Each Covered Leased Auto | |
| Collision | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ For Each Covered Leased Auto | |
| Specified Causes of Loss | Actual Cash Value or Cost of Repair Whichever Is Less; Minus: $ For Each Covered Leased Auto | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

A. Coverage

1. Any **leased auto** designated or described in the Schedule will be considered a covered **auto** you own and not a covered **auto** you hire or borrow. For a covered **auto** that is a **leased auto Who Is an Insured** is changed to include as an **insured** the lessor named in the Schedule.

2. The coverages provided under this endorsement apply to any **leased auto** described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the **leased auto**, whichever occurs first.

B. Loss Payable Clause

1. We will pay, as interest may appear, you and the lessor named in this endorsement for **loss** to a **leased auto**.

2. The insurance covers the interest of the lessor unless the **loss** results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

C. Cancellation

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

D. The lessor is not liable  for payment of your premiums.

E. Additional Definition

As used in this endorsement:

**Leased auto** means an **auto** leased or rented to you, including any substitute, replacement or extra **auto** needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

Countersigned by     _____

(Authorized Representative)

# Exclusion of Certified Acts of Terrorism - CA 23 57 12 02

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  The following exclusion is added:

This insurance does not apply to:

**Terrorism**

Any **bodily injury**, **property damage**, **personal injury, personal and advertising injury, loss**, loss of use, rental reimbursement after **loss or covered pollution cost or expense**, as may be defined in any applicable Coverage Form or endorsement, arising directly or indirectly out of **a certified act of terrorism**.

B.  The following definition is added:

**Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism

Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism:**

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

C.  Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, such as losses excluded by a Nuclear Hazard Exclusion or a War Or Military Action Exclusion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA2357 12-02
Copyright, ISO Properties, Inc., 2002

# Explanation of Premium Basis - CA 70 03 10 01

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form

When used as a premium basis:

**A. Cost of Hire**

Cost of hire means the total amount you incur for the hire of **autos** you don't own (not including **autos** you borrow or rent from your partners or **employees** or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**B. For Public Autos**

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

1. Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

2. Advertising Revenue.

3. Taxes which you collect as a separate item and remit directly to a governmental division.

4. C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

**C. For Rental or Leasing Concerns**

Gross receipts means the total amount to which you are entitled for the leasing or rental of **autos** during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the **autos** you leased or rented to others during the policy period.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA7003 10-01

# Nuclear, Biological or Chemical Terrorism Exclusion - Other Than Certified Acts of Terrorism - CA 70 68 03 03

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  The following exclusion is added:

This insurance does not apply to:

**Terrorism**

Any **bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss or covered pollution cost or expense,** as may be defined in any applicable Coverage Form or endorsement, arising directly or indirectly out of an **other act of terrorism.** However, this exclusion applies only when one or more of the following are attributed to such act:

1.  The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

2.  The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

3.  Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

B.  The following definitions are added:

1.  **Certified act of terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a **certified act of terrorism:**

a.  The act resulted in aggregate losses in excess of $5 million; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA 7068 3-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. **Other act of terrorism** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, **other act of terrorism** does not include an act which meets the criteria set forth in Paragraph b. of the definition of **certified act of terrorism** when such act resulted in aggregate losses of $5 million or less.

Multiple incidents of an **other act of terrorism** which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. In the event of an **other act of terrorism** that is not subject to this exclusion, coverage does not apply to any **bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss or covered pollution cost or expense** that is otherwise excluded under this Coverage Form or any applicable endorsement.

CA7068 3-03
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 2

# Conditional Exclusion of Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act of 2002) - CA 70 75 01 05

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. Applicability of the Provisions of this Endorsement

1. The provisions of this endorsement will become applicable commencing on the date when any one or more of the following first occurs:

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002, has terminated with respect to the type of insurance provided under this Coverage Form, Policy or any applicable endorsement; or

   b. A renewal, extension or continuation of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

   The Program is scheduled to terminate at the end of December 31, 2005 unless renewed, extended or otherwise continued by the federal government.

2. If the provisions of this endorsement become applicable, such provisions:

---

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                              President

CA 7075 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

a. Supersede any **terrorism** endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable; and

b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

3. If the provisions of this endorsement do NOT become applicable, any **terrorism** endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement:

1. **Terrorism** means activities against persons, organizations or property of any nature:

a. That involve the following or preparation for the following:

(1) Use or threat of force or violence; or

(2) Commission or threat of a dangerous act; or

(3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

b. When one or both of the following applies:

(1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

(2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. **Any injury or damage, loss or expense** means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss** or **covered pollution cost or expense,** as may be defined under this Coverage Form, Policy or any applicable endorsement.

C. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion of Terrorism**

We will not pay for **any injury or damage, loss or expense** caused directly or indirectly by **terrorism,** including action in hindering or defending against an actual or expected incident of **terrorism. Any injury or damage, loss or expense** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism:**

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and

CA7075 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 3

entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs C.5. and C.6. are exceeded.

With respect to this Exclusion, Paragraphs C.5. and C.6. describe the thresholds used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

D. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion of Terrorism**

We will not pay for any **loss**, loss of use or rental reimbursement after **loss** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph D.5. is exceeded.

With respect to this Exclusion, Paragraph D.5. describes the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

E. In the event of any incident of **terrorism** that is not subject to the Exclusion in Paragraph C. or D., coverage does not apply to any **injury, damage, loss or expense** that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

CA7075 1-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 3



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under Id 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk Id J04 Member |
| | Branch SEATTLE |

SIC Code 2026     U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| REAL PROP--GP1/GP2 | 15.0 | 10,016 | | | | | |
| REAL PROP--ALL OTHER | 15.0 | 1,354 | | | | | |
| PERS PROP--GP1/GP2 | 15.0 | 9,114 | | | | | |
| PERS PROP--ALL OTHER | 15.0 | 3,605 | | | | | |
| TIME ELEMENT-GP1/GP2 | 15.0 | 5,000 | | | | | |
| TIME ELEMENT-ALL OTHER | 15.0 | 900 | | | | | |
| PROPERTY Manual Rated | 15.0 | 1,424 | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 9,985 | | | | | |
| GENERAL LIABILITY | 15.0 | 11,156 | 10 % | 00 % | | 24 %CR | |
| GEN LIAB Manual Rated | 15.0 | 642 | | | | | |
| IM-NON-FILED COVERS | 15.0 | 2,732 | | 00 % | | | |
| AUTO-LIABILITY | 15.0 | 433 | | | | | |
| AUTO PHYSICAL DAMAGE | 15.0 | 254 | | | | | |
| **TOTAL PREMIUM** | | **56,615.00** | | | | | |

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|---|---|---|---|
| GENERAL LIABILITY | ANNUALLY | AUTOMOBILE | ANNUALLY |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

CEI 06/16/06

FPS - 1



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER  **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

Policy Period **06-01-06** to **06-01-07**            Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| REAL PROP--GP1/GP2 | 15.00 | 10,016 | 8,513.60 |
| REAL PROP--ALL OTHER | 15.00 | 1,354 | 1,150.90 |
| PERS PROP--GP1/GP2 | 15.00 | 9,114 | 7,746.90 |
| PERS PROP--ALL OTHER | 15.00 | 3,605 | 3,064.25 |
| TIME ELEMENT-GP1/GP2 | 15.00 | 5,000 | 4,250.00 |
| TIME ELEMENT-ALL OTHER | 15.00 | 900 | 765.00 |
| PROPERTY Manual Rated | 15.00 | 1,424 | 1,210.40 |
| EQUIPMENT BREAKDOWN | 15.00 | 9,985 | 8,487.25 |
| GENERAL LIABILITY | 15.00 | 11,156 | 9,482.60 |
| GEN LIAB Manual Rated | 15.00 | 642 | 545.70 |
| IM-NON-FILED COVERS | 15.00 | 2,732 | 2,322.20 |
| AUTO-LIABILITY | 15.00 | 433 | 368.05 |
| AUTO PHYSICAL DAMAGE | 15.00 | 254 | 215.90 |
| **TOTAL PREMIUM** | | **56,615.00** | **48,122.75** |

THIS INFORMATION IS AN ESTIMATE ONLY            GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID  83705

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Quote 86-56660-03 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026    U/W PROG.

|  | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 001** | | | | | |
| PERS PROP--GP1 | 10 % | | | | |
| PERS PROP--GP2 | 10 % | | | | |
| PERS PROP--ALL OTHER | 10 % | | | | |
| REAL PROP--GP1 | 10 % | | | | |
| REAL PROP--GP2 | 10 % | | | | |
| REAL PROP--ALL OTHER | 10 % | | | | |
| TIME ELEMENT-GP1 | 10 % | | | | |
| TIME ELEMENT-GP2 | 10 % | | | | |
| TIME ELEMENT-ALL OTHER | 10 % | | | | |
| PROPERTY Manual Rated | | | | | |
| **LOCATION 002** | | | | | |
| PERS PROP--GP1 | 10 % | | | | |
| PERS PROP--GP2 | 10 % | | | | |
| PERS PROP--ALL OTHER | 10 % | | | | |
| **LOCATION 003** | | | | | |

MOD - 1

CIZXPMOD 4-94



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100 AID 00**

Producer Name and Address
**PREMIER INSURANCE**
**2600 ROSE HILL RD STE 101**
**BOISE           ID  83705**

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Quote **86-56660-03** Pol Sub Code
Under Grp **S** Under Id **2689**
Risk Id **J04** Member
Branch **SEATTLE**

SIC Code **2026**   U/W PROG.

|  | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 003 (continued)** | | | | | |
| **PERS PROP--GP1** | 10 % | | | | |
| **PERS PROP--GP2** | 10 % | | | | |
| **PERS PROP--ALL OTHER** | 10 % | | | | |

**For Manually Rated Premium Modifiers and Adjustment Frequency, see Worksheets.**

MOD - 2

CIZXPMOD 4-94

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **001**

PORTFOLIO CHANGE ENDORSEMENT
Effective 07/13/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| | | |
|---|---|---|
| **PREMIUM SUMMARY:** | **ADDITIONAL PREMIUM DUE NOW** | **$410.00** |
| Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage - | | |
| All Coverages Subject to the Act Excl WC - Not Covered | | **$0.0** |

The Premium shown includes Adjustable Premium(s).  Refer to Premium Adjustment
Information attached.

---

THE FOLLOWING CHANGES APPLY TO ITEM TWO OF THE BUSINESS AUTO POLICY
DECLARATIONS:

**AUTO MEDICAL PAYMENTS COVERAGE IS ADDED TO THE POLICY AS FOLLOWS:**

| COVERAGES | LIMITS |
|---|---|
| AUTO MEDICAL PAYMENTS COVERAGE | $    5,000 EACH PERSON |

**UNINSURED MOTORISTS COVERAGE IS ADDED TO THE POLICY AS FOLLOWS:**

| COVERAGES | LIMITS |
|---|---|
| UNINSURED MOTORISTS COVERAGE STATE(S): COLORADO | $ 1,000,000 EACH ACCIDENT |

| COVERAGES | SYMBOLS - COVERED AUTO DESCRIPTION (SEE SECTION I, PARAGRAPH A AND B) | |
|---|---|---|
| AUTO MEDICAL PAYMENTS COVERAGE | 2. | OWNED AUTOS ONLY |
| UNINSURED MOTORISTS COVERAGE | 2. | OWNED AUTOS ONLY |

---

ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. SEE SEPARATE SCHEDULE ATTACHED.

---

Countersignature of Authorized Agent: _____  Date 08/17/06
Producer PREMIER INSURANCE
        2600 ROSE HILL RD STE 101
        BOISE              ID 83705

CHANGE ENDORSEMENT CONTINUED ON PAGE   2

Page   1

*9 2120 1 000000 2 0 22J*

COPYF

CIZ   05   EFCG.P152.A22J701

003756A
X

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **001** (continued)

**BUSINESS AUTO POLICY - UNDER ITEM THREE THE FOLLOWING LOSS PAYEES ARE ADDED TO THE POLICY AS FOLLOWS:**

LOSS PAYEES:  EXCEPT FOR TOWING, ALL PHYSICAL DAMAGE LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTEREST MAY APPEAR AT TIME OF THE LOSS.

NAME AND ADDRESS OF LOSS PAYEE
MID PACIFIC INDUSTRIES
1500 CASE PLACE            WOODLAND            CA 95776
AS RESPECTS AUTO NO(S)    0003

**THE FOLLOWING BUSINESS AUTO POLICY ENDORSEMENTS ARE ADDED TO THE POLICY AS FOLLOWS:**

AUTO MEDICAL PAYMENTS COVERAGE (CA 99 03 07 97)

LOSS PAYABLE CLAUSE (CA 99 44 12 93)

**THE FOLLOWING BUSINESS AUTO POLICY SUPPLEMENTARY STATE ENDORSEMENTS ARE ADDED TO THE POLICY WITH RESPECT TO THE STATES SHOWN:**

**COLORADO**

COLORADO UNINSURED MOTORISTS COVERAGE - BODILY INJURY (CA 21 50 01 05)

---

**Forms Added at the Inception of this Change Endorsement**

AUTOMOBILE

CA2150 01-05            CA9903 07-97
CA9944 12-93

END OF CHANGE ENDORSEMENT

POLICY NUMBER  **S 86 MXX 80859105**

Named Insured
**AURORA ORGANIC DAIRY**                    Rating Period **06-01-06** to **06-01-07**

**SCHEDULE OF COVERED AUTOS YOU OWN, PER SEQUENTIAL ENDORSEMENT NUMBER 001**

The insurance afforded hereunder is only with respect to such and so many of the following coverages for each auto no. as are indicated by 'X'. The limit of the company's liability against Bodily Injury and Property Damage Liability (LIAB), Medical Payments (MED), Uninsured Motorist (UM), Underinsured Motorists (UIM), Personal Injury Protection (PIP), Property Protection Insurance (PPI), and Towing (TOW) coverages shall be as stated on the declarations page subject to all the terms of the policy having reference thereto. The limit of the company's liability against Comprehensive (COMP), Fire (F), Theft (T), Specified Causes of Loss (SCL), Limited Specified Causes of Loss (LSCL), and Collision (COLL) coverages shall be as stated herein subject to all the terms of the policy having reference thereto.  As used herein 'ACV' means Actual Cash Value, 'DED' means Deductible and 'OTC' means Automobile Physical Damage Other Than Collision. The collision limit of liability is actual cash value less the deductible amount shown.

| AUTO NO. | YR | VEHICLE DESCRIPTION AND GARAGE LOCATION | VEHICLE ID NO. | OTC COV | OTC LIMIT | OTC DED | COLL DED |
|---|---|---|---|---|---|---|---|
| 0001 | 84 | UTILITY TRAILER PLATTEVILLE | 1UYVS2513F7233421 CO 80651 | SCL | ACV | | $ 1,000 |
| 0002 | 90 | GREAT DANE TRAILER PLATTEVILLE | 1GRAA9028LB024102 CO 80651 | SCL | ACV | | $ 1,000 |
| 0003 | 00 | OTTAWA COOMANDO YT 60 YD PLATTEVILLE | 3000025STKR211 CO 80651 | SCL | ACV | | $ 1,000 |

| AUTO NO. | COVERAGES AFFORDED (INDICATED BY 'X' IN COVERAGE COLUMN) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LIAB | MED | UM | UIM | PIP | PPI | OTC | COLL | TOW |
| 0001 | X | | | | | | X | X | |
| 0002 | X | | | | | | X | X | |
| 0003 | X | X | X | | | | X | X | |

AU - 3





# Colorado Uninsured Motorists Coverage - Bodily Injury - CA 21 50 01 05

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form
Motor Carrier Coverage Form - Truckers Coverage Form

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

Insured: **AURORA ORGANIC DAIRY**

Producer: **PREMIER INSURANCE**

Policy Number: **S 86 MXX 80859105**

Effective Date: **07-13-06**

**For a covered auto licensed or principally garaged in, or garage operations conducted in Colorado, this endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

**Schedule**

**Limit of Insurance**

**$**                          **Each Accident**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A.  **Coverage**

1.  We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

2.  With respect to damages resulting from an **accident** with a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**, we will pay under this coverage only if a. or b. below applies:

a.  The limit of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA21 50 1-05 CO
Copyright, ISO Properties, Inc., 2004

Page 1 of 5

b.  A tentative settlement has been made between an **insured** and the insurer of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle** and we:

   (1)  Have been given prompt written notice of such tentative settlement; and

   (2)  Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

## B.  Who Is an Insured

If the Named Insured is designated in the Declarations as:

1.  An individual, then the following are **insureds**:

   a.  The Named Insured and any **family members**.

   b.  Anyone else while **occupying** or using a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   c.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2.  A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a.  Anyone **occupying** or using a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b.  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

## C.  Exclusions

This insurance does not apply to any of the following:

1.  Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle** in accordance with the procedure described in Paragraph A.2.b.

2.  The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3.  Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4.  Punitive or exemplary damages.

## D.  Limit of Insurance

1.  Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the least of the following:

   a.  The Limit of Insurance for Uninsured Motorists Coverage shown in the Declarations;

   b.  The difference between the limit of this insurance and all amounts paid to an **insured** by or for anyone legally liable for damages resulting from **bodily injury**, including all sums paid under this Coverage Form's Liability Coverage: or

   c.  The amount of damages sustained but not recovered.

2.  No one will be entitled to receive duplicate payments for the same elements of **loss** under this Coverage Form and any Liability Coverage Form or Medical Payments Coverage Endorsement attached to this Coverage Part.

We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

## E.  Changes in Conditions

The conditions are changed for **Colorado Uninsured Motorists Coverage - Bodily Injury** as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are revised as follows:

   a. The last paragraph is replaced by the following:

      When this Coverage Form and any other Coverage Form or policy covers on the basis, either excess or primary, the loss will be paid in accordance with the following method:

      (1) All applicable policies will pay on an equal basis until the policy with the lowest limit of insurance is exhausted.

      (2) If any loss remains and there:

          (a) Are two or more remaining policies whose applicable limits of insurance have not been exhausted, then such policies will continue to pay in accordance with Paragraph (1); or

          (b) Is one remaining policy, then such policy will continue to pay until its limits of insurance have been exhausted.

   b. The following provisions are added:

      (1) The reference to other credible insurance applies only to other collectible Uninsured Motorists Insurance.

      (2) If there is other applicable insurance available under one or more policies or provisions of coverage the maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved, and

   b. Promptly send us copies of the legal papers if a **suit** is brought.

   c. A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle** must also promptly notify us in writing of a tentative settlement between the **insured** and the insurer and allow us to advance payment to that **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

   d. The following replaces the lead-in paragraph in the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto, Garage, Truckers and Motor Carrier Coverage Forms with respect to an owner or operator of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**:

      We have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us:

3. The **Legal Action Against Us** provision is replaced by the following:

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. In accordance with COLO. REV. STAT. section 13-80-107.5, an **action** or arbitration of an uninsured motorist insurance claim or an underinsured motorist insurance claim shall be commenced or demanded by **arbitration demand** within three years after the cause of action accrues, except:

      (1) If the underlying **bodily injury** liability claim against the uninsured motorist is preserved by commencing an **action** against the uninsured motorist within the two year time limit

specified in COLO. REV. STAT. section 13-80-102(1)(d) for a wrongful death action or the three year time limit specified in COLO. REV. STAT. section 13-80-101(1)(n) for all other tort actions to which this insurance applies, then an **action** or arbitration of an uninsured motorist claim shall be timely if such **action** is commenced or such arbitration is demanded within two years after the **insured** knows that the particular tortfeasor is not covered by any applicable insurance; or

(2) If the underlying **bodily injury** liability claim against the underinsured motorist is preserved by commencing an **action** against the underinsured motorist or by payment of either the liability claim settlement or judgment within the two year time limit specified in COLO. REV. STAT. section 13-80-102(1)(d) for a wrongful death action or the three year time limit specified in COLO. REV. STAT. section 13-80-101(1)(n) for all other tort actions to which this insurance applies, then an **action** or arbitration of an underinsured motorist claim shall be timely if such **action** is commenced or such arbitration is demanded within two years after the **insured** received payment of the settlement or judgment on the underlying **bodily injury** liability claim.

c. For purposes of Paragraph 3.b. above, a cause of action accrues after both the existence of the death, injury or damage giving rise to the claim and the cause of the death, injury or damage are known to the **insured** or should have been known by the exercise of reasonable diligence.

4. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid. We shall be entitled to recovery only after the **insured** has been fully compensated for damages.

Our rights do not apply under this provision with respect to damages caused by an **accident** with a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle** if we:

a. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle**, and

b. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

a. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

b. We also have a right to recover the advanced payment.

5. The following condition is added:

**Arbitration**

a. If we and an **insured** disagree whether the **insured** is legally entitled to recover damages from the owner or driver of an **uninsured motor vehicle** or do not agree as to the amount of damages that are recoverable by that **insured**, then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. **Additional Definitions**

As used in this endorsement:

1. **Action** means a lawsuit commenced in a court of competent jurisdiction.

2. **Arbitration demand** means a written demand for arbitration delivered to us that reasonably identifies the person making the claim, the identity of the uninsured or underinsured motorists, if known, and the fact that arbitration is being demanded.

3. **Family member** means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

4. **Occupying** means in, upon, getting in, on, out or off.

5. **Uninsured motor vehicle** means a land motor vehicle or **trailer**:

   a. For which no liability bond or policy at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged;

   b. That is an underinsured motor vehicle. An underinsured motor vehicle means a land motor vehicle or **trailer** for which the sum of all liability bonds or policies at the time of an **accident** provides at least the amounts required by the applicable law where a covered **auto** is principally garaged, but their limits are:

   (1) Less than the limit of this coverage, or

   (2) Reduced by payments to persons other than an **insured** in the **accident** to less than the Limit of Insurance of this coverage.

   c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**.

However, **uninsured motor vehicle** does not include any vehicle:

   a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

   b. Owned by a governmental unit or agency; or

   c. Designated for use mainly off public roads while not on public roads.

Countersigned by _____

_____
(Authorized Representative)

# Auto Medical Payments Coverage - CA 99 03 07 97

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form
Motor Carrier Coverage Form - Truckers' Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers' Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. **Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an **insured** who sustains **bodily injury** caused by **accident**. We will pay only those expenses incurred, for services rendered within three years from the date of the **accident**.

B. **Who Is an Insured**

1. **You** while **occupying** or, while a pedestrian, when struck by any **auto**.

2. If **you** are an individual, any **family member** while **occupying** or, while a pedestrian, when struck by any **auto**.

3. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, loss or destruction.

C. **Exclusions**

This insurance does not apply to any of the following:

1. **Bodily injury** sustained by an **insured** while **occupying** a vehicle located for use as a premises.

2. **Bodily injury** sustained by **you** or any **family member** while **occupying** or struck by any vehicle (other than a covered **auto**) owned by **you** or furnished or available for **your** regular use.

3. **Bodily injury** sustained by any **family member** while **occupying** or struck by any vehicle (other than a covered **auto**) owned by or furnished or available for the regular use of any **family member.**

4. **Bodily injury** to **your employee** arising out of and in the course of employment by **you**. However, we will cover **bodily injury** to **your** domestic **employees** if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. **Bodily injury** to an **insured** while working in a business of selling, servicing, repairing or parking **autos** unless that business is **yours**.

6. **Bodily injury** caused by declared or undeclared war or insurrection or any of their consequences.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA9903 7-97
Copyright, Insurance Services Office, Inc., 1996

7. **Bodily injury** to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. **Bodily Injury** sustained by an **insured** while **occupying** any covered **auto** while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any **bodily injury** sustained by an **insured** while the **auto** is being prepared for such a contest or activity.

D. **Limit of Insurance**

Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **accident,** the most we will pay for **bodily injury** for each **insured** injured in any one **accident** is the Limit of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

E. **Changes in Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1. The Transfer of Rights of Recovery Against Others to Us Condition does not apply.

2. The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary and Excess Insurance Provision in the Truckers and Motor Carrier Coverage Form to **other collectible insurance** applies only to other collectible auto medical payments insurance.

F. **Additional Definitions**

As used in this endorsement:

1. **Family member** means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. **Occupying** means in, upon, getting in, on, out or off.

# Loss Payable Clause - CA 99 44 12 93

Policy Amendment(s) Commercial Business Auto Coverage Form - Garage Coverage Form
Motor Carrier Coverage Form - Truckers' Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Truckers' Coverage Form**
**Business Auto Physical Damage Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  We will pay, as interest may appear, you and the loss payee named in the policy for **loss** to a covered **auto.**

B.  The insurance covers the interest of the loss payee unless the **loss** results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest.  If we cancel the policy we will mail you and the loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain his rights against any other party.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA9944 12-93
Copyright, Insurance Services Office, Inc., 1993



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (**AO/WC 001/**    **)**
          Effective Date 07-13-06

Quote 86-56660-03 Pol Sub Code
Under Grp S Under ID 2689
Risk ID J04 Member
Branch SEATTLE

SIC Code 2026    U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|----------|------|---------|------|------|-------|-------|-------|
| AUTO LIABILITY | 15.0 | 145 AP | | | 0% DB | | 0% |
| AUTO PHYSICAL DAMAGE | 15.0 | 265 AP | | | 0% DB | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **410.00 AP** | | | | | |

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|----------|-------------|----------|-------------|
| AUTOMOBILE | ANNUALLY | | |

CEI 08/17/06



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

Policy Period **06-01-06** to **06-01-07**                    Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **001/**   **)**
          Effective Date  07-13-06

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 15.0 | 145 AP | 123.25 AP |
| AUTO PHYSICAL DAMAGE | 15.0 | 265 AP | 225.25 AP |
| TOTAL PREMIUM DUE NOW | | 410.00 AP | 348.50 AP |

THIS INFORMATION IS AN ESTIMATE ONLY                         GNP - 1

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **002**

PORTFOLIO CHANGE ENDORSEMENT
Effective 06/01/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW | $0.00 |
|---|---|---|
| Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage - | | |
| All Coverages Subject to the Act Excl WC - Not Covered | | $0.0 |

---

The following Locations are amended as follows in the "Location of Premises"
described in the General Declarations:
```
 Loc.
 001   6788 ST. HIGHWAY 66
       PLATTEVILLE          CO  80651        WELD              (COUNTY)
```

---

**INLAND MARINE CONTRACTORS' EQUIPMENT FORM IS AMENDED TO APPLY
TO THE FOLLOWING ADDITIONAL ITEMS:**

| ITEM | DESCRIPTION | AMOUNT OF INSURANCE | DEDUCTIBLE AMOUNT |
|---|---|---|---|
| 018 | 44X12 MOBILE OFFICE TRAILER S#SMI-26794 | $  24,000 | $ 2,000 |

**THE FOLLOWING INLAND MARINE CONTRACTORS' EQUIPMENT FORM LOSS PAYEES ARE
ADDED TO THE POLICY WITH RESPECT TO THE ITEMS SHOWN:**

```
 LOSS PAYEES
 ITEM   LOSS PAYEE NAME AND ADDRESS
 005  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 006  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 007  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 008  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 009  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 010  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
 011  NMHG
      PO BOX 10496          CEDAR RAPIDS        IA 52410
```

Countersignature of Authorized Agent: _____  Date 08/23/06
Producer PREMIER INSURANCE
         2600 ROSE HILL RD STE 101
         BOISE            ID 83705

CHANGE ENDORSEMENT CONTINUED ON PAGE  2

Page   1

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **002** (continued)

```
LOSS PAYEES
  ITEM    LOSS PAYEE NAME AND ADDRESS
  012  MID AMERICA CAPITAL SERVICES
       225 SOUTH MAIN          SIOUX CITY          SD 57104
  013  MID AMERICA CAPTIAL SERVICES
       225 SOUTH MAIN          SIOUX CITY          SD 57104
  014  MID AMERICA CAPITAL SERVICES
       225 SOUTH MAIN          SIOUX CITY          SD 57104
  015  MID AMERICA CAPITAL SERVICES
       225 SOUTH MAIN          SIOUX CITY          SD 57104
  018  WILLIAMS SCOTSMAN, INC.
       8211 TOWN CENTER DRIVE  BALTIMORE           MD 21236
```

**END OF CHANGE ENDORSEMENT**



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote **86-56660-03** Pol Sub Code<br>Under Grp S Under ID **2689** |
| Rating Period **06-01-06** to **06-01-07** | Risk ID **J04** Member<br>Branch **SEATTLE** |
| Sequential Endorsement Number (AO/WC **002/** )<br>Effective Date **06-01-06** | SIC Code **2026**    U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| **TOTAL PREMIUM DUE NOW** | | | **.00 AP** | | | | |

CEI 08/23/06



**Firemans Fund**

# Gross/Net Premium Summary

POLICY NUMBER  **S 86 MXX 80859105**

Insured  **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

Policy Period **06-01-06** to **06-01-07**                Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number **(AO/WC 002/    )**
      Effective Date  **06-01-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| **TOTAL PREMIUM DUE NOW** | | **.00 AP** | **.00 AP** |

THIS INFORMATION IS AN ESTIMATE ONLY                GNP - 1

CIZXCGC0H 10-07


Fireman's
Fund

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL   (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **003**

PORTFOLIO CHANGE ENDORSEMENT
Effective 09/01/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

```
PREMIUM SUMMARY:            ADDITIONAL PREMIUM DUE NOW       $480.00
  Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
  All Coverages Subject to the Act Excl WC - Not Covered         $0.0
```

---

The following Locations are added to the "Location of Premises" described in
The General Declarations:
```
  Loc.
  004   6788 ST. HIGHWAY 66    (SILO STORAGE TANK)
        PLATTEVILLE            CO  80651         WELD            (COUNTY)
```

---

**BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
IS AMENDED TO APPLY TO THE FOLLOWING ADDITIONAL LOCATIONS:**

```
    LOC     LIMITS OF  DEDUCTIBLE
            LIABILITY
    004      $348,723     $2,500
```

**BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
REPLACEMENT COST IS AMENDED TO APPLY AS FOLLOWS:**
    APPLIES AT LOCATIONS 001 004

**THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

```
        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FARM CREDIT LEASING
        ATTN: KATHY FRAGALE
        500 WAYZATA BLVD., SUITE 1600
        MINNEAPOLIS            MN  55416
```

Countersignature of Authorized Agent: _____   Date 10/17/06
Producer PREMIER INSURANCE
        2600 ROSE HILL RD STE 101
        BOISE              ID 83705
            CHANGE ENDORSEMENT CONTINUED ON PAGE   2

Page   1

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **003** (continued)

       LOC 001
       PROVISIONS LOSS PAYABLE
       LOSS PAYEE NAME AND ADDRESS
       CREEKRDIGE CAPITAL LLC
       AND/OR ASSIGNS
       7808 CREEKRIDGE CIRCLE
       EDINA            NM  55439

       LOC 004
       PROVISIONS LOSS PAYABLE
       LOSS PAYEE NAME AND ADDRESS
       FARM CREDIT LEASING SERVICES CORP
       IT'S SUCCESSORS AND/OR ASSIGNS
       600 HIGHWAY 169 SOUTH, SUITE 300
       MINNEAPOLIS       MN  55426

**THE FOLLOWING PROPERTY OTHER INTERESTS ARE ADDED TO THE POLICY:**

       ADDITIONAL NAMED INSUREDS   NAME AND ADDRESS
       LOC 004           INTEREST
       FARM CREDIT LEASING SERVICES CORP
       IT'S SUCCESSORS AND/OR ASSIGNS
       600 HIGHWAY 169 SOUTH, SUITE 300
       MINNEAPOLIS       MN  55426

CHANGE ENDORSEMENT CONTINUED ON PAGE   3



POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **003** (continued)

RATING PERIOD 06-01-06 TO 06-01-07

### GENERAL LIABILITY SCHEDULE

**Premise 01**

| Location 001 | 6788 ST. HIGHWAY 66 | | | | |
|---|---|---|---|---|---|
| | PLATTEVILLE | CO | 80651 | WELD | (CNTY) |
| Location 003 | 8001 E. 88 AVENUE | | | | |
| | HENDERSON | CO | 80640 | ADAMS | (CNTY) |
| Location 004 | 6788 ST. HIGHWAY 66 | (SILO STORAGE TANK) | | | |
| | PLATTEVILLE | CO | 80651 | WELD | (CNTY) |

**Premise 02**

| Location 002 | 1401 WALNUT STREET, SUITE #500 | | | |
|---|---|---|---|---|
| | BOULDER | CO | 80302 | (CNTY) |

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations | | | |
| MILK PROCESSING | GROSS SALES | 27,000,000 | .0538 |
| Products/Completed Operations | | | |
| MILK PROCESSING | GROSS SALES | 27,000,000 | .3445 |
| **Premise 02** | | | |
| Premises/Operations | | | |
| BLDG/PREM BANK/OFC EMPLOYEE OCC-FP | AREA | 2,000 | 56.6794 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| MULTICOVER | | | 288 |

END OF CHANGE ENDORSEMENT

Page    3



Fireman's Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **003/**  **)**
          Effective Date **09-01-06**

Quote 86-56660-03 Pol Sub Code
Under Grp S Under ID **2689**
Risk ID **J04** Member
Branch SEATTLE

SIC Code **2026**     U/W PROG.

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|----------|------|---------|------|------|-------|-------|-------|
| REAL PROP--GR1/GR2 | 15.0 | 289 AP | | | | | |
| REAL PROP--ALL OTHER | 15.0 | 102 AP | | | | | |
| LARGE PROPERTY EQ | 0.0ə | | | | | | |
| LARGE PROPERTY EQSL | 0.0ə | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ə | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ə | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ə | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ə | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 89 AP | | | | | |
| **TOTAL PREMIUM DUE NOW** | | **480.00 AP** | | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|----------|-------------|----------|-------------|
| GENERAL LIABILITY | ANNUALLY | | |

ə Please refer to originating endorsment for correct commission percentage.

CEI 10/17/06



Fireman's
Fund

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured  **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

Policy Period **06-01-06** to **06-01-07**           Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **003/**     )
          Effective Date **09-01-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| REAL PROP--GR1/GR2 | 15.0 | 289 AP | 245.65 AP |
| REAL PROP--ALL OTHER | 15.0 | 102 AP | 86.70 AP |
| SUPERIOR PROTECTED RSK | 15.0ⓐ | | .00 |
| PROPERTY Manual Rated | 15.0ⓐ | | .00 |
| EQUIPMENT BREAKDOWN | 15.0 | 89 AP | 75.65 AP |
| **TOTAL PREMIUM DUE NOW** | | **480.00 AP** | **408.00 AP** |

ⓐ Please refer to originating endorsement for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1

* 9 2134 1 000000 2 0 22J *

COPYF

EFCG P152 A22J701

CIZ   05

003777A



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID   83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under Id 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk Id J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement No (AO/WC 003/   ) | |
| EFFECTIVE DATE 09-01-06 | SIC Code 2026    U/W PROG. |

---

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 004** | | | | | |
| REAL PROP--GP1 | 10 % | | | | |
| REAL PROP--GP2 | 10 % | | | | |
| REAL PROP--ALL OTHER | 10 % | | | | |
| | 10 % | | | | |

CIZXCGC0H 10-07



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **004**

PORTFOLIO CHANGE ENDORSEMENT
Effective 10/13/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

**PREMIUM SUMMARY:**          **ADDITIONAL PREMIUM DUE NOW**          **$80.00**
  **Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -**
  **All Coverages Subject to the Act Excl WC - Not Covered**          **$0.0**

---

**The following Locations are added to the "Location of Premises" described in
The General Declarations:**
  Loc.
  005    6788 ST. HIGHWAY 66    (64 X 24 DOUBLE WIDE OFFICE TRAILER)
         PLATTEVILLE          CO  80651          WELD          (COUNTY)

---

**BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
IS AMENDED TO APPLY TO THE FOLLOWING ADDITIONAL LOCATIONS:**

    LOC     LIMITS OF  DEDUCTIBLE
            LIABILITY
    005      $79,647     $2,500

**BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
REPLACEMENT COST IS AMENDED TO APPLY AS FOLLOWS:**
    APPLIES AT LOCATIONS 001 004 005

**THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FARM CREDIT LEASING
        ATTN: KATHY FRAGALE
        500 WAYZATA BLVD., SUITE 1600
        MINNEAPOLIS          MN  55416

---

Countersignature of Authorized Agent: _____ Date 12/29/06
Producer PREMIER INSURANCE
        2600 ROSE HILL RD STE 101
        BOISE          ID 83705
                CHANGE ENDORSEMENT CONTINUED ON PAGE    2

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **004** (continued)


```
LOC 001
PROVISIONS LOSS PAYABLE
LOSS PAYEE NAME AND ADDRESS
CREEKRDIGE CAPITAL LLC
AND/OR ASSIGNS
7808 CREEKRIDGE CIRCLE
EDINA                    NM  55439

LOC 004
PROVISIONS LOSS PAYABLE
LOSS PAYEE NAME AND ADDRESS
FARM CREDIT LEASING SERVICES CORP
IT'S SUCCESSORS AND/OR ASSIGNS
600 HIGHWAY 169 SOUTH, SUITE 300
MINNEAPOLIS              MN  55426

LOC 005
PROVISIONS LOSS PAYABLE
LOSS PAYEE NAME AND ADDRESS
WILLIAMS SCOTSMAN, INC.
A MARYLAND CORPORATION
4500 E 60TH AVE
COMMERCE CITY            CO  80022
```

**THE FOLLOWING PROPERTY OTHER INTERESTS ARE ADDED TO THE POLICY:**

```
ADDITIONAL NAMED INSUREDS    NAME AND ADDRESS
   LOC 005           INTEREST
   WILLIAMS SCOTSMAN, INC.
   A MARYLAND CORPORATION
   4500 E 60TH AVE
   COMMERCE CITY          CO  80022
```

CHANGE ENDORSEMENT CONTINUED ON PAGE    3

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **004** (continued)

RATING PERIOD 06-01-06 TO 06-01-07

## GENERAL LIABILITY SCHEDULE

**Premise 01**

| Location 001 | 6788 ST. HIGHWAY 66 PLATTEVILLE | CO  80651 | WELD | (CNTY) |
|---|---|---|---|---|
| Location 003 | 8001 E. 88 AVENUE HENDERSON | CO  80640 | ADAMS | (CNTY) |
| Location 004 | 6788 ST. HIGHWAY 66  (SILO STORAGE TANK) PLATTEVILLE | CO  80651 | WELD | (CNTY) |
| Location 005 | 6788 ST. HIGHWAY 66  (64 X 24 DOUBLE WIDE OFFICE TRAILER) PLATTEVILLE | CO  80651 | WELD | (CNTY) |

**Premise 02**

| Location 002 | 1401 WALNUT STREET, SUITE #500 BOULDER | CO  80302 | | (CNTY) |
|---|---|---|---|---|

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations MILK PROCESSING | GROSS SALES | 27,000,000 | .0538 |
| Products/Completed Operations MILK PROCESSING | GROSS SALES | 27,000,000 | .3445 |
| **Premise 02** | | | |
| Premises/Operations BLDG/PREM BANK/OFC EMPLOYEE OCC-FP | AREA | 2,000 | 56.6794 |

Products/Completed Operations are Subject
to the General Aggregate Limit

| MULTICOVER | | | 288 |
|---|---|---|---|

END OF CHANGE ENDORSEMENT



Fireman's
Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code Under Grp S Under ID 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk ID J04 Member Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **004/**  )  Effective Date **10-13-06** | SIC Code **2026**     U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| REAL PROP--GR1/GR2 | 15.0 | 58 | AP | | | | |
| REAL PROP--ALL OTHER | 15.0 | 22 | AP | | | | |
| LARGE PROPERTY EQ | 0.0ⓐ | | | | | | |
| LARGE PROPERTY EQSL | 0.0ⓐ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ⓐ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ⓐ | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 0 | AP | | | | |
| **TOTAL PREMIUM DUE NOW** | | **80.00** | **AP** | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|---|---|---|---|
| GENERAL LIABILITY | ANNUALLY | | |

ⓐ Please refer to originating endorsment for correct commission percentage.

CEI 12/29/06

· 9 2138 0 000000 2 0 22J ·

COPYF

EFCG.P152.A22J701

CIZ   05

003782A



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured  **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

---

Policy Period **06-01-06** to **06-01-07**                    Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **004/**    )
         Effective Date  **10-13-06**

---

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| REAL PROP--GR1/GR2 | 15.0 | 58 AP | 49.30 AP |
| REAL PROP--ALL OTHER | 15.0 | 22 AP | 18.70 AP |
| SUPERIOR PROTECTED RSK | 15.0ⓐ | | .00 |
| PROPERTY Manual Rated | 15.0ⓐ | | .00 |
| **TOTAL PREMIUM DUE NOW** | | **80.00 AP** | **68.00 AP** |

---

ⓐ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                              GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID   83705

---

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement No (AO/WC 004/   )
          EFFECTIVE DATE 10-13-06

Quote 86-56660-03 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026    U/W PROG.

---------------------------------------------------------------------

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 005** | | | | | |
| REAL PROP--GP1 | 10 % | | | | |
| REAL PROP--GP2 | 10 % | | | | |
| REAL PROP--ALL OTHER | 10 % | | | | |
| | 10 % | | | | |

MOD - 1

CIZXPMOD 4-94

CIZXCGC0H 10-07

**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **005**

PORTFOLIO CHANGE ENDORSEMENT
Effective 10/13/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

PREMIUM SUMMARY:            ADDITIONAL PREMIUM DUE NOW        **$17.00**
   Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
   All Coverages Subject to the Act Excl WC - Not Covered          **$0.0**

Countersignature of Authorized Agent: _____     Date 01/03/07
Producer PREMIER INSURANCE
         2600 ROSE HILL RD STE 101
         BOISE                  ID 83705
                    END OF CHANGE ENDORSEMENT



Fireman's
Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100 AID 00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote **86-56660-03** Pol Sub Code<br>Under Grp **S** Under ID **2689** |
| Rating Period **06-01-06** to **06-01-07** | Risk ID **J04** Member<br>Branch **SEATTLE** |
| Sequential Endorsement Number (**AO/WC 005/** )<br>Effective Date **10-13-06** | SIC Code **2026**   U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| LARGE PROPERTY EQ | 0.0@ | | | | | | |
| LARGE PROPERTY EQSL | 0.0@ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0@ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0@ | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 17 AP | | | | | |
| **TOTAL PREMIUM DUE NOW** | | **17.00 AP** | | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

@ Please refer to originating endorsement for correct commission percentage.

CEI 01/03/07



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

Policy Period **06-01-06** to **06-01-07**                    Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **005/**   **)**
        Effective Date **10-13-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| SUPERIOR PROTECTED RSK | 15.0ⓐ | | .00 |
| PROPERTY Manual Rated | 15.0ⓐ | | .00 |
| EQUIPMENT BREAKDOWN | 15.0 | 17 AP | 14.45 AP |
| TOTAL PREMIUM DUE NOW | | 17.00 AP | 14.45 AP |

ⓐ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1



**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID   83705

---

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement No (AO/WC 005/    )
        EFFECTIVE DATE 10-13-06

Quote 86-56660-03 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026     U/W PROG.

--------------------------------------------------------------------

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|

CIZXPMOD 4-94

* 9 2144 1 000000 2 0 22J *

COPYF

EFCG P.152 A22J701     CIZ   05

003788A



**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL   (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **006**

PORTFOLIO CHANGE ENDORSEMENT
Effective 10/31/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

---

PREMIUM SUMMARY:              ADDITIONAL PREMIUM DUE NOW      $5,172.00
  Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
  All Coverages Subject to the Act Excl WC - Not Covered           $0.0

---

BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM
LOCATIONS AND COVERAGES ARE AMENDED TO APPLY AS FOLLOWS,
BUT SOLELY WITH RESPECT TO THOSE LOCATIONS SHOWN:

| LOC | LIMITS OF LIABILITY | DEDUCTIBLE |
|-----|---------------------|------------|
| 001 | $15,024,000 | $2,500 |

THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FARM CREDIT LEASING
        ATTN: KATHY FRAGALE
        500 WAYZATA BLVD., SUITE 1600
        MINNEAPOLIS              MN  55416

        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        CREEKRDIGE CAPITAL LLC
        AND/OR ASSIGNS
        7808 CREEKRIDGE CIRCLE
        EDINA                    NM  55439

---

Countersignature of Authorized Agent: _____   Date 01/03/07
Producer PREMIER INSURANCE
        2600 ROSE HILL RD STE 101
        BOISE               ID 83705

CHANGE ENDORSEMENT CONTINUED ON PAGE   2

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **006** (continued)

```
        LOC 001
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FIRST PREMIER CAPITAL LLC
        AND/OR ITS ASSIGNS
        5201 EDEN AVE., SUITE #180
        EDINA                   MN  55436

        LOC 004
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        FARM CREDIT LEASING SERVICES CORP
        IT'S SUCCESSORS AND/OR ASSIGNS
        600 HIGHWAY 169 SOUTH, SUITE 300
        MINNEAPOLIS              MN  55426

        LOC 005
        PROVISIONS LOSS PAYABLE
        LOSS PAYEE NAME AND ADDRESS
        WILLIAMS SCOTSMAN, INC.
        A MARYLAND CORPORATION
        4500 E 60TH AVE
        COMMERCE CITY            CO  80022
```

**THE FOLLOWING PROPERTY OTHER INTERESTS ARE ADDED TO THE POLICY:**

```
    ADDITIONAL NAMED INSUREDS    NAME AND ADDRESS
        LOC 001           INTEREST
        FIRST PREMIER CAPITAL LLC
        AND/OR ITS ASSIGNS
        5201 EDEN AVE., SUITE #180
        EDINA                   MN  55436
```

---

**END OF CHANGE ENDORSEMENT**



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under ID **2689** |
| Rating Period **06-01-06** to **06-01-07** | Risk ID **J04** Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **006/** ) | |
| Effective Date **10-31-06** | SIC Code **2026**      U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| REAL PROP--GR1/GR2 | 15.0 | 3,889 | AP | | | | |
| REAL PROP--ALL OTHER | 15.0 | 350 | AP | | | | |
| LARGE PROPERTY EQ | 0.0@ | | | | | | |
| LARGE PROPERTY EQSL | 0.0@ | | | | | | |
| LARGE PROPERTY FLOOD | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0@ | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0@ | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0@ | | | | | | |
| EQUIPMENT BREAKDOWN | 15.0 | 933 | AP | | | | |
| **TOTAL PREMIUM DUE NOW** | | **5,172.00** | **AP** | | | | |

For Manually Rated Premium Modifiers and Adjustment Frequency, see worksheets.

@ Please refer to originating endorsment for correct commission percentage.

CEI 01/03/07



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE            ID 83705

Policy Period **06-01-06** to **06-01-07**                    Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number **(AO/WC 006/    )**
        Effective Date **10-31-06**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| REAL PROP--GR1/GR2 | 15.0 | 3,889 AP | 3,305.65 AP |
| REAL PROP--ALL OTHER | 15.0 | 350 AP | 297.50 AP |
| SUPERIOR PROTECTED RSK | 15.0@ | | .00 |
| PROPERTY Manual Rated | 15.0@ | | .00 |
| EQUIPMENT BREAKDOWN | 15.0 | 933 AP | 793.05 AP |
| **TOTAL PREMIUM DUE NOW** | | **5,172.00 AP** | **4,396.20 AP** |

@ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1





**Fireman's Fund**

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE              ID  83705

---

Policy Period **06-01-06** to **06-01-07**

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement No (AO/WC 006/  )
        EFFECTIVE DATE 10-31-06

Quote 86-56660-03 Pol Sub Code
Under Grp S Under Id 2689
Risk Id J04 Member
Branch SEATTLE

SIC Code 2026    U/W PROG.

---------------------------------------------------------------------

| | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|
| **LOCATION 001** | | | | | |
| REAL PROP--GP1 | 10 % | | | | |
| REAL PROP--GP2 | 10 % | | | | |
| REAL PROP--ALL OTHER | 10 % | | | | |
| PROPERTY Manual Rated | | | | | |

MOD - 1

CIZXPMOD 4-94

* 9 2148 0 000000 2 0 22J *

COPYF

003793A   CIZ   05   EFCG.P152.A22J701

CIZXCGC0H 10-07


**Fireman's Fund**

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **007**

PORTFOLIO CHANGE ENDORSEMENT
Effective 12/08/06, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

| PREMIUM SUMMARY: | ADDITIONAL PREMIUM DUE NOW | $0.00 |
|---|---|---|
| Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage - | | |
| All Coverages Subject to the Act Excl WC - Not Covered | | $0.0 |

---

**THE FOLLOWING PROPERTY ENDORSEMENTS ARE AMENDED TO APPLY AS SHOWN:**

LOSS PAYABLE PROVISIONS (CP 12 18 06 95)

> LOC 001
> PROVISIONS LOSS PAYABLE
> LOSS PAYEE NAME AND ADDRESS
> FARM CREDIT SERVICES
> OF THE MOUNTAIN PLAINS FLCA
> P.O. BOX 336851
> GREELEY                CO  80633

> LOC 001
> PROVISIONS LOSS PAYABLE
> LOSS PAYEE NAME AND ADDRESS
> CREEKRDIGE CAPITAL LLC
> AND/OR ASSIGNS
> 7808 CREEKRIDGE CIRCLE
> EDINA                  NM  55439

> LOC 001
> PROVISIONS LOSS PAYABLE
> LOSS PAYEE NAME AND ADDRESS
> FIRST PREMIER CAPITAL LLC
> AND/OR ITS ASSIGNS
> 5201 EDEN AVE., SUITE #180
> EDINA                  MN  55436

---

Countersignature of Authorized Agent: _____   Date 01/13/07
Producer PREMIER INSURANCE
    2600 ROSE HILL RD STE 101
    BOISE                ID 83705

CHANGE ENDORSEMENT CONTINUED ON PAGE   2

POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **007** (continued)

```
LOC 004
PROVISIONS LOSS PAYABLE
LOSS PAYEE NAME AND ADDRESS
FARM CREDIT LEASING SERVICES CORP
IT'S SUCCESSORS AND/OR ASSIGNS
600 HIGHWAY 169 SOUTH, SUITE 300
MINNEAPOLIS              MN  55426

LOC 005
PROVISIONS LOSS PAYABLE
LOSS PAYEE NAME AND ADDRESS
WILLIAMS SCOTSMAN, INC.
A MARYLAND CORPORATION
4500 E 60TH AVE
COMMERCE CITY           CO  80022
```

**END OF CHANGE ENDORSEMENT**



### Fireman's Fund

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE                ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under ID 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk ID J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **007/   )** | |
| Effective Date **12-08-06** | SIC Code 2026     U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| LARGE PROPERTY EQ | 0.0ə | | | | | | |
| LARGE PROPERTY EQSL | 0.0ə | | | | | | |
| LARGE PROPERTY FLOOD | 0.0ə | | | | | | |
| SUPERIOR PROT RSK EQ | 0.0ə | | | | | | |
| SUPERIOR PROT RSK EQSL | 0.0ə | | | | | | |
| SUPERIOR PROT RSK FLOOD | 0.0ə | | | | | | |
| **TOTAL PREMIUM DUE NOW** | | | **.00 AP** | | | | |

ə Please refer to originating endorsement for correct commission percentage.

CEI 01/13/07

Page   1



**Fireman's Fund**

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE                    ID 83705

Policy Period **06-01-06** to **06-01-07**                    Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **007/**  )
            Effective Date  12-08-06

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| SUPERIOR PROTECTED RSK | 15.0ⓐ | | .00 |
| PROPERTY Manual Rated | 15.0ⓐ | | .00 |
| **TOTAL PREMIUM DUE NOW** | | **.00 AP** | **.00 AP** |

ⓐ Please refer to originating endorsment for correct commission percentage.

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1



Fireman's Fund

# Property Location Modifiers Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE               ID   83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under Id 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk Id J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement No (AO/WC 007/   ) | |
| EFFECTIVE DATE 12-08-06 | SIC Code 2026      U/W PROG. |

----------------------------------------------------------------

|  | FLAT | SIZE | MULTI LOC | SCHED | EXPENSE SAVINGS |
|---|---|---|---|---|---|

MOD - 1

CIZXPMOD 4-94

003798A   CIZ   05   EFCG.P.152.A22J701   COPYF   ^9 2152 1 000000 2 0 22J ^

CIZXCGC0H 10-07



Fireman's Fund

POLICY NUMBER **S 86 MXX 8085 91 05**

**NATIONAL SURETY CORPORATION, CHICAGO, IL  (07)**

Named Insured                                                    Sequential Endorsement Number **008**
**AURORA ORGANIC DAIRY**

PORTFOLIO CHANGE ENDORSEMENT
Effective 03/29/07, 12:01 A.M.,
Standard Time at the address of the insured

This is an Endorsement only.  Other than changes shown, all other pre-existing
coverage remains in full force and effect.  Premium adjustments are shown.

 PREMIUM SUMMARY:                    ADDITIONAL PREMIUM DUE NOW      $1,104.00
   Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
   All Coverages Subject to the Act Excl WC - Not Covered          $0.0

The Premium shown includes Adjustable Premium(s).  Refer to Premium Adjustment
Information attached.

---

THE FOLLOWING CHANGES APPLY TO ITEM TWO OF THE BUSINESS AUTO POLICY
DECLARATIONS:

**PHYSICAL DAMAGE: COMPREHENSIVE COVERAGE IS ADDED TO THE POLICY AS FOLLOWS:**

PHYSICAL DAMAGE COVERAGE AT ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER
IS LESS, MINUS DEDUCTIBLE SHOWN BELOW UNLESS OTHERWISE SHOWN IN ITEM THREE,
SCHEDULE OF COVERED AUTOS YOU OWN:

      COVERAGES     DEDUCTIBLES     SYMBOLS - COVERED AUTOS DESCRIPTION
                                    (SEE SECTION 1, PARAGRAPH A AND B)

   COMPREHENSIVE     $1000*          7.  SPECIFICALLY DESCRIBED AUTOS
    * NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING

**BUSINESS AUTO POLICY - THE FOLLOWING ITEMS ARE ADDED TO THE SCHEDULE OF COVERED
AUTOS YOU OWN:**

| AUTO NO. | YR | VEHICLE DESCRIPTION AND GARAGE LOCATION | VEHICLE ID NO. | OTC COV | OTC LIMIT | OTC DED | COLL DED |
|---|---|---|---|---|---|---|---|
| 0004 | 05 | FREIGHTLINER COLUMBIA PLATTEVILLE | 1FUJA6CK05LN63310 CO 80651 | COMP | ACV | $ 1,000 | $ 1,000 |

| AUTO NO. | \multicolumn{10}{l}{COVERAGES AFFORDED (INDICATED BY "X" IN COVERAGE COLUMN)} |
|---|---|

| AUTO NO. | LIAB | MED | UM | UIM | PIP | PPI | OTC | COLL | TOW |
|---|---|---|---|---|---|---|---|---|---|
| 0004 | X | X | X | | | | X | X | |

Countersignature of Authorized Agent: _____  Date 04/16/07
Producer PREMIER INSURANCE
         2600 ROSE HILL RD STE 101
         BOISE                ID 83705

CHANGE ENDORSEMENT CONTINUED ON PAGE   2



POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **008** (continued)

**BUSINESS AUTO POLICY - UNDER ITEM THREE THE FOLLOWING LOSS PAYEES ARE ADDED TO THE POLICY AS FOLLOWS:**

LOSS PAYEES: EXCEPT FOR TOWING, ALL PHYSICAL DAMAGE LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTEREST MAY APPEAR AT TIME OF THE LOSS.

NAME AND ADDRESS OF LOSS PAYEE
PENSKE TRUCK LEASING COMPANY
15500 32ND AVENUE            AURORA                CO 80022
AS RESPECTS AUTO NO(S)    0004

**THE FOLLOWING BUSINESS AUTO POLICY ENDORSEMENTS ARE DELETED FROM THE POLICY:**

EXCLUSION OF CERTIFIED ACTS OF TERRORISM (CA 23 57 12 02)

NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM EXCLUSION (OTHER THAN CERTIFIED ACTS OF TERRORISM)(CA 70 68 03 03)

CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT OF 2002) (CA 70 75 01 05)

**THE FOLLOWING BUSINESS AUTO POLICY ENDORSEMENTS ARE ADDED TO THE POLICY AS FOLLOWS:**

EXCLUSION OF TERRORISM (CA 70 77 01 06)

ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE

001          LESSOR - ADDITIONAL INSURED AND LOSS PAYEE (CA 20 01 10 01)

SCHEDULE

ADDITIONAL INSURED (LESSOR) ADDRESS
PENSKE TRUCK LEASING COMPANY
15500 32ND AVENUE
AURORA, CO 80022
DESIGNATION OR DESCRIPTION OF LEASED AUTOS
RE: 2005 FREIGHTLINER COLUMBIA MODEL TANDEM AXLE DAY CAB TRUCK
    S#1FUJA6CK05LN63310

    COVERAGES                  LIMIT OF LIABILITY
LIABILITY                   $ 1,000,000 EACH ACCIDENT

CHANGE ENDORSEMENT CONTINUED ON PAGE  3



POLICY NUMBER **S 86 MXX 8085 91 05**

Named Insured
**AURORA ORGANIC DAIRY**

Sequential Endorsement Number **008** (continued)

```
PERSONAL INJURY              $
PROTECTION (OR EQUIVALENT
NO-FAULT COVERAGE)

COMPREHENSIVE               ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                            EVER IS LESS; MINUS:
                            $ 1,000  FOR EACH COVERED LEASED AUTO

COLLISION                   ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                            EVER IS LESS; MINUS:
                            $ 1,000  FOR EACH COVERED LEASED AUTO

SPECIFIED CAUSES OF LOSS    ACTUAL CASH VALUE OR COST OF REPAIR WHICH-
                            EVER IS LESS; MINUS:
                            $        FOR EACH COVERED LEASED AUTO
```

**Forms Added at the Inception of this Change Endorsement**

```
   AUTOMOBILE

      CA7077 01-06
```

**Forms Deleted at the Inception of this Change Endorsement**

```
   AUTOMOBILE

      CA2357 12-02              CA7068 03-03
      CA7075 01-05
```

END OF CHANGE ENDORSEMENT

# Exclusion of Terrorism - CA 70 77 01 06

Policy Amendment(s) Commercial Business Auto Coverage Form - Business Auto Physical Damage Coverage Form - Garage Coverage Form - Motor Carrier Coverage Form - Single Interest Automobile Physical Damage Insurance Policy - Truckers Coverage Form

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Business Auto Physical Damage Coverage Form**
**Garage Coverage Form**
**Motor Carrier Coverage Form**
**Single Interest Automobile Physical Damage Insurance Policy**
**Truckers Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A. The following definitions are added and apply under this endorsement:

1. **Terrorism** means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. **Any injury or damage, loss or expense** means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to **bodily injury, property damage, personal injury, personal and advertising injury, loss,** loss of use, rental reimbursement after **loss or covered pollution costs or expense,** as may be defined under this Coverage Form, Policy or any applicable endorsement.

B. Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CA7077 1-06
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 3

## Exclusion of Terrorism

We will not pay for **any injury, damage, loss or expense** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. **Any injury or damage, loss or expense** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the **terrorism** was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs B.5. and B.6. are exceeded.

With respect to this Exclusion, Paragraphs B.5. and B.6. describe the thresholds used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

C. With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage - Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

## Exclusion of Terrorism

We will not pay for any **loss**, loss of use or rental reimbursement after **loss** caused directly or indirectly by **terrorism**, including action in hindering or defending against an actual or expected incident of **terrorism**. But this exclusion applies only when one or more of the following are attributed to an incident of **terrorism**:

1. The **terrorism** is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the **terrorism** was to release such material; or

3. The **terrorism** is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that

CA7077 1-06
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 3

one purpose of the **terrorism** was to release such materials; or

5.  The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the **terrorism** and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any **terrorism** exclusions.

Multiple incidents of **terrorism** which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph C.5. is exceeded.

With respect to this Exclusion, Paragraph C.5. describes the threshold used to measure the magnitude of an incident of **terrorism** and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of **terrorism**, there is no coverage under this Coverage Form, Policy or any applicable endorsement.

D.  In the event of any incident of **terrorism** that is not subject to the Exclusion in Paragraphs B. or C., coverage does not apply to **any injury or damage, loss or expense** that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

CA 7077 1-06
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 3



**Fireman's Fund**

# Final Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured
**AURORA ORGANIC DAIRY**

Producer Code 11-054-100 AID 00

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE        ID 83705

| | |
|---|---|
| Policy Period **06-01-06** to **06-01-07** | Quote 86-56660-03 Pol Sub Code |
| | Under Grp S Under ID 2689 |
| Rating Period **06-01-06** to **06-01-07** | Risk ID J04 Member |
| | Branch SEATTLE |
| Sequential Endorsement Number (AO/WC **008/**  ) | |
| Effective Date **03-29-07** | SIC Code 2026    U/W PROG. |

| COVERAGE | COMM | PREMIUM | FLAT | SIZE | EXPER | SCHED | EXPEN |
|---|---|---|---|---|---|---|---|
| AUTO LIABILITY | 15.0 | 719 AP | | | 0% DB | | 0% |
| AUTO PHYSICAL DAMAGE | 15.0 | 385 AP | | | 0% DB | | 0% |
| **TOTAL PREMIUM DUE NOW** | | **1,104.00 AP** | | | | | |

| Coverage | Adjust Freq | Coverage | Adjust Freq |
|---|---|---|---|
| AUTOMOBILE | ANNUALLY | | |

CEI 04/16/07

Page   1



Fireman's
Fund

# Gross/Net Premium Summary

POLICY NUMBER **S 86 MXX 80859105**

Insured **AURORA ORGANIC DAIRY**

Producer Code **11-054-100** AID **00**

Producer Name and Address
PREMIER INSURANCE
2600 ROSE HILL RD STE 101
BOISE          ID 83705

Policy Period **06-01-06** to **06-01-07**          Quote 86-56660-03

Rating Period **06-01-06** to **06-01-07**

Sequential Endorsement Number (AO/WC **008/**   )
          Effective Date **03-29-07**

| COVERAGE | COMM PCT | GROSS PREMIUM | ESTIMATED NET PREMIUM |
|---|---|---|---|
| AUTO LIABILITY | 15.0 | 719 AP | 611.15 AP |
| AUTO PHYSICAL DAMAGE | 15.0 | 385 AP | 327.25 AP |
| TOTAL PREMIUM DUE NOW | | 1,104.00 AP | 938.40 AP |

* 9 2158 0 000000 2 0 22J *

COPYF

CIZ   05   EFCG.P.152.A22J701

003806A

THIS INFORMATION IS AN ESTIMATE ONLY                    GNP - 1