```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX010567
Cashier ID: sg
Transaction Date: 06/10/2008
Payer Name: SANDERS
-----------------------------------
CIVIL FILING FEE
 For: SANDERS
 Amount:        $350.00
-----------------------------------
CHECK
 Check/Money Order Num: 117217
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-CV-01236


A fee of $45.00 will be assessed on
any returned check.
```