## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: **'08 - CV - 01236** -EWN- BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

PLAINTIFF(S),

v.

Aurora Organic Dairy Corporation, a Colorado corporation,

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s):  Aurora Organic Dairy Corporation
Lee F. Sachnoff
370 17th Street, Suite 5350
Denver, Colorado 80202

You are hereby summoned and required to serve upon Plaintiffs' attorneys, whose addresses are:

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com
Debora L. Verdier
Debora.Verdier@SandersParks.com
SANDERS & PARKS, P.C.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona 85012-3099
(602) 532-5600
Attorneys for ACE and IICNA

Bethany K. Culp
bculp@hinshawlaw.com
Paulette S. Sarp
psarp@hinshawlaw.com
HINSHAW & CULBERTSON, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 334-2596
Attorneys for NSC and AIC

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within twenty (20) days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: _____

(Seal of the Court)    Deputy Clerk

Date: 6/10/08

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589
NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

NAME OF SERVER: Phil Carlson    TITLE: Private Process Server

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant. Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint where left:

☐ Returned unexecuted:

☒ Other (specify): Served Lee F. Sachnoff Esq., statutory agent for Aurora Organic Dairy Corporation at 370 17th St. Suite 5350 Denver CO 80202 on 6/16/08 at 12:22 Pm by handing documents to Kellie Dolan, administrative assistant, authorized to recieve service.

### STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service is true and correct.

Executed on: 6/16/08

Signature of Server

Address of Server: 1722 14th St. #105 Boulder CO

Bonnie Kammerer
NOTARY

(Notary Seal: Bonnie Kammerer, Notary Public, State of Colorado)

My Commission Expires 08/15/2011