IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-01236-EWN

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Defendant.

## ENTRY OF APPEARANCE

Livia M. Kiser of the law firm Latham & Watkins LLP, hereby enters her appearance on behalf of Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora") in the above-captioned matter. For the purposes of service, Ms. Kiser's email address is livia.kiser@lw.com.

Dated: July 1, 2008                     Respectfully submitted,

/s Livia M. Kiser
Latham & Watkins LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
livia.kiser@lw.com

Daniel F. Wake
Sander, Ingebretsen & Parish, P.C.
633 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 285-5544
Facsimile: (303) 285-5301
dwake@siplaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

- **Bethany K. Culp**
  bculp@hinshawlaw.com,dhaugen@hinshawlaw.com

- **Garrick Lloyd Gallagher**
  Garrick.Gallagher@SandersParks.com,Peggy.Bailey@SandersParks.com

s/Daniel F. Wake
Daniel F. Wake
Sander, Ingebretsen & Parish, P.C.
633 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 285-5544
Facsimile: (303) 285-5301
Email: dwake@siplaw.com