## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-01236-EWN

**ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania
corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,**

Plaintiffs,

v.

**AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,**

Defendant.

---

### AURORA DAIRY CORPORATION'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Local Rule 7.4 of the United States District Court for the District of

Colorado, Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"), by and

through its counsel, hereby states that it is a corporation organized under the laws of the State of

Delaware. No publicly-held company holds ten percent (10%) or more of Aurora's stock.


Dated: July 1, 2008                     Respectfully submitted,

                                        **SANDER, INGEBRETSEN & PARISH, P.C.**


                                        s/Daniel F. Wake
                                        Daniel F. Wake
                                        633 17th Street, Suite 1900
                                        Denver, Colorado 80202
                                        Telephone: (303) 285-5544
                                        Facsimile: (303) 285-5301
                                        Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
livia.kiser@lw.com

**ATTORNEYS FOR DEFENDANT AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, I electronically filed the foregoing

Defendant Aurora Dairy Corporation's Corporate Disclosure Statement with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the following

email addresses:

- **Bethany K. Culp**
  bculp@hinshawlaw.com,dhaugen@hinshawlaw.com

- **Garrick Lloyd Gallagher**
  Garrick.Gallagher@SandersParks.com,Peggy.Bailey@SandersParks.com

- **Mark S. Mester**
  Mark.mester@lw.com

- **Livia M. Kiser**
  Livia.kiser@lw.com

s/Daniel F. Wake
Daniel F. Wake
Sander, Ingebretsen & Parish, P.C.
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5544
Facsimile: (303) 285-5301
Email: dwake@siplaw.com