IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-01236-EWN

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Defendant.

## STIPULATION FOR AN EXTENSION OF TIME

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy ("Aurora"), by and through its counsel, and Plaintiffs ACE American Insurance Corporation, Indemnity Insurance Company of North America, National Surety Corporation and the American Insurance Company, by and through their counsel, hereby stipulate and agree to extend the time for Aurora to answer or otherwise plead to Plaintiffs' Complaint until July 28, 2008.

Dated: July 1, 2008

Respectfully submitted,

**SANDER, INGEBRETSEN & PARISH, P.C.**

s/Daniel F. Wake
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 285-5544
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
livia.kiser@lw.com

**ATTORNEYS FOR DEFENDANT AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY**

**SANDERS & PARKS, P.C.**

s/ Garrick L. Gallagher
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona 85012-3099
Telephone: (602) 532-5600
Email: Garrick.Gallagher@SandersParks.com
Debora.Verdier@SandersParks.com

HINSHAW & CULBERTSON, L.L.P.

s/ Bethany K. Culp
Bethany K. Culp
Paulette S. Sarp
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone: (612) 334-2596
Email: bculp@hinshawlaw.com
psarp@hinshawlaw.com

\

**ATTORNEYS FOR PLAINTIFFS ACE AND IICNA**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, I electronically filed the foregoing Stipulation for an Extension of Time with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

- **Bethany K. Culp**
  bculp@hinshawlaw.com,dhaugen@hinshawlaw.com

- **Garrick Lloyd Gallagher**
  Garrick.Gallagher@SandersParks.com,Peggy.Bailey@SandersParks.com

- **Mark S. Mester**
  Mark.mester@lw.com

- **Livia M. Kiser**
  Livia.kiser@lw.com

s/Daniel F. Wake
Daniel F. Wake
Sander, Ingebretsen & Parish, P.C.
633 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 285-5544
Facsimile: (303) 285-5301
Email: dwake@siplaw.com