Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvanie corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and AMERICAN INSURANCE COMPANY, an Ohio corporation,

Vs.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation.

**NOTICE OFAPPEARANCE**

Case Number: 08-cv-01236-EWN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs National Surety Corporation, an Illinois corporation, and American Insurance Company, an Ohio corporation.

7/2/08
Date

s/Shushanie E. Kindseth
Signature

Shushanie E. Kindseth — MN Bar No. 334819
Print Name — Bar Number

Hinshaw & Culbertson LLP, 333 S. 7th Street, Suite 2000
Address

Minneapolis — MN — 55402
City — State — Zip Code

612-333-3434 — 612-334-8888
Phone Number — Fax Number

121217348v1 882500

