# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv- 01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania Corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

        Plaintiffs,

v.

AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

garrick.gallagher@SandersParks.com
dwake@siplaw.com
bculp@hinshawlaw.com

        s/Shushanie E. Kindseth
        Shushanie E. Kindseth
        Attorney for Plaintiff National Surety Corp.
        Hinshaw & Culbertson LLP
        333 South Seventh Street, Suite 2000
        Minneapolis, Minnesota  55402
        Telephone:  612.333.3434
        Fax:  612.334.8888
        skindseth@hinshawlaw.com