## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:  08-cv-01236-EWN-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

       Plaintiffs,

v.

Aurora Organic Dairy Corporation, a Colorado corporation,

       Defendant.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Debora L. Verdier of the law firm of Sanders & Parks, P.C. will be serving as co-counsel with Garrick L. Gallagher for Plaintiffs ACE American Insurance Corporation and Indemnity Insurance Company of North America, and it is requested that Ms. Verdier receive direct notices from the Court of all filings in this matter at her email address Debora.Verdier@SandersParks.com.

Respectfully submitted this 2nd day of July, 2008.

                        SANDERS & PARKS, P.C.

By  s/ Debora L. Verdier
     Garrick L. Gallagher
     Garrick.Gallagher@SandersParks.com
     Debora L. Verdier
     Debora.Verdier@SandersParks.com
     1300 SCF Tower
     3030 North Third Street
     Phoenix, Arizona  85012-3099
     (602) 532-5600
     Attorneys for ACE and IICNA

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com

Livia M. Kiser
Livia.kiser@lw.com

Daniel F. Wake
dwake@siplaw.com

                              s/ Debora L. Verdier
                              Debora L. Verdier
                              Attorney for Plaintiffs ACE and IICNA
                              SANDERS & PARKS, P.C.
                              1300 SCF Tower
                              3030 North Third Street
                              Phoenix, Arizona  85012-3099
                              (602) 532-5600
                              (602) 532-5700
                              Debora.Verdier@SandersParks.com