IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the request of the parties,

IT IS ORDERED that the Scheduling Conference set for September 17, 2008, is **vacated and reset to October 15, 2008, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **October 8, 2008**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 8, 2008