**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-EWN-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

        Defendant.

**STIPULATION FOR AN EXTENSION OF TIME**

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Plaintiffs ACE American Insurance Corporation ("ACE") and Indemnity Insurance Company of North America ("IICNA"), by and through their counsel, and Defendant Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, by and through its counsel, hereby stipulate and agree to extend the time for Plaintiffs ACE and IICNA to

answer or otherwise plead in response to Defendant's Counterclaims until September 4, 2008.

Respectfully submitted this 19th day of August, 2008.

                                                s/ Garrick L. Gallagher
                                                  Garrick L. Gallagher, One of the Attorneys
                                                  for Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
        Debora.Verdier@SandersParks.com

                                                  s/ Daniel F. Wake
                                                  Daniel F. Wake
                                                  One of the Attorneys for Defendant Aurora
                                                  Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
       livia.kiser@lw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com

Livia M. Kiser
livia.kiser@lw.com, chefiling@lw.com

Daniel F. Wake
dwake@siplaw.com

                                                                     s/ Garrick L. Gallagher
                                                                     Garrick L. Gallagher
                                                                       Debora L. Verdier
                                                                       Attorneys for Plaintiffs ACE and IICNA
                                                                       SANDERS & PARKS, P.C.
                                                                       1300 SCF Tower
                                                                       3030 North Third Street
                                                                       Phoenix, Arizona  85012-3099
                                                                       (602) 532-5600
                                                                       (602) 532-5700
                                                                       Garrick.Gallagher@SandersParks.com