**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-EWN-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

        Defendant.

---

**ACE AMERICAN INSURANCE CORPORATION AND INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.4 of the United States District Court for the District of Colorado, ACE American Insurance Corporation ("ACE") and Indemnity Insurance Company of North America ("IINCA"), by and through their counsel, hereby submit the following Corporate Disclosure Statement.

**I.    ACE AMERICAN INSURANCE CORPORATION**

ACE American Insurance Company is a 100% wholly owned subsidiary of INA Holdings Corporation, a Delaware corporation. INA Holdings Corporation is a 100% wholly owned subsidiary of INA Financial Corporation, a Delaware corporation. INA Financial Corporation is a 100% wholly owned subsidiary of INA Corporation, a Pennsylvania corporation. INA Corporation is a 100% wholly owned subsidiary of ACE INA Holdings, Inc., a Delaware corporation. ACE INA Holdings, Inc. is 80% owned by ACE Group Holdings, Inc., a Delaware corporation, and 20% owned directly by ACE

Limited.  ACE Group Holdings, Inc. is a 100% wholly owned subsidiary of ACE Limited.  ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded on any public exchange.  ACE Limited trades on the New York Stock Exchange under the ticker symbol "ACE."

## II. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

Indemnity Insurance Company of North America is a Pennsylvania corporation and a 100% wholly owned subsidiary of INA Holdings Corporation, a Delaware corporation.  INA Holdings Corporation is a 100% wholly owned subsidiary of INA Financial Corporation, a Delaware corporation.  INA Financial Corporation is a 100% wholly owned subsidiary of INA Corporation, a Pennsylvania corporation.  INA Corporation is a 100% wholly owned subsidiary of ACE INA Holdings, Inc., a Delaware corporation.  ACE INA Holdings, Inc. is 80% owned by ACE Group Holdings, Inc., a Delaware corporation, and 20% owned directly by ACE Limited.  ACE Group Holdings, Inc. is a 100% wholly owned subsidiary of ACE Limited.  ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded on any public exchange.  ACE Limited trades on the New York Stock Exchange under the ticker symbol "ACE."

Respectfully submitted this 3rd day of September, 2008.

**SANDERS & PARKS, P.C.**

By   s/ Garrick L. Gallagher
    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com
    Debora L. Verdier
    Debora.Verdier@SandersParks.com
    1300 SCF Tower
    3030 North Third Street
    Phoenix, Arizona  85012-3099
    (602) 532-5600
    Attorneys for ACE and IICNA

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com

Livia M. Kiser
livia.kiser@lw.com, chefiling@lw.com

Daniel F. Wake
dwake@siplaw.com

                                              s/ Garrick L. Gallagher
                                              Garrick L. Gallagher
                                              Debora L. Verdier
                                              Attorneys for Plaintiffs ACE and IICNA
                                              SANDERS & PARKS, P.C.
                                              1300 SCF Tower
                                              3030 North Third Street
                                              Phoenix, Arizona  85012-3099
                                              (602) 532-5600
                                              (602) 532-5700
                                              Garrick.Gallagher@SandersParks.com