**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-EWN-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

  v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

        Defendant.

**JOINT MOTION TO AMEND ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE AND RULE 26(f) PLANNING MEETING**

Plaintiffs ACE American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC") and American Insurance Company ("AIC"), by and through their counsel, and Defendant Aurora Dairy Corporation, by and through its counsel, hereby jointly request the Court to amend certain deadlines that were contained in this Court's order dated July 17, 2008, which had initially set the matter for Scheduling Conference on September 17, 2008.

On August 8, 2008, this Court entered a minute order vacating the September 17, 2008 Scheduling Conference and re-setting same for October 15, 2008. At that time, the Court also modified the deadline for the parties to submit a proposed Scheduling Order from September 10, 2008 to October 8, 2008. However, other deadlines from the original order were not addressed in that minute entry.

The parties have agreed to confer no later than September 24, 2008 and have scheduled such a conference for September 22, 2008. The parties request that the Court modify its July 17, 2008 order, which also requires the parties to (a) exchange initial disclosures by September 10, 2008 and (b) submit Confidential Settlement Statements to Magistrate Judge Boland to the Court by September 10, 2008. In light of the change in the date for the Scheduling Conference, the parties believe it would beneficial to reschedule these related deadlines to October 8, 2008.

Respectfully submitted this 8th day of September, 2008.

    s/ Garrick L. Gallagher
    Garrick L. Gallagher, One of the Attorneys
    for Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
    Debora.Verdier@SandersParks.com

        s/ Bethany K. Culp
          Bethany K. Culp, One of the Attorneys
          For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Shushanie E. Kindseth
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
       skindseth@hinshawlaw.com

        s/ Daniel F. Wake
          Daniel F. Wake
          One of the Attorneys for Defendant Aurora
          Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
      livia.kiser@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com

Livia M. Kiser
livia.kiser@lw.com, chefiling@lw.com

Daniel F. Wake
dwake@siplaw.com

s/ Garrick L. Gallagher
Garrick L. Gallagher
Debora L. Verdier
Attorneys for Plaintiffs ACE and IICNA
SANDERS & PARKS, P.C.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
(602) 532-5600
(602) 532-5700
Garrick.Gallagher@SandersParks.com