IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [docket no. 19, filed September 8, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. All dates related to the new Scheduling Conference date of October 15, 2008, are now to back up to that new date. The confidential settlement statement is now due to Chambers on **October 8, 2008**. The parties are to confer no later than **September 24, 2008**. The parties are to exchange initial disclosures by **October 8, 2008**.

DATED: September 9, 2008