**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

      Plaintiffs,

v.

AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

      Defendant.

### PLAINTIFF NATIONAL SURETY CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Fed. R. Civ. P., and Local Rule 7.4 of the United State District Court for the District of Colorado, Plaintiff National Surety Corporation, by and through its counsel, hereby states that National Surety Corporation is a subsidiary of a publicly owned corporation. National Surety Corporation is an indirect subsidiary of Fireman's Fund Insurance Company. Fireman's Fund Insurance Company, a California corporation, is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, a California corporation. Allianz Global Risks US Insurance Company is a wholly owned subsidiary of Allianz of America, Inc., a Delaware corporation, which is a wholly owned subsidiary of Allianz Aktiengesellschaft (Allianz AG). Allianz AG is a publicly held company that indirectly holds 10% or more of Fireman's Fund Insurance Company (and its subsidiaries).

2

                                                   Respectfully submitted,

Dated:  September 19, 2008          **HINSHAW & CULBERTSON LLP**

                                         **s/ Shushanie E. Kindseth**
Bethany K. Culp
Shushanie E. Kindseth
Hinshaw & Culbertson LLP
333 South Seventh Street, Suite 2000
Minneapolis, Minneapolis  55402
Telephone: (612) 333-3434
Fax: (612) 334-8888
bculp@hinshawlaw.com
skindseth@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFFS
NATIONAL SURETY CORPORATION AND
THE AMERICAN INSURANCE COMPANY**

2