IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,

Defendant.

---

## NOTICE OF AVAILABILITY OF UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

---

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect.  Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _(signature)_ | Awsrc | 15 Oct. 2008 |
| Print name Mark Mester | | |
| _(signature)_ | Acc American, IICWA | 10/15/08 |
| Print name Garrick Gallagher | | |
| _(signature)_ | America Insurance Co. | 10/15/08 |
| Print name Bethany K. Culp | National Surety Corp. | |

NOTE:        Return the original and a copy of this form to the clerk of the court ONLY IF all parties have consented ON THIS FORM to the exercise of jurisdiction by a United States magistrate judge.  Also attach a caption proposed order.  (See attached.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,

Defendant.

---

## ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(C)

---

Pursuant to D.C.COLOLCivR 72.2 on the 15th day of October 2008, Magistrate Judge

Boyd N. Boland notified the court of the parties' unanimous consent to disposition of the above

action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1.     The above action is referred for disposition to a magistrate judge pursuant to 28

U.S.C. § 636(c);

2.     The above action will be randomly assigned to a magistrate judge selected y

random draw, excluding Magistrate Judge Boland; and

3.     Upon such reassignment, the above case number will be amended to reflect the

magistrate judge to whom the case is reassigned.

DATED: _____

BY THE COURT:

_____

United States District Judge

### NOTICE OF REASSIGNMENT

Pursuant to the above order, this civil action is reassigned to United States Magistrate

Judge _____.

Gregory C. Langham, Clerk

By: _____, Deputy Clerk