IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  08-cv-01236-EWN-BNB | Date:   October 15, 2008 |
| Courtroom Deputy:    Cathy Coomes | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ACE AMERICAN INSURANCE CORPORATION, | Debora L. Verdier |
| INDEMNITY INSURANCE COMPANY OF | Garrick Gallagher |
| NORTH AMERICA, | |
| NATIONAL SURETY CORPORATION, and | Bethan y K. Culp |
| AMERICAN INSURANCE COMPANY, | |
| Plaintiffs, | |
| v. | |
| AURORA ORGANIC DAIRY CORPORATION, | Livia M. Kiser |
| | Mark S. Mester |
| Defendants. | Daniel F. Wake |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

Court in session:        9:00 a.m.

Appearances of counsel.

Court's opening remarks.

Counsel have consented to the jurisdiction of a magistrate judge and have signed the Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction.  The Notice is accepted and will be filed.

Counsel have further agreed to have the assigned magistrate judge set the Scheduling Order deadlines.  A Scheduling Order will not be entered at this time.

Court in recess:        9:04 a.m.
Hearing concluded.
Total time in Court:    0:04