IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01236–EWN–BNB

ACE AMERICAN INSURANCE CORPORATION, a
Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania Corporation;
NATIONAL SURETY CORPORATION, an Illinois corporation;
and
THE AMERICAN INSURANCE COMPANY, an Ohio
corporation,

      Plaintiffs/Counter Defendants,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado
corporation,

      Defendant/Counter Claimant.

---

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)**

---

      Pursuant to D.C.COLO.LCivR 72.2, on the 15th day of October, 2008, the parties' filed their unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised, it is

      **ORDERED** as follows:

      1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Boland; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 20th day of October, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge