

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

October 20, 2008

See Notice Electronic Filing

Re:   Ace American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania Corporation; National Surety Corporation, an Illinois corporation; and The American Insurance Company, an Ohio corporation v. Aurora Organic Dairy Corporation, a Colorado corporation

Civil Action Number: 08-cv-01236-CBS-BNB

Dear Counsel:

Please be advised that Chief Judge Edward W. Nottingham has signed an Order of Reference in the above referenced case.  Pursuant to D.C.COLO.LCivR 72.2, you are advised that the case has been randomly assigned to **Magistrate Judge Craig B. Shaffer.**

<u>In the future, when filing pleadings, please use case number **08-cv-01236-CBS-BNB**</u>.

Thank you for your cooperation in this matter.

GREGORY C. LANGHAM, CLERK

By:   s/ Jamie Phelps  
       Deputy Clerk