IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Plaintiffs,
v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,
    Defendant.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On October 20, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 28). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-01236-CBS-BNB**.

II. Order of Reference

The Order of Reference dated June 30, 2008 (doc. # 3) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III. Further Proceedings

A. The Scheduling/Planning Conference previously set on October 15, 2008 before Magistrate Judge Boland is hereby **RESET to Monday November 10, 2008 at 9:00 a.m.** before Magistrate Judge Shaffer in Courtroom A-402 and will be conducted in accordance with the instructions already provided in the "Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (doc. # 12).

B. **On or before November 5, 2008**, a copy of the proposed Scheduling Order shall be submitted to Magistrate Judge Shaffer at [Shaffer_Chambers@cod.uscourts.gov](mailto:Shaffer_Chambers@cod.uscourts.gov) in accordance with the instructions already provided in the "Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (doc. # 12).

DATED at Denver, Colorado, this 22nd day of October, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge