IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01236–EWN–CBS

ACE AMERICAN INSURANCE CORPORATION, a
Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

      Plaintiffs/Counter Defendants,

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,

      Defendant/Counter Claimant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Scheduling Conference set for November 10, 2008 is *vacated and reset* **for December 1, 2008 at 2:30 p.m.**   On or before **November 26, 2008**, a copy of the proposed Scheduling Order, consistent with the discussion with Magistrate Judge Shaffer, shall be submitted to Magistrate Judge Shaffer at Shaffer_Chambers@cod.uscourts.gov .

**DATED:**   November 10, 2008