Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and AMERICAN INSURANCE COMPANY, an Ohio corporation,

Vs.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation

## NOTICE OF APPEARANCE

Case Number: 08-cv-01236-EWN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiffs National Surety Corporation, and Illinois corporation, and American Insurance Company, and Ohio corporation.

I certify that I am admitted to practice in this court.

11/18/08
Date

s/Jacob S. Woodard
Signature

Jacob S. Woodard MN Bar No. 322234
Print Name

Hinshaw & Culbertson LLP, 333 South 7th St., Suite 2000
Address

Minneapolis MN 55402
City State

612-333-3434 612-334-8888
Phone Number



American LegalNet, Inc.
www.FormsWorkflow.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv- 01236-EWN-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania Corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA DAIRY CORPORATION, d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Defendant.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on November 18, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

garrick.gallagher@SandersParks.com
debora.verdier@SandersParks.com
dwake@siplaw.com
livia.kiser@lw.com
mark.mester@lw.com
skindseth@hinshawlaw.com

HINSHAW & CULBERTSON LLP

s/Jacob S. Woodard
Jacob S. Woodard
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone: 612.333.3434
Fax: 612.334.8888
jwoodard@hinshawlaw.com

ATTORNEY FOR PLAINTIFF NATIONAL SURETY CORP AND AMERICAN INSURANCE COMPANY



American LegalNet, Inc.
www.FormsWorkflow.com