IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-01236-CBS-BNB** | FTR - Reporter Deck - Courtroom A402 |
| **Date: December 1, 2008** | **Courtroom Deputy:** Ben Van Dyke |

ACE AMERICAN INSURANCE CORPORATION,  Garrick L. Gallagher
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,
NATIONAL SURETY CORPORATION, and  Bethany K. Culp
AMERICAN INSURANCE COMPANY,

     Plaintiffs,

     v.

AURORA ORGANIC DAIRY CORPORATION,  Mark S. Mester
                                                                                     Daniel F. Wake

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:         2:05 p.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 16, 2009.**

Discovery Cut-off: **August 1, 2009.**

Dispositive Motions deadline: **September 1, 2009.**

Parties shall designate affirmative experts **on or before May 15, 2009.**

Parties shall designate rebuttal experts **on or before July 1, 2009.**

All depositions must be completed by **August 1, 2009.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than June 26, 2009.**

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**FINAL  PRETRIAL CONFERENCE**  is set for **December 2, 2009 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**          **A seven (7) day jury trial shall commence on January 25, 2010 at 9:00 a.m.**

● Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        2:30 p.m.**
Total time in court:    00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.