**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

v.

Aurora Organic Dairy Corporation, a Colorado corporation,

        Defendant.

**UNOPPOSED JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE
FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Plaintiffs ACE American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC") and American Insurance Company ("AIC"), by and through their counsel, and Defendant Aurora Dairy Corporation, by and through its counsel, hereby jointly request the Court to amend its December 1, 2008 Scheduling Order by extending the deadline for joinder of parties and amendment of pleadings by two (2) weeks. The current deadline is on

January 16, 2009 and the parties respectfully request that it be moved to January 30, 2009. This is the first request for an extension of this deadline. Good cause exists for amending this deadline and amending this deadline should not affect any of the other deadlines set forth in the December 1, 2008 Scheduling Order.

Respectfully submitted this __13th__ day of January, 2009.

    /s/ Garrick L. Gallagher
Garrick L. Gallagher, One of the Attorneys for Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
    Debora.Verdier@SandersParks.com

    /s/ Bethany K. Culp
Bethany K. Culp, One of the Attorneys
For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Shushanie E. Kindseth
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
    skindseth@hinshawlaw.com

                                      /s/ Mark S. Mester
                                      Mark S. Mester
                                      One of the Attorneys for Defendant Aurora Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
       livia.kiser@lw.com