IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

v.

Aurora Organic Dairy Corporation, a Colorado corporation,

        Defendant.

## UNOPPOSED JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS

### (Second Requested Extension)

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Plaintiffs ACE American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC") and American Insurance Company ("AIC"), by and through their counsel, and Defendant Aurora Dairy Corporation, by and through its counsel, hereby jointly request the Court to amend its January 14, 2009 minute entry order extending the deadline for joinder and

amendment at the parties' request to the current deadline, January 30, 2009.  The parties jointly and respectfully request the Court extend the current deadline of January 30, 2009 by eight (8) business days to February 11, 2009.

As the Court may be aware, there are other insurance companies who have issued policies to Aurora, but who are not currently parties to this litigation.  The parties have been working collaboratively and diligently to determine whether and under what circumstances it would be appropriate to bring those insurers into the case.  The parties were hoping to resolve these issues in time to file the necessary pleadings by the January 30, 2009 deadline but the matter requires further discussion before an approach can be finalized.  Thus, good cause exists for amending this deadline and amending this deadline should not affect any of the other deadlines set forth in the December 1, 2008 Scheduling Order.

Respectfully submitted this   29th   day of January, 2009.

/s/ Debora L. Verdier
Debora L. Verdier, One of the Attorneys for Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
         Debora.Verdier@SandersParks.com

/s/ Bethany K. Culp
Bethany K. Culp, One of the Attorneys
For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Shushanie E. Kindseth
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
            skindseth@hinshawlaw.com

/s/ Livia M. Kiser
Livia M. Kiser
One of the Attorneys for Defendant Aurora
Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
         livia.kiser@lw.com

CH\1078977.2
 13:58