EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

    Plaintiffs,

v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

    Defendant.

## DECLARATION OF DEBORA L. VERDIER

I, Debora L. Verdier, being first duly sworn, upon her oath, deposes and states as follows:

1. I am one of the attorneys representing Plaintiffs, ACE and IICNA, in the referenced matter.

2. Defendant Aurora is insured under numerous insurance policies including Nationwide Agribusiness Insurance Company ("Nationwide"), an Iowa corporation.

3. Nationwide issued policy number CPP125403A to Aurora for policy period June 1, 2007 to June 1, 2008.

4. Upon information and belief, Aurora tendered the defense of the <u>Mothershead</u> action to Nationwide, which has not accepted Aurora's tender.

5. ACE, IICNA and NSC have entered into an interim funding agreement with Aurora regarding the <u>Mothershead</u> action.

6. Nationwide has refused to participate in the defense of Aurora concerning the <u>Mothershead</u> action.

7. Aurora has failed to name Nationwide as a defendant to their counterclaims.

8. Plaintiffs have requested that Nationwide voluntarily join as a plaintiff and they have, thus far, refused to do so.

FURTHER AFFIANT SAYETH NOT.

_Deborah Verdier 2/11/09_
Debora L. Verdier

2