**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

       Plaintiffs,

  v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

       Defendant.

**PLAINTIFFS' MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs move for leave to file their First Amended Complaint to add two new defendants, the addition of which will not destroy diversity jurisdiction. Good cause exists to grant this Motion because it is timely, it is filed well in advance of the close of discovery, and it will not cause the opposing party undue prejudice.

**I.    NATURE OF AMENDED PLEADING**

Plaintiffs filed their original complaint on June 10, 2008. (Docket No. 1.) Plaintiffs have attached a copy of its proposed amended pleading as Exhibit 1. With this

Amended Complaint Plaintiffs are adding two insurance companies, Nationwide AgriBusiness Insurance Company, an Iowa corporation, and General Fire & Casualty Company, an Idaho corporation as defendants. (See, Ex. 1, ¶¶ 6, 7, 14, and 40-49.)  Like the Plaintiffs, these two insurance companies provided insurance coverage to Defendant Aurora.  The parties' Plaintiffs' requests for declaratory relief in this action implicate these two insurance companies.  Plaintiffs have requested that these other insurers join this litigation as to their request for declaratory relief.  They have refused.  Plaintiffs continue to work with Defendant Aurora, which has also indicated its desire to have these additional insurers involved in the parties' mutual request for declaratory relief.  Should Aurora bring in these other insurers as defendants to their counterclaims against the insurers, Plaintiffs may seek to withdraw this motion.  Plaintiffs file this motion in an exercise of caution and in light of the current deadline to amend pleadings.  The Amended Complaint also clarifies that Plaintiffs are currently providing a defense to Aurora under an Interim Funding Agreement.  (See, Ex. 1, ¶¶ 13 and 44.)

## II. GOOD CAUSE EXISTS TO GRANT THIS MOTION

Leave to amend a pleading shall be "freely given" when justice requires. Fed.R.Civ.P. 15(a).  The leave sought should be granted unless the amendment would cause the opposing party undue prejudice, unless leave is sought in bad faith, or if the amendment constitutes an exercise in futility, or creates undue delay.  Foman v. Davis, 371 U.S. 178, 182, 9 L. Ed. 2d 222, 83 S. Ct. 227 (1962).  Adding these two insurance

carriers who also provided coverage to Aurora will promote the interests of judicial economy.  Plaintiffs have met and conferred with Aurora pursuant to Local Rule 7.1(A) and continue to work with Aurora on procedures for bringing in the other insurers.  Therefore, permitting this amendment would not unduly prejudice Aurora, because it also wishes to have these additional insurers involved in any determination of the insurer's rights and obligations to defend Aurora in the <u>Mothershead</u> action.

None of the factors that would warrant a denial of a Motion for Leave to File Amended Complaint ("Motion") are present in this case.  First, this Motion is filed well in advance of the close of discovery.  The deadline to conduct discovery is August 1, 2009.  (Docket No. 36, 12/01/08 Order.)  Second, there is no evidence that this Motion is filed in bad faith or would constitute an exercise in futility.  Third, this Motion is timely and will not cause undue delay.  A deadline by which to file motions to amend pleadings is set for February 11, 2009.  For these reasons, Plaintiffs request leave to file its First Amended Complaint attached as Exhibit 1.

Respectfully submitted this 11th day of February, 2009.

**SANDERS & PARKS, P.C.**


By  s/ Debora L. Verdier
    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com
    Debora L. Verdier
    Debora.Verdier@SandersParks.com
    1300 SCF Tower
    3030 North Third Street
    Phoenix, Arizona  85012-3099
    (602) 532-5600

Attorneys for ACE and IICNA


s/ Jacob S.Woodard
Bethany K. Culp
bculp@hinshawlaw.com
Jacob S. Woodard
jwoodard@hinshawlaw.com
HINSHAW & CULBERTSON, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota  55402
Telephone:  (612) 333-3434

Attorneys for Plaintiffs NSC and AIC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com

Livia M. Kiser
livia.kiser@lw.com, chefiling@lw.com

Daniel F. Wake
dwake@siplaw.com

 s/ Debora L. Verdier
Garrick L. Gallagher
Debora L. Verdier
Attorneys for Plaintiffs ACE and IICNA
SANDERS & PARKS, P.C.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
(602) 532-5600
(602) 532-5700
Garrick.Gallagher@SandersParks.com