**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB**

**ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,**
**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania**
**corporation,**
**NATIONAL SURETY CORPORATION, an Illinois corporation,**
**and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,**

      **Plaintiffs,**

**v.**

**AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware**
**corporation,**

      **Defendant.**

---

**EXHIBITS TO AURORA ORGANIC DAIRY'S UNOPPOSED MOTION**
**FOR JOINDER AND LEAVE TO FILE ITS FIRST AMENDED COUNTERCLAIM**

---

    **A.**    Aurora Organic Dairy's Proposed Answer, Affirmative Defenses and First
           Amended Counterclaim

    **B.**    Bayview Loan Servicing v. Boland, No. 08-cv-00566, 2009 WL 160902 (D. Colo.
           Jan. 21, 2009)

    **C.**    Keymark Enterprises, LLC v. V.P.T., Inc., No. 08-cv-00662, 2008 WL 4371923
           (D. Colo. Sept. 22, 2008)

    **D.**    L&W Innovations, LLC v. Linli Construction, Inc., No. 07-cv-00563, 2009 WL
           189942 (D. Colo. Jan. 27, 2009)