## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

v.

Aurora Organic Dairy Corporation, a Delaware corporation,

        Defendant.

---

**AGREED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT AURORA ORGANIC DAIRY CORPORATION TO RESPOND TO MOTION TO JOIN, OR TO COMPEL JOINDER OF, ADDITIONAL COUNTERDEFENDANT AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

---

Pursuant to Local Rule 6.1(c) of the United States District Court for the District of Colorado, Plaintiffs ACE American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC") and American Insurance Company ("AIC") (collectively, "Plaintiffs"), by and through their counsel, and Defendant Aurora Dairy Corporation ("Aurora"), by and through its counsel (collectively, the "Parties") hereby move for an extension of time for Aurora to file its responses to: (a) Plaintiffs'/Counter Defendants' Motion to Join, or to Compel

Joinder of, Additional Counterdefendant ("Joinder Motion") and (b) Plaintiffs' Motion for Leave to File First Amended Complaint ("Motion for Leave") from the current deadline of March 3, 2009 to March 24, 2009.  The Parties have not previously requested any extensions with respect to these pending motions.  In support of this motion, the Parties state as follows:

1. On February 11, 2009, Plaintiffs filed their Joinder Motion (Dkt. #44) and their Motion for Leave (Dkt. #45).  Under the local rules, Aurora has up to and including March 3, 2009 to file responses.  D.C.Colo.LCivR 7.1(c).

2. The Joinder Motion asks the Court to order Aurora to join Nationwide Agribusiness Insurance Company ("Nationwide") as a defendant in this action.  See Joinder Motion at 1.  The Motion for Leave, in turn, seeks to add Nationwide as a party to the suit as well as an additional insurer, General Fire & Casualty Company ("GFC").  See Motion for Leave at 1-2.

3. Aurora has also filed a motion seeking leave to amend, which Plaintiffs did not oppose, seeking leave to add GFC as a party to the suit.  See Aurora Organic Dairy's Unopposed Motion For Joinder And Leave To File Its First Amended Counterclaim (Dkt. #46) ¶ 6.  Moreover, on February 19, 2009, Aurora filed a separate action against Nationwide in the United States District Court For The District Of Colorado, Case No. 09-CV-00346.  See Compl., Ex. A hereto.  That case is currently pending against the Honorable Philip A. Brimmer.

4. The Parties require additional time to determine which (if any) of the pending motions are moot and which (if any) among them can be withdrawn. Accordingly, the Parties respectfully request that Aurora not be required to respond to the motions until the Parties have an opportunity to sort through the procedural issues.

5. The Parties respectfully request that Aurora's time to respond to Plaintiffs' motions be extended for twenty-one days, or until March 24, 2009.

Respectfully submitted this 3rd day of March, 2009.

      /s/  Debora L. Verdier
Debora L. Verdier, One of the Attorneys for
Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
      Debora.Verdier@SandersParks.com

      /s/  Jacob S. Woodard w/permission
Jacob S. Woodard, One of the Attorneys
For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Shushanie E. Kindseth
Jacob S. Woodard
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
      skindseth@hinshawlaw.com

    /s/  Livia M. Kiser w/permission
Livia M. Kiser, One of the Attorneys for
Defendant Aurora Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
       livia.kiser@lw.com

4