IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01236-CBS–BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

        Plaintiffs/Counter Defendants,

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,

        Defendant/Counter Claimant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

        IT IS HEREBY ORDERED that Aurora Organic Dairy's Unopposed Motion for Joinder and Leave to File Its First Amended Counterclaim (*doc. # 46)* is GRANTED.  Aurora Organic Dairy's Answer, Affirmative Defenses and First Amended Counterclaim *(doc no. 46-3)* and Exhibits thereto (*doc. # 46-4 through #46-6)* , all tendered to the court on February 11, 2009, are accepted for filing as of the date of this order.

        IT IS FURTHER ORDERED that the Agreed Motion for an Extension of Time for Defendant Aurora Organic Dairy Corporation to Respond to Motion to Join, or to Compel Joinder of, Additional Counterdefendant [doc. #44] and Motion for Leave to File First Amended Complaint [doc. # 45] (*doc. # 50)* is GRANTED.  The deadline to respond to Plaintiffs' motions is extended to on or before **March 24, 2009**.

**DATED:**        March 17, 2009