**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE American Insurance Corporation, a Pennsylvania corporation; Indemnity Insurance Company of North America, a Pennsylvania corporation; National Surety Corporation, an Illinois corporation; the American Insurance Company, an Ohio corporation;

        Plaintiffs,

  v.

Aurora Dairy Corporation, d/b/a Aurora Organic Dairy, a Delaware corporation,

        Defendant.

**PLAINTIFFS'/COUNTER DEFENDANTS' NOTICE OF WITHDRAWAL OF
MOTION TO JOIN, OR TO COMPEL JOINDER OF,
ADDITIONAL COUNTERDEFENDANT**

On February 11, 2009, Plaintiffs/Counter Defendants filed a Motion to Join, or to Compel Joinder of Additional Counterdefendant. Plaintiffs/Counterdfendants hereby withdraws that Motion that is Docket Number 44.

Respectfully submitted this 24th day of March, 2009.

        **SANDERS & PARKS, P.C.**

        By s/Debora L. Verdier
          Garrick L. Gallagher
          Garrick.Gallagher@SandersParks.com
          Debora L. Verdier
          Debora.Verdier@SandersParks.com

    1300 SCF Tower
    3030 North Third Street
    Phoenix, Arizona  85012-3099
    (602) 532-5600
    Attorneys for ACE and IICNA


s/Jacob S. Woodard_____
Bethany K. Culp
bculp@hinshawlaw.com
Jacob S. Woodard
jwoodard@hinshawlaw.com
HINSHAW & CULBERTSON, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota  55402
Telephone:  (612) 333-3434

Attorneys for Plaintiffs NSC and AIC

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Mark S. Mester
mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com

Livia M. Kiser
livia.kiser@lw.com, chefiling@lw.com

Daniel F. Wake
dwake@siplaw.com

 s/ Debora L. Verdier
Garrick L. Gallagher
Debora L. Verdier
Attorneys for Plaintiffs ACE and IICNA
SANDERS & PARKS, P.C.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
(602) 532-5600
(602) 532-5700
Garrick.Gallagher@SandersParks.com

3