

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

April 6, 2009

See Notice of Electronic Filing

      In re:    Ace American Insurance Corporation, et al. v. Aurora Dairy Corporation d/b/a Aurora Organic Dairy  
                  Civil Action No. 1:08-cv-01236-CBS-BNB

Dear Counsel:

      Please be advised that you have been added as a party in the above referenced civil action. Pursuant to D.C.COLO.LCivR 72.2, we are required to notify you of the availability of a United States Magistrate Judge to exercise jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2. All other parties have consented to this exercise of jurisdiction.

      Please find enclosed instructions and forms regarding consenting to the exercise of jurisdiction pursuant to 28 U.S.C. § 636(c) by a United States magistrate judge.

      Pursuant to paragraph seven of D.C.COLO.LCivR 72.2 F., you have twenty (20) days from the date of this mailing to file with the Clerk's Office an original and two copies of the consent to proceed before the magistrate judge, if you wish to do so, and to mail a copy to all other parties in this case. If you do not file this consent, this civil action will be returned to the previously assigned district judge for further proceedings. Please read the enclosed notice regarding the voluntary nature of your consent.

                  Very truly yours,

                  GREGORY C. LANGHAM, Clerk

                  By:    s/ Wendi Copello, Deputy Clerk

Enclosure

(Rev. 10/02)