## Other Events

1:08-cv-01236-CBS-BNB ACE American Insurance Corporation et al v. Aurora Organic Dairy Corporation
CONMAG, NDISPO

U.S. District Court

District of Colorado

'ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
VER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2009

GREGORY C. LANGHAM
CLERK

08-cv-01236
CBS-BNB
#59



017H15524679
$0.590
04/03/2009
Mailed From 80202
US POSTAGE

General Fire & Casualty Company
c/o Daniel W. Crandall
1199 Shoreline Drive
Boise, ID 83702

NIXIE           987   OC  1.        00 04/08/09
                RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC: 80294250151          *0395-01500-08-19