IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania
corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
        Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,
        Defendant and Counterclaim Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania
corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation,
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
GENERAL FIRE AND CASUALTY COMPANY, an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an
Oklahoma corporation,
        Counterclaim Defendants.
_____

ORDER
_____

        This civil action comes before the court on "Plaintiffs'/Counter Defendants' Notice

of Withdrawal of Motion to Join, or to Compel Joinder of, Additional Counter Defendant"

(filed March 25, 2009) (doc. # 55) (docketed as "Motion to Withdraw Motion for Joinder .

. .").  On October 20, 2008, the above-captioned case was referred to Magistrate Judge

Craig B. Shaffer to handle all dispositive matters including trial and entry of a final

judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO.

1

LCivR 72.2.  The court having reviewed the motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

1.      "Plaintiffs'/Counter Defendants' Notice of Withdrawal of Motion to Join, or to Compel Joinder of, Additional Counter Defendant" (filed March 25, 2009) (doc. # 55) (docketed as "Motion to Withdraw Motion for Joinder . . .") is GRANTED.

2.      Plaintiffs'/ Counter Defendants' Motion to Join, or to Compel Joinder of, Additional Counter Defendant" (filed February 11, 2009) (doc. # 44) is WITHDRAWN.

DATED at Denver, Colorado, this 15th day of April, 2009.

BY THE COURT:


      s/Craig B. Shaffer
United States Magistrate Judge