# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation;
NATIONAL SURETY CORPORATION, an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

                Plaintiffs,

v.

AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY, a Delaware corporation,

                Defendant.

---

AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY, a Delaware corporation,

                Defendant/Counterplaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation;
NATIONAL SURETY CORPORATION, an Illinois corporation;
THE AMERICAN INSURANCE COMPANY, an Ohio corporation;
GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation; and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

                Plaintiffs/Counterdefendants.

---

## NOTICE OF ASSOCIATED CASE

Defendant/Counterplaintiff Aurora Dairy Corporation d/b/a Aurora Organic Dairy ("Aurora"), by its counsel, hereby provides notice, pursuant to Local Rule 7.5, of an associated case. This action, which involves the obligations of ACE American Insurance Corporation,

Indemnity Insurance Company of North America, National Surety Corporation, The American Insurance Company, General Fire & Casualty Company (d/b/a American Farmers & Ranchers Insurance Company) and American Farmers & Ranchers Mutual Insurance Company to provide Aurora with a defense in the action <u>Mothershead, et al. v. Aurora Dairy Corporation d/b/a Aurora Organic Dairy</u>, Case No. 4:07-cv-01701 (E.D. Mo.), is related to the following action also pending in the United States District Court for the District of Colorado:

| **PARTIES** | **COURT** | **ATTORNEYS** |
|---|---|---|
| Plaintiff:<br>Aurora Dairy Corporation<br>d/b/a Aurora Organic Dairy<br><br>Defendant:<br>Nationwide Agribusiness<br>Insurance Company. | D. Colorado<br>Case No. 1:09-cv-<br>00346-PAB-KMT | Daniel F. Wake<br>Sander Ingebretsen & Wake, P.C.<br>1660 17th Street #450<br>Denver , Colorado 80202<br>Telephone:  (303) 285-5344<br>Facsimile:  (303) 285-5301<br>E-mail: dwake@siwlegal.com<br><br>Brad E. Brewer<br>Zelle Hofmann Voelbel & Mason, LLP<br>901 Main Street #4000<br>Dallas , Texas 75202<br>Telephone:  (214) 742-3000<br>Facsimile:  (214) 760-8994<br>E-mail: bbrewer@zelle.com<br><br>Brett Norman Huff<br>Huff & Leslie, LLP<br>2480 Gray Street<br>Denver, Colorado 80214<br>Telephone:  (303) 232-3622<br>Facsimile:  (303) 274-0638<br>E-mail:  bhuff@huffandleslie.com |

Respectfully submitted this 4th day of May, 2009.

/s/ Livia M. Kiser
Livia M. Kiser, One of the Attorneys for
Defendant/Counterplaintiff Aurora Dairy
Corporation

2

SANDER INGEBRETSEN & WAKE, P.C.
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
E-mail: dwake@siplaw.com

LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail:  mark.mester@lw.com
    livia.kiser@lw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Bethany K. Culp
>bculp@hinshawlaw.com, dhaugen@hinshawlaw.com
>
>Shushanie E. Kindseth
>skindseth@hinshawlaw.com, llivingston@hinshawlaw.com
>
>Jacob S. Woodard
>jwoodard@hinshawlaw.com
>
>Mark S. Mester
>mark.mester@lw.com, barb.buti@lw.com, chefiling@lw.com
>
>Livia M. Kiser
>livia.kiser@lw.com, chefiling@lw.com
>
>Daniel F. Wake
>dwake@siplaw.com
>
>Troy Olsen
>tolsen@rothgerber.com
>
>Garrick L. Gallagher
>Garrick.Gallagher@SandersParks.com
>
>Debora L. Verdier
>Debora.Verdier@SandersParks.com

/s/ Livia M. Kiser
Livia M. Kiser
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail:  livia.kiser@lw.com