IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 08-cv-01236-CBS-BNB     FTR - Reporter Deck-Courtroom A402
Date: May 8, 2009     Courtroom Deputy: Ginny Kramer

| *Parties:* | *Counsel:* |
|---|---|
| ACE AMERICAN INSURANCE CORPORATION, *a Pennsylvania corporation,* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, *a Pennsylvania corporation*, NATIONAL SURETY CORPORATION *an Illinois corporation,* and AMERICAN INSURANCE COMPANY, *an Ohio corporation,*<br><br>    Plaintiffs,<br><br>v.<br><br>AURORA ORGANIC DAIRY CORPORATION, *a Colorado corporation*,<br><br>    Defendant.<br><br>AURORA ORGANIC DAIRY CORPORATION, *a Colorado corporation* d/b/a Aurora Organic Dairy et al.,<br><br>    Counter Defendant, | Garrick Gallagher<br>Jacob Woodward<br>Daniel Wake<br>Troy Olsen<br><br><br><br><br><br><br><br><br><br>Mark Mester<br>Daniel Wake |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session: 3:02 p.m.**
Court calls case.  Appearances of counsel.

Statements to the Court by Mr. Gallagher for the plaintiff.

The Plaintiff makes an oral motion to withdraw the plaintiff's Motion for Leave to File First Amended Complaint.

Discussion by the Court and counsel as to the status of the case.

**It was ORDERED:**

1. That the plaintiff's Motion for Leave to *File first Amended Complaint* [#45] filed February 11, 2009, is **WITHDRAWN**.

2. That the parties Joint Motion for Extension of Time *or Amend Scheduling Order* [#68] filed May 5, 2009, is **DENIED as MOOT**.

3. That discovery deadlines in this matter are **VACATED** and discovery is **STAYED** sua sponte until after the settlement conference on June 18, 2009.   Counsel are instructed to contact the court after the settlement conference to inform the court as to the status of the case.

HEARING CONCLUDED.

**Court in recess**: **3:13 p.m.**
Total time in court:     00:11 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.