**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

    Plaintiffs and Counterclaim Defendants,

v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

    Defendant, Counterclaim Plaintiff, Third Party Plaintiff and
    Third Party Counterclaim Defendant,

v.

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

    Third Party Defendants and Third Party Counterclaim Plaintiff.

---

**NOTICE OF ENTRY OF APPEARANCE OF TROY R. OLSEN ON BEHALF OF
GENERAL FIRE & CASUALTY COMPANY**

---

    Troy R. Olsen of the law firm of Rothgerber Johnson & Lyons LLP, enters his appearance on behalf of Third Party Defendant and Third Party Counterclaim Plaintiff General Fire & Casualty Company ("GFC").

{A0143754 / 1}

Respectfully submitted this 20th day of May, 2009.

          ROTHGERBER JOHNSON & LYONS LLP

          *s/Troy R. Olsen*        .
          Troy R. Olsen, #22287
          S. Kato Crews, #31927
          Rothgerber Johnson & Lyons LLP
          90 S. Cascade Ave., Suite 1100
          Colorado Springs, CO 80903
          Tel.: (719) 386-3000
          Fax: (719) 386-3070
          tolsen@rothgerber.com / kcrews@rothgerber.com

          **Attorneys for Third Party Defendant/Third Party Counterclaim Plaintiff General Fire & Casualty Company, presently known as American Farmers & Ranchers Insurance Company**

CERTIFICATE OF SERVICE

       I hereby certify that on 5/20/09, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Garrick L. Gallagher
garrick.gallagher@sandersparks.com
Debora L. Verdier
debora.verdier@sandersparks.com
*Attorneys for Ace American Insurance Corp. and Indemnity Insurance Company of North America*

Bethany K. Culp
bculp@hinshawlaw.com
Shushanie E. Kindseth
skindseth@hinshawlaw.com
Jacob S. Woodard
jwoodard@hinshawlaw.com
*Attorneys for National Surety Corporation and The American Insurance Company*

Livia M. Kiser
livia.kiser@lw.com
Mark S. Mester
mark.mester@lw.com
Daniel F. Wake
dwake@siwlegal.com
*Attorneys for Aurora Organic Dairy*

                                      *s/Luanne Sutton*                       .
                                      Luanne Sutton