**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:08-cv-01236-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation;
NATIONAL SURETY CORPORATION, an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

      Plaintiffs,

 v.

AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY, a Delaware corporation,

      Defendant.

---

AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY, a Delaware corporation,

      Defendant/Counterplaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation;
NATIONAL SURETY CORPORATION, an Illinois corporation;
THE AMERICAN INSURANCE COMPANY, an Ohio corporation;
GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation; and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

      Plaintiffs/Counterdefendants.

---

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation; and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

      Third Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION D/B/A AURORA ORGANIC DAIRY, a Delaware corporation,

      Third Party Counterclaim Defendant.

---

**AURORA DAIRY CORPORATION'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME IN WHICH TO ANSWER THE THIRD
PARTY COUNTERCLAIM OF GENERAL FIRE & CASUALTY COMPANY
D/B/A AMERICAN FARMERS & RANCHERS INSURANCE COMPANY
PENDING PARTICIPATION IN COURT-SUPERVISED MEDIATION**

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Defendant/Counterplaintiff and Third Party Counterclaim Defendant Aurora Dairy Corporation d/b/a Aurora Organic Dairy ("Aurora"), by its counsel, as and for its Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company Pending Participation In Court-Supervised Mediation states as follows:

1. On March 17, 2009, the Court granted Aurora's unopposed motion for joinder and leave to file Aurora's First Amended Counterclaim, the effect of which was to add General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company ("American Farmers") as a new party to this litigation. See March 17, 2009 Minute Order (Dkt. #51); see also Aurora Organic Dairy's Unopposed Motion for Joinder and Leave to File its First Amended Counterclaim (Dkt. #46); First Amended Counterclaim (Dkt. #52) ¶¶ 6, 45-52. The First Amended Counterclaim was subsequently filed by Aurora on or about March 18, 2009. See First Amended Counterclaim (Dkt. #52).

2. On or about April 8, 2009, counsel for American Farmers contacted counsel for Aurora and requested an additional two weeks in which to respond to Aurora's First Amended Counterclaim. Aurora did not oppose American Farmers' request and agreed that American Farmers could have up to and including April 27, 2009 in which to respond to Aurora's First Amended Counterclaim. See, e.g., Answer and Third Party Counterclaim of General Fire & Casualty Co. (Dkt. #66) (filed on April 27, 2009).

3. On April 27, 2009, American Farmers answered the First Amended Counterclaim and appeared as a party in this matter. See Answer and Third Party Counterclaim of General Fire & Casualty Co. (Dkt. #66). With its Answer, American Farmers filed a Third Party

Counterclaim against Aurora, seeking a declaration that American Farmers has no duty to provide a defense to Aurora in twelve other lawsuits in addition to the Mothershead action. See, e.g., Answer and Third Party Counterclaim of General Fire & Casualty Co. (Dkt. #66) ¶¶ 9, 12. Aurora's answer to the Third Party Counterclaim is due on or before May 20, 2009. See Fed. R. Civ. P. 12(a)(1)(B); see also Fed. R. Civ. P. 5(b)(2)(E); Fed. R. Civ. P. 6(d).

4.     On June 18, 2009, however, shortly after Aurora's response to American Farmers' pleading is due, Aurora, American Farmers, Ace American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC") and The American Insurance Company ("AIC") (collectively, the "Parties"), along with Nationwide Agribusiness Insurance Company,[1] are scheduled to participate in mediation. See Minute Order (Dkt. #61). This mediation will be presided over by Magistrate Judge Boland and is intended to assist the Parties in settling this case amicably and without incurring extensive, unnecessary litigation costs. See Dec. 1, 2008 Scheduling Order (Dkt. #36) ¶ 9.

5.     In light of the pending mediation, the Parties moved to extend or amend the December 1, 2008 Scheduling Order, which established the case plan and schedule, including setting deadlines for discovery, in this matter. See Joint Motion to Extend or Amend the Scheduling Order (Dkt. # 68); see also Dec. 1, 2008 Minute Order (Dkt. #35); Dec. 1, 2008 Scheduling Order (Dkt. #36). At the May 8, 2009 hearing, the Court, in turn, vacated the existing deadlines in this matter and stayed discovery. See May 8, 2009 Courtroom Minutes/Minute Order (Dkt. #69). The Court directed the Parties "to contact the court after the settlement conference to inform the court as to the status of the case." See id.

---

[1]     Aurora brought a separate suit against Nationwide Agribusiness Insurance Company ("Nationwide") styled Aurora Dairy Corporation d/b/a Aurora Organic Dairy v. Nationwide Agribusiness Insurance Company, Case No. 1:09-cv-00346-PAB-KMT. See Notice of Associated Case (Dkt. #67).

6.      Given that the Parties hope to resolve this litigation through the pending mediation and that this litigation is otherwise stayed, Kathleen Lally, counsel for Aurora, spoke with Troy Olsen, counsel for American Farmers, on May 14, 2009 to discuss the appropriateness of staying the time for Aurora to answer American Farmers' Third Party Counterclaim.  See D.C.COLO.L.Civ.R. 7.1(A).  American Farmers indicated that it did not oppose Aurora's request for additional time.[2]  American Farmers and Aurora mutually agreed that Aurora's time to answer American Farmers' Third Party Counterclaim shall be stayed and that Aurora will answer American Farmers' Third Party Counterclaim within twenty (20) days of the completion of the mediation in the event settlement is not achieved.

7.      Aurora has not previously requested any extensions of time in which to answer the Third Party Counterclaim.  As noted above, however, Aurora agreed to provide American Farmers an additional two weeks to answer Aurora's First Amended Counterclaim.  See disc. supra ¶ 2.

8.      Accordingly, good cause exists for granting Aurora's Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company Pending Participation In Court-Supervised Mediation.  See, e.g., D.C.COLO.L.Civ.R. 6.1; see also disc. supra ¶¶ 4-6.

WHEREFORE, for the reasons noted above and for good cause shown, Aurora respectfully requests that this Court grant its Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a

---

[2]      Counsel for Aurora also spoke with counsel for ACE and IICNA on May 14, 2009 and with counsel for NSC and AIC on May 19, 2009, who likewise indicated that they did not oppose Aurora's request for additional time.  See D.C.COLO.L.Civ.R. 7.1(A).  Thus, none of the Parties to these proceedings oppose this motion.

4

American Farmers & Ranchers Insurance Company Pending Participation In Court-Supervised Mediation and order that Aurora's time to answer the Third Party Counterclaim is stayed pending completion of the mediation between the Parties, at which time Aurora will have twenty (20) days in which to answer.

Respectfully submitted this 20th day of May, 2009.

/s/ Mark S. Mester
One of the Attorneys for Defendant/
Counterplaintiff and Third-Party Counterclaim
Defendant Aurora Dairy Corporation

SANDER INGEBRETSEN & WAKE, P.C.
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
           livia.kiser@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Bethany K. Culp
    bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

    Shushanie E. Kindseth
    skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

    Jacob S. Woodard
    jwoodard@hinshawlaw.com

    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com

    Debora L. Verdier
    Debora.Verdier@SandersParks.com

    Troy Olsen
    tolsen@rothgerber.com

/s/ Livia M. Kiser
LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
       livia.kiser@lw.com