IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01236-CBS–BNB

ACE AMERICAN INSURANCE CORPORATION, *et al.*

    Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION,

    Defendant.

---

*consolidated with* Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,

    Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Unopposed Motion for an Extension of Time in Which to Answer the Third Party Counterclaim of General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company Pending Participation in Court-Supervised Mediation (*doc. # 74)* is GRANTED. The deadline for Aurora Dairy to respond is extended to twenty (20) days after completion of the settlement conference scheduled before U.S. Magistrate Judge Boyd N. Boland.

**DATED:**     May 26, 2009