**Civil Action No. 08-cv-01236-CBS-BNB**
*Consolidated with* Civil Action No. 09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
    Plaintiffs

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,
    Defendant

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,
    Counterclaim Plaintiff and Third Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
    Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY
an Oklahoma corporation,
    Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,
 Third-Party Counterclaim Plaintiff

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,
 Third-Party Counterclaim Defendant

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,
 Plaintiff

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

 Defendant

---

## DEFENDANT NATIONWIDE AGRIBUSINESS INSURANCE COMPANY'S NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

 In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, you are hereby notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c).

 You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

 Pursuant to D.C.COLO.LCivR 72.2, no district judge or magistrate judge, court official, or court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a magistrate judge under this rule.

 An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

  If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a magistrate judge, excluding the magistrate judge previously assigned.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

  In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Brad E. Brewer | Nationwide Agribusiness Insurance Company | May 27, 2009 |

Print  Brad E. Brewer

              Respectfully submitted,

            By: */s/ Brad E. Brewer*
              Brad E. Brewer
              Zelle Hofmann Voelbel & Mason, LLP
              901 Main St., Suite 4000
              Dallas, TX  75202

              214-742-3000
              214-760-8994 Fax
              bbrewer@zelle.com


              */s/ Brett N. Huff*
              Brett N. Huff
              Huff & Leslie, LLP
              2480 Gray Street
              Edgewater, Colorado  80214
              (303) 232-3622
              (303) 274-0638 fax
              bhuff@huffandleslie.com

            **ATTORNEYS FOR DEFENDANT**
            **NATIONWIDE AGRIBUSINESS**
            **INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| dwake@siwlegal.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| mark.mester@lw.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| livia.kiser@lw.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| Debora.Verdier@SandersParks.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| Garrick.Gallagher@SandersParks.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| bculp@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| jwoodard@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| skindseth@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| tolsen@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |
| kcrews@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |

        */s/ Brad E. Brewer*
        Brad E. Brewer
        Zelle Hofmann Voelbel & Mason, LLP
        901 Main St., Suite 4000
        Dallas, TX  75202

        214-742-3000
        214-760-8994 Fax
        bbrewer@zelle.com