**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01236-CBS-BNB
*Consolidated with* Civil Action No. 09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
      Plaintiffs

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,
      Defendant.

---

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation
      Counterclaim Plaintiff and Third Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
      Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation; and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,

an Oklahoma corporation,
        Third-Party Defendants.

_____

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,
        Third-Party Counterclaim Plaintiff,

v.

AURORA ORGANIC DAIRY CORPORATION,
a Colorado corporation,
        Third-Party Counterclaim Defendant.

_____

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,
        Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,
        Defendant.

_____

**PLAINTIFF AURORA DAIRY CORPORATION'S NOTICE OF AVAILABILITY OF A
UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

_____

        In accordance with the provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and
D.C.COLO.LCivR 72.2, you are hereby notified that a United States Magistrate Judge of this
District Court is available to handle all dispositive matters in this civil action, including a jury or
nonjury trial, and to order the entry of a final judgment.  Exercise of this jurisdiction by a
Magistrate Judge, however, is permitted only if all parties voluntarily consent and the district
judge orders the reference to a Magistrate Judge under 28 U.S.C. § 636(c).

        You may, without adverse substantive consequences, withhold your consent, but this will
prevent the Court's jurisdiction from being exercised by a Magistrate Judge.  If any party
withholds consent, the identity of the parties consent or withholding consent will not be
communicated to any Magistrate Judge or to the District Judge to whom the case has been
assigned.

2

Pursuant to D.C.COLO.LCivR 72.2, no District Judge or Magistrate Judge, Court official, or Court employee may attempt to influence the granting or withholding of consent to the reference of any civil matter to a Magistrate Judge under this rule.

An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the appropriate United State Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

If this civil action has been referred to a Magistrate Judge to handle certain nondispositive matters, that reference shall remain in effect.  Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be drawn randomly to a Magistrate Judge, excluding the Magistrate Judge previously assigned.

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. §636(c), Fed. R. Civ. P. 73, and D.C.COLO.LCivR 72.2, the parties in this civil action hereby voluntarily consent to have a United States Magistrate Judge consent and any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| s/ Daniel F. Wake | Aurora Organic Dairy Corporation | May 29, 2009 |

Print: Daniel F. Wake

Respectfully submitted,

**SANDER INGEBRETSEN & WAKE, P.C.**

s/Daniel F. Wake
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siwlegal.com

**COUNSEL FOR PLAINTIFF AURORA DAIRY CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| bbrewer@zelle.com | Attorney for Nationwide Agribusiness Insurance Company |
| bhuff@huffandleslie.com | Attorney for Nationwide Agribusiness Insurance Company |
| Mark.mester@lw.com | Attorney for Aurora Dairy Corp., d/b/a Aurora Organic Dairy Corporation |
| Livia.kiser@lw.com | Attorney for Aurora Dairy Corp., d/b/a Aurora Organic Dairy Corporation |
| Debora.Verdier@SandersPark.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| Garrick.Gallagher@SandersParks.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| bculp@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| jwoodard@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| skindseth@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| tolsen@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |
| kcrews@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |

s/Patty Bates
Patty Bates, Legal Assistant
Sander Ingebretsen & Wake, P.C.
1660 17th Street, Suite 450
Denver, CO  80202