IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation,
    Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware

corporation,
    Third-Party Counterclaim Defendant.

_____

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,
    Defendant.
_____

## ORDER AND ORDER OF REFERENCE
_____

Pursuant to the Order of Consolidation dated May 20, 2009 (doc. # 73), the consent to the exercise of jurisdiction by a United States Magistrate Judge filed by Defendant Nationwide Agribusiness Insurance Company on May 27, 2009 (doc. # 76), and the consent to the exercise of jurisdiction by a United States Magistrate Judge filed by Plaintiff Aurora Dairy Corporation d/b/a Aurora Organic Dairy on May 29, 2009 (doc. # 77), IT IS ORDERED that:

    1.    The above-captioned case is referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 28).

    2.    The above-captioned case is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

    3.    Discovery in this action is currently STAYED, to be rescheduled after the

settlement conference presently set on June 18, 2009.

DATED at Denver, Colorado, this 29th day of May, 2009.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge