# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

**TO:**      Docketing

**DATE:**      June 18, 2009

**FROM:**      Boyd N. Boland
United States Magistrate Judge

**SUBJECT:**      Case No.:      08-cv-01236-CBS-BNB
Case Name:   Ace American Ins. Corp. v. Aurora Dairy Corp.

A Settlement Conference was held today.  No settlement was reached.

Settlement Conference and preparation time:   9 hours

Settlement Conference concluded:   No.  A follow-up conference has been set for September 3, 2009.

Record Made:   No