IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, and
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
AMERICAN INSURANCE COMPANY, an Ohio corporation,

Plaintiffs,

v.

AURORA ORGANIC DAIRY CORPORATION, a Colorado corporation,

Defendant.

_____

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Counterclaim Plaintiff and Third Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

Third-Party Defendants.

_____

GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation,

Third-Party Counterclaim Plaintiff,

v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Third-Party Counterclaim Defendant.

_____

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS HEREBY ORDERED that a Settlement Conference is set for **September 3, 2009, at 9:00 a.m., to continue all day,** in Chambers A-442, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

     IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved. This requirement is not satisfied by the presence of counsel only.

     The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov., on or before **August 27, 2009**. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

DATED:  June 18, 2009