**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

Plaintiffs,

v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

Counterclaim Plaintiff and Third-Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation;

Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

                        Third-Party Counterclaim Plaintiff,

        v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                        Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                        Plaintiff,

        v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

                        Defendant.

### UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendant Aurora Dairy Corporation d/b/a Aurora Organic Dairy ("Aurora"), by and through undersigned counsel, hereby moves on behalf of itself and ACE American Insurance Corporation, Indemnity Insurance Company of North America, National Surety Corporation and The American Insurance Company and subsequently joined by General Fire & Casualty Company and Nationwide Agribusiness Insurance Company (collectively, "the Insurers") for entry of the Stipulated Protective Order attached hereto as Exhibit 1.  In support of this motion, Aurora states as follows:

1.      At the initial mediation session held in this case on June 18, 2009, the Insurers requested that Aurora invite counsel for Plaintiffs in the underlying action in the Eastern District of Missouri to attend and participate in the upcoming mediation session with Judge Boland.  See June 18, 2009 Minute Order (Dkt. # 80).  That session is currently scheduled for September 3, 2009.  See id.

2.      Plaintiffs' counsel in the underlying action have since agreed to participate in the mediation.  They recently requested, however, documents and information from Aurora in order to prepare a settlement demand, and Aurora is in the process of complying with that request.

3.      To protect the confidential business information requested from Aurora, a protective order will need to be entered in this action.

4.      The entry of a protective order is necessary in order to sufficiently protect Aurora's confidential business information, while facilitating settlement discussions among Aurora, the Insurers and Plaintiffs' counsel in the underlying action.

5.      The Insurers have reviewed and approved the Stipulated Protective Order attached hereto as Exhibit 1 and approve the entry of this protective order.

6.      Accordingly, Aurora respectfully requests that this Honorable Court enter the protective order attached hereto as Exhibit 1 instanter so that settlement discussions among Aurora, the Insurers and Plaintiffs in the underlying action can proceed on September 3, 2009 as currently scheduled before Judge Boland.  See June 18, 2009 Minute Order (Dkt. #80).

WHEREFORE, the undersigned move the Court to enter the attached order.

Dated:  August 28, 2009                    Respectfully submitted,

/s/ Daniel F. Wake                         /s/ Mark S. Mester
One of the attorneys for Aurora Dairy      One of the attorneys for Aurora Dairy
Corporation d/b/a Aurora Organic Dairy     Corporation d/b/a Aurora Organic Dairy

Daniel F. Wake                             Mark S. Mester
Sander Ingebretsen & Wake, PC              Livia M. Kiser
1660 17th Street, Suite 450                LATHAM & WATKINS LLP
Denver, Colorado 80202                     233 South Wacker Drive, Suite 5800
Telephone:  303-285-5544                   Chicago, Illinois 60606
Facsimile:  303-285-5301                   Telephone:  312-876-7700
E-mail:  dwake@siplaw.com                  Facsimile:  312-993-9767
                                           E-mail:mark.mester@lw.com
                                           livia.kiser@lw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2009, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Shushanie E. Kindseth
skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

Jacob S. Woodard
jwoodard@hinshawlaw.com

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com

Debora L. Verdier
Debora.Verdier@SandersParks.com

Troy Olsen
tolsen@rothgerber.com

Brad E. Brewer
bbrewer@zelle.com

Brett Norman Huff
bhuff@huffandleslie.com

/s/ Livia M. Kiser
LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive
Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
          livia.kiser@lw.com