**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Boyd N. Boland

DATE: September 3, 2009

RE: Case No.: 08-cv-01236-CBS-BNB
Case Name: ACE American Ins. Corp. v. Aurora Organic Dairy Corp.

__X___   A settlement conference was held today.  No settlement was reached as to any claims.

_____   A settlement conference was held today, and a settlement was reached as to

_____ All claims.  The parties shall file a motion or stipulated to dismiss on or before **.

_____ Claims between ** and **.  A motion or stipulation to dismiss the settled claims will be filed on or before **.

Settlement conference and preparation time:  8 hours 30 minutes

Record Made:    No

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____   Supplemental settlement negotiations were held on **.

Time involved:  **