**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB,
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

                Third-Party Counterclaim Plaintiff,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                Plaintiff,

    v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

                Defendant.

## AURORA DAIRY CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER THE THIRD PARTY COUNTERCLAIM OF GENERAL FIRE & CASUALTY COMPANY D/B/A AMERICAN FARMERS & RANCHERS INSURANCE COMPANY

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, Defendant/Counterplaintiff and Third Party Counterclaim Defendant Aurora Dairy Corporation d/b/a Aurora Organic Dairy ("Aurora"), by its counsel, as and for its Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company, states as follows:

1. On or about April 27, 2009, General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company ("American Farmers") answered Aurora's First Amended Counterclaim and appeared as a party in this matter. See Answer and Third Party Counterclaim of General Fire & Casualty Co. (Dkt. #66); see also First Amended Counterclaim

2

(Dkt. #52) (adding American Farmers as a new party to this litigation).  With its Answer, American Farmers filed a Third Party Counterclaim against Aurora, seeking a declaration that American Farmers has no duty to provide a defense to Aurora in twelve other lawsuits in addition to the Mothershead action.  See, e.g., Answer and Third Party Counterclaim of General Fire & Casualty Co. (Dkt. #66) ¶¶ 9, 12.

2.	Aurora's answer to the Third Party Counterclaim was initially due on or before May 20, 2009.  See Fed. R. Civ. P. 12(a)(1)(B); see also Fed. R. Civ. P. 5(b)(2)(E); Fed. R. Civ. P. 6(d).  In light of a pending mediation scheduled to take place shortly after Aurora's answer was due, however, American Farmers and Aurora mutually agreed to extend Aurora's time to answer American Farmers' Third Party Counterclaim.  See Aurora's Unopposed Mot. For Extension Of Time (Dkt. #74).  The parties agreed that Aurora would answer American Farmers' Third Party Counterclaim within twenty (20) days of the completion of the mediation in the event settlement is not achieved.  See Minute Order (Dkt. #75).

3.	Additionally, on or around the same time that Aurora and American Farmers were discussing the appropriate time for Aurora to answer American Farmers' Third Party Counterclaim, counsel for American Farmers and American Farmers Mutual Insurance Company ("American Farmers Mutual") raised with counsel for Aurora some questions regarding the appropriateness of including American Farmers Mutual as a party to this litigation.  See, e.g., Answer of General Fire & Casualty Co. (Dkt. #66) ¶ 6, n.1.  American Farmers Mutual contends that it is not the proper successor in interest to General Fire and Casualty Company and that Aurora's First Amended Counterclaim should have only named "American Farmers and Ranchers Insurance Company formerly known as General Fire and Casualty Company."  See id. American Farmers Mutual admits, however, that it is a closely held company and that some

3

representations were (it contends incorrectly) made to Aurora that American Farmers Mutual was the successor in interest to General Fire and Casualty Company. The parties agreed to discuss the issue and cooperate in an attempt to find a mutually agreeable resolution. In the interim, American Farmers Mutual has not answered Aurora's First Amended Counterclaim and Aurora has agreed not to seek a default judgment.

4. On June 18, 2009 and again on September 3, 2009, Aurora, American Farmers, Ace American Insurance Corporation ("ACE"), Indemnity Insurance Company of North America ("IICNA"), National Surety Corporation ("NSC"), The American Insurance Company ("AIC") and Nationwide Agribusiness Insurance Company ("Nationwide") (collectively, the "Parties") participated in mediations presided over by Magistrate Judge Boland and intended to assist the Parties in settling this case amicably and without incurring extensive, unnecessary litigation costs. See Minute Order (Dkt. #61); Minute Order (Dkt. #80); Scheduling Order (Dkt. #36) ¶ 9.

5. Though the Parties made progress toward settlement during the mediations, the September 3, 2009 mediation concluded without a final resolution. See Minute Order (Dkt. #87) (setting a status conference in light of the conclusion of the mediation). The Parties are still hopeful that the matter can be amicably resolved and intend to schedule another mediation date with Magistrate Judge Boland. At this time, however, no further dates have been scheduled.

6. In accordance with the Court's May 26, 2009 order, therefore, Aurora's answer to American Farmers' Third Party Counterclaim is now due on September 23, 2009. See Minute Order (Dkt. #75).

7. Given that the Parties are still pursuing settlement, Kathleen Lally, counsel for Aurora, spoke with Troy Olsen, counsel for American Farmers, on September 17, 2009 to

4

discuss the appropriateness of providing Aurora a further extension of time to answer American Farmers' Third Party Counterclaim.  See D.C.COLO.L.Civ.R. 7.1(A).  American Farmers indicated that it did not oppose Aurora's request for additional time.  American Farmers and Aurora mutually agreed that Aurora should ask for additional time of approximately 45 days to answer American Farmers' Third Party Counterclaim, or up to and including November 9, 2009.

8.	Additionally, Aurora and American Farmers have reaffirmed their prior agreement regarding American Farmers Mutual.  See disc. supra ¶ 3.  In light of the on-going discussions between Aurora and American Farmers Mutual regarding the appropriateness of including American Farmers Mutual as a party to this litigation, Aurora does not oppose an extension of the time for American Farmers Mutual to answer or otherwise respond to Aurora's First Amended Counterclaim, and Aurora will not seek a default judgment based on American Farmers Mutual's failure to answer while the parties work to reach an amicable solution.  See id.

9.	As discussed above, Aurora has previously sought, and was granted, one extension of time in which to answer American Farmers' Third Party Counterclaim.  See disc. supra ¶ 2.  Aurora seeks a further extension of time in order to avoid litigation costs while the Parties continue to discuss settlement.  See id. ¶ 5.

10.	Accordingly, good cause exists for granting Aurora's Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a American Farmers & Ranchers Insurance Company.  See, e.g., D.C.COLO.L.Civ.R. 6.1; see also disc. supra ¶¶ 4-5, 7.

WHEREFORE, for the reasons noted above and for good cause shown, Aurora respectfully requests that this Court grant its Unopposed Motion For An Extension Of Time In Which To Answer The Third Party Counterclaim Of General Fire & Casualty Company d/b/a

American Farmers & Ranchers Insurance Company, and order that Aurora's time to answer the Third Party Counterclaim is extended by 45 days or up to and including November 9, 2009.

Respectfully submitted this 23rd day of September, 2009.

/s/ Livia M. Kiser
One of the Attorneys for Defendant/
Counterplaintiff and Third-Party Counterclaim
Defendant Aurora Dairy Corporation

SANDER INGEBRETSEN & WAKE, P.C.
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
           livia.kiser@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Bethany K. Culp
>bculp@hinshawlaw.com, dhaugen@hinshawlaw.com
>
>Shushanie E. Kindseth
>skindseth@hinshawlaw.com, llivingston@hinshawlaw.com
>
>Jacob S. Woodard
>jwoodard@hinshawlaw.com
>
>Garrick L. Gallagher
>Garrick.Gallagher@SandersParks.com
>
>Debora L. Verdier
>Debora.Verdier@SandersParks.com
>
>Troy Olsen
>tolsen@rothgerber.com
>
>Daniel F. Wake
>dwake@siwlegal.com
>
>Brett Norman Huff
>bhuff@huffandleslie.com
>
>S. Kato Crews
>kcrews@rothgerber.com
>
>Brad E. Brewer
>bbrewer@zelle.com

/s/ Livia M. Kiser
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  livia.kiser@lw.com