# EXHIBIT A

*State of Idaho*
**DEPARTMENT OF INSURANCE**
700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250
FAX # (208) 334-4398

C.L. "BUTCH" OTTER
Governor

WILLIAM W. DEAL
Director

February 1, 2008

Kimberly J. Bailey
Compliance Attorney
General Fire & Casualty Company
3451 E. Copper Point Way, Suite 106
Meridian, ID 83642-5895

RE:  Return of Amended Certificate of Authority – Name Change
     American Farmers & Ranchers Insurance Company

Dear Ms. Bailey:

Enclosed please find Idaho Certificate of Authority No. 2609 for American Farmers & Ranchers Insurance Company. It has been amended to reflect the name change from General Fire & Casualty Company, effective February 1, 2008.

Please review this Certificate carefully. If you feel that any of the information contained therein is erroneous, please contact the Department immediately. This Certificate of Authority is continuous until further notice. Please make it a part of your company's permanent file.

If we can be of further assistance, please let us know.

Sincerely,

Naoko Weigelt, Technical Records Specialist
Examinations Section
(208) 334-4311
Naoko.Weigelt@doi.idaho.gov

Enclosure

cc:  Kathy Miller, Premium Tax Specialist
     Carol Anderson, Examinations Section
     Donna Daniel, Senior Insurance Analyst
     Gina McBride, Consumer Affairs Supervisor
     Secretary of State
     Dave Edwards, Western Guaranty Fund Services
     Trudy Rowland, City of Boise

*Equal Opportunity Employer*

# State of Idaho
## Department of Insurance

**CERTIFICATE OF AUTHORITY**

**Number 2609**

THIS CERTIFIES THAT

AMERICAN FARMERS & RANCHERS INSURANCE COMPANY,
a Stock Company domiciled in Idaho

subject to the provisions of its Articles of Incorporation, and having presented satisfactory evidence of compliance with the requirements of the laws regulating the insurance business in the State of Idaho, has been granted authority to transact such business, in this State, of the class or classes of insurance as indicated below:

Casualty, Excluding Workers' Compensation
Marine and Transportation
Property
Surety

Expiration Conditions: This Certificate of Authority is expressly conditioned upon the holder hereof remaining in full compliance with, and not in violation of, any of the applicable laws and requirements of the State of Idaho. It shall at all times remain the property of the State of Idaho, and shall continue and remain in full force and effect from the date shown hereon, until expired, suspended, revoked or until otherwise terminated, subject to payment of the continuation fee and filing of a properly completed annual statement with the Director of Insurance on or before the first day of March of each year. Expiration, suspension, revocation or failure to pay the annual continuation fee or to timely file its properly completed annual statement shall automatically terminate the insured's authority to conduct the business of insurance in the State of Idaho and this Certificate of Authority must forthwith be returned to the Department of Insurance of the State of Idaho.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the Official Seal of the Department of Insurance to be affixed at Boise, Idaho on the 27th day of June 2000.

William W. Deal
Director
Reissued on February 1, 2008

# EXHIBIT B

## CORPORATE SECRETARY'S CERTIFICATE

I hereby certify that on November 21, 2007, the Board of Directors of General Fire & Casualty Company dba American Farmers & Ranchers Insurance Company adopted the foregoing **Third Amended and Restated Articles of Incorporation**.

Dated this 29 day of January, 2008.

_____Royce E. Meek_____
Royce E. Meek, Secretary/Treasurer
General Fire & Casualty Company dba American
Farmers & Ranchers Insurance Company

(Corporate Seal)

## NOTARY

STATE OF OKLAHOM   )
                   )ss.
County of Oklahoma )

On this 29th day of January, 2008, before me a Notary Public for the state of Oklahoma appeared ROYCE E. MEEK, SECRETARY/TREASURER of GENERAL FIRE & CASUALTY COMPANY DBA AMERICAN FARMERS & RANCHERS INSURANCE COMPANY and acknowledged that he signed the foregoing Corporate Secretary's Certificate.

_____Eleanor L. Carr_____
NOTARY PUBLIC
Residing at: 800 N. Harvey, Oklahoma City, OK
Expires: May 31, 2010
Commission No. 02007993

# EXHIBIT C

**FILED EFFECTIVE**

Third Amended and Restated Articles of Incorporation
of
GENERAL FIRE & CASUALTY COMPANY

Pursuant to Section 30-1-1007 of the Idaho Business Corporation Act (the "Act"), the undersigned Corporation adopts the following Restated Articles of Incorporation; which restate and supersede in their entirety all prior amendments to and restatements of the Corporation's articles of incorporation.

**FIRST:** The name of the Corporation has hitherto been General Fire & Casualty Company. The new name of the Corporation shall be:

American Farmers & Ranchers Insurance Company

**SECOND:** The period of existence and duration of this Corporation shall be perpetual.

**THIRD:** The address of the registered office of the Corporation has hitherto been:

2710 Sunrise Rim Road
Boise, Idaho 83705

The new address of the registered office of the Corporation shall be:

800 North Harvey Avenue
Oklahoma City, Oklahoma 73102

The new name of the registered agent for the Corporation shall be CT Corporation Systems, 1111 W. Jefferson, Suite 530, Boise, Idaho 83702.

**FOURTH:** The purpose of the Corporation shall be to engage in the business of insurance as allowed by law.

**FIFTH:** The aggregate number of shares of stock which the Corporation is authorized to issue is Two Million (2,000,000) each of One Dollar and Fifty Cents ($1.50) par value, which shares shall be of one class of common stock with uniform rights.

**SIXTH:** No issued and outstanding shares of stock shall be subject to assessment.

IDAHO SECRETARY OF STATE
02/01/2008 05:00
CK: 1261 CT: 220238 BH: 1097722
1 @ 30.00 = 30.00 AMEND PROF # 2

THIRD AMENDED AND RESTATED ARTICLES OF INCORPORATION - 1 -

C135295

**SEVENTH:** The names and residence addresses of the original incorporators as of the date of incorporation are as follows:

| Name | Address |
|---|---|
| John J. Micek | 1810 South 108th Street, Omaha, NE |
| John R. Flynn | 13106 Morrison Drive, Omaha, NE |
| David C. Hollenbeck | 12338 Westover Road, Omaha, NE |
| Donald A. Drews | 12929 Jackson Street, Omaha, NE |
| Robert Winkler | 8930 Westover Road, Omaha, NE |
| Michael Dugan | 1725 South 106th Street, Omaha, NE |
| Richard Selvey | 1306 North 120 Plaza #9, Omaha, NE |
| Richard D. Beatty | 14423 Cuming Circle, Omaha, NE |
| Leo Edward Kollman | 301 South 57th Street, Omaha, NE |

**EIGHTH:** The board of directors shall consist of at least five (5) but not more than fifteen (15) directors as may be provided by the Bylaws.

The following persons are named as directors of the Corporation to serve until the next annual meeting of the Corporation and until their successors are elected and duly qualified:

| Name | Address |
|---|---|
| Bob Nick | 1017 East 6th, Okmulgee, OK 74447 |
| R.A. Stults | 20225 Diagional Rd., Luther, OK 73054 |
| George W. Stone | 1193 Blue Ridge Dr., Purcell, OK 73080 |
| Billy E. Perrin | P.O. Box 428, Hugo, OK 74743 |
| Edward C. Preble, Jr. | 3817 Northridge Road, Norman, OK 73072 |
| John L. Ogden | Rt. 1, Box 2250, Oktaha, OK 74450 |
| James E. Campbell | 919 Southeast Washington, Idabel, OK 74745 |

**NINTH:** A director of this Corporation shall not be personally liable to this Corporation or its shareholders for money damages, and the Corporation shall indemnify such director against liability (as defined in Idaho Code § 30-1-850(5)) to any person, for any action taken, or any failure to take action, as a director except for liability for (a) the amount of a financial benefit received by a director to which he is not entitled, (b) an intentional infliction of harm on the corporation or the shareholders, (c) a violation of Idaho Code § 30-1-833, or (d) an intentional violation of criminal law. If the Idaho Business Corporation Act is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of this Corporation shall be eliminated or limited to the fullest extent permitted by the Idaho Business Corporation Act, as so amended. Any repeal or modification of this Article by the shareholders of the Corporation shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

******

THIRD AMENDED AND RESTATED ARTICLES OF INCORPORATION - 2 -

# EXHIBIT D

227

**FILED EFFECTIVE**

# CERTIFICATE OF ASSUMED BUSINESS NAME

Pursuant to Section 53-504, Idaho Code, the undersigned submits for filing a certificate of Assumed Business Name.

**Please type or print legibly.**
NOTE: See instructions on reverse before filing.

07 DEC -6 PM 4: 35

SECRETARY OF STATE
STATE OF IDAHO

1. The assumed business name which the undersigned use(s) in the transaction of business is:

   American Farmers & Ranchers Insurance Company

2. The true name(s) and business address(es) of the entity or individual(s) doing business under the assumed business name:

   | Name | Complete Address |
   |---|---|
   | General Fire & Casualty Company | 2710 Sunrise Rim Rd., Suite 200, Boise, ID 83705 |
   | (C135295) | |

3. The general type of business transacted under the assumed business name is:

   ☐ Retail Trade
   ☐ Transportation and Public Utilities
   ☐ Wholesale Trade
   ☐ Construction
   ☐ Services
   ☐ Agriculture
   ☐ Manufacturing
   ☐ Mining
   ☑ Finance, Insurance, and Real Estate

   Submit Certificate of Assumed Business Name and $25.00 fee to:

   Idaho Secretary of State
   450 N 4th Street
   PO Box 83720
   Boise ID 83720-0080

   (208) 334-2301

4. The name and address to which future correspondence should be addressed:

   Ray L. Wulf, President & CEO
   General Fire & Casualty Company
   800 N. Harvey Ave., Oklahoma City, OK 73102

5. Name and address for this acknowledgment copy is (if other than # 4 above):

   Kimberly J. Bailey, Compliance Attorney
   General Fire & Casualty Company
   2710 Sunrise Rim Rd., Boise, ID 83705

   Signature: *Kimberly J. Bailey*
   (signature required)
   Printed Name: Kimberly J. Bailey
   Capacity/Title: Compliance Attorney
   (see instruction # 8 on back of form)

Secretary of State use only

IDAHO SECRETARY OF STATE
12/06/2007 05:00
CK: 1215 CT: 220238 BH: 1088660
1 @ 25.00 = 25.00 ASSUM NAME # 2

D117348