**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation;

                Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

                Third-Party Defendants.

- 2 -

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

       Defendant.

## STATUS REPORT OF AURORA ORGANIC DAIRY

  In anticipation of the status hearing this afternoon, Aurora Organic Dairy ("Aurora") submits the following status report:

  1. Since the parties last reported to the Court, there have been a number of developments that directly bear upon this action.

  2. The present case concerns the duties of the insurers to defend Aurora in a series of putative class actions filed throughout the United States against Aurora and certain other defendants.

  3. On June 3, 2009, Judge E. Richard Webber dismissed in their entirety the claims made against Aurora and the other defendants in the nineteen underlying class actions that had been consolidated before Judge Webber by the Judicial Panel on Multidistrict Litigation.  See June 3, 2009 Memorandum and Order.  The Memorandum and Order issued by Judge Webber is attached hereto as Exhibit A.

4. The plaintiffs in the underlying actions have appealed Judge Webber's decision, and that appeal is currently pending before the United States Court of Appeals for the Eighth Circuit.

5. Aurora's brief in the appeal is due on November 3, 2009, and it is anticipated that briefing in the appeal will be completed in December of this year, with oral argument (if any) in early 2010.

6. Following the mediation session before Magistrate Judge Boland on September 3, 2009, counsel for plaintiffs in the underlying action have continued to communicate with Aurora's counsel regarding a possible settlement of the underlying actions.

7. Other than the foregoing, there is no other activity in the underlying actions, and none is anticipated.

Date:  October 13, 2009                Respectfully submitted,

/s/ Mark S. Mester
One of the Attorneys for Defendant, Counterclaim Plaintiff and Third-Party Counterclaim Defendant Aurora Dairy Corporation

LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
        livia.kiser@lw.com

SANDER INGEBRETSEN & WAKE, PC
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado 80202
Telephone:  303-285-5544
Facsimile:  303-285-5301
Email:  dwake@siwlegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 13, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses. A copy of the foregoing will also be served by facsimile on counsel listed below.

       Bethany K. Culp
       bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

       Shushanie E. Kindseth
       skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

       Jacob S. Woodard
       jwoodard@hinshawlaw.com

       Garrick L. Gallagher
       Garrick.Gallagher@SandersParks.com

       Debora L. Verdier
       Debora.Verdier@SandersParks.com

       Troy Olsen
       tolsen@rothgerber.com

       Daniel F. Wake
       dwake@siwlegal.com

       Brett Norman Huff
       bhuff@huffandleslie.com

       S. Kato Crews
       kcrews@rothgerber.com

       Brad E. Brewer
       bbrewer@zelle.com

       /s/ Mark S. Mester
       LATHAM & WATKINS LLP
       Mark S. Mester
       Livia M. Kiser
       233 South Wacker Drive, Suite 5800
       Chicago, Illinois  60606
       Telephone: (312) 876-7700
       Facsimile: (312) 993-9767
       Email: mark.mester@lw.com
               livia.kiser@lw.com