**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-01236-CBS-BNB** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 13, 2009** | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| ACE AMERICAN INSURANCE CORPORATION, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, | Garrick Lloyd Gallagher |
| NATIONAL SURETY CORPORATION, | Jacob S. Woodard (via phone) |
| Plaintiffs/Counter Defendants, | |
| AMERICAN INSURANCE COMPANY, | Jacob S. Woodard (via phone) |
| Plaintiff, | |
| AURORA DAIRY CORPORATION, | Daniel F. Wake<br>Livia M. Kiser (via phone)<br>Mark S. Mester (via phone)<br>Kate Lally (via phone) |
| Consol Plaintiff, | |
| v. | |
| AURORA ORGANIC DAIRY CORPORATION, | Livia M. Kiser (via phone)<br>Mark S. Mester (via phone)<br>Daniel F. Wake<br>Kate Lally (via phone) |
| Defendant/Counter Claimant, | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | Brad E. Brewer (via phone)<br>Brett Norman Huff |
| Consol Defendant, | |
| GENERAL FIRE & CASUALTY COMPANY, | Troy R. Olsen |
| Counter Defendant/Counter Claimant, | |

| | |
|---|---|
| AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, | Troy R. Olsen |
| Counter Defendant, | |
| AMERICAN INSURANCE COMPANY, THE, | Jacob S. Woodard (via phone) |
| Counter Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:      4:01 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

For the reasons as stated on the record, and hearing no objection, it is:

ORDERED:   The jury trial set for January 25, 2010 is VACATED.  The Final Pretrial Conference set for December 2, 2009 is VACATED.  Discovery will remain stayed.

ORDERED:   The parties shall submit a Status Report on or before OCTOBER 27, 2009.  The status report shall state each parties' position as to which of the following three options is most preferable: Option 1 - administratively close the case subject to be reopened upon a showing of good cause; Option 2 - stay all proceedings, including discovery and all motions; Option 3 - continue stay of discovery and allow any parties to file dispositive motions.  The parties shall state the reasons for choosing their preferred option.  The court will review the Status Reports and will set this matter for a Status Conference.

Discussion regarding Motion to Dismiss Pursuant to Fed.R.Civ.P.21 American Farmers & Ranchers Mutual Insurance Company (doc #[91], filed 10/7/2009).

HEARING CONCLUDED.

**Court in recess:       4:29 p.m.**
Total time in court:    00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.