**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB,
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

       Defendant.

**AURORA DAIRY CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE MOTION TO DISMISS OF AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY**

Pursuant to Local Rule 6.1(c) of the United States District Court for the District of Colorado, Defendant/Counterplaintiff and Third-Party Counterclaim Defendant Aurora Dairy Corporation ("Aurora"), by and through its counsel, hereby moves for an extension of time in which to file its response to the Motion To Dismiss Pursuant To Fed. R. Civ. P. 21 Of American Farmers & Ranchers Mutual Insurance Company ("American Farmers Mutual") from the current deadline of October 30, 2009 to November 19, 2009.  Aurora has not previously requested any extensions with respect to the pending motion.  In support of this motion, Aurora states as follows:

1.	On October 7, 2009, American Farmers Mutual filed a Motion To Dismiss Pursuant To Fed. R. Civ. P. 21.  See Mot. to Dismiss (Dkt. #91).  In accordance with the local rules and Federal Rule of Civil Procedure 6, Aurora has up to and including October 30, 2009 to file a response.  See D.C.Colo.LCivR 7.1(c); see also Fed. R. Civ. P. 6(d).

2.	Over the last several months, the parties and their counsel have been working together in an attempt to resolve the issues raised in the motion filed by American Farmers Mutual.  Following the October 13, 2009 status hearing before the Court, counsel for Aurora again contacted counsel for American Farmers Mutual.  See Oct. 14, 2009 Corresp. fr. M. Mester to T. Olsen, Ex. A hereto; Oct. 20, 2009 Corresp. fr. T. Olsen to M. Mester, Ex. B hereto.

3.	As indicated during the October 13, 2009 status hearing, the plaintiffs in the underlying actions have appealed the District Court's decision to dismiss all of their claims with prejudice, and that appeal is currently pending before the United States Court of Appeals for the Eighth Circuit.  See Aurora's Oct. 13, 2009 Status Report (Dkt. #92) ¶¶ 2-4.  Aurora's brief in that appeal is, in turn, currently due to be filed early next week on November 3, 2009.  See id.

4.	As such, Livia Kiser, counsel for Aurora, spoke with Troy Olsen, counsel for American Farmers Mutual, on October 22, 2009 to discuss the appropriateness of providing Aurora an extension of time in which to file its response to the pending motion of American Farmers Mutual.  See D.C.Colo.LCivR 7.1(A).  American Farmers Mutual indicated that it did not oppose Aurora's request for an additional twenty (20) days to respond.  See Oct. 22, 2009 Corresp. fr. T. Olsen to L. Kiser, Ex. C hereto.  Counsel for Aurora and for American Farmers Mutual further agreed that the parties should continue to work together and try to resolve the issues raised in the motion of American Farmers Mutual.  See id.

4

WHEREFORE, for the reasons set forth above and for good cause shown, Aurora respectfully requests that its time to respond to the pending motion of American Farmers Mutual be extended for twenty (20) days, or until November 19, 2009.  Aurora further requests any other relief this Court deems appropriate.

Respectfully submitted this 27th day of October, 2009.

/s/ Livia M Kiser
One of the Attorneys for Defendant/Counterplaintiff and Third-Party Counterclaim Defendant Aurora Dairy Corporation

**LATHAM & WATKINS LLP**
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com
         livia.kiser@lw.com

4

## CERTIFICATE OF SERVICE

  I hereby certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

    Bethany K. Culp
    bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

    Shushanie E. Kindseth
    skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

    Jacob S. Woodard
    jwoodard@hinshawlaw.com

    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com

    Debora L. Verdier
    Debora.Verdier@SandersParks.com

    Troy Olsen
    tolsen@rothgerber.com

    Daniel F. Wake
    dwake@siwlegal.com

    Brett Norman Huff
    bhuff@huffandleslie.com

    S. Kato Crews
    kcrews@rothgerber.com

    Brad E. Brewer
    bbrewer@zelle.com

            /s/ Livia M. Kiser
            LATHAM & WATKINS LLP
            Livia M. Kiser
            233 South Wacker Drive, Suite 5800
            Chicago, Illinois  60606
            Telephone: (312) 876-7700
            Facsimile: (312) 993-9767
            Email: livia.kiser@lw.com