**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                        Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                        Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                        Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                        Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

                        Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

      Defendant.

**EXHIBITS TO AURORA DAIRY CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE MOTION TO DISMISS OF AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY**

| Tab | Description |
|---|---|
| A. | Oct. 14, 2009 Correspondence from M. Mester to T. Olsen |
| B. | Oct. 20, 2009 Correspondence from T. Olsen to M. Mester |
| C. | Oct. 22, 2009 Correspondence from T. Olsen to L. Kiser |