# EXHIBIT A

**Mark S. Mester**
Direct Dial: (312) 876-7623
mark.mester@lw.com

# LATHAM&WATKINS<sup>LLP</sup>

233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |
| Moscow | |

October 14, 2009

**BY FACSIMILE AND E-MAIL**

Troy R. Olsen, Esq.
Rothgerber Johnson & Lyons LLP
90 S. Cascade Avenue, Suite 1100
Colorado Springs, Colorado 80903

File No. 044463-0022

Re:   ACE American, et al. v. Aurora Organic Dairy
Civil Action No. 1:08-cv-01236-CBS-BNB
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

Dear Troy:

In the interest of avoiding unnecessary motion practice, we write with regard to the issues encompassed by our draft agreement of October 1, 2009 and your motion of October 7, 2009. In providing you with our draft, our hope was that we could resolve this issue between counsel. Unfortunately, we did not get a substantive response from you to our proposal, but based on statements contained in the motion you subsequently filed, we thought it would make sense to make another effort at reaching agreement.

As we now understand it, General Fire & Casualty Company ("GFC") was purchased from GF&C Holding Company by American Farmers & Ranchers Mutual Insurance Company ("American Farmers Mutual") in November of 2007. See American Farmers Mutual Mot. to Dismiss at 2. Subsequently, in February of 2008, GFC changed its name to American Farmers and Ranchers Insurance Company ("AFRIC"). See id. You indicated in your motion, however, that AFRIC stands ready to fulfill its obligations to Aurora that were assumed when it was operating under the name GFC. See id. at 3.

As I believe you know, Aurora received somewhat conflicting information as to the process by which GFC became AFRIC and what corporate entity in fact had the obligations assumed by GFC in the policy it issued to Aurora. See, e.g., Sept. 3, 2008 Corresp. fr. G. Belt to D. Getman; Feb. 10, 2009 Corresp. fr. M. Flory to J. Sullivan (copied to D. Getman and G. Belt). Based on the representations in your motion, however, Aurora is prepared to dismiss American Farmers Mutual from this suit, provided that American Farmers Mutual and GFC will stipulate to the following:

Troy R. Olsen, Esq.
October 14, 2009
Page 2

**LATHAM&WATKINS**LLP

      1.      AFRIC does in fact stand ready to fulfill the obligations it assumed when it was operating as GFC and issued the policy to Aurora. See American Farmers Mutual Mot. to Dismiss at 3.

      2.      In the event and to the extent that AFRIC were ultimately unable to fulfill its obligations to Aurora, Aurora reserves the right to pursue any and all remedies it may otherwise have against GFC and American Farmers Mutual.

I trust and assume these two stipulations will not be problematic for you or your client. So that we can continue focusing on the appellate briefing, however, and avoid the need to respond to your motion, we ask that you reply to this letter no later than the close of business on Friday, October 16, 2009.

Thank you.

                      Sincerely,

                      Mark S. Mester
                      of LATHAM & WATKINS LLP