# EXHIBIT B



**ROTHGERBER**
**JOHNSON &**
**LYONS LLP**

**Troy R. Olsen**
Attorney at Law
(719) 386-3013
tolsen@rothgerber.com

90 S. Cascade
Suite 1100
Colorado Springs, CO 80903
Telephone: (719) 386-3000
Fax: (719) 386-3070
www.rothgerber.com

Denver • Colorado Springs • Casper

October 20, 2009

***Via Email Only (mark.mester@lw.com)***
Mark S. Mester
Latham & Watkins, LLP
233 S. Wacker Drive #5800
Chicago, IL 60606

RE:   Ace American Insurance Corp., *et al.* v. Aurora Dairy Corp., *et al.*

Dear Mark:

I am in receipt of your October 14, 2009, letter regarding our Motion to Dismiss American Farmers & Ranchers Mutual Insurance Company ("AFRMIC"). I provided a copy of your letter to the client for review. Regarding Aurora Dairy's offer to voluntarily dismiss AFRMIC if we stipulate to the two provisions contained in your October 14, 2009, letter, we are unwilling to enter into any such stipulation. Although we agree in principle to both provisions, we are reluctant to enter into some separate agreement that we believe is unnecessary.

Since receiving your letter, we have drafted and redrafted proposed language that we believe more accurately defines the statements contained in your two proposed stipulations. After spending considerable time in these drafting efforts, we have concluded that they are unnecessary.

In the Answer filed by General Fire & Casualty Company ("GFC"), we admitted that GFC issued a policy to Aurora Dairy, that GFC was purchased by AFRMIC as a wholly owned subsidiary, and that subsequent to the purchase, GFC's name was changed to American Farmers & Ranchers Insurance Company ("AFRIC"). As such, the insurance policy issued by GFC still exists and the duties and obligations of both GFC and Aurora Dairy exist, except that GFC is now known as AFRIC.

Simply stated, we believe that the corporate documents we have provided you that establish that GFC is still on ongoing entity but is now known as AFRIC, as well as our admissions in the Answer, are sufficient.

{A0152656 / 1}

ROTHGERBER JOHNSON & LYONS LLP

Mark S. Mester
October 20, 2009
Page 2


Although we would like to work out resolution of this issue without unnecessary motion practice, we are unwilling to enter into a separate agreement that we believe is unnecessary.

If you would like to discuss this further, please do not hesitate to contact me.

Sincerely,

ROTHGERBER JOHNSON & LYONS LLP

Troy R. Olsen

TRO:ls

cc:     Client