# EXHIBIT C

**From:** Olsen, Troy [mailto:tolsen@rothgerber.com]
**Sent:** Thursday, October 22, 2009 3:34 PM
**To:** Kiser, Livia (CH); Lally, Kathleen (CH)
**Cc:** Sutton, Luanne
**Subject:** Aurora Dairy

Livia and Kate,

We will not oppose Aurora's request for a 20 day extension to file a response to our Motion to Dismiss. We want you to focus on the appeal. Lets keep talking to see if we can reach some resolution to this issue without the court's involvement.

Troy

**Troy Olsen, Attorney-at-Law**
Rothgerber Johnson & Lyons LLP |
90 South Cascade Avenue Suite 1100 | Colorado Springs, CO  80903 | Direct 719.386.3013 | Main 719.386.3000 | Fax 719.386.3070
E-mail: tolsen@rothgerber.com | Website: www.rothgerber.com

The information contained in this electronic communication and any document attached hereto or transmitted herewith is attorney-client privileged, work product, or otherwise confidential and intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or reply e-mail and destroy this communication. Thank you.