**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

      Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation;

      Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

      Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

       Defendant.

## STATUS REPORT OF AURORA DAIRY CORPORATION

At the October 13, 2009 status hearing, the Court requested that the parties provide a status report indicating their position as to which of three options would be most preferable for the near-term management of the present action.  See Oct. 13, 2009 Minute Entry (Dkt. #94). Respectfully, Aurora Dairy Corporation ("Aurora") believes the most preferable option is Option No. 1, namely administrative closure of the case subject to the case being reopened upon a showing of good cause.  See id.

As several of the parties indicated to the Court on October 13, 2009, the present dispute will likely be rendered moot in the event that the United States Court of Appeals for the Eighth Circuit affirms Judge Webber's decision dismissing the underlying actions with prejudice, and briefing of that appeal is well underway and scheduled to be concluded early next month.  See Aurora's Oct. 13, 2009 Status Report (Dkt. #92) ¶¶ 2-5.  As such, we do not believe that it makes sense for the parties to waste time and money -- not to mention the Court's resources -- engaging

- 3 -

in discovery and motion practice that in all likelihood will not be necessary. Aurora would agree, however, that should the Eighth Circuit reverse the District Court's decision, such a decision would constitute good cause to reopen the present case.

Accordingly, Aurora respectfully requests that this Court administratively close this matter, with leave to reopen the case upon a showing of good cause. In the alternative, Aurora would be amenable to Option No. 2, a stay of all proceedings.

Date: October 27, 2009

Respectfully submitted,

/s/ Mark S. Mester
One of the Attorneys for Defendant/Counterplaintiff and Third-Party Counterclaim Defendant Aurora Dairy Corporation

LATHAM & WATKINS LLP
Mark S. Mester
Livia M. Kiser
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:  mark.mester@lw.com
        livia.kiser@lw.com

SANDER INGEBRETSEN & WAKE, PC
Daniel F. Wake
1660 17th Street, Suite 450
Denver, Colorado 80202
Telephone:  303-285-5544
Facsimile:  303-285-5301
Email:  dwake@siwlegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

    Bethany K. Culp
    bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

    Shushanie E. Kindseth
    skindseth@hinshawlaw.com, llivingston@hinshawlaw.com

    Jacob S. Woodard
    jwoodard@hinshawlaw.com

    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com

    Debora L. Verdier
    Debora.Verdier@SandersParks.com

    Troy Olsen
    tolsen@rothgerber.com

    Daniel F. Wake
    dwake@siwlegal.com

    Brett Norman Huff
    bhuff@huffandleslie.com

    S. Kato Crews
    kcrews@rothgerber.com

    Brad E. Brewer
    bbrewer@zelle.com

            /s/ Mark S. Mester
            LATHAM & WATKINS LLP
            Mark S. Mester
            Livia M. Kiser
            233 South Wacker Drive, Suite 5800
            Chicago, Illinois  60606
            Telephone: (312) 876-7700
            Facsimile: (312) 993-9767
            Email:  mark.mester@lw.com
               livia.kiser@lw.com