**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB,
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.

{A0153145 / 1}

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

       Defendant.

**STATUS REPORT OF GENERAL FIRE & CASUALTY COMPANY, n/k/a AMERICAN FARMERS & RANCHERS INSURANCE COMPANY**

  COMES NOW General Fire & Casualty Company (GFC), n/k/a American Farmers & Ranchers Insurance Company (AFRIC), and pursuant to this Court's Minute Order dated October 13, 2009 [Doc #94], submits this Status Report to advise the Court of its position.

  1. On October 13, 2009, this Court conducted a Status Conference.  During this conference, the Court addressed with the parties three options regarding the future management of this matter and ordered each party to file a Status Report advising the Court of its respective position.

  2. AFRIC believes that Option 1 – administratively close the case subject to be reopened upon a showing of good cause, is the best option for all parties.  The underlying action against Aurora Organic Dairy Corporation, that gives rise to the subject lawsuit, is on appeal in the United States Court of Appeals for the Eighth Circuit.  The resolution of the underlying

matter most likely will result in a dismissal of the subject action. To save each party time and money associated with dispositive motions and prolonged discovery, as well as judicial resources, AFRIC believes that it is in the best interest of all parties and this Court to administratively close this case subject to be reopened upon a showing of good cause.

3. No party will be prejudiced if this Court administratively closes this action because the rights of each party against the other still exists and can be resolved at a later time, if necessary.

WHEREFORE, GFC n/k/a AFRIC requests this Court to administratively close the case, with leave to reopen upon a showing of good cause.

DATED: October 27, 2009

Respectfully submitted,

*s/ Troy R. Olsen*
Troy R. Olsen
Rothgerber Johnson & Lyons LLP
90 S. Cascade, Suite 1100
Colorado Springs, Colorado  80903
Tel: (719) 386-3000
Fax: (719) 386-3070
E-Mail:  tolsen@rothgerber.com

*Attorneys for General Fire & Casualty Company,
American Farmers & Ranchers Insurance Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Garrick L. Gallagher
garrick.gallagher@sandersparks.com
Debora L. Verdier
debora.verdier@sandersparks.com
*Attorneys for Ace American Insurance Corp.*
*and Indemnity Insurance Company of North*
*America*

Bethany K. Culp
bculp@hinshawlaw.com
Shushanie E. Kindseth
skindseth@hinshawlaw.com
Jacob S. Woodard
jwoodard@hinshawlaw.com
*Attorneys for National Surety Corporation and*
*The American Insurance Company*

Livia M. Kiser
livia.kiser@lw.com
Mark S. Mester
mark.mester@lw.com
Daniel F. Wake
dwake@siwlegal.com
*Attorneys for Aurora Organic Dairy*

            *s/Luanne Sutton*                                    .
            Luanne Sutton