IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-cv-01236-CBS-BNB**
*Consolidated with* Civil Action No. 09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
INDEMNITY INSURANCE COMPANY
    OF NORTH AMERICA,
NATIONAL SURETY CORPORATION,
AMERICAN INSURANCE COMPANY,
    Plaintiffs/Counter Defendants,
ACE AMERICAN INSURANCE CORPORATION,
    Plaintiff,
AURORA DAIRY CORPORATION
    Consol Plaintiff

v.

AURORA ORGANIC DAIRY CORPORATION,
    Defendant/Counter Claimant,
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,
    Consol Defendant,
GENERAL FIRE & CASUALTY COMPANY,
    Counter Defendant/Counter Claimant,
AMERICAN FARMERS & RANCHERS
    MUTUAL INSURANCE COMPANY
    Counter Defendant,
THE AMERICAN INSURANCE COMPANY
    Counter Defendant.

## DEFENDANT NATIONWIDE AGRIBUSINESS INSURANCE COMPANY'S STATUS REPORT TO COURT

COMES NOW Defendant Nationwide Agribusiness Insurance Company ("Nationwide") and files this Status Report per the Court's October 13, 2009 Minute Order. Nationwide states as follows:

Nationwide's position pursuant to the Court's October 13, 2009 Minute Order is to adopt proposed Option 1, administratively close the case subject to be reopened upon a showing of good cause. Option 1 is the best option for the parties and the Court in this matter because it

conserves judicial and client resources pending Aurora Dairy Corporation's appeal in the Eighth Circuit. Depending upon the outcome of that appeal, Aurora's demands for defense costs and indemnity against the defendants will be finally quantified and resolution is likely. Accordingly, there is no pressing need to pursue litigation in this parallel litigation. For the same reasons, Nationwide believes proposed Option 2, stay all proceedings, is also a preferable course of action.

Nationwide objects to proposed Option 3, continue stay of discovery and allow any parties to file dispositive motions. First, any motion filed by any party at this stage of the litigation will be met with discovery requests. Next, any dispositive motion filed will at best lead to a partial summary judgment motion, and will not resolve all issues in this case. Finally, the majority of the parties in this litigation agree that the Eighth Circuit's affirmance of the District Court's dismissal of the underlying class action litigation will likely resolve this matter. Therefore, any motion practice could ultimately result in a waste of this Court's and the parties' resources.

DATED: October 27, 2009

By: */s/ Brad E. Brewer*
Brad E. Brewer
Zelle Hofmann Voelbel & Mason, LLP
901 Main St., Suite 4000
Dallas, TX 75202
214-742-3000;  214-760-8994 Fax
bbrewer@zelle.com

*/s/ Brett N. Huff*
Brett N. Huff
Huff & Leslie, LLP
2480 Gray Street
Edgewater, Colorado 80214
(303) 232-3622;  (303) 274-0638 fax
bhuff@huffandleslie.com

**ATTORNEYS FOR DEFENDANT
NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| dwake@siwlegal.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| mark.mester@lw.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| livia.kiser@lw.com | Attorney for Aurora Dairy Corp. d/b/a Aurora Organic Dairy Corporation |
| Debora.Verdier@SandersParks.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| Garrick.Gallagher@SandersParks.com | Attorney for ACE American Insurance Corporation and Indemnity Insurance Company of North America |
| bculp@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| jwoodard@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| skindseth@hinshawlaw.com | Attorney for National Surety Corp. and The American Insurance Company |
| tolsen@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |
| kcrews@rothgerber.com | Attorney for General Fire & Casualty Company and American Farmers & Ranchers Mutual Insurance Company |

/s/ Brad E. Brewer
Brad E. Brewer

2107829v1