# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,
a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
an Oklahoma corporation

                Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

       Defendant.

## AFFIDAVIT OF DANIEL N. WEST

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

 Daniel N. West, being duly sworn, deposes and states as follows:

1. I am one of the attorneys representing Plaintiffs/Counter-Defendants National Surety Corporation and The American Insurance Company in the above-captioned matter. I make this affidavit in support of Plaintiffs/Counterdefendants National Surety Corporation's and The American Insurance Company's Motion to Reopen.

2. Attached as Exhibit A is a true and correct copy of the Interim Funding Agreement between National Surety Corporation, The American Insurance Company, ACE American Insurance Corporation, Indemnity Insurance Company of North America and Aurora Dairy Corporation (under seal).

FURTHER YOUR AFFIANT SAYETH NOT.

                    s/Daniel N. West
                    Daniel N. West

Subscribed and sworn to before me
this 4th day of February, 2011

s/Catherine J. Briggs
Notary Public - Minnesota
My Commission Expires: 01/31/2013

3

121275150v1  0882500  00057