# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,
a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
an Oklahoma corporation

                Third-Party Defendants.

121274888v2 0882500 00057

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

      Defendant.

## PROPOSED ORDER

This Court, having considered Plaintiffs/Counter-Defendants National Surety Corporation's and The American Insurance Company's Motion to Reopen, along with all the files, records, pleadings and proceedings herein, finds and orders as follows:

Good cause exists to reopen this action under D.C.COLO.LCivR 41.2. On September 15, 2010, the U.S. Court of Appeals for the Eighth Circuit partially reversed the U.S. District Court for the Eastern District of Missouri's dismissal of certain consolidated class action lawsuits against Aurora Dairy Corporation. See In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litig., 621 F.3d 781 (8th Cir. 2010). This partial reversal revived the controversy at issue in this action relating to the scope of coverage available to Aurora Dairy Corporation in connection with one of those consolidated class action lawsuits also venued in the U.S. District

2

Court for the Eastern District of Missouri, <u>Mothershead v. Aurora Dairy Corp. d/b/a/ Organic Dairy</u>, Case No. 4:07-cv-01701. The revival of the controversy at issue here constitutes good cause to reopen this action.

Good cause further exists for reopening this action because Plaintiff/Counter-Defendant National Surety Corporation continues to incur defense costs in connection with the <u>Mothershead</u> action, is entitled to seek reimbursement of defense costs paid to-date from other parties, and will be prejudiced by further delay in this coverage action.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs/Counter-Defendants National Surety Corporation's and The American Insurance Company's Motion to Reopen is GRANTED. The parties may file dispositive motions pursuant to the briefing schedule set forth in D.C.COLO.LCivR 56.1(A).

DATED at Denver, Colorado, this ___ day of _____, 2011.

BY THE COURT:

_____
Hon. Craig B. Shaffer
United States Magistrate Judge