**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

| |
|---|
| ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>       Plaintiffs,<br> v.<br>AURORA DAIRY CORPORATION, a Delaware corporation,<br>       Defendant. |
| AURORA DAIRY CORPORATION, a Delaware corporation,<br>       Counterclaim Plaintiff and Third-Party Plaintiff,<br> v.<br>ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br>       Counterclaim Defendants,<br>and<br>GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation<br>       Third-Party Defendants. |

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

       Defendant.

## PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION'S AND THE AMERICAN INSURANCE COMPANY'S MOTION TO SEAL

### MOTION

Plaintiffs/Counter-Defendants National Surety Corporation (NSC) and the American Insurance Company (AIC) respectfully move this Court for an Order pursuant to D.C.COLO.LCivR 7.2 sealing Exhibit A to the Affidavit of Daniel N. West, filed in support of Plaintiffs/Counter-Defendants National Surety Corporation's and the American Insurance Company's Motion to Reopen. The exhibit is a true and correct copy of the Interim Funding Agreement (IFA) entered into between NSC, AIC, ACE American Insurance Corporation (ACE), Indemnity Insurance Company of North America (IICNA) and Aurora Dairy Corporation (Aurora), and is cited by NSC and AIC in their Motion to Reopen.

In further support of this Motion, NSC and AIC state as follows:

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIVR 7.1(A)**

Counsel for the parties to the IFA – NSC, AIC, ACE, IICNA and Aurora – exchanged several emails on February 3, 2011 regarding the disclosure of certain terms and conditions of the IFA to the Court in support of NSC and AIC's Motion to Reopen.  The parties agreed that the IFA contains information protected by the Stipulated Protective Order filed by all parties to this declaratory judgment action on August 28, 2009 (ECF Doc. # 82-2; see also ECF Doc. # 83 (granting Aurora's Unopposed Motion for Entry of Protective Order)).  The parties further agreed that the IFA should be presented to the Court in its entirety along with NSC and AIC's Motion to Reopen and that filing the IFA under seal was necessary and proper.

**ARGUMENT**

Certain parties to this action have entered into an IFA relating to the defense of Aurora in connection with a class action lawsuit brought against it in the U.S. District Court for the Eastern District of Missouri, Mothershead v. Aurora Dairy Corp., d/b/a Organic Dairy, Case No. 4:07-cv-01701.  Certain of the terms and conditions of the IFA are relevant to NSC and AIC's Motion to Reopen this declaratory judgement action, which was administratively stayed on November 17, 2009 pending an appeal to the Eighth Circuit of a dismissal of the Mothershead action.  (ECF Doc. # 103).

The IFA contains confidential information relating to the terms and conditions under which NSC, ACE and IICNA agreed to provide a defense to Aurora in connection with the Mothershead action.  All parties to the IFA agree that the contents of the IFA are confidential

121275568v1  00057

3

within the meaning of the Stipulated Protective Order entered into between the parties to this action. (ECF Doc. # 82-2).

While the parties to the IFA agree that limited disclosure of those terms and conditions to this Court and the other parties to this lawsuit – who are bound by the Stipulated Protective Order – is appropriate, the parties also agree that disclosure of those same terms and conditions to persons outside of this lawsuit would disclose private and confidential information between Aurora and the insurers acting on its behalf in connection with the defense of a class action lawsuit to the prejudice of both Aurora and the insurers.

The terms and conditions of the IFA, in their entirety, were intended by the parties to remain confidential. As a result, no less restrictive alternatives to filing under seal exist.

## CONCLUSION

For the reasons set forth above, NSC and AIC respectfully request that this Court grant their motion to file the Exhibit A to the Affidavit of Daniel N. West under seal.

Dated: February 4, 2011

             s/Bethany K. Culp
             HINSHAW & CULBERTSON LLP
             Bethany K. Culp (#154891 – Minnesota)
             333 South Seventh Street, Suite 2000
             Minneapolis, MN 55402-4320
             Telephone: 612- 333-3434
             Facsimile: 612-334-8888
             bculp@hinshawlaw.com

             **ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND AMERICAN INSURANCE CORPORATION**

121275568v1  00057

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| Garrick L. Gallagher          | Debora L. Verdier             |
| Garrick.Gallagher@SandersParks.com | Debora.Verdier@SandersParks.com |
| Liva M. Kiser                 | Mark S. Mester                |
| livia.kiser@lw.com            | Mark.mester@lw.com            |
| Troy Olsen                    | S. Kato Crews                 |
| tolsen@rothgerber.com         | kcrews@rothgerber.com         |
| Brad E. Brewer                | Daniel F. Wake                |
| bbrewer@zelle.com             | dwake@siwlegal.com            |
| Brett N. Huff                 |                               |
| bhuff@huffandleslie.com       |                               |

s/Bethany K. Culp
HINSHAW & CULBERTSON LLP
Bethany K. Culp (#154891 – Minnesota)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402-4320
Telephone:    612- 333-3434
Facsimile:    612-334-8888
bculp@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND AMERICAN INSURANCE CORPORATION**

121275568v1  00057