**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

| |
|---|
| ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br>      Plaintiffs,<br> v.<br>AURORA DAIRY CORPORATION, a Delaware corporation,<br>      Defendant. |
| AURORA DAIRY CORPORATION, a Delaware corporation,<br>      Counterclaim Plaintiff and Third-Party Plaintiff,<br> v.<br>ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br>      Counterclaim Defendants,<br>and<br>GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation<br>      Third-Party Defendants. |

| | |
|---|---|
| GENERAL FIRE & CASUALTY COMPANY,<br>an Idaho corporation, | |
| | Third-Party Counterclaim Plaintiff, |
| v. | |
| AURORA DAIRY CORPORATION,<br>a Delaware corporation, | |
| | Third-Party Counterclaim Defendant. |

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                    Plaintiff,

v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

                    Defendant.

## PROPOSED ORDER

This Court, having considered Plaintiffs/Counter-Defendants National Surety Corporation's (NSC) and the American Insurance Company's (AIC) Motion to Seal, along with all the files, records, pleadings and proceedings herein, finds and orders as follows:

Good cause exists to seal Exhibit A to the Affidavit of Daniel N. West, the Interim Funding Agreement (IFA) entered into between NSC, AIC, ACE American Insurance Corporation (ACE), Indemnity Insurance Company of North America (IICNA) and Aurora Dairy Corporation (Aurora) pursuant to D.C.COLO.LCivR 7.2, because the terms and conditions contained therein fall within the Stipulated Protective Order entered into between the parties to this lawsuit. In addition, the IFA contains confidential information relating to the terms and

121275567v1 00057

conditions under which NSC, ACE and IICNA agreed to provide a defense to Aurora in connection with the lawsuit giving rise to the coverage dispute at issue in this action. The terms and conditions of the IFA, in their entirety, were intended by the parties to remain confidential. As a result, no less restrictive alternatives to filing under seal exist.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiffs/Counter-Defendants National Surety Corporation's and American Insurance Company's Motion to Seal is GRANTED.

DATED at Denver, Colorado, this ___ day of _____, 2011.

BY THE COURT:

Hon. Craig B. Shaffer
United States Magistrate Judge