**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INS. CO. OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

    Plaintiffs,

v.

AURORA DAIRY CORPORATION, a Delaware corporation,

    Defendant.

And

AURORA DAIRY CORPORATION, a Delaware corporation,

    Counterclaim Plaintiff and Third-Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INS. CO. OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

    Counterclaim Defendants.

And

GENERAL FIRE & CASUALTY CO., an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INS. CO., an Oklahoma corporation

    Third-Party Defendants.

And

GENERAL FIRE & CASUALTY CO., an Idaho corporation,

    Third-Party Counterclaim Plaintiff,

v.

AURORA DAIRY CORPORATION, a Delaware corporation,

    Third-Party Counterclaim Defendant.

And

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORP., d/b/a AURORA DAIRY ORGANIC DAIRY,
a Delaware corporation,

    Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

    Defendant.

**MOTION OF S. KATO CREWS TO WITHDRAW AS COUNSEL OF RECORD
FOR AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
AND NOTICE OF NEW FIRM AFFILIATION**

The undersigned attorney of record for American Farmers & Ranchers Mutual Insurance Company ("American") has left the law firm of Rothgerber Johnson & Lyons LLP, and therefore, respectfully requests an Order allowing his withdrawal. The undersigned states the following in support of this Motion:

1. The undersigned attorney, S. Kato Crews, has left the law firm of Rothgerber Johnson & Lyons LLP ("RJL"). RJL currently represents American in this matter.

2. Pursuant to D.C.COLO.LCivR 10.1M, Mr. Crews' new firm affiliation is as follows:

> Mastin Hoffman & Crews PC
> 5750 S. Ulster Circle East, Suite 300
> Greenwood Village, Colorado 80111
> Telephone: 303.217.4876 / Fax: 303.217.4877
> crews@mastinlaw.com

3. As a result of Mr. Crews' new firm affiliation, he no longer serves as counsel for American. American will continue to be represented in this matter by counsel of record from Rothgerber Johnson & Lyons LLP. Therefore, no party will be prejudiced by the Court allowing Mr. Crews' withdrawal.

WHEREFORE, the undersigned respectfully requests an Order allowing his withdrawal as counsel of record for American.

Respectfully submitted: February 4, 2011

*/s/S. Kato Crews*
_____
S. Kato Crews
**Mastin Hoffman & Crews PC**
5750 S. Ulster Circle East, Suite 300
Greenwood Village, Colorado 80111
Telephone: 303.217.4876
Email: crews@mastinlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **MOTION OF S. KATO CREWS TO WITHDRAW AS COUNSEL OF RECORD FOR AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, AND NOTICE OF NEW FIRM AFFILIATION** was electronically filed with the Clerk of the Court using the CM/ECF system on February 4, 2011, which sent notification of such filing to the following:

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com

Debora L. Verdier
Debora.Verdier@SandersParks.com

Liva M. Kiser
livia.kiser@lw.com

Mark S. Mester
Mark.mester@lw.com

Troy Olsen
tolsen@rothgerber.com

Brad E. Brewer
bbrewer@zelle.com

Daniel F. Wake
dwake@siwlegal.com

Brett N. Huff
bhuff@huffandleslie.com

*/s/ S. Kato Crews*
_____
S. Kato Crews