IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

**ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,**
**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,**
**NATIONAL SURETY CORPORATION, an Illinois corporation, and**
**THE AMERICAN INSURANCE COMPANY, an Ohio corporation,**

Plaintiffs.

v.

**AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,**

Defendant.

---

**AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,**

Counterclaim Plaintiff and Third Party Plaintiff,

v.

**ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,**
**INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,**
**NATIONAL SURETY CORPORATION, an Illinois corporation, and**
**THE AMERICAN INSURANCE COMPANY, an Ohio corporation,**

and

**GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,**

Third-Party Defendants.

**GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,**

Third-Party Counterclaim Plaintiff,

v.

**AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,**

Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

**AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,**

Plaintiff,

v.

**NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,**

Defendant.

---

### ENTRY OF APPEARANCE

---

**ARTHUR J. KUTZER** and **JOEL A. PALMER**, of the law firm **SENTER GOLDFARB & RICE, L.L.C.**, hereby enter an appearance on behalf of Defendant **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation**.

Respectfully submitted,

**SENTER GOLDFARB & RICE, L.L.C.**

s/ Arthur J. Kutzer
Arthur J. Kutzer, Esq.


s/Joel A. Palmer
Joel A. Palmer, Esq.
1700 Broadway, Suite 1700
Denver, CO 80290
Telephone: 303-320-0509
E-mail: akutzer@sgrllc.com
*Attorneys for Defendant Nationwide Agribusiness Insurance Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following email:

| | |
|---|---|
| Daniel F. Wake, Esq.<br>dwake@siwlegal.com | Bethany K. Culp, Esq.<br>bculp@hinshawlaw.com |
| Brad E. Brewer, Esq.<br>bbrewer@zelle.com | Jacob S. Woodard, Esq.<br>jwoodard@hinshawlaw.com |
| Brett Norman Hoff, Esq.<br>bhuff@huffandleslie.com | Shushanie E. Kindseth, Esq.<br>skindseth@hinshawlaw.com |
| Debora L. Verdier, Esq.<br>debora.verdier@sandersparks.com | Livia M. Kiser, Esq.<br>livia.kiser@lw.com |
| Garrick Lloyd Gallagher, Esq.<br>garrick.gallagher@sandersparks.com | Mark S. Mester, Esq.<br>mark.mester@lw.com |
| Brett Norman Huff, Esq.<br>bhuff@huffandleslie.com | Brad E. Brewer, Esq.<br>bbrewer@zelle.com |
| Troy R. Olsen, Esq.<br>tolsen@rothgerber.com | Shane Kato Crews, Esq.<br>crews@mstinlaw.com |

s/ Andrew C. Murray
Andrew Murray, Legal Secretary

00486709