**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

| |
|---|
| ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation, <br><br>       Plaintiffs, <br><br> v. <br>AURORA DAIRY CORPORATION, a Delaware corporation, <br><br>       Defendant. |
| AURORA DAIRY CORPORATION, a Delaware corporation, <br><br>       Counterclaim Plaintiff and Third-Party Plaintiff, <br><br> v. <br>ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation, <br><br>       Counterclaim Defendants, <br><br>and <br><br>GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation <br><br>       Third-Party Defendants. |

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

      Defendant.

## ENTRY OF APPEARANCE

Daniel N. West of the law firm Hinshaw & Culbertson LLP hereby enters his appearance on behalf of Plaintiffs/Counter-Defendants National Surety Corporation and The American Insurance Company. For purposes of service, Mr. West's email address is: dwest@hinshawlaw.com.

121275747v1  00057

| | |
|---|---|
| Dated:  February 10, 2011 | Respectfully submitted,<br><br>s/Daniel N. West<br>HINSHAW & CULBERTSON LLP<br>Bethany K. Culp (#154891 – Minnesota)<br>Daniel N. West (#0322581 – Minnesota)<br>333 South Seventh Street, Suite 2000<br>Minneapolis, MN 55402-4320<br>Telephone:     612- 333-3434<br>Facsimile:      612-334-8888<br>bculp@hinshawlaw.com<br>dwest@hinshawlaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Garrick L. Gallagher Garrick.Gallagher@SandersParks.com | Debora L. Verdier Debora.Verdier@SandersParks.com |
| Liva M. Kiser livia.kiser@lw.com | Mark S. Mester Mark.mester@lw.com |
| Troy Olsen tolsen@rothgerber.com | Daniel F. Wake dwake@siwlegal.com |
| Brad E. Brewer bbrewer@zelle.com | Joel A. Palmer japalmer@sgrllc.com |
| Brett N. Huff bhuff@huffandleslie.com | Arthur J. Kutzer akutzer@sgrllc.com |

HINSHAW & CULBERTSON LLP
Bethany K. Culp (#154891 – Minnesota)
Daniel N. West (#0322581 – Minnesota)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402-4320
Telephone:    612- 333-3434
Facsimile:     612-334-8888
bculp@hinshawlaw.com
dwest@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY**

121275747v1  00057

4