**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

| |
|---|
| ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br>      Plaintiffs,<br> v.<br>AURORA DAIRY CORPORATION, a Delaware corporation,<br>      Defendant. |
| AURORA DAIRY CORPORATION, a Delaware corporation,<br>      Counterclaim Plaintiff and Third-Party Plaintiff,<br> v.<br>ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation, NATIONAL SURETY CORPORATION, an Illinois corporation, and THE AMERICAN INSURANCE COMPANY, an Ohio corporation,<br>      Counterclaim Defendants,<br>and<br>GENERAL FIRE & CASUALTY COMPANY, an Idaho corporation, and AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation<br>      Third-Party Defendants. |

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

      Defendant.

## MOTION TO WITHDRAW APPEARANCE OF JACOB S. WOODARD

### MOTION

   The undersigned hereby respectfully moves the Court to withdraw the appearance of Jacob S. Woodard in the above-captioned matter as counsel for Plaintiffs/Counter-Defendants National Surety Corporation ("NSC") and The American Insurance Company ("AIC"). Mr. Woodard is no longer an employee of Hinshaw & Culbertson LLP. The law firm of Hinshaw & Culbertson LLP will remain counsel of record in this matter, so no party will be prejudiced by the Court allowing the withdrawal of Mr. Woodard as counsel for NSC and AIC.

Dated: February 11, 2011                     Respectfully submitted,

                                                                              _____
HINSHAW & CULBERTSON LLP
Bethany K. Culp (#154891 – Minnesota)
Daniel N. West (#0322581 – Minnesota)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402-4320
Telephone:    612- 333-3434
Facsimile:    612-334-8888
bculp@hinshawlaw.com
dwest@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

   I hereby certify that on <u>February 11, 2011</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Garrick L. Gallagher<br>Garrick.Gallagher@SandersParks.com | Debora L. Verdier<br>Debora.Verdier@SandersParks.com |
| Liva M. Kiser<br>livia.kiser@lw.com | Mark S. Mester<br>Mark.mester@lw.com |
| Troy Olsen<br>tolsen@rothgerber.com | Daniel F. Wake<br>dwake@siwlegal.com |
| Brad E. Brewer<br>bbrewer@zelle.com | Joel A. Palmer<br>japalmer@sgrllc.com |
| Brett N. Huff<br>bhuff@huffandleslie.com | Arthur J. Kutzer<br>akutzer@sgrllc.com |

                 s/ Daniel N. West
                 HINSHAW & CULBERTSON LLP
                 Bethany K. Culp (#154891 – Minnesota)
                 Daniel N. West (#0322581 – Minnesota)
                 333 South Seventh Street, Suite 2000
                 Minneapolis, MN 55402-4320
                 Telephone: 612- 333-3434
                 Facsimile: 612-334-8888
                 bculp@hinshawlaw.com
                 dwest@hinshawlaw.com

                 **ATTORNEYS FOR**
                 **PLAINTIFFS/COUNTER-DEFENDANTS**
                 **NATIONAL SURETY CORPORATION**
                 **AND THE AMERICAN INSURANCE**
                 **COMPANY**