**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,
a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Plaintiffs,

   v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Counterclaim Plaintiff and Third-Party Plaintiff,

   v.

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
an Oklahoma corporation

                Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

      Defendant.

## PROPOSED ORDER

This Court having considered Plaintiffs/Counter-Defendants National Surety Corporation's and The American Insurance Company's motion to withdraw the appearance of Jacob S. Woodard in the above-captioned matter orders as follows:

Plaintiffs/Counter-Defendants National Surety Corporation's and The American Insurance Company's Motion to Withdraw Appearance of Jacob S. Woodard is GRANTED.

DATED at Denver, Colorado, this ___ day of _____, 2011.

      BY THE COURT:

      _____
      Hon. Craig B. Shaffer
      United States Magistrate Judge