**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,
a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
an Oklahoma corporation

       Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

      Defendant.

## MOTION TO WITHDRAW APPEARANCE OF JACOB S. WOODARD

### MOTION

   The undersigned hereby respectfully moves the Court to withdraw the appearance of Jacob S. Woodard in the above-captioned matter as counsel for Plaintiffs/Counter-Defendants National Surety Corporation ("NSC") and The American Insurance Company ("AIC"). Mr. Woodard is no longer an employee of Hinshaw & Culbertson LLP. The law firm of Hinshaw & Culbertson LLP will remain counsel of record in this matter, so no party will be prejudiced by the Court allowing the withdrawal of Mr. Woodard as counsel for NSC and AIC.

|  |  |
|---|---|
| Dated:  February 11, 2011 | Respectfully submitted,<br><br>s/ Daniel N. West<br>HINSHAW & CULBERTSON LLP<br>Bethany K. Culp (#154891 – Minnesota)<br>Daniel N. West (#0322581 – Minnesota)<br>333 South Seventh Street, Suite 2000<br>Minneapolis, MN 55402-4320<br>Telephone:     612- 333-3434<br>Facsimile:      612-334-8888<br>bculp@hinshawlaw.com<br>dwest@hinshawlaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Garrick L. Gallagher<br>Garrick.Gallagher@SandersParks.com | Debora L. Verdier<br>Debora.Verdier@SandersParks.com |
| Liva M. Kiser<br>livia.kiser@lw.com | Mark S. Mester<br>Mark.mester@lw.com |
| Troy Olsen<br>tolsen@rothgerber.com | Daniel F. Wake<br>dwake@siwlegal.com |
| Brad E. Brewer<br>bbrewer@zelle.com | Joel A. Palmer<br>japalmer@sgrllc.com |
| Brett N. Huff<br>bhuff@huffandleslie.com | Arthur J. Kutzer<br>akutzer@sgrllc.com |

s/ Daniel N. West
HINSHAW & CULBERTSON LLP
Bethany K. Culp (#154891 – Minnesota)
Daniel N. West (#0322581 – Minnesota)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402-4320
Telephone:    612- 333-3434
Facsimile:     612-334-8888
bculp@hinshawlaw.com
dwest@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY**

121275734v1  00057