IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware

1

corporation,
    Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,
    Defendant.
_____

### ORDER TO SEAL
_____

This civil action comes before the court on "Plaintiffs/Counter Defendants National Surety Corporation's and the American Insurance Company's Motion to Seal" (filed February 4, 2011) (Doc. # 106). On October 20, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 28). Movants seek to seal Exhibit A to the Affidavit of Daniel N. West, the Interim Funding Agreement (IFA) entered into between NSC, AIC, ACE American Insurance Corporation (ACE), Indemnity Insurance Company of North America (IICNA) and Aurora Dairy Corporation (Aurora) (Doc. # 105) pursuant to D.C.COLO.LCivR 7.2 because the terms and conditions contained therein fall within the Stipulated Protective Order entered into between the parties to this lawsuit and because the IFA contains confidential information relating to the terms and conditions under which NSC, ACE and IICNA agreed to provide a defense to Aurora in connection with the lawsuit giving rise to the coverage dispute at issue in this action,

which terms and conditions were intended by the parties to remain confidential in their entirety. In accordance with D.C. COLO. LCivR 7.2 the motion was posted to the public to allow for any objection(s) to the sealing of the document. No timely objection has been filed. The court has reviewed the Motion and the entire case file and is sufficiently advised in the premises. The court having determined that good cause exists to seal Exhibit A (Doc. # 105) and found no less restrictive alternatives to filing under seal and there being no timely objection filed,

IT IS ORDERED that "Plaintiffs/Counter Defendants National Surety Corporation's and the American Insurance Company's Motion to Seal" (filed February 4, 2011) (Doc. # 106) is GRANTED and Doc. # 105 shall remain sealed until further order of the court.

DATED at Denver, Colorado, this 11th day of February, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge