IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
    Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware

1

corporation,
    Third-Party Counterclaim Defendant.
_____

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,
    Defendant.
_____

## ORDER TO WITHDRAW COUNSEL
_____

This civil action comes before the court on the "Motion by Brett N. Huff to Withdraw as Counsel of Record for Nationwide Agribusiness Insurance Company" (filed February 11, 2011) (Doc. # 18 in 09-cv-00346-CBS-BNB). On October 20, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 28). Nationwide Agribusiness Insurance Company will be represented in this action by attorneys Arthur J. Kutzer and Joel A. Palmer of the law firm of Senter Goldfarb and Rice LLC, who entered their appearance on February 8, 2011. (*See* Doc. # 110 in 08-cv-01236-CBS-BNB). The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises,

IT IS ORDERED that the "Motion by Brett N. Huff to Withdraw as Counsel of Record for Nationwide Agribusiness Insurance Company" (filed February 11, 2011) (Doc. # 18 in 09-cv-00346-CBS-BNB) is GRANTED. Attorney Brett N. Huff is withdrawn

as counsel of record in this civil action.  The Clerk of Court is instructed to terminate electronic notification and to remove attorney Brett N. Huff from the Notice of Electronic Mailing.

DATED at Denver, Colorado, this 11th day of February, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge