**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

---

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

      Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

      Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

      Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

      Defendant.

**EXHIBITS TO RESPONSE OF AURORA DAIRY CORPORATION TO THE MOTION TO REOPEN OF PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION AND THE AMERICAN INSURANCE COMPANY**

| **Exhibit** | **Description** |
|---|---|
| A | Correspondence from S. Shkolnick to D. Getman, February 9, 2011 |
| B | Correspondence from NSC and AIC to D. Getman, January 14, 2008 |
| C | Correspondence from IICNA and ACE to D. Getman, January 28, 2008 |
| D | Complaint (without exhibits), <u>Mothershead v. Aurora Dairy Corporation</u>, Case No. 4:07-cv-01701-CAS (E.D. Mo., filed October 4, 2007) |
| E | <u>In re Aurora Dairy Corp.</u>, 2009 WL 1576928 (E.D. Mo. 2009) |
| F | Courtroom Minute Sheet, <u>In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation</u>, Case No. 4:08-md-1907-ERW (E.D. Mo., filed November 2, 2010) |

| **Exhibit** | **Description** |
|---|---|
| G | Amended Master Complaint, <u>In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation</u>, Case No. 4:08-md-1907-ERW (E.D. Mo., filed November 23, 2010) |
| H | Docket Text Order, <u>In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation</u>, Case No. 4:08-md-1907-ERW (E.D. Mo., filed December 7, 2010) |
| I | Docket Text Order, <u>In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation</u>, Case No. 4:08-md-1907-ERW (E.D. Mo., filed January 10, 2011) |
| J | Notice of Appointment of Neutral, <u>In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation</u>, Case No. 4:08-md-1907-ERW (E.D. Mo., filed February 8, 2011) |
| K | Aurora's First Set of Document Request |