# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 11/02/10   **Judge** E. Richard Webber   **Case No.** 4:08-md-1907 ERW
In re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation
**Court Reporter** C. Simpson   **Deputy Clerk** R. Douglas
**Attorneys for Parties** Don Downing, Livia Kiser, Thomas Neill, Mark Mester, Bryan LeMoine, Jay Connolly, Cathleen Lally

**Parties present for** Status Hearing (Telephone). In accordance with the parties' recommendations, Plaintiffs shall file an Amended Class Action Complaint on or before November 22, 2010, and within 10 (ten) days thereafter, Defendants shall advise the Court of their desired deadline for filing an Answer or other responsive pleading.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____
Pltf. Exhibits:_____
Pltf. Exhibits:_____

Deft. Exhibits:_____
Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  10:00  a.m. Concluded  10:15  a.m.