# EXHIBIT H

-------------------------------------------

**From:** Moed_AutoSend@moed.uscourts.gov[SMTP:MOED_AUTOSEND@MOED.USCOURTS.GOV]
**Sent:** Tuesday, December 07, 2010 10:02:02 AM
**To:** MOED_ECF_Notification@moed.uscourts.gov
**Subject:** Activity in Case 4:08-md-01907-ERW In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation Docket Text Order
**Auto forwarded by a Rule**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Missouri **(LIVE)**

## Notice of Electronic Filing

The following transaction was entered on 12/7/2010 at 10:02 AM CST and filed on 12/7/2010

| | |
|---|---|
| **Case Name:** | In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation |
| **Case Number:** | 4:08-md-01907-ERW |
| **Filer:** | |
| **Document Number:** | 172(No document attached) |

**Docket Text:**
**Docket Text ORDER: Upon request of the parties, this matter is referred to Mediation. An Order Referring Case to Alternative Dispute Resolution shall issue forthwith. The Answer Deadline is stayed up to and including March 15, 2011, pending said mediation. So Ordered by Judge E. Richard Webber. (BABS)**