# EXHIBIT J

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practice Litigation | )<br>)<br>)<br>) MDL No.   4:08MD01907 ERW<br>)<br>)<br>)<br>) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E.D.Mo. L.R. 6.03, the Clerk of the court hereby notifies JONATHAN MARKS,  Marks ADR, LLC, 4833 Rugby Avenue, Ste. 301, Bethesda, MD 20815 that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation.**

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Mark S. Mester (for dft)

233 S. Wacker Drive

Suite 5800

Chicago, IL  60606

312-876-7700

Other Counsel:   Don M. Downing (for pla)

701 Market Street

Suite 800

St. Louis, MO  63101-1826

314-241-5620

**The completion deadline for this ADR referral is <u>March 17, 2011</u>.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

<u>February 8, 2011</u>               *James G. Woodward*
Date                              Clerk of the Court

                        By:     <u>/s/ Laura Dreon</u>
                                LAURA DREON
                                Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: Aurora Dairy Corp. Organic Milk Marketing and Sales Practice Litigation ) ) ) ) ) ) ) ) | MDL No.   4:08MD01907 ERW |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:
_____

### Option 1

☐   An ADR conference has been held.  The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement.  Revised completion deadline: _____.  *Such an election by the neutral is permitted once during the span of a mediation in a single case.  All other extensions require court approval.*

_____

### Option 2

☐   A final ADR conference was held on: _____.

☐   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on _____.  The parties [☐ did   ☐ did not] achieve a settlement.  *Check one*

_____

### Option 3

☐   Although this case was referred to ADR,  a conference WAS NOT HELD.
_____


Date _____      Neutral _____
                                                 JONATHAN MARKS
                                                 Signature