**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:08-cv-01236-CBS-BNB,**
*Consolidated with* **Civil Action No. 09-cv-00346-CBS-BNB**

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation;  and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
    Plaintiffs,
 v.
AURORA ORGANIC DAIRY CORPORATION,
a Delaware corporation,
    Defendant.
_____
AURORA ORGANIC DAIRY CORPORATION,
a Delaware corporation,
    Counterclaim Plaintiff and Third Party Plaintiff,
 v.
ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation;
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,
    Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,
    Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,
        Third Party Counterclaim Plaintiff,
v.
AURORA ORGANIC DAIRY CORPORATION,
a Delaware corporation,
        Third Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION, d/b/a AURORA
ORGANIC DAIRY, a Delaware corporation,
        Plaintiff,
v.
NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,
        Defendant.

**PLAINTIFFS/COUNTERDEFENDANTS ACE AMERICAN INSURANCE CORPORATION AND INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S RESPONSE TO PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION'S AND THE AMERICAN INSURANCE COMPANY'S MOTION TO REOPEN**

Plaintiffs/Counterdefendants, ACE American Insurance Corporation ("ACE") and Indemnity Insurance Company of North America ("IICNA"), hereby responds to and states that it does not object to or oppose Plaintiffs/Counter-Defendants National Surety Corporation's and the American Insurance Company's Motion to Reopen (Dkt. No. 104).

2

Respectfully submitted this 25th day of February, 2011.

**SANDERS & PARKS, P.C.**


By   s/Debora L. Verdier
    Garrick L. Gallagher
    Garrick.Gallagher@SandersParks.com
    Debora L. Verdier
    Debora.Verdier@SandersParks.com
    1300 SCF Tower
    3030 North Third Street
    Phoenix, Arizona  85012-3099
    (602) 532-5600
    Attorneys for ACE and IICNA

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Bethany K. Culp<br>bculp@hinshawlaw.com | Shushanie E. Kindseth<br>skindseth@hinshawlaw.com |
| Daniel N. West<br>dwest@hinshawlaw.com | Mark S. Mester<br>mark.mester@lw.com |
| Livia M. Kiser<br>livia.kiser@lw.com | Daniel F. Wake<br>dwake@siwlegal.com |
| Troy Olsen<br>tolsen@rothgerber.com | Arthur J. Kutzer<br>akutzer@sgrllc.com |
| Brad E. Brewer<br>bbrewer@zelle.com | Joel A. Palmer<br>japalmer@sgrllc.com |

 

s/Debora L. Verdier
Garrick L. Gallagher
Debora L. Verdier
Attorneys for Plaintiffs ACE and IICNA
SANDERS & PARKS, P.C.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
(602) 532-5600
(602) 532-5700
Garrick.Gallagher@SandersParks.com
Debora.Verdier@SandersParks.com

4