**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB,
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

        Plaintiffs,

v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

        Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

        Counterclaim Plaintiff and Third-Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

        Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

        Third-Party Defendants.

{A0186832 / 1}

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

       Third-Party Counterclaim Plaintiff,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

       Plaintiff,

 v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

       Defendant.

**AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS/COUNTER-DEFENDANTS NATIONAL SURETY CORPORATION'S AND THE AMERICAN INSURANCE COMPANY'S MOTION TO REOPEN**

  Defendant, American Farmers & Ranchers Mutual Insurance Company ("AFRMIC"), by and through its attorneys, Rothgerber Johnson & Lyons LLP, hereby submits the following response to the Motion to Reopen filed by Plaintiffs/Counter-Defendants National Surety Corporation ("NSC") and the American Insurance Company ("AIC").

  1. In the underlying class action litigation, a mediation has been scheduled for March 15-17, 2011. The Court in the underlying litigation has required all insurance carriers for Aurora Dairy Corporation ("Aurora") to participate in this mediation. AFRMIC suggests to this Court that it should defer reopening this action until after the completion of the mediation in the underlying class action litigation.

2. Although this Court has scheduled a hearing on the Motion to Reopen for March 14, 2011, it is undersigned counsel's understanding that counsel for NCS and AIC will be filing a motion to reschedule that hearing because of a conflict with counsel's schedule. As such, a hearing on the Motion to Reopen will likely not occur until after the completion of the mediation in the underlying action. Accordingly, NCS and AIC will not suffer any prejudice if the reopening of this action does not occur until after the completion of the mediation.

3. AFRMIC incorporates the legal authority cited by co-defendant Nationwide Agribusiness Insurance Company's in its Response to the Motion to Reopen as if fully set forth herein.

DATED: February 28, 2011

*s/ Troy R. Olsen*
Troy R. Olsen
Rothgerber Johnson & Lyons LLP
90 S. Cascade, Suite 1100
Colorado Springs, Colorado  80903
Tel: (719) 386-3000
Fax: (719) 386-3070
E-Mail:  tolsen@rothgerber.com

*Attorneys for American Farmers & Ranchers Insurance Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 28, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Garrick L. Gallagher
garrick.gallagher@sandersparks.com
Debora L. Verdier
debora.verdier@sandersparks.com
*Attorneys for Ace American Insurance Corp. and Indemnity Insurance Company of North America*

Bethany K. Culp
bculp@hinshawlaw.com
Shushanie E. Kindseth
skindseth@hinshawlaw.com
Daniel N. West
dwest@hinshawlaw.com
*Attorneys for National Surety Corporation and The American Insurance Company*

Livia M. Kiser
livia.kiser@lw.com
Mark S. Mester
mark.mester@lw.com
Daniel F. Wake
dwake@siwlegal.com
*Attorneys for Aurora Organic Dairy*

Arthur J. Kutzer
akutzer@sgrllc.com
Joel A. Palmer
japalmer@sgrllc.com
*Attorneys for Nationwide Agribusiness Insurance Company*

Brad E. Brewer
bbrewer@zelle.com
*Attorneys for Nationwide*

               *s/Luanne Sutton*                                     .
               Luanne Sutton