IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
 Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
 Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
 Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
 Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
 Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
    Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,
    Defendant.

## MINUTE ORDER

    THIS MATTER COMES before the court on Plaintiffs/Counter-Defendants National Security Corporation's and The American Insurance Company's Motion to Reopen (*doc # 104*) filed February 4, 2011.  Pursuant to an unopposed telephone request by counsel for Plaintiff, IT IS HEREBY ORDERED that the Motion Hearing scheduled for March 14, 2011 is vacated and RESET to **April 8, 2011** at **10:00 a.m.** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    DATED at Denver, Colorado, this 3rd day of March, 2011.

    BY THE COURT:

    *s/Craig B. Shaffer*
    Craig B. Shaffer
    United States Magistrate Judge