**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  08-cv-01236-CBS-BNB** | FTR - Reporter Deck - Courtroom A402 |
| *Consolidated with Civil Action No.: 09-cv-00346-CBS-BNB* | |
| **Date:   April 8, 2011** | **Courtroom Deputy:**   Linda Kahoe |

| | |
|---|---|
| ACE AMERICAN INSURANCE CORPORATION, | Garrick Lloyd Gallagher |
| INDEMNITY INSURANCE COMPANY OF | |
| NORTH AMERICA, | |
| NATIONAL SURETY CORPORATION, | Bethany K. Culp |
| THE AMERICAN INSURANCE COMPANY, | |
|     Plaintiffs, | |
| v. | |
| | |
| AURORA DAIRY CORPORATION d/b/a | Mark S. Mester |
| AURORA ORGANIC DAIRY, | Livia M. Kiser |
|     Defendant. | Daniel F. Wake |

| | |
|---|---|
| AURORA DAIRY CORPORATION d/b/a | |
| AURORA ORGANIC DAIRY, | |
|     Counterclaim Plaintiff and Third Party Plaintiff, | |
| v. | |
| | |
| ACE AMERICAN INSURANCE CORPORATION, | |
| INDEMNITY INSURANCE COMPANY OF | |
| NORTH AMERICA, | |
| NATIONAL SURETY CORPORATION, | |
| THE AMERICAN INSURANCE COMPANY, | |
|     Counterclaim Defendants, | |
| and | |
| | |
| GENERAL FIRE & CASUALTY COMPANY | Troy R. Olsen |
| n/k/a AMERICAN FARMERS & RANCHERS | |
| MUTUAL INSURANCE COMPANY, | |
|     Third-Party Defendants. | |

GENERAL FIRE & CASUALTY COMPANY
n/k/a AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
    Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a
AURORA ORGANIC DAIRY,
    Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a
AURORA ORGANIC DAIRY,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS              Joel A. Palmer
INSURANCE COMPANY,
    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 10:03 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiffs/Counter-Defendants National Surety Corporation's and the American Insurance Company's Motion to Reopen, doc #[104], filed 2/4/2011.

Counsel state no objection.

**ORDERED:** Plaintiffs/Counter-Defendants National Surety Corporation's and the American Insurance Company's Motion to Reopen, doc #[104], is **GRANTED** and the case is **REOPENED**.

**ORDERED:** A Scheduling Conference is set for Thursday, **MAY 19, 2011 at 1:30 p.m.** A Proposed Scheduling Order is due on or before **MAY 16, 2011.**

HEARING CONCLUDED.

**Court in recess**:     **10:14 a.m.**
Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.