IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
      Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,
      Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,
      Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,
      Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
      Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY, an Oklahoma corporation,
  Third-Party Counterclaim Plaintiff,
v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,
  Third-Party Counterclaim Defendant.

_____

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware
corporation,
  Plaintiff,
v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,
  Defendant.

_____

## MINUTE ORDER

_____

  Upon review of the parties' Joint Status Report and Request to Hold Status Conference in
Lieu of Scheduling Conference (*doc # 129*) filed May 19, 2011, IT IS HEREBY ORDERED that
the Scheduling Conference set for May 23, 2011 at 8:30 a.m. (Mountain Time) is CONVERTED
to a Status Conference.  The Status Conference will be held in person in Courtroom A-402,
Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.


**DATED:**  May 19, 2011

_____