**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.:** 08-cv-01236-CBS-BNB      FTR - Reporter Deck - Courtroom A402
*Consolidated with 09-cv-00346-CBS-BNB*
**Date:** May 23, 2011                         **Courtroom Deputy:** Linda Kahoe

ACE AMERICAN INSURANCE CORPORATION,           Garrick Lloyd Gallagher
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,
NATIONAL SURETY CORPORATION,                  Daniel N. West
THE AMERICAN INSURANCE COMPANY,
    Plaintiffs,
v.

AURORA DAIRY CORPORATION d/b/a                Livia M. Kiser
AURORA ORGANIC DAIRY,                         Daniel F. Wake
    Defendant.

---

AURORA DAIRY CORPORATION d/b/a
AURORA ORGANIC DAIRY,
    Counterclaim Plaintiff and Third Party Plaintiff,
v.

ACE AMERICAN INSURANCE CORPORATION,
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,
NATIONAL SURETY CORPORATION,
THE AMERICAN INSURANCE COMPANY,
    Counterclaim Defendants,
and

GENERAL FIRE & CASUALTY COMPANY               Troy R. Olsen
n/k/a AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
    Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY
n/k/a AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
    Third-Party Counterclaim Plaintiff,
v.

1

AURORA DAIRY CORPORATION d/b/a
AURORA ORGANIC DAIRY,
    Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a
AURORA ORGANIC DAIRY,
    Plaintiff,
v.

NATIONWIDE AGRIBUSINESS          Joel A. Palmer
INSURANCE COMPANY,             Patricia St. Peter
    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:    8:33 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:** A Scheduling Conference is set for **9:00 a.m. on JUNE 15, 2011 at 9:00 a.m.**  A Proposed Scheduling Order is due by **JUNE 13, 2011.**  Counsel are required to focus on what discovery is needed and to incorporate that into their Proposed Scheduling Order.  The court intends to set tight deadlines.

Discussion regarding settlement.  The court encourages counsel to contact Magistrate Judge Boland.

HEARING CONCLUDED.

**Court in recess:    8:43 a.m.**
Total time in court:    00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.