**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-01236-CBS-BNB,
*consolidated with* Civil Action No. 1:09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Defendant.

---

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

                Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

                Third-Party Counterclaim Plaintiff,

v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

                Defendant.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), ACE American Insurance Corporation, Indemnity Insurance Company of North America, National Surety Corporation, The American Insurance Company, General Fire & Casualty Company, Nationwide Agribusiness Insurance Company (collectively, "the Insurers") and Aurora Dairy Corporation ("Aurora," and collectively with the Insurers, the "Parties") through their respective counsel, hereby voluntarily dismiss without prejudice all claims asserted in the above-captioned lawsuits (i.e., Civil Action Nos. 1:08-cv-01236-CBS-BNB and 1:09-cv-00346-CBS-BNB, collectively referred to herein as the "Lawsuits") and stipulate as follows:

1. On June 13, 2011, the Parties entered into a Binding Term Sheet (the "Term Sheet") setting forth the terms and conditions pursuant to which the Parties have agreed to resolve all disputes between and among them concerning the claims asserted in the Lawsuits.

2. The Term Sheet contemplates the voluntary dismissal of these suits.

- 1 -

3. Accordingly, the Parties hereby stipulate to voluntarily dismiss the Lawsuits without prejudice, each Party to bear its own costs and attorneys fees.

4. The Parties further request that the Court retain jurisdiction over these cases for forty-five (45) days.  During that period, the Parties will incorporate into a formal, written agreement the terms set forth in the Term Sheet, and at the conclusion of that period, the Parties will request that these cases be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted this 14th day of June, 2011.

/s/Garrick L. Gallagher
Garrick L. Gallagher, One of the Attorneys for
Plaintiffs/Counter-Defendants ACE and IICNA

SANDERS & PARKS, P.C.
Garrick L. Gallagher, Esq.
Debora L. Verdier, Esq.
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
E-mail:   Garrick.Gallagher@SandersParks.com
          Debora.Verdier@SandersParks.com

/s/Daniel N. West
Daniel N. West, One of the Attorneys
For Plaintiffs/Counter-Defendants NSC and AIC

HINSHAW & CULBERTSON, L.L.P
Bethany K. Culp, Esq.
Daniel N. West, Esq.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Facsimile:  (612) 334-8888
E-mail:   bculp@hinshawlaw.com
          dwest@hinshawlaw.com

        /s/Troy Olsen
Troy Olsen, One of the Attorneys for Third-Party Defendant/Third-Party Counterclaim Plaintiff American Farmers & Ranchers Insurance Company, formerly known as General Fire & Casualty Company

ROTHGERBER JOHNSON & LYONS LLP
Troy Olsen, Esq.
90 South Cascade Avenue, Suite 1100
Colorado Springs, Colorado  80903
Telephone:  (719) 386-3000
Facsimile:  (719) 386-3070
E-mail:     tolsen@rothgerber.com

        /s/ Brad E. Brewer
Brad E. Brewer, One of the Attorneys for Defendant Nationwide Agribusiness Insurance Company

ZELLE HOFFMAN VOELBEL & MASON LLP
Brad E. Brewer.
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone:  (214) 749-3000
Facsimile:  (214) 760-8994
E-mail:  bbrewer@zelle.com

        /s/ Mark S. Mester
Mark S. Mester, One of the Attorneys for Defendant/Counterplaintiff Aurora Dairy Corporation

SANDER INGEBRETSEN & WAKE, P.C.
Daniel F. Wake, Esq.
1660 17th Street, Suite 450
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
E-mail:     dwake@siplaw.com

- 4 -

LATHAM & WATKINS LLP
Mark S. Mester, Esq.
Livia M. Kiser, Esq.
233 South Wacker Drive, Suite 5800
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail:    mark.mester@lw.com
           livia.kiser@lw.com

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Daniel West
dwest@hinshawlaw.com

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com

Debora L. Verdier
Debora.Verdier@SandersParks.com

Troy Olsen
tolsen@rothgerber.com

Daniel F. Wake
dwake@siwlegal.com

Arthur J. Kutzer
akutzer@sgrllc.com

Joel A. Palmer
japalmer@sgrllc.com

Brad E. Brewer
bbrewer@zelle.com

      /s/ Livia M. Kiser
      LATHAM & WATKINS LLP
      Mark S. Mester
      Livia M. Kiser
      233 South Wacker Drive, Suite 5800
      Chicago, Illinois  60606
      Telephone: (312) 876-7700
      Facsimile: (312) 993-9767
      E-mail: mark.mester@lw.com
            livia.kiser@lw.com