# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-03460-CBS-BNB**
_____

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

 v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.
_____

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

 v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.
_____

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

        Third-Party Counterclaim Plaintiff,

v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

        Third-Party Counterclaim Defendant.
_____

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

        Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

        Defendant.
_____

**UNOPPOSED JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE FOR SUBMITTING STIPULATION OF VOLUNTARY DISMISSAL**

**(First Requested Extension)**
_____

Pursuant to Local Rule 6.1 of the United States District Court for the District of Colorado, ACE American Insurance Corporation, Indemnity Insurance Company of North America, National Surety Corporation, The American Insurance Company, General Fire & Casualty Company, Nationwide Agribusiness Insurance Company (collectively, "the Insurers") and Aurora Dairy Corporation ("Aurora," and collectively with the Insurers, the "Parties") through their respective counsel, hereby jointly request the Court to amend its June 16, 2011 minute entry order setting the deadline for filing dismissal papers on or before August 1, 2011.

The parties jointly and respectfully request the Court extend the current deadline of August 1, 2011 by thirty (30) days to August 31, 2011.

The Parties have been working collaboratively and diligently to finalize the settlement terms and file the final dismissal papers.  However, as the Court is aware, there are a large number of Parties in this case and it has been difficult to coordinate the final resolution of terms given the conflicting summer schedules of the various Parties and counsel.  The Parties are confident that they can wrap up the remaining terms and issues on or before August 31, 2011 and file the final dismissal papers with the Court.  Thus, good cause exists for amending this deadline.

Respectfully submitted this   1st   day of August, 2011.

/s/ Garrick L. Gallagher
Garrick L. Gallagher, One of the Attorneys for Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
          Debora.Verdier@SandersParks.com

/s/ Bethany K. Culp
Bethany K. Culp, One of the Attorneys
For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Daniel N. West
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
          dwest@hinshawlaw.com

          /s/ Troy Olsen
          Troy Olsen, One of the Attorneys
          For Third-Party Defendant/Third-Party
          Counterclaim Plaintiff American Famers &
          Ranchers Insurance Company, formerly known
          as General Fire & Casualty Company

**ROTHGERBER JOHNSON & LYONS LLP**
Troy Olsen, Esq.
90 South Cascade Avenue, Suite 1100
Colorado Springs, Colorado 80903
Telephone: (719) 386-3000
Facsimile: (719) 386-3070
E-mail: tolsen@rothgerber.com

          /s/ Brad E. Brewer
          Brad E. Brewer, One of the Attorneys
          For Defendant Nationwide Agribusiness
          Insurance Company

**ZELLE HOFFMAN VOELBEL & MASON LLP**
Brad E. Brewer.
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 749-3000
Facsimile: (214) 760-8994
E-mail: bbrewer@zelle.com

          /s/ Mark S. Mester
          Mark S. Mester
          One of the Attorneys for Defendant Aurora
          Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Daniel West
dwest@hinshawlaw.com

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com

Debora L. Verdier
Debora.Verdier@SandersParks.com

Troy Olsen
tolsen@rothgerber.com

Daniel F. Wake
dwake@siwlegal.com

Arthur J. Kutzer
akutzer@sgrllc.com

Joel A. Palmer
japalmer@sgrllc.com

Brad E. Brewer
bbrewer@zelle.com

    /s/ Garrick L. Gallagher
**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
    Debora.Verdier@SandersParks.com