## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-03460-CBS-BNB**

_____

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Plaintiffs,

  v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Defendant.

_____

AURORA DAIRY CORPORATION,
a Delaware corporation,

       Counterclaim Plaintiff and Third-Party Plaintiff,

  v.

ACE AMERICAN INSURANCE CORPORATION,
a Pennsylvania corporation;
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
a Pennsylvania corporation;
NATIONAL SURETY CORPORATION,
an Illinois corporation; and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

       Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY,
an Oklahoma corporation,

       Third-Party Defendants.

_____

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

                    Third-Party Counterclaim Plaintiff,

      v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                    Third-Party Counterclaim Defendant.

_____

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                    Plaintiff,

      v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,

                    Defendant.

_____

### UNOPPOSED JOINT MOTION BY ALL PARTIES TO EXTEND DEADLINE FOR SUBMITTING STIPULATION OF VOLUNTARY DISMISSAL
### (Second Requested Extension)

_____

      Pursuant to Local Rule 6.1 of the United States District Court for the District of

Colorado, ACE American Insurance Corporation, Indemnity Insurance Company of North

America, National Surety Corporation, The American Insurance Company, General Fire &

Casualty Company, Nationwide Agribusiness Insurance Company (collectively, "the Insurers")

and Aurora Dairy Corporation ("Aurora," and collectively with the Insurers, the "Parties")

through their respective counsel, hereby jointly request the Court to amend its August 1, 2011

minute entry order setting the deadline for filing dismissal papers on or before August 31, 2011.

The parties jointly and respectfully request the Court extend the current deadline of August 1, 2011 by thirty (30) days to September 30, 2011.

The Parties have been working diligently to finalize the settlement terms and resolve all outstanding issues necessary to file the final dismissal papers, and anticipate reaching a final agreement in the near future.  However, final resolution has been delayed due to the travel and work schedules of the multiple Parties involved in this lawsuit.  Nevertheless, the Parties have now agreed to nearly all essential terms, and believe they will be in position to file the final dismissal papers with the Court on or before September 30, 2011.  Thus, good cause exists for amending this deadline.

Respectfully submitted this 31st day of August, 2011.


     /s/ Garrick L. Gallagher
Garrick L. Gallagher, One of the Attorneys for
Plaintiffs ACE and IICNA

**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
            Debora.Verdier@SandersParks.com


     /s/ Daniel N. West
Daniel N. West, One of the Attorneys
For Plaintiffs NSC and AIC

**HINSHAW & CULBERTSON, L.L.P**
Bethany K. Culp
Daniel N. West
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone:  (612) 334-2596
Email:  bculp@hinshawlaw.com
            dwest@hinshawlaw.com

_/s/ Troy Olsen_
Troy Olsen, One of the Attorneys
For Third-Party Defendant/Third-Party
Counterclaim Plaintiff American Famers &
Ranchers Insurance Company, formerly known
as General Fire & Casualty Company

**ROTHGERBER JOHNSON & LYONS LLP**
Troy Olsen, Esq.
90 South Cascade Avenue, Suite 1100
Colorado Springs, Colorado 80903
Telephone: (719) 386-3000
Facsimile: (719) 386-3070
E-mail: tolsen@rothgerber.com

_/s/ Brad E. Brewer_
Brad E. Brewer, One of the Attorneys
For Defendant Nationwide Agribusiness
Insurance Company

**ZELLE HOFFMAN VOELBEL & MASON LLP**
Brad E. Brewer.
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 749-3000
Facsimile: (214) 760-8994
E-mail: bbrewer@zelle.com

_/s/ Mark S. Mester_
Mark S. Mester
One of the Attorneys for Defendant Aurora
Dairy Corporation

**SANDER, INGEBRETSEN & PARISH, P.C.**
Daniel F. Wake
633 17th Street, Suite 1900
Denver, Colorado  80202
Telephone: (303) 285-5344
Facsimile: (303) 285-5301
Email: dwake@siplaw.com

**LATHAM & WATKINS LLP**
Mark S. Mester
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: mark.mester@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Bethany K. Culp
bculp@hinshawlaw.com, dhaugen@hinshawlaw.com

Daniel West
dwest@hinshawlaw.com

Garrick L. Gallagher
Garrick.Gallagher@SandersParks.com

Debora L. Verdier
Debora.Verdier@SandersParks.com

Troy Olsen
tolsen@rothgerber.com

Daniel F. Wake
dwake@siwlegal.com

Arthur J. Kutzer
akutzer@sgrllc.com

Joel A. Palmer
japalmer@sgrllc.com

Brad E. Brewer
bbrewer@zelle.com

/s/ Garrick L. Gallagher
**SANDERS & PARKS, P.C.**
Garrick L. Gallagher
Debora L. Verdier
1300 SCF Tower
3030 North Third Street
Phoenix, Arizona  85012-3099
Telephone:  (602) 532-5600
Facsimile:  (602) 532-5700
Email:  Garrick.Gallagher@SandersParks.com
Debora.Verdier@SandersParks.com