**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-01236-CBS-BNB,**
*consolidated with* **Civil Action No. 1:09-cv-00346-CBS-BNB**

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE
COMPANY OF NORTH AMERICA,
a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                    Plaintiffs,

    v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                    Defendant.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                    Counterclaim Plaintiff and Third-Party Plaintiff,

    v.

ACE AMERICAN INSURANCE
CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA, a Pennsylvania corporation,
NATIONAL SURETY CORPORATION,
an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY,
an Ohio corporation,

                    Counterclaim Defendants,

and

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation, and
AMERICAN FARMERS & RANCHERS
MUTUAL INSURANCE COMPANY,
an Oklahoma corporation

                    Third-Party Defendants.

GENERAL FIRE & CASUALTY COMPANY,
an Idaho corporation,

                    Third-Party Counterclaim Plaintiff,

        v.

AURORA DAIRY CORPORATION,
a Delaware corporation,

                    Third-Party Counterclaim Defendant.

**Civil Action No. 1:09-cv-00346-CBS-BNB**

AURORA DAIRY CORPORATION,
d/b/a AURORA ORGANIC DAIRY,
a Delaware corporation,

                    Plaintiff,

        v.

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY,

                    Defendant.

_____

## STIPULATION OF DISMISSAL
_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties that

the above-entitled action is hereby dismissed with prejudice as to all claims relating to:

(1) the duty to defend or the duty to pay or reimburse defense costs incurred in connection with the "*Mothershead* action" and the "Consolidated Proceedings" as those terms are defined in the confidential Settlement Agreement between the parties up to September 30, 2011; and

(2) all claims or causes of action by Aurora Dairy Corporation, d/b/a Aurora Organic Dairy for compensatory, punitive, exemplary, treble or statutory damages or penalties based upon any allegations of bad faith, breach of the duty of good faith and fair dealing, unfair claims settlement practices, unfair or deceptive trade practices, violation of any applicable insurance code provisions or statutes, all contractual, consequential, and extra-contractual claims or any other misconduct, acts or omissions in connection with the "Insurance Proceedings" and the "Consolidated Proceedings" as those terms are defined in the

confidential Settlement Agreement between the parties up to September 30, 2011.

Any and all other claims or causes of action are hereby dismissed without prejudice. Without limiting the foregoing, the parties further agree and stipulate that any claims and defenses with respect to the duty to indemnify are fully reserved.

The foregoing dismissals are without costs, disbursements or attorneys' fees to any party, and the parties further stipulate that a judgment of dismissal in accordance with the foregoing may be entered in the above-entitled action.

All counsel have reviewed this stipulation and have authorized Garrick L. Gallagher, counsel for Plaintiffs/Counter-Defendants ACE and IICNA, to sign this stipulation on their behalf.

Date: <u>September 30, 2011</u>       By: *s/ Garrick L. Gallagher*

> **Garrick L. Gallagher, One of the Attorneys for Plaintiffs/Counter-Defendants ACE and IICNA**
> SANDERS & PARKS, P.C.
> Garrick L. Gallagher, Esq.
> Debora L. Verdier, Esq.
> 1300 SCF Tower, 3030 North Third Street
> Phoenix, Arizona 85012-3099
> Telephone: (602) 532-5600
> Facsimile: (602) 532-5700
> E-mail: Garrick.Gallagher@SandersParks.com
>            Debora.Verdier@SandersParks.com

Date: <u>September 30, 2011</u>       By: *s/ Bethany K. Culp*

**Bethany K. Culp, One of the Attorneys for Plaintiffs/Counter-Defendants NSC and AIC**
HINSHAW & CULBERTSON, L.L.P
Bethany K. Culp, Esq.
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
Telephone: (612) 334-2596
Facsimile: (612) 334-8888
E-mail:   bculp@hinshawlaw.com

Date: <u>September 30, 2011</u>       By: *s/ Troy Olsen*

**Troy Olsen, One of the Attorneys for Third-Party Defendant/Third-Party Counterclaim Plaintiff American Farmers & Ranchers Insurance Company, formerly known as General Fire & Casualty Company**
ROTHGERBER JOHNSON & LYONS LLP
Troy Olsen, Esq.
90 South Cascade Avenue, Suite 1100
Colorado Springs, Colorado 80903
Telephone: (719) 386-3000
Facsimile: (719) 386-3070
E-mail:   tolsen@rothgerber.com

Date: <u>September 30, 2011</u>       By: *s/ Brad E. Brewer*

**Brad E. Brewer, One of the Attorneys for Defendant Nationwide Agribusiness Insurance Company**
ZELLE HOFFMAN VOELBEL & MASON LLP
Brad E. Brewer, Esq.
Patricia St. Peter, Esq.
901 Main Street, Suite 4000
Dallas, Texas 75202
Telephone: (214) 749-3000
Facsimile: (214) 760-8994
E-mail:   bbrewer@zelle.com
          pstpeter@zelle.com

4

Date: <u>September 30, 2011</u>          By: *s/ Mark S. Mester*
                                    **Mark S. Mester, One of the Attorneys for**
                                    **Defendant/Counterplaintiff Aurora Dairy**
                                    **Corporation**
                                    LATHAM & WATKINS LLP
                                    Mark S. Mester, Esq.
                                    233 South Wacker Drive, Suite 5800
                                    Chicago, Illinois 60606
                                    Telephone: (312) 876-7700
                                    Facsimile: (312) 993-9767
                                    E-mail:  mark.mester@lw.com

Date: <u>September 30, 2011</u>          By: *s/ Daniel F. Wake*
                                    **Daniel F. Wake, One of the Attorneys for**
                                    **Defendant/Counterplaintiff Aurora Dairy**
                                    **Corporation**
                                    SANDER INGEBRETSEN & WAKE, P.C.
                                    Daniel F. Wake, Esq.
                                    1660 17th Street, Suite 450
                                    Denver, Colorado 80202
                                    Telephone: (303) 285-5344
                                    Facsimile: (303) 285-5301
                                    E-mail:  dwake@siplaw.com

Date: <u>September 30, 2011</u>          By: *s/ Arthur J. Kutzer*
                                    **Arthur J. Kutzer, One of the Attorneys for**
                                    **Defendant Nationwide Agribusiness**
                                    **Insurance Company**
                                    SENTER GOLDFARB & RICE, L.L.C.
                                    Arthur J. Kutzer
                                    Joel A. Palmer
                                    1700 Broadway, Suite 1700
                                    Denver, CO 80290
                                    Ph: (303) 320-0210
                                    E-mail:  AKutzer@sgrllc.com
                                             JAPalmer@sgrllc.com

5