IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01236-CBS-BNB
Consolidated with Civil Action No. 09-cv-00346-CBS-BNB

---

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATION SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

    Plaintiffs,

v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

    Defendant.

---

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

    Counterclaim Plaintiff and Third Party Plaintiff,

v.

ACE AMERICAN INSURANCE CORPORATION, a Pennsylvania corporation,
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation,
NATION SURETY CORPORATION, an Illinois corporation, and
THE AMERICAN INSURANCE COMPANY, an Ohio corporation,

    Counterclaim Defendants.

and

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

    Third-Party Defendants.

---

GENERAL FIRE & CASUALTY COMPANY n/k/a AMERICAN FARMERS & RANCHERS MUTUAL INSURANCE COMPANY, an Oklahoma corporation,

 Third-Party Counterclaim Plaintiff,

v.

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

 Third-Party Counterclaim Defendant.

---

Civil Action No. 09-cv-00346-CBS-BNB

AURORA DAIRY CORPORATION d/b/a AURORA ORGANIC DAIRY, a Delaware corporation,

 Plaintiff,

v.

NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,

 Defendant.

---

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Stipulation of Dismissal, filed on October 3, 2011, by the Honorable Craig B. Shaffer, and incorporated herein by reference as if fully set forth, it is

ORDERED that all claims relating to the duty to defend or the duty to pay or reimburse defense costs incurred in connection with the "*Mothershead* action" and the "Consolidated Proceedings" as those terms are defined in the confidential Settlement Agreement between the parties up to September 30, 2011 are dismissed with prejudice.

It is further

ORDERED that all claims or causes of action by Aurora Dairy Corporation, d/b/a Aurora Organize Dairy for compensatory, punitive, exemplary, treble or statutory damages or penalties based upon any allegation of bad faith, breach of the duty of good faith and fair dealing, unfair claims, settlement practices, unfair or deceptive trade practices, violation of any applicable insurance code provisions or statutes, all contractual, consequential, and extra-contractual claims or any other misconduct, acts or omissions in connection with the "Insurance Proceedings" and the "Consolidated Proceedings" as those terms are defined in the confidential Settlement Agreement between the parties up to September 30, 2011 are dismissed with prejudice. It is further

ORDERED that any and all other claims or causes of action are dismissed without prejudice.

DATED at Denver, Colorado October 4th, 2011.

FOR THE COURT:

Gregory C. Langham, Clerk

By s/ Edward P. Butler
   Edward P. Butler
   Deputy Clerk